**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              415.522.2000

August 6th, 2007

Re:   <u>MDL 07 – 1841 In Re Wells Fargo Loan Processor Overtime Pay Litigation</u>

<u>Title of Case</u>                                                              <u>Case Number</u>
Trudy Bowne, et al. -v- Wells Fargo Home Mortgage          C.A. No. 02:06-2020

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred from the District of Kansas to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Marilyn Hall Patel. We have given the action the individual case number C 07- 4013 MHP.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                   Sincerely yours,

                                                   Simone Voltz
                                                   Deputy Clerk

cc: Counsel
     MDL