George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**NOTICE OF FILING OF CONSENT TO JOIN** |

The following plaintiffs are hereby joined to the instant action by their signed Consent to Become a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1.   Barbara Powell.

**Dated: September 17, 2007**          STUEVE SIEGEL HANSON LLP

                                        /s/ George A. Hanson
                                       George A. Hanson (*admitted pro hac vice*)
                                       Eric L. Dirks (*admitted pro hac vice*)
                                       460 Nichols Road, Suite 200
                                       Kansas City, Missouri 64112
                                       Tel:    816-714-7100
                                       Fax:    816-714-7101
                                       Email: hanson@stuevesiegel.com
                                       Email: dirks@stuevesiegel.com

                                       COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Denise K. Drake
> ddrake@spencerfane.com
> Eric P. Kelly
> ekelly@spencerfane.com
> Spencer Fane Britt & Browne
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> PH:    816-474-8100
> FAX:   816-474-3216
>
> ATTORNEYS FOR DEFENDANT

          /s/ Eric L. Dirks
          Attorney for Plaintiffs

# Exhibit A

```
 1  Joan E. Trimble SBN 205038
    Callahan McCune & Willis, APLC
 2  500 Sansome Street
    Suite 410
 3  San Francisco, CA 94111
    Telephone:   (415) 593-5700
 4  Facsimile:   (415) 593-6984

 5  George A. Hanson    (adm. pro hac vice)
    Eric L. Dirks       (adm. pro hac vice)
 6  STUEVE SIEGEL HANSON WOODY LLP
    330 W. 47th Street, Suite 250
 7  Kansas City, MO 64112
    Telephone:   816-714-7100
 8  Facsimile:   816-714-7101
    ATTORNEYS FOR PLAINTIFFS
 9
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BASORE and BRENDA MCMILLIAN, each individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>Defendants. | Case No. C-07-0461-MHP |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Wells Fargo. By joining this lawsuit, I designate the Class Representatives to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson Woody LLP and other attorneys with whom they may associate.

Date: 03/23/07

_____
Printed Name: Barbara Powell