United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION

_____/

No. C 07-01841 MHP

**CLERK'S NOTICE**
**(Scheduling Case Management Conference)**

This case is hereby scheduled for a case management conference on **November 5, 2007, at 3:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants not listed on the service list.

Richard W. Wieking
Clerk, U.S. District Court

Dated: September 19, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140