George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone: 816-714-7100
Facsimile: 816-714-7101
ATTORNEYS FOR PLAINTIFFS

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216
ATTORNEYS FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 MHP<br><br>**[PROPOSED] CASE MANAGEMENT AND PROTECTIVE ORDER** |

Plaintiffs and Defendant, by their respective counsel, having jointly proposed the terms of the Case Management Order [Doc. 2] and stipulated the terms of the Protective Order [Doc. 5], and the Court being fully advised in the premises, it is hereby **ORDERED**:

(1) The Court hereby incorporates, adopts, and enters, the proposed Case Management Order submitted by the parties [Doc. 2].

(2) The Court hereby incorporates, adopts, and enters, the stipulated Protective Order submitted by the parties [Doc. 5].

(3) The case management conference set for November 5, 2007, at 3:00 PM [Doc.7] is hereby cancelled and removed from the Court's calendar.

1  **IT IS SO ORDERED**.

2

3  _____

4  United States District Judge

5

6

7

8  Dated:_____

Respectfully Submitted,

| | |
|---|---|
| **STUEVE SIEGEL HANSON LLP** | **SPENCER FANE BRITT & BROWNE LLP** |
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Stueve Siegel Hanson LLP | Spencer Fane Britt & Browne LLP |
| 460 Nichols Road, Suite 200 | 1000 Walnut, Suite 1400 |
| Kansas City, Missouri, 64112 | Kansas City, MO 64106 |
| Telephone:   (816) 714-7100 | Telephone:   816-474-8100 |
| Facsimile:   (816) 714-7101 | Facsimile:   816-474-3216 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |