SPENCER FANE BRITT & BROWNE LLP

Denise K. Drake
9401 Indian Creek Parkway
Indian Creek Parkway, Suite 700, Bldg. 40
Overland Park, Kansas  66210
Telephone:  (913) 345-8100
Facsimile:  (913) 345-0736

Eric P. Kelly
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216
**ATTORNEYS FOR DEFENDANT**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **In re WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION**  **This Document Relates to All Cases** | **MDL Docket No. 1841** |

## NOTICE OF APPEARANCE

COMES NOW Joan B. Tucker Fife of the law firm of Winston & Strawn LLP, and hereby enters her appearance as counsel for Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Defendant Wells Fargo Bank, N.A.

WA 932031.1

Dated: November 5, 2007

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s Eric P. Kelly
Denise K. Drake
*ddrake@spencerfane.com*
9401 Indian Creek Parkway
Indian Creek Parkway, Suite 700, Bldg. 40
Overland Park, Kansas  66210
Telephone:       (913) 345-8100
Facsimile:       (913) 345-0736

Eric P. Kelly
*ekelly@spencerfane.com*
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106
Telephone:       (816) 474-8100
Facsimile:       (816) 474-3216
*Attorneys for Defendant*

and

WINSTON & STRAWN LLP

s/ Joan B. Tucker Fife
Joan B. Tucker Fife
*jfife@winston.com*
101 California Street
San Francisco, CA 94111-5894
Telephone:       (415) 591-1513
Facsimile:       (415) 591-1400
*Attorneys for Defendant*

WA 932031.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 5, 2007, I electronically filed the foregoing with he Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

George A. Hanson
hanson@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri  64112
*Attorneys for Plaintiff*

                                            s/ Eric P. Kelly
                                            *Attorneys for Defendant*