UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.   MDL 07-1841  MHP          Judge: MARILYN H. PATEL

Title: IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION

Attorneys:  Plf: George Hanson
            Dft: Joan Tucker Fife

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Non exempt hourly employees;  Tolling agreement, protective order entered; Preservation order to be submitted;

17200 Discovery to be completed by 12/31/08, with 17200 motions to be heard 2:00 pm on 2/25/2008; Class Cert Discovery to be completed by 1/31/08, with Class Cert motions to be heard 2:00 pm on 4/21/2008;

Amended CMC order to be submitted;