George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone:   816-714-7100
Facsimile:    816-714-7101
ATTORNEYS FOR PLAINTIFFS

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:   816-474-8100
Facsimile:    816-474-3216

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**STIPULATED TOLLING AGREEMENT** |

**STIPULATED TOLLING AGREEMENT**

THIS STIPULATION AND AGREEMENT is made and entered into by and between Plaintiffs and Defendant, Wells Fargo Bank, N.A., and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841.

1. Plaintiffs filed two similar collective action lawsuits that were coordinated pursuant to 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation. The coordinated actions are *Bowne v. Wells Fargo Home Mortgage*, D. Kan., No. 06-2020 and *Basore v. Wells Fargo Home Mortgage, et al.,* N.D. Cal. C 07-0461 MHP.  Both cases include claims pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated.

2. The parties previously entered into a tolling agreement (Doc. 4) to extend toll the statute of limitations for potential plaintiffs' FLSA claims from the date of the Court's July 30, 2007 case management conference until December 31, 2007.

3. In exchange for extending the discovery and briefing schedule by 30 days for § 17200 and class certification issues, Defendant agrees to extend the tolling agreement by an additional thirty days.

4. Defendant agrees and stipulates that, in light of the extended deadline for discovery and briefing, the running of the statute of limitations applicable to claims that may be asserted through this collective action pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act shall be tolled from July 30, 2007 through January 31, 2007.

Signed and agreed to this 12th day of December, 2007.

| | |
|---|---|
| **STUEVE SIEGEL HANSON LLP** | **SPENCER FANE BRITT & BROWNE LLP** |
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Stueve Siegel Hanson LLP | Spencer Fane Britt & Browne LLP |
| 460 Nichols Road, Suite 200 | 1000 Walnut, Suite 1400 |
| Kansas City, Missouri, 64112 | Kansas City, MO 64106 |
| Telephone:  (816) 714-7100 | Telephone:  816-474-8100 |
| Facsimile:  (816) 714-7101 | Facsimile:  816-474-3216 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

12/17/2007



IT IS SO ORDERED
Judge Marilyn H. Patel