George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone: 816-714-7100
Facsimile: 816-714-7101
ATTORNEYS FOR PLAINTIFFS

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

### STIPULATION TO AMEND CASE MANAGEMENT ORDER

THIS STIPULATION AND AGREEMENT, pursuant to Local Rule 6-2, is made and entered into by and between Plaintiffs and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841. The parties, by and through their counsel, jointly declare the following:

1. Plaintiffs and Defendants proposed a Case Management Order which this Court entered on November 13, 2007. [Doc. 12]. That Case Management Order, among other matters, set forth an Initial Briefing Schedule for discovery and briefing of legal issues pertaining to the applicability of California Business and Professions Code §§ 17200 ("17200 Issues") to claims alleged by Plaintiffs in *Basore v. Wells Fargo Home Mortgage et al.*, N.D. Cal. 07-461.

WA 941519.1

2.      Pursuant to the Initial Briefing Schedule, discovery for the 17200 Issues was to be completed by December 31, 2007, with the Defendant's moving papers to be filed and served by January 8, 2008, and Plaintiffs' opposition papers to be filed and served by January 22, 2008. Defendant's reply papers were to be filed and served by February 7, 2008, with a hearing on the 17200 issues scheduled for February 25, 2008 at 2:00 P.M.

3.      Since entry of the Case Management Order, the parties have engaged in significant discovery to address the 17200 Issues but have not completed the necessary discovery. Defendants have conducted eight depositions (of seven Plaintiffs and a third-party witness) and produced nearly 11,000 pages of documents in response to Plaintiffs' interrogatories and requests for production. Six Plaintiffs have responded to interrogatories and requests for the production of documents from Defendants. Plaintiffs further intend to conduct a deposition pursuant to Fed. R. Civ. P. 30(b)(6), while Defendants also intend to conduct several depositions of additional Plaintiffs.

4.      Due to several intervening holidays, issues relating to the scheduling of depositions, the time and resources required for Defendants' extensive production of documents to Plaintiffs, and the press of other business and scheduling conflicts for counsel since entry of the Case Management Order, the parties stipulate and agree that they have been unable to complete the discovery necessary to assess and brief the 17200 Issues fully.

5.      Accordingly, the parties stipulate and agree that additional discovery is necessary and that the deadlines to complete discovery and submit various papers on the 17200 Issues shall be extended by approximately one month.

6.      The parties stipulate and agree to amend the Case Management Order on the 17200 Issues as follows:

- 17200 Issues discovery will be completed by January 31, 2008.
- 17200 Issues moving papers filed and served by February 5, 2008.

WA 941519.1

- 17200 Issues opposition papers due by February 19, 2008.
- 17200 Issues reply papers due by March 3, 2008.
- 17200 Issues hearing on March 17, 2008 at 2:00 PM.

7. Further, given these modifications on the Initial Briefing Schedule for the 17200 Issues, the parties stipulate and agree to amend the Case Management Order to permit discovery on Class Certification Issues through February 29, 2008. The parties do not presently anticipate that modifications to the briefing and hearing scheduling on Class Certification Issues will be necessary.

8. To date, the parties have neither sought nor stipulated to any extension or modification of the Case Management Order entered by the Court.

9. These amendments to the Case Management Order will not unduly delay this proceeding; rather, these amendments are necessary to assess and brief fully the 17200 Issues presented in this multidistrict proceeding.

Signed and agreed to this 31st day of December, 2007.

| STUEVE SIEGEL HANSON LLP | SPENCER FANE BRITT & BROWNE LLP |
|---|---|
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Stueve Siegel Hanson LLP | Spencer Fane Britt & Browne LLP |
| 460 Nichols Road, Suite 200 | 1000 Walnut, Suite 1400 |
| Kansas City, Missouri, 64112 | Kansas City, MO 64106 |
| Telephone:  (816) 714-7100 | Telephone:  816-474-8100 |
| Facsimile:  (816) 714-7101 | Facsimile:  816-474-3216 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

WA 941519.1

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _____

_____
Marilyn Hall Patel
United States District Judge

WA 941519.1