Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:   816-474-8100
Facsimile:    816-474-3216
**Attorneys for Defendants**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**NOTICE OF INTENT TO FILE MOVING PAPERS IN SUPPORT OF A MOTION TO DISMISS 17200 CLAIMS OF NON-CALIFORNIA PUTATIVE CLASS MEMBERS** |

COMES NOW Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., and provides notice to Plaintiffs and this Court of its intent to file moving papers in support of a Motion to Dismiss 17200 Claims of Non-California Putative Class Members pursuant to the schedule set forth in the parties' Stipulation to Amend Case Management Order filed in this Court on December 31, 2007 [Doc. 15].  Defendants state the following:

1. Plaintiffs and Defendants agreed and stipulated, on December 31, 2007, that "additional discovery is necessary and that the deadlines to complete discovery and submit various papers on the 17200 Issues shall be extended by approximately one month."  *See* Stipulation to Amend Case Management Order [Doc. 15].

2. Defendants, by agreement of the parties, filed said Stipulation and form of order with this Court on December 31, 2007.  In addition, Defendants sent copies of said Stipulation pursuant to General Order 45.VIII, General Order 45.VI.G, and this Court's Standing Orders.

3. Out of an abundance of caution, counsel for Defendants contacted the Court's calendar and deputy clerks via telephone on January 4, 2008, and January 8, 2008, to inquire as

WA 942929.1

to the status of entry of an order on the Stipulation, given several upcoming deadlines in the existing Case Management Order. Defendants' counsel advised Plaintiffs' counsel of these calls.

4. As of the time of this filing, the Court has not entered an order on said Stipulation.

5. Out of a further abundance of caution, Defendants file this notice of their intent to file moving papers and supporting materials in support of their Motion to Dismiss 17200 Claims of Non-California Putative Class Members pursuant to the schedule set forth in the parties' said Stipulation filed in this Court on December 31, 2007 [Doc. 15], subject to any action taken by the Court action regarding said Stipulation.

6. As noted in said Stipulation, these amendments to the Case Management Order are sought by the parties for the sole purpose of conducting the necessary discovery to fully address the 17200 Issues presented in this action. *Id.* at ¶9.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


 s/ Eric P. Kelly
Denise K. Drake            KS # 15800
*ddrake@spencerfane.com*
9401 Indian Creek Parkway
Indian Creek Parkway, Suite 700, Bldg. 40
Overland Park, Kansas  66210
Telephone:  (913) 345-8100
Facsimile:   (913) 345-0736

Eric P. Kelly               KS # 22503
*ekelly@spencerfane.com*
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106
Telephone:  (816) 474-8100
Facsimile: (816) 474-3216

*Attorneys for Defendants*

WA 942929.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

George A. Hanson
hanson@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri  64112

*Attorneys for Plaintiff*

                                                 s/ Eric P. Kelly
                                                *Attorneys for Defendant*

WA 942929.1