George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone:  816-714-7100
Facsimile:   816-714-7101
ATTORNEYS FOR PLAINTIFFS

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:  816-474-8100
Facsimile:   816-474-3216

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER FOR DISCOVERY AND BRIEFING OF 17200 ISSUES** |

**STIPULATION TO AMEND CASE MANAGEMENT**
**ORDER FOR DISCOVERY AND BRIEFING OF 17200 ISSUES**

THIS STIPULATION AND AGREEMENT, pursuant to Local Rule 6-2, is made and entered into by and between Plaintiffs and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841.  The parties, by and through their counsel, jointly declare the following:

1.    Plaintiffs and Defendants proposed a Case Management Order, which this Court entered on November 13, 2007. [Doc. 12].  That Case Management Order, among other matters, set forth an Initial Briefing Schedule for discovery and briefing of legal issues pertaining to the applicability of California Business and Professional Code §§ 17200 ("17200 Issues") to claims

alleged by Plaintiffs and class certification in *Basore v. Wells -Fargo Home Mortgage et al.*, N.D. Cal. 07-461.

2.     Pursuant to the Initial Briefing Schedule, discovery for the 17200 Issues was to be completed by December 31, 2007, with the Defendant's moving papers to be filed and served by January 8, 2008, and Plaintiffs' opposition papers to be filed and served by January 22, 2008. Defendant's reply papers were to be filed and served by February 7, 2008, with a hearing on the 17200 issues scheduled for February 25, 2008 at 2:00 P.M.

3.     On December 31, 2008, the parties filed a stipulation to amend the Case Management Order regarding the discovery and briefing schedule for the 17200 Issues, for the reasons and as set forth therein. [Doc. 15]. Pursuant to that stipulation, Defendants' moving papers on the 17200 Issues are due on February 5, 2008.

4.     Since entry of the Case Management Order and stipulation of the parties regarding the 17200 Issues, the parties have engaged in significant discovery but have not completed the necessary discovery.

   a.     Defendants have conducted nine depositions (of eight Plaintiffs and a third-party witness) and produced nearly 11,000 pages of documents in response to Plaintiffs' interrogatories and requests for production. Seven Plaintiffs have responded to interrogatories and requests for the production of documents from Defendants.

   b.     Plaintiffs conducted a deposition pursuant to Fed. R. Civ. P. 30(b)(6) on January 31, 2008, and have scheduled an additional deposition pursuant to Fed. R. Civ. P. 30(b)(6) on February 7, 2008.

   c.     Counsel for Defendants have conferred with Plaintffs' counsel regarding the scheduling of several additional depositions related to Certification Issues; counsel is working to schedule these depositions for mutually convenient times and locations.

   d.     Finally, the parties are working diligently to supplement their discovery responses to date, specifically with respect to document production, as witnesses in various

depositions have identified various documents or other materials that have not yet been produced and may be responsive to various requests.

6. After further consideration and evaluation of the schedule for <u>17200 Issues</u> set forth in the Case Management Order and in the parties December 31, 2007 stipulation, the parties stipulate and agree that additional time is necessary to complete discovery, including the production of documents, so as to permit the parties to brief the <u>17200 Issues</u> fully and, equally important, permit this Court to address the 17200 Issues with a more developed factual record.

7. Accordingly, to afford the parties an opportunity to complete the necessary discovery and fully brief the requisite issues, the parties stipulate and agree to further amend the Case Management Order on the <u>17200 Issues</u> as follows.

- 17200 Isssues discovery completed by March 15, 2008.
- 17200 Issues moving papers filed and served by March 21, 2008.
- 17200 Issues opposition papers due by April 4, 2008.
- 17200 Issues reply papers due by April 18, 2008.
- 17200 Issues hearing on April 28, 2008 at 2:00 PM.

8. To date, the parties have stipulated to one extension and modification of the Case Management Order entered by the Court on the <u>17200 Issues</u>, [Doc. 15], and one extension and modification of the Case Management Order entered by the Court on the <u>Certification Issues</u>. [Doc. 17].

9. These amendments to the Case Management Order have not and will not unduly delay these proceedings; rather, these amendments are necessary to assess and brief fully the <u>17200 Issues</u> and <u>Certification Issues</u> presented in this multidistrict proceeding. In particular, further discovery may permit Plaintiffs to narrow the scope of the 17200 Issues and/or define the alleged 17200 Issues in a manner that may be more effectively addressed by Defendants and this Court, prior to hearings on the Certification Issues presented in this case.

Signed and agreed to this __th day of February, 2008.

| STUEVE SIEGEL HANSON LLP | SPENCER FANE BRITT & BROWNE LLP |
|---|---|
| s/ George A. Hanson | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Stueve Siegel Hanson LLP | Spencer Fane Britt & Browne LLP |
| 460 Nichols Road, Suite 200 | 1000 Walnut, Suite 1400 |
| Kansas City, Missouri, 64112 | Kansas City, MO 64106 |
| Telephone: (816) 714-7100 | Telephone: 816-474-8100 |
| Facsimile: (816) 714-7101 | Facsimile: 816-474-3216 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _____

_____
Marilyn Hall Patel
United States District Judge