FEB 22 PM 4:3_

UNITED STATES DISTRICT COURT

Northern District of California

In re:
WELLS FARGO HOME MORTGAGE
OVERTIME PAY LITIGATION

CASE NO. MDL Docket No.1841

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

This document relates to ALL CASE

_____/

Ashlea Gayle Schwarz                         , an active member in good standing of the bar of

the State of Missouri                          whose business address and telephone number

(particular court to which applicant is admitted)

is

Stueve Siegel Hanson LLP      Telephone: (816) 714-7100
460 Nichols Road, Ste. 200    Facsimile: (816) 714-7101
Kansas City, MO  64112                                                            ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/28/08

Judge Marilyn Hall Patel