Denise K. Drake
SPENCER FANE BRITT & BROWNE LLP
9401 Indian Creek Parkway
Indian Creek Parkway, Suite 700, Bldg. 40
Overland Park, KS 64106
Telephone:  913-345-8100
Facsimile:   913-345-0736

Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:  816-474-8100
Facsimile:   816-474-3216

*Lead Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL No. 07-CV-1841 <br><br> **DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION AND STIPULATION TO EXCEED PAGE LIMITS** |
| THIS DOCUMENT RELATES TO ALL CASES | Date:  TBD <br> Time:  TBD <br> Dept.  15 <br> Judge: Hon. Marilyn Hall Patel |

**WF UNOPPOSED MOTION TO EXCEED PAGE LIMITS**     1     **MD No. 07-CV-1841**     WA 954205.1

## NOTICE OF MOTION

Notice is hereby given to Plaintiffs and their counsel that Defendants will and hereby move the Court, pursuant to Civil Local Rule 7-11, with its Unopposed Administrative Motion to Exceed Page Limits for Defendants' moving papers on Plaintiffs' claims brought pursuant to California Business and Professions Code §§ 17200 *et seq.*, which are presently scheduled for filing by March 21, 2008, pursuant to stipulation of the parties. This Unopposed Administrative Motion is based on this Notice of Motion, the following Motion & Discussion, the parties' Stipulation regarding this Unopposed Administrative Motion and Proposed Order to Exceed Page Limits filed and submitted concurrently herewith.

## MOTION & DISCUSSION

Defendants are scheduled to file their moving papers on the 17200 Issues in this MDL proceeding, on March 21, 2008. Pursuant to Civil Local Rule 7-11, Defendants hereby move this Court for leave to file moving papers in excess of the 25-page limitations set forth in Civil Local Rules 7-2(b) and 7-4.

1. Plaintiffs claims pursuant to California Business and Professions Code §§ 17200 *et seq.* raise myriad factual and legal issues ("the 17200 Issues") on which Defendants have conducted numerous depositions, produced thousands of documents, and conducted extensive analyses.

2. Because of the importance of the factual and legal issues raised by Plaintiffs' 17200 claims in determining the scope and nature of these proceedings, Defendants need more than the standard 25 pages under Local Rules for the text in its Memorandum of Points and Authorities in Support to adequately address the 17200 Issues.

3. In keeping with the intent of the Local Rules, Defendants have made every effort to make its Memorandum of Points and Authorities concise and direct, so as to avoid unnecessarily burdening this Court.

4. Defendants anticipate that 35 pages of text will be sufficient for its Memorandum of Points and Authorities in Support of its moving papers on the 17200 Issues.

5.     Counsel for Defendants, by the signature below, do hereby declare that they conferred with Plaintiffs' counsel via e-mail on February 2, 2008, regarding Defendants' request to exceed the page limitation in its moving papers on the 17200 Issues. Counsel for Defendants advised Plaintiffs' counsel that 35 pages of text would likely be sufficient to address the 17200 issues in its moving papers. Counsel for Plaintiffs responded via e-mail on February 2, 2008, that Plaintiffs would not oppose Defendants' Motion to Exceed Page Limits for its moving papers.

6.     Counsel for Defendants, by the signature below, do hereby declare that they called Plaintiffs' counsel via telephone on March 19, 2008, in an attempt to obtain a formal stipulation regarding the requested leave to exceed applicable page limitations.

7.     Counsel for Defendants, by the signature below, do hereby declare that the parties stipulated on March 20, 2008, that Defendants shall have up to 35 pages of text for its Memorandum of Points and Authorities in Support of its moving papers on the 17200 Issues. Said stipulation and proposed order are being filed and submitted concurrently herewith.

For the reasons stated above, Defendants respectfully request that they be permitted to exceed the standard 25-page limitation for their moving papers and file moving papers on the <u>17200 Issues</u> with a Memorandum of Points and Authorities in Support up to 35 pages of text.

Dated:  March 20, 2008

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

s/ Eric P. Kelly
Denise K. Drake        KS # 15800
*ddrake@spencerfane.com*
9401 Indian Creek Parkway
Indian Creek Parkway, Suite 700, Bldg. 40
Overland Park, Kansas  66210
Telephone:     (913) 345-8100
Facsimile:     (913) 345-0736

Eric P. Kelly          KS # 22503
*ekelly@spencerfane.com*
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106
Telephone:     (816) 474-8100
Facsimile:     (816) 474-3216

*Lead Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record, including but not limited to the following:

George A. Hanson
hanson@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri  64112

*Lead Counsel for Plaintiffs*

s/ Eric P. Kelly
*Lead Counsel for Defendants*