George A. Hanson
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone:  816-714-7100
Facsimile:   816-714-7101
*Lead Counsel for Plaintiffs*

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:  816-474-8100
Facsimile:   816-474-3216
*Lead Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION ON DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND [PROPOSED ORDER]** |

**STIPULATION ON DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION**
**TO EXCEED PAGE LIMITS AND PROPOSED ORDER**

THIS STIPULATION AND AGREEMENT, pursuant to Local Rule 7-11, is made and entered into by and between Plaintiffs and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841.  The parties, by and through their counsel, jointly declare the following:

1. Defendants have moved this Court for an Order permitting Defendants to file a Memorandum of Points and Authorities in Support of its moving papers on the 17200 Issues in excess of the 25-page limitation under the applicable Civil Local Rules.

WA 954395.1

2. Plaintiffs do not oppose Defendants administrative motion to file a Memorandum of Points and Authorities in Support of its moving papers on the 17200 Issues up to 35 of text.

3. Accordingly, Plaintiffs hereby agree and stipulate that Defendants shall have up to 35 pages of text for a Memorandum of Points and Authorities in Support of its Moving Papers on the 17200 Issues.

Signed and agreed to this 20th day of March, 2008.

| STUEVE SIEGEL HANSON LLP | SPENCER FANE BRITT & BROWNE LLP |
|---|---|
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Ashlea G. Schwarz | Spencer Fane Britt & Browne LLP |
| ashlea@stuevesiegel.com | 1000 Walnut, Suite 1400 |
| Stueve Siegel Hanson LLP | Kansas City, MO 64106 |
| 460 Nichols Road, Suite 200 | Telephone:   816-474-8100 |
| Kansas City, Missouri, 64112 | Facsimile:   816-474-3216 |
| Telephone:   (816) 714-7100 | |
| Facsimile:   (816) 714-7101 | *Lead Counsel for Defendants* |

*Lead Counsel for Plaintiffs*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Marilyn Hall Patel
United States District Judge

WA 954395.1