IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**DECLARATION OF ERIC P. KELLY** |

I, Eric P. Kelly, declare the following:

1.  I, along with Denise K. Drake, both Spencer Fane Britt & Browne LLP, am counsel of record to Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Defendant Wells Fargo Bank, N.A. (collectively, "Wells Fargo"), the Defendants in the above-captioned proceedings. I make this declaration in support of Defendants' Motion to Dismiss 17200 Claims of Non-California Putative Class Members and Defendants' Memorandum of Points and Authorities In Support, as required by Local Rule 7-5 to appropriately authenticate various documents. The declaration is based on my own personal knowledge, unless otherwise stated, and if called to testify, I could and would testify to the matters stated herein.

2.  I deposed Plaintiff Brenda McMillian on December 19, 2007, in Kansas City, Missouri. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

3.  I deposed Plaintiff Barbara Powell on January 18, 2008, in Columbus, Ohio. Attached hereto as Exhibit 2 are true and correct copies of excerpts of that deposition cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

4. Counsel for Plaintiffs, George A. Hanson of Stueve Siegel Hanson LLP, deposed Elise Reiser on March 12, 2008, who was designated by Defendants pursuant Fed. R. Civ. P. 30(b)(6), in Kansas City, Missouri. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

5. Daniel B. Boatright of Spencer Fane Britt & Browne LLP deposed Plaintiff Trudy Bowne on December 1, 2007, in Kansas City, Missouri. Attached hereto as Exhibit 4 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

6. Denise K. Drake of Spencer Fane Britt & Browne LLP deposed Plaintiff Nicole Gering on November 29, 2007, in Des Moines, Iowa. Attached hereto as Exhibit 5 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

7. Denise K. Drake of Spencer Fane Britt & Browne LLP deposed Plaintiff Mary Basore on November 13, 2007, in Kansas City, Missouri. Attached hereto as Exhibit 6 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

8. I deposed Plaintiff Amie Lovrien on March 14, 2008, in Sioux City, Iowa. Attached hereto as Exhibit 7 are true and correct copies of excerpts of the deposition transcript

WA 945970.1

cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

9. Denise K. Drake of Spencer Fane Britt & Browne LLP deposed Plaintiff Elishia Hesterberg on November 14, 2007, in Kansas City, Missouri. Attached hereto as Exhibit 8 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

10. Attached as Exhibit 9, in alphabetical order by name, are declarations from various branch and area managers currently or formerly employed within Wells Fargo Home Mortgage.

11. Daniel B. Boatright of Spencer Fane Britt & Browne LLP deposed Jason Moxness, a witness identified by Plaintiffs, on December 21, 2007, in Overland Park, Kansas. Attached hereto as Exhibit 10 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

12. Attached as Exhibit 11, in alphabetical order by name, are declarations from mortgage sales associates, mortgage loan specialists, and/or mortgage assistants currently or formerly employed within Wells Fargo Home Mortgage.

13. Denise K. Drake of Spencer Fane Britt & Browne LLP deposed Plaintiff Jeni Fisher on November 29, 2007. Attached hereto as Exhibit 12 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

14. Denise K. Drake of Spencer Fane Britt & Browne LLP deposed Plaintiff Jamie Hejlik on November 28, 2007. Attached hereto as Exhibit 13 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

15. Attached hereto as Exhibit 14 – based upon information and belief from prior filings with this Court in *In re Wells Fargo Home Mortgage Overtime Pay Litigation*, MDL Case No. 06-1770 – are true and correct copies of excerpts of the deposition transcript for the deposition of Pat Cahalan, taken on July 27, 2006, and on September 20, 2006, as cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members in *In re Wells Fargo Loan Processor Overtime Pay Litigation*, MDL Case No. 07-1841.

16. Counsel for Plaintiffs, George A. Hanson of Stueve Siegel Hanson LLP, deposed Teresa Swanson on January 31, 2008, who was designated by Defendants pursuant Fed. R. Civ. P. 30(b)(6), in Kansas City, Missouri. Attached hereto as Exhibit 15 are true and correct copies of excerpts of the deposition transcript cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California Putative Class Members.

17. Attached hereto as Exhibit 16 – based upon information and belief from prior filings with this Court in *In re Wells Fargo Home Mortgage Overtime Pay Litigation*, MDL Case No. 06-1770 – are true and correct copies of excerpts of the deposition transcript for the deposition of Cara Heiden, taken on June 20, 2007, as cited in Defendants' Memorandum of Points and Authorities in Support of its Motion to Dismiss 17200 Claims of Non-California

Putative Class Members in *In re Wells Fargo Loan Processor Overtime Pay Litigation*, MDL Case No. 07-1841.

18. In proceedings before the Judicial Panel on Multidistrict Litigation in *In re Wells Fargo Loan Processor Overtime Pay Litigation*, Plaintiffs filed and served a Consolidated Response to Defendants' Motion for Transfer. Attached hereto as Exhibit 17 is a true and correct copy of Plaintiffs' Consolidated Response to Defendants' Motion for Transfer.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Brief for the United States Secretary of Labor as Amicus Curiae Supporting Respondents, *Long John Silver's Restaurants, Inc. v. Cole et al.*, Case No. 05-cv-03039 [Doc. 27], (D.S.C. Dec. 13, 2005). Said brief is also available at http://www.dol.gov/sol/media/briefs/LJSbrief-12-13-2005.htm (last visited March 19, 2008).

20 Attached hereto as Exhibit 19 are true and correct copies of documents from the California Secretary of State, California State Archives, that constitute a portion of the legislative history for California Senate Bill 1586, which amended various portions of the Unfair Competition Law in 1992. These documents were provided by the California Secretary of State upon request by counsel for Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 20th day of March, 2008, in Kansas City, Missouri.

_____
Eric P. Kelly

March 20, 2008
_____
Date