# EXHIBIT

# 6

Mary G. Basore
November 13, 2007

1

1       IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
2
3    In re WELLS FARGO LOAN      )
     PROCESSOR OVERTIME PAY      )
4    LITIGATION                  )
                                 )
5                                )   MDL Docket No. 1841
     This Document Relates       )
6    to Basore v. Wells          )
     Fargo Home Mortgage         )
7    N.D. Cal., No. 07-0461      )
     MHP                         )
8                                )                COPY
9
10
              VIDEOTAPED DEPOSITION OF MARY G. BASORE,
11
     produced, sworn, and examined on Tuesday, the 13th day
12   of November, 2007, commencing at 10:27 a.m. and
     concluding at 12:50 p.m., at the law offices of Stueve
13   Siegel Hanson LLP, 460 Nichols Road, Suite 200, in the
     City of Kansas City, County of Jackson, State of
14   Missouri, before:
15                   ANN M. HAMILTON, RPR
                     Certified Court Reporter
16                              of
                  JAY E. SUDDRETH & ASSOCIATES, INC.
17                          Suite 100
                      10104 West 105th Street
18               Overland Park, Kansas 66212-5755
19   a Certified Shorthand Reporter within and for the
     State of Kansas and a Certified Court Reporter within
20   and for the State of Missouri.
21   Taken on behalf of Defendant pursuant to Notice to
     Take Depositions.
22
23
24
25

JAY E. SUDDRETH & ASSOCIATES, INC.
Toll Free: (800) 466-2580  Local: (913) 492-0111 or (816) 471-2211

1   first name was John.
2          Q.   Do you know what hours Araceli typically
3   worked?
4          A.   Pretty much the same as me.  We were --
5   I remember her being in the office most all the time
6   that I was there.
7          Q.   Do you know if Araceli still works for
8   Wells Fargo?
9          A.   I do not know.
10         Q.   While you were with Wells Fargo were
11  there any other loan processors in the office working
12  with you?
13         A.   Yes, but on the bank side.  They were
14  through the office on the other side so I didn't --
15  couldn't physically see them.
16         Q.   Do you remember any of their names?
17         A.   No, not -- it might come back to me
18  later, but not right now.
19         Q.   Did you ever ask anyone to pay you
20  overtime pay?
21         A.   No.
22         Q.   Did you ever get overtime pay?
23         A.   No.
24              (Whereupon, Basore Deposition
25               Exhibit Number 1 was marked for

```
 1   correct?
 2        A.   Yes.
 3        Q.   I understand the handbook was available
 4   to you in paper as well as online; is that right?
 5        A.   I believe so, yes.
 6        Q.   Did you have your own personal copy?
 7        A.   Yes.
 8        Q.   If you would turn with me -- if you look
 9   down in the bottom right-hand corner there should be
10   some numbers that start with a "WF."  Do you see
11   those?
12        A.   Uh-huh.
13        Q.   If you turn with me please to the page
14   that is 1306, please.
15        A.   Okay.
16        Q.   This appears to be another acknowledgment
17   with regard to the receipt of the Wells Fargo handbook
18   as well as some other things; is that right?
19        A.   Uh-huh.  Yes.
20        Q.   And on the very next page with the Number
21   1307, do you see down on the right-hand side where it
22   says, "One Home Campus, Des Moines, Iowa"?
23        A.   Yes.
24        Q.   Were you familiar with what portion of
25   Wells Fargo Home Mortgage was located in Des Moines,
```