# EXHIBIT

# 8

Case M:07-cv-01841-MHP    Document 27-9    Filed 03/20/2008    Page 1 of 5

Elishia A. Hesterberg
November 14, 2007

1

1      IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2
3    In re WELLS FARGO LOAN    )
     PROCESSOR OVERTIME PAY    )
4    LITIGATION                )
                               )
5                              )  MDL Docket No. 1841
     This Document Relates     )
6    to Bowne v. Wells         )
     Fargo Home Mortgage       )
7    (transferred from D.      )
     Kan., No. 06-2020)        )
8    N.D. Cal., No. 07-4013    )
     MHP                       )
9
10
11        VIDEOTAPED DEPOSITION OF ELISHIA A. HESTERBERG,
12   produced, sworn, and examined on Wednesday, the 14th
     day of November, 2007, commencing at 1:01 p.m. and
13   concluding at 2:06 p.m., at the law offices of Stueve
     Siegel Hanson LLP, 460 Nichols Road, Suite 200, in the
14   City of Kansas City, County of Jackson, State of
     Missouri, before:
15
                ANN M. HAMILTON, RPR
16              Certified Court Reporter
                        of
17       JAY E. SUDDRETH & ASSOCIATES, INC.
                   Suite 100
18            10104 West 105th Street
           Overland Park, Kansas 66212-5755
19
     a Certified Shorthand Reporter within and for the
20   State of Kansas and a Certified Court Reporter within
     and for the State of Missouri.
21
     Taken on behalf of Defendant pursuant to Notice to
22   Take Depositions.
23
24
25

ORIGINAL

29

1        A.    Yes.

2        Q.    Okay.  And was the Blue Springs office
3   just like that, it was another sort of retail office?

4        A.    **Yes.  It was much smaller.  There were**
5   **just a few loan officers in that office, and they**
6   **mostly did A loans and we did the subprime, but it was**
7   **much smaller.**

8        Q.    When the Blue Springs office opened, is
9   that when the change was made from your office doing
10  both A loans and subprime to your office doing really
11  the majority subprime?

12       A.    **I believe it was around that time.**

13       Q.    Okay.  If you'll look with me at WF148,
14  please.  That appears to be a New Hire Team Member
15  Acknowledgment.  It says that you received a handbook;
16  is that right?

17       A.    Yes.

18       Q.    Do you remember actually receiving a
19  handbook?

20       A.    I do.

21       Q.    Was that handbook also available to you
22  online?

23       A.    I'm not sure.

24       Q.    Okay.  You never accessed it online that
25  you know of?

```
 1    through the time I was employed.
 2         Q.   Okay.  With regard to the marketing, when
 3    you took the things home to address envelopes, what
 4    have you, about how much time on those three different
 5    occasions did you spend time completing that task?
 6         A.   I'd say two to three hours maybe.
 7         Q.   And how about on the call nights?
 8         A.   Call nights were usually from 7 to 9 two
 9    nights a week, so maybe three hours at the most.
10         Q.   Okay.  So eight times you spent about
11    three hours on the phones doing the calls?
12         A.   Right.
13         Q.   Anything else you can think of when you
14    aren't sure whether you logged your hours?
15         A.   No.
16         Q.   Okay.  You note that even though you
17    regularly worked and recorded overtime hours, you were
18    not paid for it; right?
19         A.   Right.
20         Q.   Did you ever call anyone to complain
21    about that?
22         A.   I did not.  I guess I took it as I was
23    salary and was not entitled to that.
24         Q.   And, in fact, there were some weeks where
25    you didn't necessarily work all 40 hours, or what have
```

41

1    nights?
2         A.   Right.
3         Q.   Now, when Jason told you to start using,
4    or keeping track of your hours, did he give that same
5    instruction to everyone?
6         A.   To Trudy and Tracy, yes.
7         Q.   Okay.  And, to your knowledge, did they
8    track their hours also?
9         A.   Yes.
10        Q.   Other than asking you to start tracking
11   your hours, did you get any other training or
12   information with regard to your hours or Webtime or
13   computer time, whatever it might be called?
14        A.   Not that I remember.
15        Q.   Did you ever receive an e-mail like
16   either once a week or every once in awhile saying,
17   "Make sure your time sheets are done," or "Make sure
18   your time is entered," or anything along those lines
19   that you recall?
20        A.   No.
21        Q.   With regard to the three times when you
22   took the envelopes and the addressing of the
23   envelopes, the marketing stuff home, do you have any
24   idea when that was?
25        A.   I don't.  I mean, I believe that