# EXHIBIT

# 9

## DECLARATION OF A.J. ADAMCZAK

1.      My name is A.J. Adamczak.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration. _____ (initial if true).

2.      I [am / am not] (circle one) filling out this form entirely on my own free will and choice. _____ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _____ (initial if true).

4.      I do not have a lawyer that currently represents me about any issue involving Wells Fargo. _____ (initial if true).

5.      I have worked continually for Wells Fargo as an Area Manager in the Wells Fargo Home Mortgage division since August 2004.  When I started my employment with Wells Fargo in August 2004, I worked in Maitland, Florida under the supervision of Charlie Gerding, Regional Manager.  Charlie Gerding's supervisor was John Adam, Divisional Manager.  In August 2005, I moved to the Southwest Orlando, Florida Sales Office as an Area Manager, following which my direct supervisor became Gina Duncan, Regional Manager.  Gina Duncan's supervisor was also John Adam.  In May 2006, I moved to the Downtown Orlando, Florida Sales Office, in which Gina Duncan remained my direct supervisor.  In November 2006, Gina Duncan's supervisor became Cliff Frohn, Divisional Manager.  In February 2007, my direct supervisor became Charlie Gerding, Regional Manager, who was also supervised by Cliff Frohn.  In May 2007 I transferred back to the Sales Office in Maitland, Florida, as an Area Manager, where I presently work under the supervision of Charlie Gerding. _____ (initial if true).

6.      I do not supervise any Mortgage Loan Specialists.  Rather, I am responsible for the supervision of Mortgage Sales Associates.  These Mortgage Sales Associates handle prime, subprime, jumbo and renovation home mortgage loans. _____ (initial if true).

7.      The Mortgage Sales Associates that I supervise perform the following duties: marketing, taking customer applications, managing the customer database, contacting customers, running numbers for loans, managing the pipeline, locking rates, and performing general

administrative duties when the office is busy, such as answering phones, filing and making photocopies. They very rarely quote rates or sell loans to customers. _____ (initial if true).

8.    The Mortgage Sales Associates that I supervise do not take direction from a team leader; rather, they work closely with and take direction from an assigned mortgage consultant. Accordingly, their compensation is connected to the performance of a particular mortgage consultant. In fact, they have different compensation plans depending upon mortgage consultant they work with at the time. Also, their duties may vary depending upon the mortgage consultant they work with and their duties have likely varied depending upon the office they work out of. _____ (initial if true).

9.    A Mortgage Sales Associate's duties are different than those of a Wells Fargo Mortgage Loan Specialist. Mortgage Sales Associates send loan files to a Wells Fargo processing center, where employees there are responsible for loan processing. They typically do not have authority to approve a mortgage loan. Also, their schedules are not flexible in that each Mortgage Sales Associate works a set shift, but their duties may vary depending upon the needs of the Mortgage Consultant they work with. None of the Mortgage Sales Associates I supervise work from home and they cannot come and go from the office freely. In other words, the Mortgage Sales Associates I supervise are generally expected to be at the office from the time they arrive until they leave at the end of the day, except for lunch breaks. However, they can leave the office on occasion with manager or originator approval, on a case by case basis. _____ (initial if true).

10.    The Mortgage Sales Associates that I supervise are paid a salary plus a flat commission based on monthly loan volume. _____ (initial if true).

11.    My Mortgage Sales Associates very rarely work overtime, although they are paid for overtime if they work it. To ensure my Mortgage Sales Associates are paid for any overtime worked, they simply must work more than 40 hours and accurately record their hours on Webtime, an online time-recording application. _____ (initial if true).

12.    I believe my Mortgage Sales Associates have used Webtime since 2005, when Webtime became the corporate standard, but I cannot recall the specific month. I cannot recall what

WA 937048.1

system was used, or how employees reported their hours worked, before Webtime. _____ (initial if true).

13.     My office is typically open from 8:30 am to 5 pm. My Mortgage Sales Associates are typically scheduled to work a 40-hour work week, in eight-hour shifts, with a half-hour for lunch. The three different shifts that my Mortgage Sales Associates work are from 7:30 am to 4:00 pm, 8:30 am to 5 pm, and 9:30 am to 6 pm. _____ (initial if true).

14.     From 2004 to the present, in my experience, Mortgage Sales Associates have been scheduled to work 40 hours per week and they have actually worked 40 hours per week. By the time I started with Wells Fargo in 2004, the refinance boom had ended and Wells Fargo's sales volume had slowed down significantly. As a result, since 2004 there has generally been enough work to keep Wells Fargo's Sales Associates busy full time, but there is no need for significant or regular overtime. _____ (initial if true).

15.     The work schedule for Mortgage Sales Associates is generally rigid. In other words, they do not generally have the ability to change the start and end times of their scheduled shifts unless there is an exceptional circumstance. My Mortgage Sales Associates can run personal errands mid-shift on occasion, so long as it does not interfere with their work, but they cannot work from home. _____ (initial if true).

16.     It is Wells Fargo's policy that Mortgage Sales Associates are permitted to work overtime, with approval, when there is a need for overtime. It is Wells Fargo's policy that when a Mortgage Sales Associate works overtime, then he or she is paid for this overtime without incident, even if he or she failed to obtain prior approval. I learned of these policies from upper management and through the Human Resources on-line management guides. Moreover, this is a company policy that is well-known and understood. _____ (initial if true).

17.     To my knowledge, no one has ever been disciplined, formally or informally, for working overtime. _____ (initial if true).

18.     It is Wells Fargo's policy that Mortgage Sales Associates must record all time worked daily in Webtime. I learned of this policy, which is enforced by management at the branch/local level, through Wells Fargo's Human Resources Department _____ (initial if true).

WA 937048.1

19.    To my knowledge, no one has been disciplined, formally or informally, for not accurately recording his or her hours. _____ (initial if true).

20.    To my knowledge, no one, including myself, has ever instructed any Mortgage Sales Associate to not record all the time he or she worked.  On the contrary, I have instructed my Mortgage Sales Associates, on many occasions, that they must record all of their time worked each week. Branch Managers and Human Resources also informs Sales Associates that they must record all of their time worked each week. _____ (initial if true).

21.    As an Area Manager, I am not responsible for monitoring the number of hours worked each week by the Mortgage Sales Associates that work under my chain of command, although I do receive a payroll ledger which gives me this information.  Rather, my Branch Managers monitor the number of hours worked each week by their Mortgage Sales Associates, in addition to approving the time they have recorded in Webtime. To my knowledge, these tasks have always been the responsibility of each Branch Manager and not the responsibility of someone in senior management. _____ (initial if true).

22.    I am not aware of any Mortgage Sales Associate who did not report all of the hours he or she was working for Wells Fargo _____ (initial if true).

23.    I have never changed time records to add or subtract from the amount of time that had been recorded on the clock by a Mortgage Sales Associate and I am unaware that anyone else has ever done this. _____ (initial if true).

24.    As a supervisor, if I have a human resources issue, then I seek assistance from Denise Dennis, who is an Employee Relations representative out of Des Moines, Iowa.  In the past, when Denise Dennis was unavailable, I have also sought assistance from Mark Rogers, who is a former Wells Fargo HR Consultant out of Minneapolis, Minnesota.  If I had a wage, compensation or overtime issue, then I would call Denise Dennis, although I have never had such an issue.  If Denise Dennis were unavailable, then I would probably call payroll directly. _____ (initial if true).

25.    As a supervisor, I have participated in training courses, including on-line and live trainings, that included compensation issues.  These trainings occur locally once or twice a year, and

WA 937048.1

they are typically administered by Wells Fargo's area Human Resources representatives. *AJA* (initial if true).

26.    Although every sales unit has different characteristics, to my knowledge, there is nothing specific about my Mortgage Sales Associates that differs significantly from the duties of other Mortgage Sales Associates. *AJA* (initial if true).

27.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California. *AJA* (initial if true).

 

 

*AJA*

 

A. J. ADAMCZAK
_____
(print name)

_____
(signature)

Date: _____12-12-07_____

## DECLARATION OF DAVID A. BARNES

1.      My name is David Barnes.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration. _DB_ (initial if true).

2.      [[ am / am not] (circle one) filling out this form entirely on my own free will and choice. _DB_ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _DB_ (initial if true).

4.      I have been employed by Wells Fargo continually since 1993.  I currently hold the position of Area Manager and work full time for Wells Fargo at _5900 B Oleander Dr_____ (office address) in _Wilmington_____, _NC_____ (city, state). _DB_ (initial if true).

5.      Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 8/93 – ≏ 2000 | Winchester VA | H.M.C. & Br. Mgr | Joe Gillis, Branch Manager & Cheryle Vance, Area Mgr |
| ≏ 2000 – 2004 | Winchester, VA | Area Manager | Cliff Fishn, Regional Manager |
| May 2004 – Present | Wilmington Nc | Branch Manager & Area Manager | John Askew, Area Manager Tommy Saunder, Regional Mgr |

WA 938450.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.      The area that I manage includes branches in the following locations:

| Address; City, State |
|----------------------|
| DB Gum Branch Road Jacksonville, NC |
| DB Oleander Dr, Wilmington, NC |
| DB Spence Ave, Goldsboro, NC |
| DB Morganton Rd, Fayetteville, NC |
| DB Arlington Blvd, Greenville, NC |
|  |

7.      In the area that I manage, Wells Fargo employs approximately ___11___ (#) mortgage sales associates that report directly to branch managers, who in turn report to me. _DB_ (initial if true).

8.      In the area that I manage, Wells Fargo employs approximately ___12___ (#) mortgage loan specialists that report directly to production managers, who in turn report to me. _DB_ (initial if true).

2

WA 938450.1

9.      Wells Fargo treats its mortgage sales associates and mortgage loan specialists as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _(initial if true)_.

10.      Mortgage sales associates and mortgage loan specialists that report to branch managers or production managers, who in turn report to me, are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime. _(initial if true)_.

~~HSA&ML~~ _Mortgage Sales Associates, all Mortgage Loan Specialists, and all hourly non-exempt employees have been instructed to seek prior approval from their ~~supervisor~~/Manager to work overtime_

11.      Beginning in approximately 2004 _2003_, mortgage sales associates and mortgage loan specialists were instructed to seek _again explicitly_ approval from their branch manager or production manager prior to working any overtime. _because some had not done so on their previous timesheet._ However, because Wells Fargo requires mortgage sales associates and mortgage loan specialists to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates, mortgage loan specialists, or anyone else to record less than the amount of time actually worked. _(initial if true)_.

12.      Branch managers and production managers that report to me are responsible for approving the work time recorded by mortgage sales associates or mortgage loan specialists under their supervision. _(initial if true)_.

13.      To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates and mortgage loan specialists has always been the responsibility of branch managers _Sales Supervisors, Team leads,_ ~~or~~ production managers, not an area or regional manager. _(initial if true)_.

14.      When customer demand justifies overtime, Wells Fargo mortgage sales associates and mortgage loan specialists who report to branch managers or production managers, who in turn report

WA 938450.1

*asked*

to me, are expected to work overtime, if necessary. When they do/did so, Wells Fargo pays/paid them for that overtime. _____ (initial if true).

15.    Mortgage sales associates and mortgage loan specialists are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _____ (initial if true).

*✓though some do, with prior approval to do so. But those hours are not expected to incur overtime.*

16.    I never told any mortgage sales associates or mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _____ (initial if true).

17.    I never told any mortgage sales associates or mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone to report less than the amount of time they worked. _____ (initial if true).

18.    I report to Regional Manager *Tommy Saunders* (first name, last name) in *Charlotte, NC*, _____ (city, state), who in turn reports to Division Manager *Cliff Frihn* _____ (first name, last name) in _____ *Savannah, GA* _____ (city, state). _____ (initial if true). _____

19.    I have sought assistance on various human resources issues from Denise Dennis in Des Moines, Iowa, and Mark Williams, in Minneapolis, Minnesota. I have sought assistance from Denise Dennis since transferring to North Carolina in 2000. _____ (initial if true).

*and Mark Williams*                            *2004*

4

20.    Denise Dennis conducts annual training in the area I manage, which includes training via teleconference and in-person sessions. Such training has included components for managers on time-reporting for non-exempt employees, such as mortgage sales associates and mortgage loan specialists, and compliance with applicable wage and hour laws and regulations. _____ (initial if true).

21.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _____ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this _13_ day of December, 2007, at ___Wilmington___, _NC_____ (city, state).

_____
Signature

Home Address: _5900 B Oleander Dr._
_Wilmington, NC 28403_

Phone:    _910 - 409 - 4567 cell_
_910 - 793 - 3901 work_

5

WA 938450.1

## MARK CADHAM DECLARATION

My name is Mark Cadham.  I have personal knowledge of the facts contained in this Declaration.

1.      I am filling out this form entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it. _MlC_ (initial if true)

2.      I have been employed by Wells Fargo continually since 2005. _MlC_ (initial if true) I currently work full time for Wells Fargo at _2710  5ᵗʰ  Ave S_ (office address) in Minneapolis.  Currently, I am a VP Site Leader for PNC Mortgage, a joint venture owned in part by Wells Fargo.

3.      Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 8/15/05 – Present | Minneapolis, Minnesota | VP Site Leader | Mike Oakes, FSL Northeast  _Oakes_ |

4.      Wells Fargo Home Mortgage treats its loan processors ("mortgage loan specialists") as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _MlC_ (initial if true).

5.      Wells Fargo mortgage loan specialists that report to me  are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime. My mortgage loan specialists were expected to use Webtime beginning on September 12, 2005. _MlC_ (initial if true).

6.      I typically delegate the responsibility for approving the work time recorded by mortgage loan specialists at my location to team supervisors and/or a team manager.  The team supervisors and team manager that report to me have approved overtime by mortgage loan specialists at my location, and they have been paid for that overtime. _MlC_ (initial if true).

WA 934318.1

7.      For processing, my office receives its loan files from distributed retail branches. _MKC_
(initial if true).

8.      The tasks of reviewing and approving the time recorded by mortgage loan specialists
have always been the responsibility of an on-site team supervisor or manager and not an area or
regional manager. _MKC_ (initial if true).

9.      When customer demand justifies overtime, Wells Fargo mortgage loan specialists who
report to me are expected to work overtime, if necessary.  When they do/did so, Wells Fargo
pays/paid them for that overtime. _MKC_ (initial if true).

10.     In my branch, mortgage loan specialists were expected to do their work for Wells Fargo
at the office; they were not required to take work home or otherwise work outside the office.
_MKC_ (initial if true).

11.     I never told any mortgage loan specialists, and I never heard anyone else at Wells Fargo
tell anyone that they could not record overtime or that recording overtime would be viewed
negatively. _MKC_(initial if true).

12.     I never told any mortgage loan specialists, and I never heard anyone else at Wells Fargo
tell anyone to report less than they amount of time they worked. _MKC_(initial if true).

13.     Since I began my employment with Wells Fargo, I have always told my mortgage loan
specialists to accurately record the time they spent working. _MKC_ (initial if true).

14.     I report to Mike Oakes, FSL Northeast, who works in ~~Rochester, New York~~ Mpls, MN. Mike Oakes
reports to Senior Vice President Retail Fulfillment and Underwriting Jacqueline Hill in
Pennsylvania. _MKC_(initial if true).

2

WA 934318.1

15.    I have sought assistance on various human resources issues from Wells Fargo Home Mortgage human resource representatives in Des Moines, Iowa, and Tempe, Arizona. MVC (initial if true).

16.    To the best of my knowledge, I have never directly consulted on human resource issues with any individual working within Wells Fargo Home Mortgage that worked or was based in California. MVC (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this 23 day of November, 2007, at Carlsbad, California.

_____
Signature

Home Address: 10177 Bridgewater Ct
Woodbury, MN 55129

Phone: 612 812-5420

3

WA 934318.1

## DECLARATION OF CAROLINE COREY

1. My name is Caroline Corey. I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration. _Cyc_ (initial if true).

2. I [am / am not] (circle one) filling out this form entirely on my own free will and choice. _Cyc_ (initial if true).

3. No promises of benefits or threats have been made to me to persuade me to sign it. _Cyc_ (initial if true).

4. I have been employed by Wells Fargo continually since 2002. I currently hold the position of Branch Manager and work full time for Wells Fargo at _829-C Gum Branch Road_ (office address) in _Jacksonville_, _NC_ (city, state). _Cyc_ (initial if true).

5. Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 11/1/2002 to 12/31/2005 | Wake Forest, NC | Branch Sales Manager | John Askew, Area Manager |
| 1/1/2006 to 7/31/2006 | Raleigh, NC | Branch Sales Manager | John Askew, Area Manager |
| 8/1/2006 to Present | Jacksonville, NC | Branch Sales Manager | David Barnes, Area Manager |

WA 940943.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.    The branch that I manage includes offices in the following locations:

| Address; City, State |
|----------------------|
| 829-C Gum Branch Road  Jacksonville, NC |
| 1916 S. Glenburnie Road, Suite 1  New Bern, NC |
| 7701 Emerald Drive  Emerald Isle, NC |
| 208 A New River Drive  Surf City, NC |
|  |
|  |

7.    In the area that I manage, Wells Fargo employs approximately __3__ (#) mortgage sales associates that report directly to ~~a Team Lead, who in turn reports to~~ me. *Cyc* (initial if true).
*(Cyc)*

8.    In the area that I manage, Wells Fargo employs approximately __5__ (#) mortgage loan specialists that report directly to me. *Cyc* (initial if true).
*(Cyc)*
a Team Lead who in turn reports to me.

2                                    WA 940943.1

9.       Wells Fargo treats its mortgage sales associates and mortgage loan specialists as non-exempt employees. These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _cyc_ (initial if true).

10.      Mortgage sales associates and mortgage loan specialists that report to their Team Lead or to me, are expected to record all of their time worked each week. To record that time, they use an internet based program called Webtime. _cyc_ (initial if true).

11.      Since I began working for Wells Fargo in 2002, mortgage sales associates and mortgage loan specialists were instructed to seek approval from their branch manager or production manager prior to working any overtime. However, because Wells Fargo requires mortgage sales associates and mortgage loan specialists to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates, mortgage loan specialists, or anyone else to record less than the amount of time actually worked. _cyc_ (initial if true).

12.      I am responsible for approving the work time recorded by mortgage sales associates under my supervision. The Team Lead that report to me is responsible for approving the work time recorded by mortgage loan specialists. _cyc_ (initial if true).

13.      To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates and mortgage loan specialists has always been the responsibility of team leads, branch managers, or production managers, not an area or regional manager. _cyc_ (initial if true).

14.      When customer demand justifies overtime, Wells Fargo mortgage sales associates and mortgage loan specialists who report to their Team Lead or to me are expected to work overtime, if

3

WA 940943.1

necessary. When they do/did so, Wells Fargo pays/paid them for that overtime. _CYC_ (initial if true).

15.    Mortgage sales associates and mortgage loan specialists are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _CYC_ (initial if true).

16.    I never told any mortgage sales associates or mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _CYC_ (initial if true).

17.    I never told any mortgage sales associates or mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone to report less than the amount of time they worked. _CYC_ (initial if true).

18.    I report to Area Manager __David Barnes__ (first name, last name) in __Wilmington__, __NC__ (city, state), who in turn reports to Regional Manager __Tommy Saunders__ (first name, last name) in __Charlotte__, __NC__ (city, state). _CYC_ (initial if true).

19.    I have sought assistance on various human resources issues from Denise Dennis in Des Moines, Iowa.. I have sought assistance from Denise Dennis since I began working for Wells Fargo in 2002. _CYC_ (initial if true).

WA 940943.1

20.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _CYC_ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this 28 day of December, 2007, at _Jacksonville_____, ____NC_____ (city, state).

_Caroline Y. Corey_____
Signature

Home Address: _226 Bell Street_
_Cedar Point, NC 28584_

Phone: _919-801-2515_____

5

WA 940943.1

## DECLARATION OF CHARLES DAHLGREN

1.    My name is Charles Dahlgren.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration.  *CHG* (initial if true).

2.    I [am / am not] (circle one) filling out this form entirely on my own free will and choice.  *CHG* (initial if true).

3.    No promises of benefits or threats have been made to me to persuade me to sign it.  *CHG* (initial if true).

4.    I have been employed by Wells Fargo continually since 2004.  I currently hold the position of Manager of Private Mortgage Banking for North and South Carolina and work full time for Wells Fargo at  5605 CARNEGIE BLVD. STE. 420  (office address) in CHARLOTTE , NORTH CAROLINA  (city, state).  *CHG* (initial if true).

5.    Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 9/2004 | CHARLOTTE N.C. | SOUTHEAST DIVISION MARKET MANAGER PRIVATE MORTGAGE BANKING | JOHN ADAM - DIVISION MANAGER SOUTHEAST DIVISION - WFHM |
| 10/2006 | CHARLOTTE N.C. | SOUTHEAST MARKET MANAGER / AREA MAN. PRIVATE MORTGAGE BANKING | CLIFF FROHN - DIVISION MGR. SOUTHEAST DIVISION - WFHM |
| 10/2007 | CHARLOTTE N.C. | MANAGE REGION 7 PRIVATE MORTGAGE BANKING | TOMMY SAUNDERS - REGIONAL MANAGER / REGION 7 - WFHM |

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.        The area that I ~~CURRENTLY~~ manage includes branches in the following locations:

| Address; City, State |
|----------------------|
| 5605 CARNEGIE BLVD., STE 420, CHARLOTTE, N.C. |
| 19530 WEST CATAWBA AVE, STE. 114, CORNELIUS, N.C. |
| 1 POSTON ROAD, STE. 320, CHARLESTON S.C. |
| 200 CENTRAL AVE., STE. C., HILTON HEAD, S.C. |
| 100 REGENCY FOREST DRIVE, CARY, N.C. |
|  |

7.        In the area that I manage, Wells Fargo employs approximately ___3___ (#) mortgage sales associates that report directly to branch managers, who in turn report to me. _____ (initial if true).
SALES

8.        I do not supervise mortgage loan specialists. _____ (initial if true).

WA 940699.1

9.      Wells Fargo treats its mortgage sales associates as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _(initial if true)._

10.      Mortgage sales associates that report to me are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime. _(initial if true)._

11.      Beginning in approximately January 2006, mortgage sales associates were instructed to seek approval from their branch manager or production manager prior to working any overtime.  However, because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _(initial if true)._

12.      Branch managers and production managers that report to me are responsible for approving the work time recorded by mortgage sales associates under their supervision. _(initial if true)._

13.      To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates and has always been the responsibility of branch managers or production managers, not an area or regional manager. _(initial if true)._

14.      When customer demand justifies overtime, Wells Fargo mortgage sales associates who report to branch managers or production managers, who in turn report to me, are expected to work overtime, if necessary.  When they do/did so, Wells Fargo pays/paid them for that overtime. _(initial if true)._

WA 940699.1

15.      I never told any mortgage sales associates and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _CHK_ (initial if true).

16.      I never told any mortgage sales associates and I never heard anyone else at Wells Fargo tell anyone to report less than the amount of time they worked. _CHK_ (initial if true).

17.      I report to ~~Divisional~~ *REGIONAL* Manager _TOMMY SAUNDERS_ (first name, last name) in _CHARLOTTE_, _NORTH CAROLINA_ (city, state), who in turn reports to _DIVISIONAL MGR._ (title) _CLIFF FROHN_ (first name, last name) in _SAVANNAH_, _GEORGIA_ (city, state). _CHK_ (initial if true).

18.      I have sought assistance on various human resources issues from Denise Dennis in Des Moines, Iowa, and Christina Dewey in Des Moines, Iowa. _CHK_ (initial if true).

19.      Todd Hauer conducts annual compensation training in the area I manage, which includes training via teleconference. Such training has included components for managers on time-reporting for non-exempt employees, such as mortgage sales associates, and compliance with applicable wage and hour laws and regulations. _CHK_ (initial if true).

20.      To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _CHK_ (initial if true).

4

WA 940699.1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this *31st* day of December, 2007, at *CHARLOTTE* , *NORTH CAROLINA* (city, state).

Signature

Home Address: *2200 WRENWOOD POND CT.*

*CHARLOTTE, N.C. 28211*

Phone: *704 571- 4178*

5                                    WA 940699.1

**DECLARATION OF GINA DUNCAN**

1.    My name is Gina Duncan.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration.  _GD_ (initial if true).

2.    [I am / am not] (circle one) filling out this form entirely on my own free will and choice.  _GD_ (initial if true).

3.    No promises of benefits or threats have been made to me to persuade me to sign it. _GD_ (initial if true).

4.    I have a lawyer who represents me with regard to the dissolution of my marriage and the related financial settlement, but I do not have a lawyer that currently represents me about any issue involving Wells Fargo.  _GD_ (initial if true).

5.    I have worked for Wells Fargo in the Wells Fargo Home Mortgage division in Maitland, Florida since August 1997. From August 1997 until January 2006, I worked in Maitland as an Area Manager under the supervision of Charlie Gerding, Regional Manager.  Charlie Gerding's supervisor was John Adam, Divisional Manager. From January 2006 until January 2007, I worked as a Regional Manager under the Supervision of Cliff Frohn, Divisional Manager. Cliff Frohn's supervisor was Greg Gwidz, National Manager. In January 2007, when a Branch Manager position became available in Maitland, I requested and received the position, in which I still work, at which time A.J. Adamczak became my supervisor.  A.J. Adamczak is supervised by Charlie Gerding, Regional Manager.  _GD_ (initial if true).

6.    I do not supervise any Mortgage Loan Specialists.  Rather, I am responsible for the supervision of Mortgage Sales Associates.  These Mortgage Sales Associates handle prime, jumbo and renovation home mortgage loans.  _GD_ (initial if true).

7.    The Mortgage Sales Associates that I supervise perform the following duties: marketing, taking customer applications, managing the customer database, contacting customers, running numbers for loans, managing the pipeline, and locking rates.  They generally do not quote rates or sell loans to customers.  _GD_ (initial if true).

WA 937125.1

8.    The Mortgage Sales Associates that I supervise take direction from a sales manager, and they also work closely with and take direction from one or more assigned mortgage consultant(s).  Accordingly, their compensation is connected to the performance of a particular mortgage consultant.  In fact, they have different compensation plans depending upon mortgage consultant they work with at the time.  Also, their duties may vary depending upon the mortgage consultant they work with and their duties have likely varied depending upon the office they work out of.  *CD*  (initial if true).

9.    A Mortgage Sales Associate's duties are different than those of a Wells Fargo Mortgage Loan Specialist.  Mortgage Sales Associates send loan files to a Wells Fargo processing center, where employees there are responsible for loan processing.  They typically do not have authority to approve a mortgage loan.  Also, their schedules are not flexible in that each Mortgage Sales Associate works a set shift, but their duties may vary depending upon the needs of the Mortgage Consultant they work with.  None of the Mortgage Sales Associates I supervise work from home, although they can come and go from the office freely for work-related duties.  In other words, the Mortgage Sales Associates I supervise are generally expected to be at the office from the time they arrive until they leave at the end of the day, except for lunch breaks, unless they are running a work-related errand.  *CD*  (initial if true).

10.    The Mortgage Sales Associates that I supervise are paid a salary plus a tiered commission based on monthly loan volume.  *CD*  (initial if true).

11.    My Mortgage Sales Associates very rarely work overtime, although they are paid for overtime if they work it.  To ensure my Mortgage Sales Associates are paid for any overtime worked, they simply must work more than 40 hours and accurately record their hours on Webtime, an online time-recording application.  *CD*  (initial if true).

12.    I believe my Mortgage Sales Associates have used Webtime since 2005, when Webtime became the corporate standard, but I cannot recall the specific month.  Before Webtime, employees recorded their time manually on time sheets.  In order to be paid overtime prior to Webtime, my Mortgage Sales Associates only needed to work more than 40 hours and to record their time manually on their time card.  Although they were supposed to obtain prior approval before

working overtime, they were still paid overtime if they failed to obtain prior approval. _GD_ (initial if true).

13.     My office is typically open from 8:30 am to 5:00 pm. My Mortgage Sales Associates are typically scheduled to work five shifts of eight and one-half hours apiece, with an hour for lunch. In other words, they generally work seven and one-half hours per shift and they take an hour for lunch. The two different shifts my Mortgage Sales Associates work are from 8:30 am to 5:00 pm and 9:30 am to 6:00 pm. _GD_ (initial if true).

14.     From 1997 to 2003, in my experience, my Mortgage Sales Associates were scheduled to work 40 hours per week and they actually worked 40 hours per week. In 2004 my Mortgage Sales Associates were scheduled to work 40 hours per week and they actually worked, on average, 45 hours per week. In 2005, my Mortgage Sales Associates were scheduled to work 40 hours per week and they actually worked, on average, 42 hours per week. From 2006 to the present, my Mortgage Sales Associates have been scheduled to work 40 hours per week and they have actually worked 40 hours per week. _GD_ (initial if true).

15.     The work schedule for Mortgage Sales Associates is generally rigid. In other words, they do not generally have the ability to change the start and end times of their scheduled shifts unless there is an exceptional circumstance. My Mortgage Sales Associates cannot generally run personal errands mid-shift, although they can come and go from the office to perform their work duties. My Mortgage Sales Associates cannot work from home. _GD_ (initial if true).

16.     It is Wells Fargo's policy that Mortgage Sales Associates are permitted to work overtime, with approval, when there is a need for overtime. It is Wells Fargo's policy that when a Mortgage Sales Associate works overtime, then he or she is paid for this overtime without incident, even if he or she failed to obtain prior approval. I learned of these policies from upper management and through the published Human Resources policies. _GD_ (initial if true).

17.     To my knowledge, no one has ever been disciplined, formally or informally, for working overtime. _GD_ (initial if true).

WA 937125.1

18.    It is Wells Fargo's policy that Mortgage Sales Associates must record all time worked daily in Webtime.  I learned of this policy, which is enforced by management at the branch/local level, through my training.  _GO_  (initial if true).

19.    To my knowledge, no one has been disciplined, formally or informally, for not accurately recording his or her hours.  _GO_  (initial if true).

20.    To my knowledge, no one, including myself, has ever instructed any Mortgage Sales Associate to not record all the time he or she worked.  On the contrary, I have instructed my Mortgage Sales Associates, on many occasions, that they must record all of their time worked each week.  Human Resources and members of upper management also inform Sales Associates that they must record all of their time worked each week.  _GO_  (initial if true).

21.    As a Branch Manager, I am responsible for monitoring the number of hours worked each week by my Mortgage Sales Associates, in addition to approving the time they have recorded in Webtime.  To my knowledge, these tasks have always been the responsibility of each Branch Manager and not the responsibility of someone in senior management.  _GO_  (initial if true).

22.    I am not aware of any Mortgage Sales Associate who did not report all of the hours he or she was working for Wells Fargo.  _GD_  (initial if true).

23.    I have never changed time records to add or subtract from the amount of time that had been recorded on the clock by a Mortgage Sales Associate and I am unaware that anyone else has ever done this.  _GD_  (initial if true).

24.    As a supervisor, if I have a human resources issue, then I seek assistance from Denise Dennis, who is an Employee Relations Consultant out of Des Moines, Iowa.  If I had a wage, compensation or overtime issue, then I would call Denise Dennis.  _GD_  (initial if true).

25.    As a supervisor, I have participated in training courses, including web-based and live trainings, that included compensation issues.  These trainings occur locally at least twice a year, and they are typically administered by Denise Dennis and her team.  _GD_  (initial if true).

WA 937125.1

26.     Although every sales unit has different characteristics, to my knowledge, there is nothing specific about my Mortgage Sales Associates that differs significantly from the duties of other Mortgage Sales Associates.  *GD*  (initial if true).

27.     To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California. *GD*  (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. *GD*  (initial if true).

*Gina L. Duncan*
(print name)

*Gina L. Duncan*
(signature)

Date:  01/04/2008

Page 5 of 5

WA 937125.1

## DECLARATION – BRANCH / FACILITY MANAGER

My name is _Jack Emkes_ . I have personal knowledge of the facts contained in this Declaration.

1.        I [ **am** / **am not** ] (circle one) filling out this form entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it. _JE_ (initial if true).

2.        I have been employed by Wells Fargo [ **continually** / **off and on** ] since _June 02'_ . I currently [ **work part time** / **work full time** / **no longer work** ] (circle one) for Wells Fargo at _302 Main St, Cedar Falls Ia._ (office address). Currently, I am a _Branch manager II_ (title).

3.        Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| June 02 to preent | Cedar Falls | Branch manager II | Dan Staub, Area manager - |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4.      Wells Fargo Home Mortgage treats its ~~loan processors ("mortgage loan specialists") and~~ mortgage sales associates as non-exempt employees. These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _JE_ (initial if true; if not, please explain below).

_A mortgage sales associates duties vary depending on the HML's needs Ranging from clerical to marketing to processing when fullfillment centes can't complete processing._

5.      Wells Fargo ~~mortgage loan specialists and~~ mortgage sales associates that report to me are expected to record all of their time worked each week. To record that time, they use an internet based program called Webtime. _JE_ (initial if true). My ~~mortgage loan specialists and~~ mortgage sales associates were expected to use Webtime beginning ___June 05'___ (date). _before that mortgage sales associates were required to submit a payroll request form for hours worked over 40 hours._

6.      I am/was responsible for approving the work time recorded by ~~mortgage loan specialists and~~ mortgage sales associates that report to me. I have approved overtime by ~~mortgage loan specialists and/or~~ mortgage sales associates who report to me, and they have been paid for that overtime. _JE_ (initial if true; if not, please explain below).

       I have not approved any overtime, because I have not had employees who have worked more than 40 hours a week. _____ (initial if true).

7.      For processing, my office (sends) / receives [circle one] its loan files to / from _Davenport, Omaha, Minneapolis - previously sent files to Des Moines._

WA 848869.1

8.      When I am unavailable, the work time recorded by ~~mortgage loan specialists and~~ mortgage sales associates that report to me is approved by the following:

| Name | Location | Position |
|---|---|---|
| Lori Hoffman | 7015 Vista Drive, WDM IA | Area Admin to Ann Staub |
|  |  |  |

9.      As a branch manager, I cannot change the work time recorded in Webtime by ~~mortgage loan specialists and~~ mortgage sales associates.  I can only review the Webtime for accuracy and approve it.  If a mortgage loan specialist or mortgage sales associate wishes to change their recorded hours, only they can do so.  _JE_  (initial if true; if not, please explain below)

To the best of my knowledge this is true.

_____

_____

_____

10.      When customer demand justifies overtime, Wells Fargo ~~mortgage loan specialists and~~ mortgage sales associates who report to me are expected to work overtime, if necessary.  When they do/did so, Wells Fargo pays/paid them for that overtime.  _JE_  (initial if true; if not, please explain below)

_____

_____

_____

_____

3

WA 848869.1

11.      In my branch, ~~mortgage loan specialists and/or~~ mortgage sales associates were expected to do their work for Wells Fargo at the office; they were not required to take work home or otherwise work outside the office. _JE_ (initial if true; if not, please explain below).

_____

_____

_____

_____

12.      I never told any mortgage ~~loan specialists and/or~~ <ins>sales associates</ins> ~~mortgage sales associates~~, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime or that recording overtime would be viewed negatively. _JE_ (initial if true; if not, please explain below)

_mortgage sales associates have been instructed to hot work overtime_
_without prior approval but if they work overtime they have_
_been instructed to accurately record there time and would be paid._

_____

13.      I never told any ~~mortgage loan specialists and/or~~ mortgage sales associates, and I never heard anyone else at Wells Fargo tell anyone to report less than they amount of time they worked. _JE_ (initial if true; if not, please explain below)

_____

_____

_____

_____

4

14.     Since I became a manager at Wells Fargo, I have always told my ~~mortgage loan specialists and~~ mortgage sales associates to accurately record the time they spent working. *JE*
(initial if true; if not, please explain below)

_____

_____

_____

_____

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this _18_ day of _April_, 2006, at _Cedar Falls_ [city], _Iowa._ [state].

Signature _Jodi Ellis_

Home Address: _2112 Hawthorne Dr_
_Cedar Falls IA 50613_

Phone: _319-268-1177 (hm)_
_319-273-8823 (wk)_

5

WA 848869.1

## DECLARATION OF MICHAEL GRACE

1.      My name is Michael Grace.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration.  _ML_ (initial if true).

2.      I [ am / am not] (circle one) filling out this form entirely on my own free will and choice. _MR_ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it.  _ML_ (initial if true).

4.      I have been employed by Wells Fargo continually since 1995.  I currently hold the position of Branch Manager and work full time for Wells Fargo at _1751 Marietha Drive_ (office address) in _Bogart,_, _GA 30622_ (city, state).  _ML_ (initial if true).

5.      Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
| 11-1-1995 to Present | Bogart, GA | Branch/Area Manager | Charles Georging Regional Manager |
|  |  |  |  |
|  |  |  |  |

WA 940937.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.       The branch that I manage includes offices in the following locations:

| Address; City, State |
|----------------------|
| 422 Candler Street, Gainesville, GA 30501 |
|  |
|  |
|  |
|  |
|  |

7.       In the branch that I manage, Wells Fargo employs approximately ⎯⎯⎯⎯ (#) mortgage sales associates that report directly to me. _____ (initial if true).

8.       I do not supervise mortgage loan specialists. _____ (initial if true).

2

WA 940937.1

9.      Wells Fargo treats its mortgage sales associates as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek.  _____(initial if true).

10.      Mortgage sales associates that report to me are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime.  _____(initial if true).

11.      Beginning in approximately 2004 or 2005, mortgage sales associates were instructed to seek approval from their branch manager or production manager prior to working any overtime.  However, because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked.  _____(initial if true).

12.      I am responsible for approving the work time recorded by mortgage sales associates under my supervision.  I have delegated the task of approving mortgage sales associates' weekly time records to my admin.  _____ (initial if true).

13.      To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates and mortgage loan specialists has always been the responsibility of branch managers or production managers, not an area or regional manager.  _____(initial if true).  *Back when I had mortgage specialist I approved then, now it is in the Fulfillment site.*

14.      When customer demand justifies overtime, Wells Fargo mortgage sales associates who report to me are expected to work overtime, if necessary.  When they do/did so, Wells Fargo pays/paid them for that overtime.  _____ (initial if true).

WA 940937.1

15.      Mortgage sales associates are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _____ (initial if true).

16.      I never told any mortgage sales associates and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _____ (initial if true).

17.      I never told any mortgage sales associates and I never heard anyone else at Wells Fargo tell anyone to report less than the amount of time they worked. _____ (initial if true).

18.      I report to Regional Manager _____ Charles Grerding _____ (first name, last name) in _____ Alpharetta _____, _____ GA _____ (city, state), who in turn reports to Division Manager _____ Clifford Frohn _____ (first name, last name) in _____ Savannah _____, _____ GA _____ (city, state). _____ (initial if true).

19.      I have sought assistance on various human resources issues from Denise Dennis in Des Moines, Iowa, and my Regional Manager, Rick Douglas in _____ Alpharetto, GA _____ (city, state). _____ (initial if true).

20.      Denise Dennis conducts annual training in the area I manage, which includes training via teleconference and in-person sessions. Such training has included components for managers on

4

time-reporting for non-exempt employees, such as mortgage sales associates, and compliance with applicable wage and hour laws and regulations. _MP_ (initial if true).

21.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _ML_ (initial if true).

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this 21st day of December, 2007, at _Bogart_ , _Georgia_ (city, state).

                                        _Mike P_
                                        Signature

                                        Home Address: _1690 McFall Court_
                                                    _Watkinsville, GA 30677_
                                        Phone: _706-540-1612_

5

## DECLARATION OF SANDRA HOLOBAUGH

1.     My name is Sandra Holobaugh.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration.  _SH_ (initial if true).

2.     I [ am / am not] (circle one) filling out this form entirely on my own free will and choice.  _SH_ (initial if true).

3.     No promises of benefits or threats have been made to me to persuade me to sign it. _SH_ (initial if true).

4.     I have worked continually for Wells Fargo in the Wells Fargo Home Mortgage division since June 1994.  I am currently a Branch Manager.  I have been a Branch Manager since September 2004.  Prior to that I was a Private Mortgage Banking Banker.  My office location is in _1700 Lincoln #4760, Denver_ (city, state). _CO_ (initial if true).

5.     I am responsible for retail branch offices for Wells Fargo Home Mortgage in the following Colorado locations (please list): _PMB Offices_
_1700 Lincoln #4760  Denver, CO_
_9350 E. Arapahoe Rd.  Greenwood Village, CO_

6.     As a Branch Manager, I am responsible for managing the profits and losses of the ~~retail~~ _PMB_ branch that I am assigned in Colorado and supervising ___9___ (insert number) ~~home~~ _Private mortgage bankers_ ~~mortgage consultants~~ and ___4___ (insert number) mortgage sales associates, among other responsibilities.  _SH_ (initial if true).

7.     As a branch manager, I am responsible for monitoring the number of hours worked each week by mortgage sales associates working in my branch locations and approving the time they have recorded in Webtime, an online time-recording application.  To my knowledge, these tasks have always been the responsibility of the branch manager and not an area or regional manager. _SH_ (initial if true).

WA 930602.1

8.     I review and approve the time recorded in Webtime by each mortgage sales associate that reports to me.  I review and approve these time entries every Monday morning, unless it is a holiday or I have some other conflict.  I have followed this process since becoming a Branch Manager in September 2004. _MH_ (initial if true).

9.     I have instructed mortgage sales associates that report to me to seek my approval before working any overtime.  However, because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _MH_ (initial if true).

10.     Due to decreased business demand, the mortgage sales associates that report to me have rarely, if ever, worked overtime since I became a Branch Manager in September 2004.  In fact, I do not recall any mortgage sales associate that reports to me seeking approval to work overtime hours. _MH_ (initial if true).

11.     I have never told any mortgage sales associates, and I never heard anyone at Wells Fargo tell anyone that they could not record overtime or that recording overtime would be viewed negatively. _MH_ (initial if true).

12.     As a new Branch Manager, I attended manager training in _September_, _2004_ (month, year). The course, which covered many topics, was conducted in Denver, Colorado, and included training on the Wells Fargo Code of Ethics. _MH_ (initial if true).

13.     Until November 2006, I reported to Area Manager, David Burnett, who worked in _Denver_, _CO_ (city, state). Since December 2006, I have reported to Area Manager, Rich Land, who works in _Scottsdale_, _AZ_ (city, state). Until October 2005, Rich Land reported to Regional Manager Tim McDonald, who works in _?_, _?_ (city, state). Since _MH_ October 2005, Rich Land reports to Regional Manager Greg Osborne, who works in _Englewood_, _CO_ (city, state). My Regional Manager reports to

WA 930602.1

Divisional Manager Liz Bryant who works in _____*Aspen*_____, _____
(city, state). _*CO*_ (initial if true).

14.    To address any human resources issues, I first work with my Area and/or Divisional Manager(s). To address issues related specifically to Webtime, I also refer to a manager resources section of Webtime. I may also seek assistance from Linda White, a human resources professional that works in Des Moines, Iowa, and is assigned to address human resources issues for my branch. _____ (initial if true).

15.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California. _____ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. _____ (initial if true).

_Sandra L. Holobaugh_
(print name)

_[signature]_
(signature)

Date: _12/18/07_

Page 3 of 3                                    WA 930602.1

## DECLARATION OF LEE ANN LANGE

1.      My name is Lee Ann Lange.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration. _____ (initial if true).

2.      I [ am / am not ] (circle one) filling out this form entirely on my own free will and choice. _____ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _____ (initial if true).

4.      I have worked off and on for Wells Fargo in the Wells Fargo Home Mortgage division since 1994.  I am currently an area manager in the Private Mortgage Banking group, with responsibility for all of Texas.  I have been an area manager since December 2006.  My office location is in ___Austin___, ___Texas___ (city, state). _____ (initial if true).

5.      Prior to becoming an area manager, I was a branch manager in the Private Mortgage Banking group for approximately four years.  My office location was in ___Austin___, ___Texas___ (city, state). _____ (initial if true).

6.      As a branch manager, I was responsible for Private Mortgage Banking offices for Wells Fargo Home Mortgage in the following Texas locations (please list):

San Antonio, Texas
Austin, Texas
Lubbock, Texas

7.      As a branch manager, I was responsible for managing the profits and losses of the Private Mortgage Banking branch that I was assigned to, and supervising ___6 - 8___ (insert number) home mortgage consultants and ___1 - 2___ (insert number) mortgage sales associates, among other responsibilities. _____ (initial if true).

WA 931609.1

8.     As a branch manager, I was responsible for monitoring the number of hours worked each week by mortgage sales associates working in my branch locations and approving the time they have recorded in Webtime, an online time-recording application.  To my knowledge, these tasks have always been the responsibility of the branch manager and not an area or regional manager. _____ (initial if true).

9.     As a branch manager, I personally reviewed and approved the time recorded in Webtime by mortgage sales associates that reported to me and did not delegate my responsibility. _____ (initial if true).

10.     As an area manager, I have not reviewed or approved of the time recorded in Webtime by mortgage sales associates or any other employees within my area. _____ (initial if true).     * Except for my Area Admin -

11.     I have never told any mortgage sales associates, and I never heard anyone at Wells Fargo tell anyone that they could not record overtime or that recording overtime would be viewed negatively. _____ (initial if true).

12.     I     report     to     regional     manager,     Peter     Beanland,     who     works     in Southlake, Texas (city, state).  Peter Beanland reports to divisional manager, Liz Bryant, who works in Aspen, CO (city, state). _____ (initial if true).

13.     To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California regarding any time reporting or compensation issues. _____ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. _____ (initial if true).

_____Lee AnnLange_____
(print name)

_____
(signature)

Date: ___12/6/07___

WA 931609.1

## LUCY MARQUES DECLARATION

My name is Lucy Marques.  I have personal knowledge of the facts contained in this Declaration.

1.　　　I am filling out this form entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it. _(initial)_ (initial if true)

2.　　　I have been employed by Wells Fargo continually since 1998. _(initial)_ (initial if true) I currently work full time for Wells Fargo at _25 Commerce Drive_ (office address) in Cranford, New Jersey.  Currently, I am a Production Operations Manager (POM) Level I.

3.　　　Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
| 1998-2000 | Cranford, New Jersey | MLS | Karen Carter-Squire, Operations Manager |
| 2000-2001 | Cranford, New Jersey | Team Leader | Holly Sinton (now Campbell), Operations Manager |
| 2001-Present | Cranford, New Jersey | Production Operations Manager (POM) I | Kathy Ciaccia, Operations Manager |

4.　　　Wells Fargo Home Mortgage treats its loan processors ("mortgage loan specialists") as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _(initial)_ (initial if true).

5.　　　Wells Fargo mortgage loan specialists that report to me are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime. My mortgage loan specialists were expected to use Webtime beginning in 2005. _(initial)_ (initial if true).

WA 934318.1

6.      I am responsible for approving the work time recorded by mortgage loan specialists that report to me.  I have approved overtime by mortgage loan specialists who report to me, and they have been paid for that overtime. _____ (initial if true).

7.      For processing, my office receives its loan files from New Jersey. _____ (initial if true).

8.      When I am unavailable, the work time recorded by mortgage loan specialists that report to me is approved by John Martone, Production Operations Manager.

9.      To my knowledge, the task of reviewing and approving the time recorded by mortgage loan specialists have always been the responsibility of an on-site manager and not an area or regional manager. _____ (initial if true).

10.      As a Production Operations Manager, I cannot change the work time recorded in Webtime, an online time-recording application, by mortgage loan specialists.  I can only review the Webtime for accuracy and approve it.  If a mortgage loan specialist wishes to change their recorded hours, only they can do so. _____ (initial if true).

11.      When customer demand justifies overtime, Wells Fargo mortgage loan specialists who report to me are expected to work overtime, if necessary.  When they do/did so, Wells Fargo pays/paid them for that overtime. _____ (initial if true).

12.      In my branch, mortgage loan specialists were expected to do their work for Wells Fargo at the office; they were not required to take work home or otherwise work outside the office. _____ (initial if true).

13.      I never told any mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime or that recording overtime would be viewed negatively. _____ (initial if true).

14.      I never told any mortgage loan specialists, and I never heard anyone else at Wells Fargo tell anyone to report less than they amount of time they worked. _____ (initial if true).

2

15.     Since I became a manager at Wells Fargo, I have always told my mortgage loan specialists to accurately record the time they spent working. _(initial)_ (initial if true).

16.     As a Production Operations Manager, I am responsible for monitoring the number of hours worked each week by mortgage loan specialist who reports to me and approving the time they have recorded in Webtime, an online time-recording application.  To my knowledge, these tasks have always been the responsibility of the branch manager and not an area or regional manager. _(initial)_ (initial if true).

17.     I report to Operations Manager Kathy Ciaccia, who works in ~~Cranford, New Jersey~~ _Rochester, New York_. Kathy Ciaccia reports to Loan Administration Area Manager Mike Oaks in Minneapolis, Minnesota. Mike Oaks reports to Senior Vice President Retail Fulfillment and Underwriting Jacqueline Hill in Pennsylvania. _(initial)_ (initial if true).

18.     As Production Operations Manager, I have sought assistance on various human resources issues from Susanne Frick, who works in Minneapolis, Minnesota. _(initial)_ (initial if true).

19.     To the best of my knowledge, I have never directly reported to or consulted with any individual working within Wells Fargo Home Mortgage that worked or was based in California. _(initial)_ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this _20_ day of November, 2007, at Cranford, New Jersey.

_Luciana Marques_
Signature

Home Address: _855 Central Ave._
_Rahway NJ 07065_

Phone: _(732) 499-7648_

3                                                      WA 934318.1

## DECLARATION OF JEFF MESSNER

1.      My name is Jeff Messner.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration. _JM_ (initial if true).

2.      I [am / am not] (circle one) filling out this form entirely on my own free will and choice. _JM_ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _JM_ (initial if true).

4.      I do not have a lawyer that currently represents me about any issue involving Wells Fargo. _JM_ (initial if true).

5.      I have worked continually for Wells Fargo in the Wells Fargo Home Mortgage division since August 2002.  From August 2002 through June 2005, I worked as an Underwriter.  I started at the facility in Bloomington, Minnesota before I transferred to the Fulfillment Center in Minneapolis, Minnesota in February 2004, at which I still work today.  When I worked as an Underwriter, my supervisor was Mark Borman, who was a Production Operations Manger I.  Mark Borman's supervisor was Brad Skar, who was a Production Operations Manager III. _____ (initial if true). _SEE ATTACHMENT A. JM._

6.      In June 2005, I was promoted to the position of Production Operations Manager I.  I am still in this same position, although my job title changed on October 1, 2007 to that of Loan Administration Manager II.  In this position, my supervisors have been Mark Borman, Production Operations Manger I; Brad Skar, Production Operations Manger III; and my current supervisor is John Roginski, Loan Administration Manager IV. _JM_ (initial if true).

7.      I do not supervise any Mortgage Sales Associates.  Rather, I am responsible for supervising Mortgage Loan Specialists located at the Fulfillment Center in Minneapolis, Minnesota.  These Mortgage Loan Specialists handle subprime home mortgage loans. _JM_ (initial if true).

8.      The Mortgage Loan Specialists that I supervise perform the following duties: obtain title work, clear loan conditions, verify borrower employment/income, verify borrower assets depending on their level of authority, receive property appraisal and forward it to underwriting,

WA 934065.1

prepare the file for closing, and manage the pipeline. They do not approve loans, underwrite loans, or obtain or verify credit reports. _JM_ (initial if true).

9.     The Mortgage Loan Specialists that I supervise take direction from a team leader; they do not report to any particular mortgage consultant. Accordingly, their compensation is not connected to the performance of any particular mortgage consultant. In addition, these Mortgage Loan Specialists generally have the same duties, which never really vary. Also, a Mortgage Loan Specialist's duties are different than those of a Wells Fargo Mortgage Sales Associate. _JM_ (initial if true).

10.    The Mortgage Loan Specialists that I supervise receive their loan files from Wells Fargo mortgage consultants at sales branches, and they are responsible for loan processing. They typically do not have authority to approve a mortgage loan. _JM_ (initial if true).

11.    The Mortgage Loan Specialists that I supervise have set work schedules that never really vary. They cannot come and go from the office freely, and are expected to be at the office from the time they arrive until they leave at the end of the day, except for lunch breaks. _JM_ (initial if true).

12.    The Mortgage Loan Specialists that I supervise are non-exempt employees that are paid on an hourly basis. While they make an annual "salary," this salary is based on a 40-hour work week. If any Mortgage Loan Specialist works more than 40 hours in a work week, then he or she is paid overtime for these additional hours. _JM_ (initial if true).

13.    Although my Mortgage Loan Specialists are paid overtime for any hours worked over 40 in a work week, to my recollection, no one _IN MY DEPARTMENT_ has worked any overtime this year because the mortgage industry has slowed down. In the past, however, many Mortgage Loan Specialists worked overtime one or two days a month _(ON AVERAGE)_ . _JM_ . (initial if true).

14.    Generally, my Mortgage Loan Specialists do not work overtime without obtaining prior approval from me, although they are still compensated for that overtime if they fail to obtain prior approval. In the past, when the mortgage loan industry was much busier, there was no requirement that Mortgage Loan Specialists obtain prior approval before working overtime. _JM_ . (initial if true).

WA 934065.1

15.     To ensure my Mortgage Loan Specialists are paid for any overtime worked, I only need to ensure their Webtime, an online time-recording application, is completed _____ (initial if true).

16.     My Mortgage Loan Specialists started consistently using Webtime three or three and a half years ago, when it was rolled out by the Company. Since then, my Mortgage Loan Specialists have been required to record their time through Webtime. Before Webtime, a paper system was used to record time. _____ (initial if true).

17.     Before Webtime, in order to be paid overtime, Mortgage Loan Specialists needed to work more than 40 hours in a work week and to give their time card to their supervisor. _____ (initial if true).

18.     My office is typically open from 7 am to 6 pm. My Mortgage Loan Specialists are typically scheduled to work a 40-hour work week, in eight-hour shifts, with an hour for lunch. The three different shifts that my Mortgage Loan Specialists work are from 7 am to 4 pm, 8 am to 5 pm, and 9 am to 6 pm. _____ (initial if true).

19.     From 2002 until 2006, in my experience, Mortgage Loan Specialists were normally scheduled to work 40 hours per week and they actually worked, on average, 41 hours per week. In 2007, however, my Mortgage Loan Specialists have been scheduled to work 40 hours per week and they have actually worked 40 hours per week. _____ (initial if true).

20.     The work schedule for Mortgage Loan Specialists is rigid. In other words, they do not have the ability to change the start and end times of their scheduled shifts unless there is an exceptional circumstance. My Mortgage Loan Specialists cannot run personal errands mid-shift, nor can they work from home. All of my Mortgage Loan Specialists work their regularly scheduled shift each week. _____ (initial if true).

21.     It is Wells Fargo's policy that Mortgage Loan Specialists are permitted to work overtime, without incident, when there is a need for overtime. It is Wells Fargo's policy that when a Mortgage Loan Specialist works overtime, then he or she is paid for this overtime without incident. I learned of these policies from upper management. Also, these policies are referenced in the management reference guide to which I have access through Webtime. _____ (initial if true).

22.    To my knowledge, no one has ever been disciplined, formally or informally, for working overtime. *JM* (initial if true).

23.    It is Wells Fargo's policy that Mortgage Loan Specialists must record all time worked. I learned of this policy, which is enforced by management, when I was trained on Webtime and also through upper management. To my knowledge, no one has been disciplined, formally or informally, for not accurately recording his or her hours. *JM* (initial if true).

24.    To my knowledge, no one, including myself, has ever instructed any Mortgage Loan Specialist to not record all the time he or she worked. On the contrary, I have instructed my Mortgage Loan Specialists, on many occasions, that they must record all of their time worked each week. Senior management also regularly gives this instruction, and in fact, it is a regular practice at Wells Fargo for Mortgage Loan Specialists to record all time worked. *JM* (initial if true).

25.    As a supervisor, I am responsible for monitoring the number of hours worked each week by my Mortgage Loan Specialists, in addition to approving the time they have recorded in Webtime. To my knowledge, these tasks have always been my responsibility and not the responsibility of someone in senior management. *JM* (initial if true).

26.    I do not delegate the weekly review and approval process for time recorded in Webtime by the Mortgage Loan Specialists that report to me; rather, I review and approve their time recorded in Webtime. I am not aware of any Mortgage Loan Specialist who did not report all of the hours he or she was working for Wells Fargo. *JM* (initial if true).

27.    I have never changed time records to add or subtract from the amount of time that had been recorded on the clock by a Mortgage Loan Specialist and I am unaware that anyone else has ever done this. In fact, I do not have the ability to do so; rather, I can contest someone's time sheet, but then Webtime will send it back to this particular team member to make any appropriate changes to his or her own time. *JM* (initial if true).

28.    As a supervisor, if I have a human resources issue, then I seek assistance from Suzanne Frick, who is an HR Consultant for the Company out of Des Moines, Iowa. Suzanne reports to Jennifer Friedrich, an HR Manager who works in Minneapolis, Minnesota. *JM* (initial if true).

WA 934065.1

29.     As a supervisor, if I had a wage, compensation or overtime issue, then I would call the HR Service Center, which is a 1-800 "hotline" number.  I cannot remember having any such issue, however. _JM_ (initial if true).

30.     As a supervisor, I have participated in annual on-line training courses that involved the Fair Labor Standards Act, which included training regarding compensation. _JM_ (initial if true).

31.     Although every business unit has different characteristics, to my knowledge, there is nothing specific about my Mortgage Loan Specialists that differs from the duties of other Mortgage Loan Specialists. _JM_ (initial if true).

32.     To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California.
_Human Resource_
_____ (initial if true). *I HAVE SPOKEN WITH TEAM MEMBERS IN CALIFORNIA REGARDING BILLING ISSUES ON LOAN FILES. JM*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct.  _____ (initial if true).

_JEFF MESSNER_____
(print name)

_Jeff M_____
(signature)

Date: __12/3/07_____

<u>Attachment A</u>

5.       I have worked continually for Wells Fargo in the Wells Fargo Home Mortgage
division since August 2002. From August 2002 through June 2005, I worked as an
Underwriter. I started at the facility in Bloomington, Minnesota before I transferred to the
Fulfillment Center in Minneapolis, Minnesota in February 2004, at which I still work
today. When I worked as an Underwriter, my supervisor was Mark Borman, who was a
Production Operations Manger I.  Mark Borman was promoted to a Production
Operations Manager II around September of 2003.  At that point I reported to Jeff
Mathison, who was promoted to fill Mark's Production Operations Manager I position.
Jeff Mathison reported directly to Mark Borman.  Mark Borman's supervisor was Brad
Skar, throughout all of these transitions.  Brad Skar was a Production Operations
Manager III.  I reported directly to Jeff Mathison from September 2003 to June of 2005.
In June of 2005 I was promoted to a Production Operations Manager I.  _JM._
(initial if true).

JEFF MESSNER

Jeff Messner

12/3/07

## DECLARATION OF JAMES DIXON SEWELL

1.      My name is James Dixon Sewell.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration. _(initial if true)._

2.      I[ am / am not] (circle one) filling out this form entirely on my own free will and choice. _(initial if true)._

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _(initial if true)._

4.      I have been employed by Wells Fargo (or its predecessor, Norwest) continually since 1988.  I currently hold the position of Area Manager and work full time for Wells Fargo at _333 Northpoint Center_ (office address) in _Alpharetta_, _GA. 30022_ (city, state) _(initial if true)_

5.      Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 04/1988 | | HML | Richard McSpadden |
| | | BM | Phil Stewart |
| | | AM | Rick Douglas |

WA 938502.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| | | *AM* | *Dick Lane* |
| *12/20/07* | | *AM* | *Charlie Gemmins* |

6.      The area that I manage includes branches in the following locations:

| Address; City, State |
|---|
| *333 Northpoint Center East    Alpharetta, GA* |
| |
| |
| |
| |
| |
| |
| |
| |
| |

2

WA 938502.1

7.      In the area that I manage, Wells Fargo employs approximately _____ (#) mortgage sales associates that report directly to branch managers, who in turn report to me. _____ (initial if true).

8.      At present, _____ (#) different branch managers report directly to me. _____ (initial if true).

9.      Wells Fargo treats its mortgage sales associates as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek _____ (initial if true).

10.     Mortgage sales associates that report to branch managers, who in turn report to me, are expected to record all of their time worked each week.  To record that time, they use an internet based program called Webtime. _____ (initial if true).

11.     When customer demand justifies overtime, Wells Fargo mortgage sales associates are expected to work overtime, if necessary.  When they do/did so, Wells Fargo pays/paid them for that overtime. _____ (initial if true).

12.     Mortgage sales associates have been instructed to seek approval to work overtime from their branch manager, before working any overtime. _____ (initial if true).

13.     However, because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved in advance by their branch manager or not, I have never

3

instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _____ (initial if true).

14.      Branch managers that report to me are responsible for approving the work time recorded by mortgage sales associates under their supervision. _____ (initial if true).

15.      To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates has always been the responsibility of ~~branch managers,~~ *Direct manager* ~~not an area or regional~~ manager. I, for one, neither review nor approve the time recorded by mortgage sales associates that ~~work in my are~~a. _____ (initial if true). *Do not Directly Report to me*

16.      Mortgage sales associates are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _____ (initial if true).

17.      I never told any mortgage sales associates, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _____ (initial if true).

18.      I report to Regional Manager *Charles Beroing* *Roswell, GA.* (first name, last name) in _____ (city, state), who in turn reports to Division Manager *Cliff Froth* (first name, last name) in *Savannah, GA* , _____ (city, state). _____ (initial if true).

19.     I have sought assistance on various human resources issues from Denise Dennis, a human resources professional employed by Wells Fargo  in Des Moines, Iowa, or through the regional office that I report to in Atlanta, Georgia. _____ (initial if true).

20.     Denise Dennis conducts annual training in the area I manage, which includes training via teleconference and in-person sessions.  Such training has included components for managers on time-reporting for non-exempt employees, such as mortgage sales associates, and compliance with applicable wage and hour laws and regulations. _____ (initial if true).

21.     To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _____ (initial if true).

        I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this 7th day of December, 2007, at _____, _____ (city, state).

                              _____
                              Signature

        Home Address: _____

        Phone: _____

5

WA 938502.1

## DECLARATION OF MICHAEL SHACKFORD

1.        My name is Michael Shackford.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration. _MB_ (initial if true).

2.        I [ am / am not] (circle one) filling out this form entirely on my own free will and choice. _MB_ (initial if true).

3.        No promises of benefits or threats have been made to me to persuade me to sign it. _MB_ (initial if true).

4.        I have been employed by Wells Fargo continually since 2000.  I currently hold the position of Area Manager and work full time for Wells Fargo at _1095 OLD ROSWELL RD. SUITE C-1_ (office address) in _Roswell_, _GA_ (city, state). _MB_ (initial if true).

5.        Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 5/15/2000 | Roswell, GA | REGIONAL SUBPRIME SALES MANAGER | RICK DOUGLAS |
| 6/1/2001 | Roswell, GA | AREA MANAGER | CHARLIE GERDING |
|  |  |  |  |

WA 938525.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.        The area that I manage includes branches in the following locations:

| Address; City, State |
|----------------------|
| CAMP CREEK 3616 MARKETPLACE BLVD #660 EAST POINT, GA 30344 |
| McDONOUGH 1503 HIGHWAY 20 WEST McDONOUGH, GA 30253 |
| TYRONE 100 GLENDALOUGH CT. STEC TYRONE, GA 30290 |
| COLUMBUS 1921 WHITTLESEY RD STE 100 COLUMBUS, GA 31904 |
| AUGUSTA 3730 WASHINGTON RD AUGUSTA, GA 30907 |
| VALDOSTA 406 M NORTHSIDE DR. VALDOSTA, GA 31602 |

7.        In the area that I manage, Wells Fargo employs approximately ___7___ (#) mortgage sales associates that report directly to branch managers, who in turn report to me. _WTS_ (initial if true).

8.        At present, ___6___ (#) different branch managers report directly to me. _WTS_ (initial if true).

2

WA 938525.1

9.       Wells Fargo treats its mortgage sales associates as non-exempt employees.  These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _WTS_ (initial if true).

10.       When customer demand justifies overtime, Wells Fargo mortgage sales associates are expected to work overtime, if necessary.  Mortgage sales associates have been instructed to seek approval to work overtime from their branch manager, before working any overtime. _WTS_ (initial if true).

11.       Mortgage sales associates are expected to record all of their time worked each week, whether the time worked received prior approval or not.  To record that time, they use an internet based program called Webtime. _WTS_ (initial if true).

12.       I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _WTS_ (initial if true).

13.       Branch managers that report to me are responsible for approving the work time recorded by mortgage sales associates under their supervision. _WTS_ (initial if true).

14.       To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates has always been the responsibility of branch managers, not an area or regional manager.  I do not review or approve the time recorded by mortgage sales associates that report to branch managers in my area. _WTS_ (initial if true).

3

15.     I have instructed the branch managers that report to me, such as Branch Manager Kevin Anderson in _McDonough_____, ____GA_____ (city, state), and their administrative assistants to make sure that mortgage sales associates record all time worked each week. _MJS_ (initial if true).

16.     There have been instances where mortgage sales associates that report to branch managers that report to me have worked and recorded overtime in Webtime without prior approval from their branch manager. In those instances, the mortgage sales associates were later counseled to monitor any future need to work overtime hours more closely and to bring any future need to work overtime to their branch manager's attention. _MJS_ (initial if true).

17.     Mortgage sales associates are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _MJS_ (initial if true).

18.     I never told any mortgage sales associates, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked. _MJS_ (initial if true).

19.     I report to Regional Manager ___CHARLIE GREDING_____ (first name, last name) in ____Roswell, GA_____, _____ (city, state), who in turn reports to Division Manager _CLIFF FROHN JR_____ (first name, last name) in ____SAVANNAH_____, ___GA_____ (city, state). _MJS_ (initial if true).

4

WA 938525.1

20.      I have sought assistance on various human resources issues from Denise Dennis and Sharon Lewis Goldford, human resources professionals employed by Wells Fargo in Des Moines, Iowa. I have routinely talked with Denise Dennis about once per month on various issues. _WR_ (initial if true).

21.      Denise Dennis conducts annual training in the area I manage, which includes training via teleconference and in-person sessions. These training sessions have included sections on time-reporting for non-exempt employees, such as mortgage sales associates, and compliance with applicable wage and hour laws and regulations. _WR_ (initial if true).

22.      To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo that worked or was based in California. _WR_ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this 17 day of December, 2007, at _Roswell_, _GA_ (city, state).

_____
Signature

Home Address: 1410 CARIBOU WAY ALPHARETTA, GA 30005

Phone: 770-888-9451

5

WA 938525.1

## DECLARATION OF JOHN SHERER

1.       My name is John Sherer.  I am more than 18 years old, and I have personal knowledge of the facts contained in this Declaration. _____ (initial if true).

2.       I [ am / am not ] (circle one) filling out this form entirely on my own free will and choice. _____ (initial if true).

3.       No promises of benefits or threats have been made to me to persuade me to sign it. _____ (initial if true).

4.       I have been employed by Wells Fargo continually since 1997.  I currently hold the position of Branch Manager and work full time for Wells Fargo at _200 Colonial Cntr. Pkwy #140_ (office address) in _____, _Lake Mary_ (city, state). _FL_ (initial if true). _____

5.       Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| 1999 – 2006 | Maitland | Br. Mgr. | Gina Duncan Area Mgr |
| 2006 - 2007 | Lake Mary | Br. Mgr. | A. J. Adamczak Area Mgr. |
| | | | |

WA 939918.1

| Dates | Location | Position | Supervisor(s) Name & Title |
|-------|----------|----------|----------------------------|
|       |          |          |                            |
|       |          |          |                            |

6.      In the branch that I manage, Wells Fargo employs approximately __12__ (#) mortgage sales associates that report directly to me. _____ (initial if true).

7.      I do not supervise mortgage loan specialists. _____ (initial if true).

8.      Wells Fargo treats its mortgage sales associates as non-exempt employees. These employees are eligible for and are paid overtime pay when they work and record more than 40 hours in a given workweek. _____ (initial if true).

9.      Mortgage sales associates that report to me, are expected to record all of their time worked each week. To record that time, they use an internet based program called Webtime. _____ (initial if true).

10.     Because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _____ (initial if true).

2

WA 939918.1

11.    I am responsible for approving the work time recorded by mortgage sales associates under my supervision. _____ (initial if true).

12.    To my knowledge, the task of reviewing and approving the time recorded by mortgage sales associates has always been the responsibility of branch managers or production managers, not an area or regional manager. _____ (initial if true).

13.    When customer demand justifies overtime, Wells Fargo mortgage sales associates who report to branch managers or production managers are expected to work overtime, if necessary. When they do/did so, Wells Fargo pays/paid them for that overtime. _____ (initial if true).

14.    Mortgage sales associates are expected to do their work for Wells Fargo at the office; they are not required to take work home or otherwise work outside the office. _____ (initial if true).

15.    I never told any mortgage sales associates, and I never heard anyone else at Wells Fargo tell anyone that they could not record overtime worked or that recording overtime worked would be viewed negatively. _____ (initial if true).

16.    I never told any mortgage sales associates, and I never heard anyone else at Wells Fargo tell anyone to report less than the amount of time they worked. _____ (initial if true).

17.    I report to Area Manager _A.J. Adamczak_____ (first name, last name) in _Maitland, FL  32751_____ (city,       state),       who       in       turn       reports       to       Regional       Manager

3

_Charles Gerding_____  (first   name,   last   name)   in
_____Atlanta_____, _GA_____  (city, state). _____
(initial if true).


18.      I have sought assistance on various human resources issues from Denise Dennis in Des
Moines, Iowa, and Mark Williams, in Minneapolis, Minnesota.  I have sought assistance from
Denise Dennis since she became my Human Resources Consultant in 2004.  Prior to 2004, I was
assigned to various other Human Resources Consultants, who were also based out of Des Moines,
Iowa. _____ (initial if true).


19.      Denise Dennis conducts annual training in the area in which I work, which includes
training via teleconference and in-person sessions.  Such training has included components  for
managers on time-reporting for non-exempt employees, such as mortgage sales associates and
mortgage loan specialists, and compliance with applicable wage and hour laws and regulations.
_____ (initial if true).


20.      I am required to complete yearly on-line training called "Annual Required Training" or
"ART".  This training reinforces Wells Fargo's policy of paying employees for all overtime worked
and requiring employees to accurately record all hours they work. _____ (initial if true).


21.      To the best of my knowledge, I have never directly reported to or consulted any
individual working within Wells Fargo that worked or was based in California. _____ (initial if
true).


4                          WA 939918.1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct, and that it was signed by me this _21_ day of December, 2007, at _____LAKE MARY_____, _____FL_____ (city, state).

_____
Signature

Home Address: _7713 Flemingwood Ct_
_Sanford, FL 32771_

Phone: _407-324-7662_

5

WA 939918.1

# DECLARATION OF SUZANNE DENISE SMITHSON

1.    My name is Suzanne Denise Smithson.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration. _(initial if true)._

2.    I [(am)/ am not] (circle one) filling out this form entirely on my own free will and choice. _(initial if true)._

3.    No promises of benefits or threats have been made to me to persuade me to sign it. _(initial if true)._

4.    I have worked continually for Wells Fargo in the Wells Fargo Home Mortgage division since April 2003.  I am currently a branch manager.  My primary office location is in Des Moines _____, Iowa _____ (city, state). _(initial if true)._

5.    I am responsible for retail branch offices for Wells Fargo Home Mortgage in the following Iowa locations: (1) Coralville; (2) Ottumwa; (3) Knoxville; (4) Pella; (5) Ames; (6) Grinnell; and (7) Newton. _(initial if true)._

6.    As a branch manager, I am responsible for monitoring the number of hours worked each week by mortgage sales associates working in my branch locations and approving the time they have recorded in Webtime, an online time-recording application.  To my knowledge, these tasks have always been the responsibility of the branch manager and not an area or regional manager. _(initial if true)._

7.    I have delegated the weekly review and approval process for all time recorded in Webtime by mortgage sales associates that report to me to Lori Hoffman, an administrative assistant in West Des Moines, Iowa. _(initial if true)._

8.    I have instructed mortgage sales associates that report to me to seek my approval before working any overtime.  However, because Wells Fargo requires mortgage sales associates to record all hours worked in Webtime, whether approved or not, I have never instructed mortgage sales associates or anyone else to record less than the amount of time actually worked. _(initial if true)._

WA 930355.1

9.    There have been instances where mortgage sales associates that report to me have worked and recorded overtime in Webtime without prior approval. In those instances, I later instructed the mortgage sales associates to monitor any future need to work overtime hours more closely and to bring any future need to work overtime to my attention. ___ (initial if true).

10.    I report to Area Manager Dan Staub, who works in Des Moines, Iowa. Dan Staub reports to Regional Manager Ron Cockle, who works in Wisconsin. Ron Cockle reports to Divisional Manager Jim Stavenger, who works in Sioux Falls, South Dakota. ___ (initial if true).

11.    As Branch Manager, I have sought assistance on various human resources issues from Sandra Wallace and Jill Fowler. Sandra Wallace works in Des Moines, Iowa. Jill Fowler worked or works in Colorado Springs, Colorado. ___ (initial if true).

12.    As a new Branch Manager, I attended a training course called "Sales Manager Onboarding" in ___September___, 2004 (month, year). The course, which covered many topics, was conducted in Denver, Colorado, and included training on compensation. ___ (initial if true).

13.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California. ___ (initial if true).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. ___ (initial if true).

Suzanne Denise Smithson
(print name)

_____
(signature)

Date: __11/1/07__

Page 2 of 2

WA 930355.1

## DECLARATION OF JULIE WINCHELL

1.      My name is Julie Winchell.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration.  (initial if true).

2.      I [ am / am not] (circle one) filling out this form entirely on my own free will and choice. _____ (initial if true).

3.      No promises of benefits or threats have been made to me to persuade me to sign it. _____ (initial if true).

4.      I do not have a lawyer that currently represents me about any issue involving Wells Fargo. _____ (initial if true).

5.      I have worked continually for Wells Fargo in the Wells Fargo Home Mortgage division since June 2003 at the Fulfillment Center in Tempe, Arizona.  I have always held the position of Production Operations Manger I, although my title recently changed to that of Loan Administration Manager II.  My direct supervisor is Jon Roginski, who is a Loan Administration Manager IV.  Jon Rogniski's supervisor is Michael Oakes, who is a Loan Administration Area Manager. _____ (initial if true).

6.      I do not supervise any Mortgage Sales Associates.  Rather, I am responsible for supervising Mortgage Loan Specialists located at the Fulfillment Center in Tempe, Arizona.  These Mortgage Loan Specialists handle subprime home mortgage loans. _____ (initial if true).

7.      The Mortgage Loan Specialists that I supervise perform the following duties: get title work from Mortgage Sales Associates, clear loan conditions, verify borrower employment/income, verify borrower assets, prepare the file for closing, and manage the pipeline.  They do not approve loans, underwrite loans, obtain or verify credit reports, or get property appraisals. _____ (initial if true).

8.      The Mortgage Loan Specialists that I supervise take direction from a team leader; they do not report to any particular mortgage consultant.  Accordingly, their compensation is not connected to the performance of any particular mortgage consultant.  In addition, these Mortgage Loan Specialists generally have the same duties, which never really vary.  Also, a Mortgage Loan

WA 934356.1

Specialist's duties are different than those of a Wells Fargo Mortgage Sales Associate. _JW_ (initial if true).

9.     The Mortgage Loan Specialists that I supervise receive their loan files from Wells Fargo mortgage consultants at sales branches, and they are responsible for loan processing. They typically do not have authority to approve a mortgage loan. _JW_ (initial if true).

10.     The Mortgage Loan Specialists that I supervise have set work schedules that never really vary. They cannot come and go from the office freely, and are expected to be at the office from the time they arrive until they leave at the end of the day, except for lunch breaks. _JW_ (initial if true).

11.     The Mortgage Loan Specialists that I supervise are paid on an hourly basis. While they make an annual "salary," this salary is based on a 40-hour work week. If any Mortgage Loan Specialist works more than 40 hours in a work week, then he or she is paid overtime for these additional hours. Although my Mortgage Loan Specialists are paid overtime for any hours worked over 40 in a work week, to my recollection, no one has worked any overtime this year. ~~no one has worked any overtime this year~~ THERE HAS BEEN VERY LITTLE OT THIS YEAR _JW_ (initial if true).

12.     Generally, my Mortgage Loan Specialists do not work overtime without obtaining prior approval from me, although they are still compensated for that overtime if they fail to obtain prior approval. To ensure my Mortgage Loan Specialists are paid for any overtime worked, I only need to ensure their Webtime, an online time-recording application, is completed. _JW_ (initial if true).

13.     My Mortgage Loan Specialists have used Webtime since I started working for Wells Fargo, and they have always been required to record their time through Webtime. I do not know what system was used before Webtime, because Webtime was already in use when I joined the company. _JW_ (initial if true).

14.     My office is typically open from 7 am to 6 pm. My Mortgage Loan Specialists are typically scheduled to work a 40-hour work week, in eight-hour shifts, with an hour for lunch. The three different shifts that my Mortgage Loan Specialists work are from 7:30 am to 4:30 pm, 8 am to 5 pm, and 9 am to 6 pm. _JW_ (initial if true).

WA 934356.1

15.     From 2003 until the end of 2005, in my experience, Mortgage Loan Specialists were normally scheduled to work 40 hours per week and they actually worked, on average, 42 hours per week. In 2006 and 2007, however, my Mortgage Loan Specialists have been scheduled to work 40 hours per week and they have actually worked 40 hours per week. _____ (initial if true).

16.     The work schedule for Mortgage Loan Specialists is rigid. In other words, they do not have the ability to change the start and end times of their scheduled shifts unless there is an exceptional circumstance. My Mortgage Loan Specialists cannot run personal errands mid-shift, nor can they work from home. All of my Mortgage Loan Specialists work their regularly scheduled shift each week. _____ (initial if true).

17.     It is Wells Fargo's policy that Mortgage Loan Specialists are permitted to work overtime, with approval, when there is a need for overtime. It is Wells Fargo's policy that when a Mortgage Loan Specialist works overtime, then he or she is paid for this overtime without incident, even if he or she failed to obtain prior approval. I learned of these policies from upper management and through the on-line management guides. _____ (initial if true).

18.     To my knowledge, no one has ever been disciplined, formally or informally, for working overtime. _____ (initial if true).

19.     It is Wells Fargo's policy that Mortgage Loan Specialists must record all time worked daily in Webtime. I learned of this policy, which is enforced by management, when I was trained on Webtime. _____ (initial if true).

20.     I recently had an incident in which an employee was failing to accurately record her hours, for which she was disciplined. This particular employee was reporting her time worked pursuant to her set schedule, for example, 7 am to 4 pm (with an hour for lunch), although this employee was actually arriving to work much later than 7 am and she was not working a full eight-hour work day. As a result, I gave this particular employee a written warning for failing to accurately record her hours. Other than this one incident, to my knowledge, no one else has been disciplined, formally or informally, for not accurately recording his or her hours. _____ (initial if true).

WA 934356.1

21.    To my knowledge, no one, including myself, has ever instructed any Mortgage Loan Specialist to not record all the time he or she worked.  On the contrary, I have instructed my Mortgage Loan Specialists, on many occasions, that they must record all of their time worked each week. _JW_ (initial if true).

22.    As a supervisor, I am responsible for monitoring the number of hours worked each week by my Mortgage Loan Specialists, in addition to approving the time they have recorded in Webtime.  To my knowledge, these tasks have always been my responsibility and not the responsibility of someone in senior management. _JW_ (initial if true).

23.    I delegate the weekly review and approval process for time recorded in Webtime by the Mortgage Loan Specialists that report to me to another manager only when I am going to be out of the office for an extended period of time.  I am not aware of any Mortgage Loan Specialist who did not report all of the hours he or she was working for Wells Fargo. _JW_ (initial if true).

24.    I have never changed time records to add or subtract from the amount of time that had been recorded on the clock by a Mortgage Loan Specialist and I am unaware that anyone else has ever done this. _JW_ (initial if true).

25.    As a supervisor, if I have a human resources issue, then I seek assistance from Suzanne Frick, who is an HR Consultant for the Company out of Des Moines, Iowa.  If I had a wage, compensation or overtime issue, then I would call the payroll department directly. _JW_ (initial if true).

26.    As a supervisor, I have participated in annual training courses, such as telephone conferences, that included training regarding compensation. _JW_ (initial if true).

27.    Although every business unit has different characteristics, to my knowledge, there is nothing specific about my Mortgage Loan Specialists that differs from the duties of other Mortgage Loan Specialists. _JW_ (initial if true).

28.    To the best of my knowledge, I have never directly reported to or consulted any individual working within Wells Fargo Home Mortgage that worked or was based in California. _JW_ (initial if true).        *REGARDING REPORTING OF HOURS OR WEBTIME.*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. _____ (initial if true).

JULIE WINCHELL
(print name)

_____
(signature)

Date: 11-19-07

WA 934356.1