# EXHIBIT

# 11

## DECLARATION – FULFILLMENT CENTER
## MORTGAGE LOAN SPECIALIST

My name is _Amber Weatherman_. I have personal knowledge of the facts contained in this Declaration.

1.     I am filling out this form entirely of my own free will and choice. No promises of benefits or threats have been made to me to persuade me to sign it. _AW_ (initial if true).

2.     I have been employed by Wells Fargo [ **continually** / off and on ] since _Oct 2003_. I currently [ **work part time** / **work full time** / **no longer work** ] (circle one) for Wells Fargo at _2211 Butterfield Rd Ste 200 Downers Grove IL_ (office address). Currently, I am a _Senior Mortgage Loan Specialist_ (title).

3.     Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| July 2003 - Oct 2003 | Schaumburg IL | (temp associate) Mortgage Specialist | Laura Creameans Team Lead |
| Oct 2003 - Present | Schaumburg - Downers Grove | Mortgage Specialist | Laura Patson Team Lead |
| | | | |
| | | | |
| | | | |

4.     As a Wells Fargo mortgage loan specialist or loan processor, [ **do** / **do not** ] (circle one) understand that Wells Fargo's policy is that I must accurately record all hours that I work.

5.     Throughout my employment at Wells Fargo as a mortgage loan specialist or loan processor, I always understood that I was entitled to overtime pay if I worked more than 40 hours in a workweek. _AW_ (initial if true).

Initial _AW_

WA 849153.1

6.     As a Wells Fargo mortgage loan specialist or loan processor, I am paid an hourly wage for each hour worked _____.    (initial if true)

7.     Throughout my employment at Wells Fargo mortgage loan specialist or loan processor: (initial one)

_____ I have been paid overtime whenever I worked more than 40 hours per week;

_____ I never worked more than 40 hours per week;

_____ I worked more than 40 hours per week on occasion, but I do not know if I was paid overtime;

_____ I worked more than 40 hours per week on occasion, and I was sometimes paid overtime;

_____ I worked more than 40 hours per week on occasion, but I was never paid overtime.

8.     In addition to the compensation above, I [ **do** / **do not** ] (circle one) get paid additional compensation as a commission for the loans that I worked on.

9.     As a mortgage loan specialist/loan processor for Wells Fargo, I work(ed) in a "fulfillment center," where all we do / did was loan processing, and there were no sales employees who work(ed) out of our office. _____ (initial if true).

10.     In my capacity as a mortgage loan specialist/loan processor, I worked on the following types of loans:

Prime ___✓___        Subprime _____        Reverse _____
Jumbo _____        Renovation_____        Home Equity/Refinance _____

Other _Purchase, Conv, Government, Refinance_____

11.     In my capacity as a mortgage loan specialist/loan processor, my loans are/were usually in process for _90_ days, and I typically process(ed) _30_ loans per month.

12.     As a mortgage loan specialist/loan processor (initial all that are true):

a.    I am / was supervised by and take / took direction from a team leader, and I do / did not report to any particular mortgage consultant(s); _____

b.    My compensation is / was not connected to the performance of any particular mortgage consultant(s); _____

c.    My duties are / were different than those of a Wells Fargo mortgage sales associate; _____

Initial _____                                    2                                    WA 849153.1

    d.  I receive(d) my loan files from Wells Fargo mortgage consultant(s) at sales branches, and I was responsible for loan processing; *(initialed)*

    e.  I [ did / did not ] (circle one) have authority to approve a mortgage loan; ____ *(initialed)*

    f.  My schedule never really varied; I worked a set schedule; *(initialed)*

    g.  I am/was always able to come and go from the office freely, as long as I have/had the approval of my team lead (Laura Pabon); *(initialed)*

    h.  I am/was expected to be at the office from the time I arrive(d) until I would leave/left at the end of the day, except for lunch breaks; *(initialed)*

13.  The fulfillment center where I work(ed) processes loans from Wells Fargo retail branches located in  Schaumburg, IL → moved full office to Downers Grove, IL (Nov '04)

14.  While working as a mortgage loan specialist/loan processor at Wells Fargo, I was typically expected to work  40  hours per week.

15.  a.  While working as a mortgage loan specialist/loan processor at Wells Fargo, the office where I worked was typically open from  6  AM to 8-9? PM.

    b.  I was [ **typically** / **always** / **never** / (**rarely**) ] (circle one) expected to work during these hours. instead I typically worked 8am-4:30pm . M-F

    c.  I [ (**typically**) / **always** / **never** / **rarely** ] (circle one) completed my work during these hours. — 8-4:30 pm

16.  While working as a mortgage loan specialist/loan processor at Wells Fargo, I normally take/took a  1 hour  (time period) lunch break.

17.  I [ (**do**) / **do not**] (circle one) understand that, when I hit "complete" on Webtime at the end of the week, I am verifying the accuracy of time entered in Webtime for that week.

Initial *(initialed)*

3

18.    a.    Throughout my employment at Wells Fargo as a mortgage loan specialist/loan processor, I [ **have** / **have not** ] (circle one) always accurately reported / recorded my time worked. _DX_ (initial if true).

        b.    In weeks that I did not record or report my time (if any), it was because I worked 40 hours or less during that week. _____ (initial if true).    N/a

        c.    In weeks that I did not record or report all of my time worked (if any), it was because:

_____N/a_____

_____

_____

N/a    d.    In weeks that I did not record or report all of my time worked (if any), I estimate that I worked an average of _____ hours in those weeks, and I estimate this happened _____ times.

19.    Currently, the manager/supervisor who approves my Webtime is _Laura Pabon_.

        I have also worked for the following managers / supervisors in the past who have approved my Webtime:

| Dates | Name of Manager / Supervisor |
|---|---|
| Laura to Creamans | Team Lead N/a |
|  |  |
|  |  |

20.    To my knowledge, my manager [ **has** / (**has not**) ] (circle one) changed the hours I have entered into Webtime without my permission.

        If a manager has changed the hours I entered into Webtime without my without permission, the manager's name was _____N/a_____.

21.    a.    While working as a mortgage loan specialist/loan processor, I did all of my work for Wells Fargo at the office; I did not take work home or otherwise work outside the office. _DX_ (initial if true).

Initial _DX_                                4                          WA 849153.1

b.     I did work outside the office for Wells Fargo because _____ No _____

_____

_____

c.     I [ **did / did not** ] report and [ **was / was not** ] paid for the time I worked outside the office. No

22.     No one at Wells Fargo ever told me to report less than the amount of time I worked. OB

(initial if true).

The people listed below are the only people at Wells Fargo who told me to report something less than all of the time I worked for Wells Fargo:

| Date | Individual | Position on Date at Issue | What Was Said |
|------|-----------|---------------------------|---------------|
|      |           |                           |               |
|      |           |                           |               |
|      |           |                           |               |

23.     Since I began at Wells Fargo, I have always been told to accurately record the time I spent working. OB (initial if true).     The following people told me I *must* record all of the time I worked at Wells Fargo, or they otherwise told me *not* to work off the clock.

| Date | Individual | Position on Date at Issue | What Was Said |
|------|-----------|---------------------------|---------------|
| periodically | Laura Pason | Team Lead | General meeting re: web time |
| periodically | Sherri Kurz | POM | General meeting Re: web time |
|      |           |                           |               |

Meetings typically referred to over-time being "approved" or not approved during the upcoming month. If overwhelmed + could not finish work in approved times - to go to team lead and request help to off load work.

WA 84915...

24.    I estimate that for the following time periods, I typically worked for Wells Fargo (as a mortgage loan specialist or loan processor) the number of hours per week indicated below.

| Time Period(s) (e.g. year(s), season(s), month(s), etc.) | Hours Per Week |
|---|---|
| May – July & December | 50 - 55 hrs. |
| January – April & August – November | 40 hrs. |
| | |
| | |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this 21ᵗʰ day of _April_ , 2006, at _Downers Grove_ [city], _Illinois_ [state].

_signature_ Leatherman
Signature

Home Address: 1 Mayfair Ct
Lemont IL 60439

Phone:    630 - 243 - 0889

## DECLARATION – RETAIL BRANCH
## MORTGAGE LOAN SPECIALIST

My name is  _LORI MALEWISH_  . I have personal knowledge of the facts contained in this Declaration.

1.    I am filling out this form entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it.  **LM**  (initial if true).

2.    I have been employed by Wells Fargo (**continually**) off and on ] since _JAN 1993_
I currently [ work part time  (**work full time**)  no longer work ] (circle one) for Wells Fargo at
_7160 N. ACADEMY BLVD. COLORADO SPRINGS CO 80920_(office address).
Currently, I am a  _MORTGAGE LOAN SPECIALIST_(title).

3.    Listed below are the positions I have held at Wells Fargo and my supervisor(s) for each.

| Dates | Location | Position | Supervisor(s) Name & Title |
|---|---|---|---|
| JAN 1993 – JAN 1994 | PLYMOUTH WI NORWEST | TELLER | DAWN TELLER SUPERVISOR |
| JAN 1994 – JULY 1994 | PLYMOUTH WI NORWEST | CUSTOMER SVC REPRESENTATIVE | WAYNE MANAGER |
| JULY 1994 – JULY 1996 | SHEBOYGAN WI SCOTTSDALE, AZ NORWEST / WELLS FARGO | PERSONAL BANKER | ? |
| JULY 1996 – PRESENT | SCOTTSDALE, AZ – COLORADO SPRINGS CO STARTING June 2003 | MORTGAGE LOAN SPECIALIST | DON AMADORE (AZ) RUSS RINGENBERG MICHAEL HUBERG RON OSBOURN TED GALLEGOS |

4.    As a Wells Fargo mortgage loan specialist or loan processor (**I do**)/ **do not** ] (circle one) understand that Wells Fargo's policy is that I must accurately record all hours that I work.

5.    Throughout my employment at Wells Fargo as a mortgage loan specialist or loan processor, I always understood that I was entitled to overtime pay if I worked more than 40 hours in a workweek.
_✓_ (initial if true).

Initial _✓_

WA 849162.1

6.     As a Wells Fargo mortgage loan specialist or loan processor, I am paid an hourly wage for each hour worked. ᴜᴍ. (initial if true)

7.     Throughout my employment at Wells Fargo mortgage loan specialist or loan processor: (initial one)

      ᴜᴍ  I have been paid overtime whenever I worked more than 40 hours per week;

      _____  I never worked more than 40 hours per week;

      _____  I worked more than 40 hours per week on occasion, but I do not know if I was paid overtime;

      _____  I worked more than 40 hours per week on occasion, and I was sometimes paid overtime;

      _____  I worked more than 40 hours per week on occasion, but I was never paid overtime.

8.     In addition to the compensation above, I also receive  (initial one):

      _____  a flat commission based on monthly loan volume;

      _____  $_____ per funded loan; or

      ᴜᴍ  a tiered commission based on monthly ~~loan volume.~~ LM  LOAN UNITS FUNDED.

      _____  Other _____

      _____

9.     As a mortgage loan specialist/loan processor for Wells Fargo, I work(ed) in a sales office.  I work(ed) directly with loan originators or "mortgage consultants," and we sent our loans to separate fulfillment centers for additional processing.  ᴜᴍ (initial if true).

10.    In my capacity as a mortgage loan specialist/loan processor, I worked on the following types of loans:

    **Prime** _____    **Subprime** ᴜᴍ    **Reverse** _____
    **Jumbo** _____    **Renovation**_____    **Home Equity/Refinance** LM _____
                                           SUBPRIME ₹

    **Other** _____

11.    In my capacity as a mortgage loan specialist/loan processor, my loans are / were usually in process for 15/20 days, and I typically process(ed) ___8___ loans per month. AVERAGE IN LAST YEAR.

IN THE YEARS PAST I HAVE WORKED 20 LOANS ON AVERAGE. PER MONTH.

12.    As a mortgage loan specialist/loan processor (initial all that are true):

    a.    I work(ed) closely with and take/took direction from an assigned mortgage consultant(s); _____

    b.    I report(ed) to a branch manager; _UM_    *SEE SUPPLEMENT*

    c.    I have had / had different compensation plans depending on the mortgage consultant(s) I with whom I work(ed) at the time; _____ *SEE SUPPLEMENT*

    d.    My duties have varied depending on the mortgage consultant(s) with whom I work(ed) at the time; _✓_

    e.    My duties have varied depending on the office out of which I worked; _✓_

    f.    My duties are/were different than those of a Wells Fargo mortgage sales associate; _✓_

    g.    I sent my loan files to a Wells Fargo processing center, where employees there were responsible for loan processing; _____ *SEE SUPPLEMENT*

    h.    I [ did / (did not) ] (circle one) have authority to approve a mortgage loan; _____

    i.    My schedule is/was flexible, varying depending on the needs of the mortgage consultant(s) with whom I worked; _✓_

    j.    My schedule never really varied; I worked a set schedule; _____

    k.    I did the bulk of my work from home; _____

    l.    I (am)/was always able to come and go from the office freely; _✓_

    m.    I (am)/was always able to come and go from the office freely, as long as I have/had the approval of my branch manager or assigned mortgage consultant(s); _✓_

    n.    I am/was expected to be at the office from the time I arrive(d) until I would leave/left at the end of the day, except for lunch breaks; _____.

13.    For processing, we send the loans I work(ed) on to a fulfillment center located in _TEMPE, AZ_____

14.    While working as a mortgage loan specialist/loan processor at Wells Fargo, I was typically expected to work _40_ hours per week. *OR AS THE VOLUME DICTATES .*

15.    a.    While working as a mortgage loan specialist/loan processor at Wells Fargo, the office where I worked was typically open from ___8___ AM to ___5___ PM.

b.    I was [ **typically** / **always** / **never** / **rarely** ] (circle one) expected to work during these hours.

c.    I [ **typically** / **always** / **never** / **rarely** ] (circle one) completed my work during these hours.

16.    While working as a mortgage loan specialist/loan processor at Wells Fargo, I normally take/took a __30 MINUTE__ (time period) lunch break.

17.    I [ **do** / **do not** ] (circle one) understand that, when I hit "complete" on Webtime at the end of the week, I am verifying the accuracy of time entered in Webtime for that week.

18.    a.    Throughout my employment at Wells Fargo as a mortgage loan specialist/loan processor, I [ **have** / **have not** ] (circle one) always accurately reported / recorded my time worked. _____ (initial if true).

b.    In weeks that I did not record or report my time (if any), it was because I worked 40 hours or less during that week. _____ (initial if true).

c.    In weeks that I did not record or report all of my time worked (if any), it was because:

I WAS OUT ILL AND MANAGER COMPLETED THE TIME SO IT COULD BE SUBMITTED ALL OTHER TIMES I RECORDED ACCURATELY

d.    In weeks that I did not record or report all of my time worked (if any), I estimate that I worked an average of _____ hours in those weeks, and I estimate this happened _____ times.

Initial _____

4

WA 849162.1

19.    Currently, the manager/supervisor who approves my Webtime is *TED GALLEGOS OR THS ASSISTANT*

I have also worked for the following managers / supervisors in the past who have approved my Webtime:

| Dates | Name of Manager / Supervisor |
|---|---|
| JUNE 2003 - JUNE 2005 | CORINNE JOHNSON ADMINISTRATIVE ASSISTANT TO MARTY SMITH |
| JUNE 2005 - PRESENT | TED GALLEGOS - AREA MANAGER |
| | |

20.    To my knowledge, my manager [ has / (has not) ] (circle one) changed the hours I have entered into Webtime without my permission.

If a manager has changed the hours I entered into Webtime without my without permission, the manager's name was _____.

21.    a.    While working as a mortgage loan specialist/loan processor, I did all of my work for Wells Fargo at the office; I did not take work home or otherwise work outside the office. _____ (initial if true).

b.    I did work outside the office for Wells Fargo because _____

_____

_____

c.    I [ did / did not ] report and [ was / was not ] paid for the time I worked outside the office.

Initial _____ VM

5

22.    No one at Wells Fargo ever told me to report less than the amount of time I worked. *(handwritten initials)*
(initial if true).

The people listed below are the only people at Wells Fargo who told me to report something less than all of the time I worked for Wells Fargo:

| Date | Individual | Position on Date at Issue | What Was Said |
|------|-----------|---------------------------|---------------|
|  |  |  |  |
|  |  | *(handwritten initials)* |  |
|  |  |  |  |
|  |  |  |  |

*(large X drawn through the table)*

23.    Since I began at Wells Fargo, I have always been told to accurately record the time I spent working. *(handwritten initials)* (initial if true).

The following people told me I *must* record all of the time I worked at Wells Fargo, or they otherwise told me *not* to work off the clock.

| Date | Individual | Position on Date at Issue | What Was Said |
|------|-----------|---------------------------|---------------|
| OCTOBER 2005 - PRESENT | DAN MCCOY | LOAN OFFICER | BE HONEST IF NO LUNCH TAKEN OR WHEN TRAVELLING IE |
|  |  |  | WHEN COMMUTING TO VARIO OFFICES FLYING OR WORKIN THROUGH LUNCH |
| JUNE 2005 - PRESENT | TED GALLEGOS | AREA MANAGER | GIVE HEADS UP AND BE HONEST WITH TIME HOURS - LET KNOW IF |
| OCTOBER 2004 - APRIL 2005 | RON OSBOURN | LOAN OFFICER SALES MANAGER | MORE THAN 40 AND WITH DOCUMENT EXTRA HOURS WORKED WHEN |

*(handwritten note in right margin: "IN REPORTING TIME TRUE ALL WORKED")*

*(handwritten note at bottom right: "OUTSIDE SET HOURS IF EXTRA BUSY OR TRAINING")*

Initial *(handwritten initials)*                6                WA 849162.1

24.    I estimate that for the following time periods, I typically worked for Wells Fargo (as a mortgage loan specialist or loan processor) the number of hours per week indicated below.

| Time Period(s) (e.g. year(s), season(s), month(s), etc.) | Hours Per Week |
|---|---|
| JUNE 2005 – PRESENT | 42 ON AVERAGE |
| JULY 1996 – JUNE 2005 | 40 HRS ON AVERAGE |
|  |  |
|  |  |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this 22 day of _____MAY_____, 2006, at _LONE TREE_ [city], _COLORADO_ [state].

_____
Signature

Home Address: 2319 ZANE PLACE
COLORADO SPRINGS, CO 80907
Phone: 719.322.3952

Initial _____    7    WA 849162.1

**Supplemental Information for Declaration From** LORI MALEWISKI ____ **(Name)**

12.b. THE LAST YEAR I REPORT DIRECTLY TO THE AREA MANAGER, BUT WORK WITH LOAN OFFICERS AND SALES MANAGERS THAT REPORT TO HIM. (TED GALLEGOS)

12.C. BEFORE THE TIERED COMPENSATION PLAN WAS ROLLED OUT IN 2004 I DID HAVE A DIFFERENT COMPENSATION PLAN BASED ON VOLUME AND UNITS CLOSED FOR THE MONTH.

12.g. ** I COLLECT THE CONDITIONS FROM THE CUSTOMERS THEN SUBMIT THOSE TO THE PROCESSOR IN TEMPE, AZ, WHO IN TURN GIVES THEM TO THE UNDERWRITER TO CLEAR / APPROVE.

Initial _____

WA 848803.1

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

TRUDY BOWNE, et al.,         )
                              )
             Plaintiffs,   )
                              )
          v.               )       Case No. 06-2020 CM
                              )
WELLS FARGO BANK, N.A.,    )
                              )
             Defendant.   )

### DECLARATION OF PAULA PAGLIA

1.     My name is Paula Paglia.  I am more than 18 years old, and I have personal knowledge of the statements in this declaration.

2.     I have worked as a "mortgage sales associate" for Wells Fargo in Red Bank, New Jersey, since July 6, 1998.

3.     As a mortgage sales associate, I have worked in a branch retail sales office with several "home mortgage consultants" and other mortgage sales associates.

4.     I have worked with approximately nine different "home mortgage consultants," three different branch managers, and two different area managers for Wells Fargo since July 6, 1998.

5.     I have always worked on prime rate loans, which include the following types: CONVENTIONAL CONFORMING, CONVENTIONAL NON-CONFORMING, VIA, FHA, BOND LOANS

6.     My day-to-day duties as a mortgage sales associate have varied depending on the home mortgage consultant with whom I worked at the time.  For example, some home mortgage consultants prefer to contact customers directly and take their loan applications, while others have regularly assigned such duties to me.

Initial _PP_             Page 1 of 4             WA 862989.1

7. Generally, my day-to-day duties may include marketing, taking customer applications (when assigned by a home mortgage consultant), contacting customers for documentation supporting their loan application, managing a customer database, running numbers for loans, quoting interest rates, and locking interest rates (when I have the approval of the appropriate home mortgage consultant).

8. My day-to-day duties do not typically include ordering or receiving title work, however, as (in my experience) most mortgage loan customers within New Jersey are represented by *PP* attorneys who complete such tasks. *However, on refinances I have ordered title*

9. As a mortgage sales associate, I send completed loan application files to fulfillment centers for processing and underwriting. From my office location, I have sent loan application files to fulfillment centers in *Cranford, NJ* .

10. Since I started at Wells Fargo, I have been paid a salary, plus overtime compensation when I work more than 40 hours per week. In addition, I have been paid a flat commission based on the total value of loans closed each month.

11. The commission that I have been paid as a mortgage sales associate has varied, depending on the home mortgage consultant that I have been assigned to at the time. For example, *PP* while working with *William Hendricks* from approximately July 1998 to October 2005, I received a commission of " *3* basis points" of the total value of loans closed each month. While working with *Leonard Herbert* from approximately October 2005 to July 2006, I received a commission of " *4* basis points" of the total value of loans closed each month. At present, I work with three different home mortgage consultants and receive " *2* basis points" of the total value of loans closed each month by each home mortgage consultant.

Initial *PP*

WA 862989.1

12.    Throughout my employment at Wells Fargo, I always understood that I was entitled to overtime pay if I worked more than 40 hours in a workweek.

13.    Throughout my employment at Wells Fargo, I have been paid overtime whenever I worked more than 40 hours per week.

14.    I have never reported fewer hours than what I have worked, nor do I know of any other mortgage sales associate who reported fewer hours than they actually worked.

15.    I remember being paid overtime most frequently during the "refinance boom," which occurred at least through the summer of 2003.

16.    I have been required to record my time throughout my employment with Wells Fargo. Throughout my employment with Wells Fargo, I have always understood that I was required to accurately record all my time worked

17.    For the past two years (approximately), I have recorded my time worked both through a "punch-card system" and through Webtime. The punch-card system requires me to insert a paper time card into a clock, which stamps the card with the current time, when I arrive and leave the office each day. Time cards are collected and processed at the end of each week. In addition, I enter my time through Webtime, Wells Fargo's online time-keeping system. Webtime requires that I verify the accuracy of the hours that I have recorded before submission at the end of each week.

18.    Prior to the punch-card system and Webtime, I recorded my time worked on paper time cards that I filled out. These paper time cards were collected and processed each week.

19.    While working for Wells Fargo, I did all of my work for Wells Fargo at the office; I did not take work home or otherwise work outside the office.

20.     No one at Wells Fargo has ever told me that I was not entitled to overtime pay. I also have never heard anyone at Wells Fargo tell any other mortgage sales associate they were not entitled to overtime pay.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. I carefully read all of the information and made all necessary corrections. I was in no way offered any benefit or threatened with regard to this statement.

_Paula Paglia_
Paula Paglia

Date: _August 2 2006_

Address _230 Half Mile Rd_

City _Red Bank_

State _NJ_     Zip Code _07701_

Phone: _732-933-5622_

## DECLARATION

My name is ___Kristen M. Poat___ . I have personal knowledge of the facts contained in this Declaration.

1.      I [ **am** / **am not** ] (circle one) filling out this form entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it.

2.      I have been employed by Wells Fargo [ **continually** / **off and on** ] since 4 | 3 | 2001 . I currently [ **work part time** / **work full time** / **no longer work** ] (circle one) for Wells Fargo.

3.      Listed below are the positions I have held at Wells Fargo.

| Dates | Location | Position | Supervisor(s) |
|-------|----------|----------|---------------|
| 4 | 3 | 2001 | Louisville, KY | CSR, Area Asst. | Sharon Decker |
| 10 | 1 | 2001 to Present EMP | Louisville, KY | Loan Off. Asst. | R Shane Gilmet, BM II Rodny Davidson Loan Officer |
| | | | |
| | | | |
| | | | |
| | | | |

4.      As a Wells Fargo mortgage sales associate, I [ **do** / **do not** ] (circle one) understand that Wells Fargo's policy is that I must accurately record all hours that I work.

        I [ **have had** / **did not have** ] (circle one) that understanding during the entire time I worked for Wells Fargo as a mortgage sales associate.

5.      Throughout my employment at Wells Fargo as a mortgage sales associate, I [ **have** / **have not** ] (circle one) always accurately reported / recorded my time worked. KMP (initial).

        In weeks that I did not record or report my time (if any), it was because I worked less than 40 hours in that week. _____ (initial if true).

6.      Throughout my employment at Wells Fargo as a mortgage sales associate, I have been paid overtime when I worked more than 40 hours per week. KMP (initial if true).

7.     Throughout my employment at Wells Fargo as a mortgage sales associate, I have never worked more than 40 hours per week. _____ (initial if true).

8.     I [**do**/ **do not**] (circle one) understand that, when I hit "complete" on Webtime at the end of the week, I am verifying the accuracy of time entered in Webtime for that week.

9.     Currently, the manager/supervisor who approves my Webtime is _R Shane Gilmet_ . I have also worked for the following managers / supervisors in the past who have approved my Webtime:

| Dates | Name of Manager / Supervisor |
|-------|------------------------------|
| 2001 - ? | Sharon Decker |
| | |
| | |

10.     To my knowledge, my manager [ **has** / **has not** ] (circle one) changed the hours I have entered into Webtime without my permission.

2

11.     The people listed below are the only people at Wells Fargo who told me to work off the clock or otherwise suggested that I should **not** record all of the time I worked:

I have never been told to report less than the amount of time that I worked. _YMP_ (initial if true)

| Date | Individual | What Was Said |
|------|------------|---------------|
|      |            |               |
|      |            |               |
|      |            |               |
|      |            |               |

12.     The following people told me I should **NOT** work off the clock or otherwise suggested that I **must** record all of the time I worked at Wells Fargo:

| Date | Individual | What Was Said |
|------|------------|---------------|
| Nov. 2005 | Becki Pfister Area Admin. | Was told to write down correctly All worked time. Area Branch meeting. YMP |
| 10/2001 | Rodny Davidson | Has always said, "Record your time worked." |
| 1/2006 | R Shane Gilmet | Most recent meeting, where he was talking about recording your time correctly (including all time worked). |
|         |              |               |

WA 844515.1

13.     I worked with the loan originators and mortgage sales associates listed below, and I estimate (based on my work with them) that during the time I worked with them, they typically worked the number of hours per week shown next to their name.

| Loan Originator | Hours Per Week |
|---|---|
| | |
| *KMP* | *KMP* |
| | |
| | |

| Mortgage Sales Associate | Hours Per Week |
|---|---|
| Amanda Turner | 40 |
| | |
| | |
| | |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information set forth above is true and correct, and that it was signed by me this _23_ day of _March_ , 2006, at _Louisville_ [city], _KY_ [state].

Signature _Kristen M Poat_

Address:     1328 Lynmar Dr #3
             Louisville KY 40222

Phone:       502·905·1888

4

WA 844515.1