# EXHIBIT

# 12

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3    In re WELLS FARGO LOAN     )  MDL Docket 1841
      PROCESSOR OVERTIME         )  VIDEOTAPE DEPOSITION
 4    PAY LITIGATION             )  OF JENI FISHER

 5

 6           THE VIDEOTAPE DEPOSITION OF JENI FISHER,

 7    taken before Connie Overberg, Certified Shorthand

 8    Reporter and Notary Public of the State of Iowa,

 9    commencing at 1:22 p.m., Thursday, November 29,

10    2007, at 666 Walnut, Suite 2000, Mason City, Iowa.

11

12                   A P P E A R A N C E S

13    Plaintiffs by:      ERIC L. DIRKS              ORIGINAL
                          Attorney at Law
14                        460 Nichols Road
                          Suite 200
15                        Kansas City, MO 64112

16    Defendants by:      DENISE K. DRAKE
                          Attorney at Law
17                        9401 Indian Creek Parkway
                          Suite 700
18                        Building 40
                          Overland Park, KS 66210
19
      Videographer:       Video Specialties, David Hellberg
20

21

22

23

24    Reported by:        Connie Overberg, RPR, CSR

25
```

```
 1    Q.      Did you record the hours accurately?
 2    A.      The one time I did record overtime was
 3    when I was told we weren't allowed to have overtime,
 4    therefore, I stopped recording my overtime.
 5    Q.      Did you complain to anyone?
 6    A.      No.
 7    Q.      Why not?
 8    A.      Wasn't worth it.
 9    Q.      Why not?
10    A.      Wasn't worth the hassle of having to go
11    through the manager every time.  I mean, the job,
12    sometimes you worked until 5:30, and sometimes you
13    only got a half hour break.  It is just the way that
14    the job was, so that is the way an associate always
15    understood the job was.
16    Q.      Do you believe a lawsuit is a better way
17    to go than trying to resolve things informally?
18    A.      No.
19    Q.      So would you do things differently today?
20    A.      No.
21    Q.      You still wouldn't complain?
22    A.      No.
23    Q.      Are you recording your time accurately
24    today?
25    A.      I don't record my time accurately.  I
```