# EXHIBIT

# 13

1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3  In re WELLS FARGO LOAN    )  MDL Docket 1841
   PROCESSOR OVERTIME        )  VIDEOTAPE DEPOSITION
4  PAY LITIGATION            )  OF JAMIE HEJLIK

5

6          THE VIDEOTAPE DEPOSITION OF JAMIE HEJLIK,

7  taken before Connie Overberg, Certified Shorthand

8  Reporter and Notary Public of the State of Iowa,

9  commencing at 2:16 p.m., Wednesday, November 28,

10  2007, at the Holiday Inn, 2101 Southwest Fourth

11  Street, Mason City, Iowa.          *ORIGINAL*

12

13               A P P E A R A N C E S

14  Plaintiffs by:      ERIC L. DIRKS
                        Attorney at Law
15                      460 Nichols Road
                        Suite 200
16                      Kansas City, MO 64112

17  Defendants by:      DENISE K. DRAKE
                        Attorney at Law
18                      Suite 700
                        9401 Indian Creek Parkway
19                      Building 40
                        Overland Park, KS 66210

20
   Videographer:        Fidelity Video Services
21                       (Amy Cooper)

22

23

24

25  Reported by:        Connie Overberg, RPR, CSR

                 DULANEY COURT REPORTING
          10943 Hickory Drive, Clive, IA 50325
                     (515) 225-9421

```
 1    home?
 2    A.        No.
 3    Q.        Other than maybe once a week taking files
 4    home to prepare for closing, did you ever take any
 5    other work home?
 6    A.        No.
 7    Q.        Did you ever talk to anyone in the H.R.
 8    Department at Wells Fargo?
 9    A.        Regarding?
10    Q.        Anything.
11    A.        No.
12    Q.        Do you know where the Wells Fargo H.R.
13    Department is located?
14    A.        No.  On the phone.
15    Q.        Did you ever speak to anyone in the
16    payroll department at Wells Fargo?
17    A.        Yes.
18    Q.        Do you remember who or where that person
19    was located?
20    A.        No.
21    Q.        Do you remember why you called the Wells
22    Fargo payroll department?
23    A.        I think I was on maternity leave.
24    Q.        And would that be true for your call to
25    the H.R. Department as well?
```

1    Q.        Did you golf while you were a mortgage

2    sales associate?

3    A.        Not regularly.

4    Q.        How about boating, camping, things along

5    those lines?

6    A.        No.

7    Q.        Were there any T.V. shows you watched

8    regularly while you were a mortgage sales associate?

9    A.        No.

10    Q.        I am going to call them extracurricular

11    activities.  I still sort of live in school.  But

12    are there any other types of extracurricular

13    activities that you did on a regular basis while you

14    were a mortgage sales associate at Wells Fargo?

15    A.        Other than with my children, no.

16    Q.        What kinds of activities did you do with

17    your children?

18    A.        Just family functions, go to the park.

19    Q.        I know you mentioned that you upgraded

20    your home.  Have you experienced any financial

21    difficulties since you left Wells Fargo?

22    A.        No.

23    Q.        Did you ever complain to anyone about not

24    being able to record or being paid for overtime?

25    A.        No.