# EXHIBIT

# 14



Pat Cahalan

Page 1
July 27, 2006

```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA

In re:                        )
                              )
                              )
                              )
WELLS FARGO HOME MORTGAGE     )    MDL No: MDL-1770
OVERTIME PAY LITIGATION       )
                              )
                              )
This document relates to      )
ALL CASES                     )
                              )
_____)



              DEPOSITION OF PAT CAHALAN,
                San Francisco, California
                  Thursday, July 27, 2006
                   Volume I (Pages 1-73)




Reported by:
Rebecca Romano,
CSR No. 12546
Job No. 70005
```

Esquire Deposition Services          3900 S. Paradise Road Suite 156          Las Vegas, Nevada 89109
Phone (702) 699-5455                        (866) 462-2785                    Fax (702) 699-7138

fcc19bed-ab14-41fc-8213-c80ba2259ac9

Pat Cahalan																																			July 27, 2006

### Page 10

1  Q  Okay. But, technically, who is your employer?
2  For example, is it Wells Fargo Bank?
3  A  Yes. It's Wells Fargo Bank.
4  Q  Okay. And where are your offices?
5  A  My office is in West Des Moines, Iowa.
6  Q  And can you tell us how long you have worked
7  for Wells Fargo?
8  A  I have worked for Wells Fargo since March of
9  1998, so a little over eight years. When I joined the
10 company, it was actually Norwest, and the merger took
11 place a couple of years after.
12 Q  Okay.
13 A  The merger being -- being the merger between
14 Norwest and Wells Fargo.
15 Q  Norwest, was that headquartered in Des
16 Moines?
17 A  Norwest Corp was headquartered in Minneapolis.
18 The mortgage company for Norwest was headquartered in
19 Des Moines.
20 Q  Okay. And going back to approximately '98,
21 when you were working first with Norwest, generally,
22 what were your duties then, sir?
23 A  At that time I was in a consultant-level
24 position, which means I was assigned to certain business
25 lines to provide core compensation support, which could

### Page 11

1  have included assistance and incentive plan design and
2  general base pay management.
3  Q  Prior to working for -- joining Norwest in
4  approximately '98, could you just briefly sketch your
5  occupational background?
6  A  Sure. Prior to Norwest, I was employed by the
7  principal, Finance Group, for seven years. They are
8  headquartered in Des Moines. And I was in charge of
9  various sales incentive programs at the principal.
10    And that takes me back to 1991, which is when
11 I graduated from college. I went to the University of
12 the Northern Iowa where I have a BA degree in
13 marketing.
14 Q  Generally speaking, what was the business, the
15 nature of the business of the principal group?
16 A  The principal was primarily individual life
17 insurance as well as employee benefits programs, 401(K)
18 plans, group life and medical insurance.
19 Q  Okay. When you went to work for Norwest in
20 '98, were you involved in the compensation programs for
21 Norwest's mortgage facility?
22 A  Yes.
23 Q  And what was that entity called, if you
24 recall?
25 A  It was called Norwest Mortgage.

### Page 12

1  Q  Okay. And then you indicated a couple of
2  years later there was a merger involving, I believe,
3  Norwest and Wells Fargo?
4  A  That's correct.
5  Q  Do you recall, sir, approximately when that
6  was?
7  A  I don't remember exactly. Approximately,
8  2000.
9  Q  Okay. And what do you recall, if anything, of
10 what happened to Norwest Mortgage as a result of that
11 merger?
12 A  The name was changed to Wells Fargo Home
13 Mortgage. There were obviously some legal entity
14 adjustments. Wells Fargo did not have a mortgage
15 operation of any significance at the time, so there
16 weren't dramatic impacts on the operations of the
17 mortgage company.
18 Q  Okay. Do you know, sir, whether, after this
19 change of name when -- went from Norwest Mortgage to
20 Wells Fargo Mortgage, whether Wells Fargo Mortgage was a
21 corporation or not?
22 A  I don't know.
23 Q  Okay. How about today, sir; do you know
24 whether Wells Fargo Mortgage is a -- is a corporation or
25 what sort of legal entity it is?

### Page 13

1  A  I don't know for sure.
2  Q  Do you know, sir, whether Wells Fargo Mortgage
3  is a subsidiary or a division of any other Wells Fargo
4  entity?
5  A  I believe it resides within Wells Fargo Bank,
6  NA.
7  Q  Okay. To your knowledge, sir, is Wells Fargo
8  Bank, NA, the big mother entity? Is that the parent
9  or...
10 A  I don't know the -- I've not heard it
11 described that way.
12 Q  The big mother. No? It's the first, huh?
13 Okay.
14    Do you know where Wells Fargo Bank, NA, is
15 headquartered, where it has its principal
16 headquarters?
17 A  I believe, from a legal standpoint, it resides
18 as a citizen of South Dakota. Many of its senior
19 executives are officed out of San Francisco.
20 Q  What sort of a presence does it have up in
21 South Dakota, if any?
22 A  I'm not sure about its complete presence
23 there.
24 Q  Do you know if it has any executives up
25 there?

Esquire Deposition Services        3900 S. Paradise Road Suite 156         Las Vegas, Nevada 89109
Phone (702) 699-5455                      (866) 462-2785                    Fax (702) 699-7138

4 (Pages 10 to 13)

fcc19bed-ab14-41fc-8213-c80ba2259ac9

```
                                                           Page 74

 1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3   In re:
 4   WELLS FARGO HOME MORTGAGE      MDL NO.:
     OVERTIME PAY LITIGATION        MDL-1770
 5
 6          THE DEPOSITION OF PAT CAHALAN,
     VOLUME II, on behalf of the Plaintiffs,
 7   between the hours of eight o'clock in the
     forenoon and six o'clock in the afternoon of
 8   Wednesday, September 20, 2006, at the offices of
     Wells Fargo, 7001 Westown Parkway, in the City
 9   of West Des Moines, in the  County of Polk and
     State of Iowa, before me,
10
                   SAUNDRA A. TIPPINS, CCR
11                          of
                 JOHN M. BOWEN & ASSOCIATES,
12                  Shorthand Reporters,
13   court reporter, in a certain cause now
     pending in the U.S. District Court, Northern
14   District of California, In re:  Wells Fargo
     Home Mortgage Overtime Pay Litigation.
15
16
17            A p p e a r a n c e s
18       For the Plaintiffs:
19          STUEVE SIEGEL HANSON WOODY
            330 West 47th Street
20          Kansas City, Missouri  64112
            By Mr. George Hanson
21
22       For the Defendant:
23          LITTLER MENDELSON
            650 California Street, 20th Floor
24          San Francisco, California  94108
            By Mr. Lindbergh Porter, Jr.
25
```

JOHN M. BOWEN & ASSOCIATES - 816-421-2876

### Page 87

1 the highest ranking lawyer within Wells
2 Fargo?
3 A That's my understanding.
4 Q Do you know where Mr. Struther is located?
5 A I don't.
6 Q Do you know where the corporate law group
7 has its headquarters?
8 A I very rarely work with anyone other than
9 the employment law sections.
10 Q I take it it's not in this building.
11 A It's not.
12 Q And we are -- where are we actually? It
13 is a Wells Fargo facility in West Des
14 Moines, but what are we called here?
15 A This is called home base for Wells Fargo
16 Home Mortgage.
17 Q That's 17 --
18 A The address is 7001 Westowne Parkway in
19 West Des Moines, Iowa.
20 Q And everyone housed in this facility is
21 part of Wells Fargo Home Mortgage?
22 A There are other staff, such as technology
23 staff, that would not be part of home
24 mortgage. They are signed out to support
25 mortgage and potentially some other

### Page 88

1 specialty groups like that.
2 Q Then again this is where I don't want to
3 rebuild the org chart that we painstakingly
4 put together a few weeks ago. Wells Fargo
5 Home Mortgage is part of a group called
6 Wells Fargo Home Consumer Finance Group?
7 Did I get that right?
8 A That's correct.
9 Q And the Home Consumer Finance Group is also
10 based here in the Des Moines area, right?
11 A It is.
12 Q Is there a separate facility that kind of
13 the rest of the Home Consumer Finance Group
14 is housed in?
15 A There are several in the Des Moines area,
16 whether in West Des Moines or in the actual
17 city of Des Moines.
18 Q So Mr. Oman; is that right?
19 A Mark Oman is the group EVP for the Home and
20 Consumer Finance Group.
21 Q He is the highest ranking executive for
22 that group?
23 A He is.
24 Q And he resides and works here in Des
25 Moines, correct?

### Page 89

1 A He does. He is in another facility in West
2 Des Moines.
3 Q And Ms. Hider is a direct report of
4 Mr. Oman's?
5 A Cara Heiden.
6 Q Heiden, pardon me. She is the copresident
7 of Wells Fargo Home Mortgage?
8 A That's correct.
9 Q Is she here in this facility?
10 A She would be, yes. She would office out of
11 this building.
12 Q And then the gentleman we met back in San
13 Francisco those weeks ago, Brad Blackwell,
14 is one of her direct reports, correct?
15 A He is.
16 Q We're talking about responsibility for
17 compliance with the FLSA, and you
18 designated the Employment Law Group part of
19 the Corporate Law Department as primarily
20 responsible for compliance, correct?
21 A Correct.
22 Q But I take it not solely responsible for
23 compliance? I mean, there are other
24 departments or individuals that have
25 responsibility or input into compliance

### Page 90

1 decisions; is that correct?
2 A There are other groups that would provide
3 inputs, data and information to the legal
4 department for their decision-making.
5 Q Let's just talk about those other
6 departments that would provide, whether it
7 be data or information or input. Can you
8 identify them for me?
9 A Primarily it would be the Human Resources
10 Department.
11 Q All right, and then just to talk a little
12 bit about how that department interfaces
13 with the Corporate Law Department, human
14 resources -- I am trying not to go back
15 over what we did before.
16   I know Ms. White is the head of human
17 resources for the Home Consumer Finance
18 Group, correct?
19 A That's correct.
20 Q Do other groups within Wells Fargo Bank
21 have their own equivalent to Ms. White,
22 their own Human Resources Department heads?
23 A They do.
24 Q Do they report into a senior human
25 resources executive at Wells Fargo Bank,