# EXHIBIT

# 16

```
00001
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2

 3  IN RE:

 4  WELLS FARGO HMC OVERTIME PAY    )
    LITIGATION,                     )
 5                                  ) MDL No. 1770
                                    )
 6
           THE DEPOSITION OF CARA HEIDEN, produced, sworn
 7  and examined on the part of the Plaintiffs, pursuant to
    Notice on Wednesday, the 20th of June, 2007, at the
 8  offices of Wells Fargo, in the City of Des Moines,
    County of Polk and State of Iowa, before me,
 9
           BRENDA FITZGERALD, CCR No. 520
10               of
          JOHN M. BOWEN & ASSOCIATES
11
    a Certified Court Reporter, in a certain cause now
12  pending IN THE UNITED STATES DISTRICT COURT, FOR THE
    NORTHERN DISTRICT OF CALIFORNIA, In re:  HMC OVERTIME
13  LITIGATION

14          A P P E A R A N C E S:

15  For Plaintiffs:

16     STUEVE, SIEGEL, HANSON & WOODY
       460 Nichols Road
17     Suite 200
       Kansas City, Missouri 64112
18     By:  Mr. George A. Hanson

19  For Defendant:

20     LITTLER MENDELSON
       650 California Street
21     20th Floor
       San Francisco, California 84108
22     By:  Mr. Lindbergh Porter, Jr.

23

24

25
```

**Heiden, Cara 6-20-07**                                                                **Page 1**

00018
1  A  Correct.
2  Q  You don't believe you are an executive vice
3     president of Wells Fargo and Company?
4  A  Correct.
5  Q  But you testified earlier you are employed by Wells
6     Fargo and Company?
7  A  I believe my payroll check comes from Wells Fargo
8     and Company.
9  Q  Where does Mr. Oman office?
10 A  Des Moines, Iowa.
11 Q  In a separate facility?
12 A  Yes.
13 Q  Have you always officed in Des Moines, Iowa, while a
14    part of Wells Fargo?
15 A  I have.
16 Q  Has Mr. Oman always officed in Des Moines as a part
17    of Wells Fargo?
18 A  He has.
19 Q  To whom does Mr. Oman report?
20 A  John Stumpf, S-T-U-M-P-F.
21 Q  And Mr. Stumpf, I'll let you tell me the job title,
22    if you know it?
23 A  President and chief operating officer.
24 Q  Of?
25 A  Wells Fargo and Company, I believe.