# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 |
| | **DECLARATION OF ELISE REISER** |
| THIS DOCUMENT RELATES TO ALL CASES | |

1. My name is Elise Reiser. I am more than 18 years old, and I have personal knowledge of the statements in this declaration.

2. I am an Employee Relations Manager within the Wells Fargo Home and Consumer Finance Group ("HCFG"). I have been an Employee Relations Manager since approximately March 2005. Prior to March 2005, I was an Employee Relations Consultant. I started as an Employee Relations Consultant in April 2003. I work in Des Moines, Iowa.

3. As an Employee Relations Manager, I manage a team of eight Employee Relations Consultants that provides consultation and support to management and human resources professionals in the various divisions of HCFG to ensure compliance with Wells Fargo policies. In particular, my team provides consultation, support, and training for corrective actions for employees, appropriate workplace conduct, and wage and hour compliance for Well Fargo Home Mortgage nationwide, especially for the Distributed Retail Sales and Institutional Lending Groups of Wells Fargo Home Mortgage.

4. I am also responsible for conducting internal investigations of any wage and hour complaints to ensure compliance with Wells Fargo policies and applicable wage and hour laws.

5. The documents in Exhibit 1 to this declaration include true and accurate copies of documents of the personnel files of the Plaintiffs indicated, including: (1) employee profiles noting that each Plaintiff was classified as non-exempt employees while working as a mortgage assistant, mortgage sales associate, or mortgage loan specialist for Wells Fargo Home Mortgage ("loan processors"); (2) employment agreements signed by various Plaintiffs while working as loan processors; and (3) acknowledgment forms signed by Plaintiffs that indicate that each received Wells Fargo's employee handbook and code of ethics and business conduct.

6.  The documents in Exhibit 2 to this declaration include true and accurate copies of portions of the current Wells Fargo employee handbook, as of the date of this declaration ("Handbook for Wells Fargo Team Members").

7.  The documents in Exhibit 3 to this declaration include true and accurate copies of portions of the Wells Fargo employee handbook that was effective January 1, 2006 ("Handbook for Wells Fargo Team Members").

8.  The documents in Exhibit 4 to this declaration include true and accurate copies of portions of the Wells Fargo employee handbook that was effective June 1, 2004 ("Handbook for Wells Fargo Team Members").

9.  The documents in Exhibit 5 to this declaration include true and accurate copies of portions of the Wells Fargo employee handbook for non-supervising employees that was effective April 1, 2001 ("Handbook for Wells Fargo Team Members").

10. The documents in Exhibit 6 to this declaration include true and accurate copies of portions of the Wells Fargo employee handbook for supervisor employees that was effective April 1, 2001 ("Handbook for Wells Fargo Supervisors").

11. The Handbook for Wells Fargo Team Members is available to Wells Fargo employees on Wells Fargo's intranet.

12. The documents in Exhibit 7 to this declaration include true and accurate copies of portions of the September 2004 Webtime Manager Training Guide.

13. The documents in Exhibit 8 to this declaration include true and accurate copies of portions of the 1999 Annual Report for Wells Fargo & Company.

14. The documents in Exhibit 9 to this declaration include true and accurate copies of portions of the 2000 Annual Report for Wells Fargo & Company.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. I carefully read all of the information in the declaration, and I made all necessary corrections.

*Elise Reiser*

Elise Reiser

Date: March 18, 2008