# EXHIBIT

**4**

# Handbook
## for Wells Fargo Team Members

This book describes employment policies in effect as of June 1, 2004,
and supersedes all previous communications, written or oral, regarding these policies.
These policies were created by Wells Fargo & Company, and many Wells Fargo companies
have adopted them. Throughout this book, when you see the term "Wells Fargo" or
"the company," it means the Wells Fargo company that employs you directly.



DEPOSITION
EXHIBIT
3
11-13-07 ah

WF000885

**WELLS FARGO**

Dear Wells Fargo Team Member,

Although your *Handbook* contains comprehensive information about working at Wells Fargo, the policies covered in the *Handbook* are periodically updated, so the print version may not always reflect the most current policies. You can find the most current information in the online version of the *Handbook* on the Team Member Resources page of *Teamworks*, Wells Fargo's intranet site. (To access *Teamworks* from home, go to *www.wellsfargo.com/teamworks.)*

If you are looking for information with respect to the topics listed below, please consult the online version of the *Handbook*. It contains recent updates that are not reflected in the print version:

**Workplace Conduct**
- Ethics Line (Section 3.2)
- Compliance and Risk Management Accountability Policy (Section 3.2A)
- Information Security (Section 3.6)

**Compensation**
- Classification Definitions (Section 5.2)
- Salaries (Section 5.3)
- Meal Periods and Rest Breaks (Section 5.5)
- When You're Paid (Section 5.7)
- How You're Paid (Section 5.12)
- Voluntary Deductions (Section 5.12)

**Time Off**
- Paid Time Off (PTO) (Section 6.2)
- Employment and Job Classification (Section 6.2)
- Holidays (Section 6.3)
- Leaves of Absence (Overview information) (Section 6.5)
- Family and Medical Leave Act (Section 6.6)
- Medical Leave (Section 6.7)
- Family Leave (Section 6.9)

**Safety & Health**
- Loss prevention and regulatory information (Section 7.2)

HRS2901 (12/05)

WF000886

**Programs & Services**
- Political Contributions (Section 8.5)

**Leaving Wells Fargo**
- Involuntary Termination (Section 9.3)
- Retirement (Section 9.4)

**Information Security Policy** (Appendix B )

**Glossary**
- Base Salary (definition update)
- Blog (addition to Glossary)
- Corporate Hire Date (definition update)
- Family Member (addition to Glossary)
- Salary (definition update)
- Standard Hours (definition update)

If you cannot find an answer to your question in the print or online versions of the *Handbook*, or you don't have online access, contact the HR Service Center at 1-877-HRWELLS (1-877-479-3557) or visit with your supervisor or HR consultant.

HRS2901 (12/05)

WF000887

# Handbook
## Table of Contents

| | | |
|---|---|---|
| **Introduction** | About This Handbook ........................................................ | 1 |
| | Other Resources ............................................................... | 1 |
| **Chapter 1:** | 1.1 - Our History and Organization ..................................... | 4 |
| **The Business of** | 1.2 - Our Vision and Values .............................................. | 4 |
| **Wells Fargo** | 1.3 - People as a Competitive Advantage ............................ | 6 |
| | 1.4 - Diversity in the Workplace ....................................... | 6 |
| **Chapter 2:** | 2.1 - Wells Fargo's Approach ............................................ | 10 |
| **Employment & Hiring** | 2.2 - Employment at Will .................................................. | 10 |
| | 2.3 - Affirmative Action, Equal Employment Opportunity and Diversity...... | 10 |
| | 2.4 - Employment of Friends & Relatives ............................ | 12 |
| | 2.5 - Internal Job Opportunities ....................................... | 13 |
| | 2.6 - External Recruitment ............................................... | 14 |
| | 2.7 - Background Checks .................................................. | 14 |
| | 2.8 - Verifying Employment Eligibility ............................... | 15 |
| | 2.9 - Breach of Trust or Dishonesty.................................. | 15 |
| **Chapter 3:** | 3.1 - Wells Fargo's Approach ............................................ | 18 |
| **Workplace Conduct** | 3.2 - About Our Code of Ethics and Business Conduct............. | 18 |
| | 3.3 - Team Member Communication and Information Resources.............. | 20 |
| | 3.4 - Dealing with the Media ............................................ | 22 |
| | 3.5 - Language Policy ...................................................... | 23 |
| | 3.6 - About Our Information Security Policies ...................... | 23 |
| | 3.7 - Personal & Personnel Information............................... | 24 |
| | 3.8 - Personal & Company Property or Devices..................... | 26 |
| | 3.9 - Attendance & Punctuality.......................................... | 27 |
| | 3.10 - Travel Guidelines .................................................. | 28 |
| | 3.11 - Personal Relationships at Work ............................... | 29 |
| | 3.12 - Harassment ......................................................... | 30 |
| | 3.13 - Professionalism .................................................... | 32 |
| | 3.14 - Solicitation and Distribution .................................. | 34 |
| | 3.15 - Gambling ............................................................ | 35 |

WF000888

**Table of Contents**

3.16 - Violence-free Workplace ..................................................... 35

3.17 - Drugs and Alcohol ............................................................ 36

3.18 - Smoke-free Workplace ....................................................... 37

3.19 - Fitness for Duty ................................................................ 38

**Chapter 4:**    4.1 - Wells Fargo's Approach ................................................. 40

**Performance &**    4.2 - Learning & Development ............................................... 40

**Problem-Solving**    4.3 - Performance Management Process ................................. 42

4.4 - Performance Counseling & Corrective Action ..................... 43

4.5 - Dispute Resolution ............................................................ 44

4.6 - Third Party Representation ................................................. 46

**Chapter 5:**    5.1 - Wells Fargo's Approach ................................................. 48

**Compensation**    5.2 - Employment Classifications & Jobs ............................... 48

5.3 - Prorated Salaries ............................................................. 50

5.4 - Shift Differential .............................................................. 50

5.5 - Work Hours .................................................................... 51

5.6 - Overtime ....................................................................... 51

5.7 - Overtime Pay & Holiday Pay ............................................ 52

5.8 - Merit Reviews ................................................................ 53

5.9 - Promotions .................................................................... 54

5.10 - Other Job Changes ........................................................ 55

5.11 - Incentive Plans & Awards .............................................. 55

5.12 - Getting Paid ................................................................. 56

**Chapter 6:**    6.1 - Wells Fargo's Approach ................................................. 60

**Time Off**    6.2 - Paid Time Off (PTO) ..................................................... 60

6.3 - Holidays ....................................................................... 65

6.4 - Other Paid Time Off ....................................................... 67

6.5 - Leaves of Absence - Overview ......................................... 68

6.6 - Family & Medical Leave Act ............................................ 69

6.7 - Certified Medical Leave .................................................. 71

6.8 - Pregnancy Disability Leave .............................................. 72

6.9 - Workers' Compensation Leave .......................................... 73

6.10 - Family Member Leave .................................................... 74

6.11 - Personal Leave ............................................................. 75

6.12 - Military Leave & Military Reserve Duty ............................. 76

iv

WF000889

**Chapter 7:**    7.1 - Wells Fargo's Approach ................................................. 78

**Safety & Health**    7.2 - Loss Prevention & Regulatory Responsibilities ................. 78

7.3 - Hazard Communication ............................................. 79

7.4 - Corporate Business Continuity Planning .................... 79

7.5 - Emergency Preparedness ......................................... 80

7.6 - Working with an Illness or Disability ....................... 80

**Chapter 8:**    8.1 - Wells Fargo's Approach ................................................. 82

**Programs & Services**    8.2 - Corporate Responsibility ....................................... 82

8.3 - Community Development ......................................... 83

8.4 - Wells Fargo Foundation & Corporate Contributions Programs .......... 84

8.5 - Political Contributions ............................................. 85

8.6 - Purchasing from Minority-, Women- and Disabled-Owned Suppliers ... 86

8.7 - Community Support Campaign ................................. 86

8.8 - Educational Matching Gifts ..................................... 87

8.9 - Volunteer Activities ................................................. 87

8.10 - Scholarships for Dependent Children .................... 88

8.11 - Tuition Reimbursement ......................................... 90

8.12 - Library and Information Services ........................... 91

8.13 - Employee Assistance Consulting ........................... 91

8.14 - Work*Ability* ....................................................... 92

**Chapter 9:**    9.1 - Wells Fargo's Approach ................................................. 96

**Leaving Wells Fargo**    9.2 - Voluntary Termination ........................................... 96

9.3 - Involuntary Termination ......................................... 97

9.4 - Retirement ............................................................... 99

9.5 - After Leaving Wells Fargo ....................................... 99

**Appendix A:**    I. Wells Fargo's Approach ................................................. 102

**Code of Ethics and**    II. Serve Wells Fargo's Best Interests .............................. 102

**Business Conduct**    III. Act with Honesty, Integrity and Trustworthiness ....... 103

IV. Preserve Confidentiality ............................................. 105

V. Avoid Conflicts of Interest ......................................... 106

VI. Code Administration ................................................. 115

VII. EthicsLine ............................................................... 118

Table of Contents

v

**Table of Contents**

| | | |
|---|---|---|
| **Appendix B:** | Electronic Communication Systems Use Policy | 120 |
| **Information Security** | Information Protection Policy | 121 |
| **Policy** | More Information | 126 |
| **Glossary** | Glossary | 127 |
| **Index** | Index | 137 |

vi

WF000891

# Introduction

## About This Handbook

Your *Handbook* contains essential information about your job, your supervisor, your fellow team members and the Wells Fargo family of companies. We encourage you to read this book and keep it in a convenient place. It's meant as an outline of policies and procedures covering Wells Fargo and its subsidiaries — it is not a contract of employee "rights," nor does it attempt to offer an answer for every situation. Employment at Wells Fargo is on an "at-will" basis (see the description on page 10).

Because this *Handbook* is the main resource outlining team member policies, all team members are expected to sign an acknowledgment that they have received or been shown how to access this *Handbook* and understand its application to their employment with a Wells Fargo company.

**Additional Policies**

At Wells Fargo, the regions and lines of business that form our organization's structure have a great deal of the decision-making authority. This *Handbook*, for the most part, covers the policies adopted by the family of Wells Fargo companies. However, in many cases your region or line of business may have additional guidelines, procedures or approval requirements. You can find out about these from your supervisor.

**Online vs. Paper**

The primary version of this *Handbook* exists online, on *Teamworks*, Wells Fargo's intranet. The online *Handbook* is updated as policies change, and should be your first resource when looking for current information.

This *Handbook* is also printed in a paper version for the convenience of certain team members. However, the paper version is *not* updated frequently. Some policy change announcements may be distributed on paper between printings of the paper *Handbook*, but the primary source for current policy information is the online *Handbook for Wells Fargo Team Members*.

## Other Resources

In addition to this *Handbook,* you have other resources to help answer your questions.

- In most cases, check with your supervisor first whenever you have a question or problem.
- Wells Fargo's intranet, *Teamworks*, is a primary resource for information and tools that can help you answer questions, improve your skills and manage your Wells Fargo career. Available online tools include:
  - Your pay voucher
  - Timecard reporting for nonexempt team members
  - Job postings and the ability to express interest in them
  - Name & address information and the ability to update it

WF000892

- Forms Online for many Wells Fargo forms and materials
- Benefits information, including the *Benefits Book*
- Career development information and resources
- This *Handbook* in its most up-to-date version

- Many *Teamworks* tools are also available from home over the Internet at <u>wellsfargo.com/teamworks</u>.

- Team members who work for Wells Fargo Financial (WFF) can access policy and benefit information specific to WFF using *eNetwork*, the WFF intranet.

- The HR Service Center is a resource for basic benefits, payroll and policy questions. You can reach the Center toll-free at 1-877-HRWELLS (1-877-479-3557).

- Your HR consultant is also available for help and advice (see "Your Human Resources Consultant" on page 20).

- Other support departments are mentioned throughout this *Handbook*; feel free to contact them with your questions. This book gives companywide toll-free numbers and email addresses when available; you can also find information on these and many other departments by looking for their listings in the A – Z site list on *Teamworks*.

**Introduction**

2

WF000893

or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50 across two shifts, you're paid at the higher shift differential for all hours worked.

**When It Doesn't Apply**    The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 48) aren't eligible for shift differential.

## 5.3 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 48). If you're in a "nonexempt" position (see "Overtime" below), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.

**Meal Periods**    If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor. If you have questions about how meal periods are administered, contact your HR consultant.

Meal periods are considered unpaid time. If for any reason, on occasion, your supervisor requires you to work or stay at your workstation during your meal period, it's considered paid time.

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 52). In some locations, there may also be state laws governing overtime pay.

The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor.

**Reporting Overtime**    If you're in a nonexempt position, you are entitled to pay for all hours actually worked, even those that exceed your regular schedule. Therefore, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance.

**Compensation**

WF000941

## 5.7 - Overtime Pay & Holiday Pay

In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt.

**Exempt**

If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 65). As an exempt team member, you will receive your full pay without deduction, for any week in which you perform work, except for those deductions authorized by law. Wells Fargo prohibits unauthorized deductions from your pay. If you feel that an amount has been improperly deducted from your pay, you need to report it immediately (see "Your Pay Voucher" and "Reporting Procedure" on page 58).

**Nonexempt Overtime**

Weekly – If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 51).

Daily – Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area. Overtime requirements for your state are also posted in your workplace.

Non-overtime Extra Hours – If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate.

**Nonexempt Holidays**

Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 48), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 65). Team members classified as "flexible" are not eligible for holiday pay.

A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are paid at the holiday rate (but there's a guarantee of at least four hours at the holiday rate for any nonexempt team member who's required to work a common holiday).

Overtime on Holidays – Any hours eligible for holiday pay that *also* qualify as overtime are paid at an additional ½ times pay, resulting in double-time for the overtime hours.

Holiday Coverage Jobs – Holiday time-and-a-half pay and additional pay for holiday overtime don't apply to team members who are in certain jobs which are structured to provide holiday coverage on a regular basis. However,

**Compensation**

52

WF000942

nonexempt team members in these jobs are eligible for standard time-and-a-half overtime pay as described in "Nonexempt Overtime" on page 52. If you're in one of these jobs, your supervisor will provide details.

**When You're Paid**    You'll generally receive any extra pay for overtime and holidays on your next pay voucher after the information is submitted to the payroll system.

## 5.8 - Merit Reviews

The main objective of our salary program at Wells Fargo is to reward team members for their individual performance in contributing to our company's success. Most team members are eligible for merit reviews, which include a review of both performance (see "Performance Management Process" on page 42) and salary.

**Merit Increases**    A merit review may or may not result in a merit increase to your salary. Rather than using an automatic formula, your supervisor determines merit increases based on such things as:

- Your job performance
- The number of months since your last performance review and merit increase
- Your salary relative to your job's Market Reference Point (see definition on page 49) and competitive market pay
- Variable pay opportunities, such as incentives or bonuses
- The salary budget of your business unit

Team members who are lower performers or whose salary is well above competitive market pay for the job receive smaller increases or no increase.

**Review Timing**    Your performance and salary are generally reviewed every 12 months (although this can vary depending on when you joined the business unit). You may also receive a review at other times due to performance (see "Timing of Performance Reviews" on page 42) or because of one of the circumstances described below.

Focal (Simultaneous) Review – Your review date may be changed so your supervisor can review a group of team members on the same date — generally, a date related to business goals and results. This is called a "focal review." If your area adopts a focal review cycle, or you transfer or are hired into a business unit which has one, your supervisor will explain how it affects you — in most cases your next review will occur from four to 15 months after your previous one.

Transfer or Promotion – If you transfer or are promoted to a new job, you may receive a performance review from your current supervisor if it's been six months or more since your last review (if it's been less than six months, your supervisor won't conduct a formal review, but will simply send the hiring manager some performance notes to use at your next review).

However, you won't receive a merit increase at the time of the transfer or promotion. Instead, the hiring manager will prepare a salary offer which takes into account the amount of time since your last merit increase, the market rate of pay for the new job, and your applicable skills and experience. (See "Promotions" on page 54 and "Other Job Changes" on page 55.) You'll then be eligible for a merit review in 12 months, or at your new business unit's next focal review.

WF000943

If you're currently eligible to be paid under an incentive plan, your supervisor will let you know the details.

**Awards & Prizes**

Team members occasionally receive awards or prizes from Wells Fargo — for instance, a special prize for the team member with the highest sales total in a given promotion. Prizes can be a fun way to develop teamwork and draw focus toward a specific goal; they can also be a special thank-you for things like work on a specific project or exceptional customer service.

For tax purposes, the fair market value of an award or prize (not the cost to the company) may be taxable income subject to payroll tax withholding.

## 5.12 - Getting Paid

As a Wells Fargo team member, you're paid twice a month; standard hours payments are made on the 15th and last business day of the month. When a scheduled payday falls on a Saturday, Sunday or holiday, payment is made on the preceding business day.

If you're a nonexempt team member, you must fill out and submit timely, accurate timecards (using Webtime online timesheets or another method if approved for your group) in order to receive proper pay, including overtime. Adjustments to standard pay are generally processed the following payroll period.

**How You're Paid**

You're strongly encouraged to have your check automatically deposited. You may choose to establish your direct deposit to a Wells Fargo checking or savings account, or an account at any other financial institution. Your pay voucher, showing gross and net pay and deductions, is viewable online on *Teamworks*, from work or home, a few days before the end of each pay period (or if you don't have online access at work or home, you can request a paper voucher).

If you do not establish direct deposit, you'll be paid by check. Generally, paychecks are sent each pay period to your work address. If you don't have a permanent work address, your paycheck will be mailed to your home.

**Your Wells Fargo Account**

As a team member you're offered a free Wells Fargo checking account if you establish direct deposit of your pay to any Wells Fargo checking or savings account. You'll need to open the account at the store of your choice or through the Phone Bank, following their standard account opening process, and request payroll direct deposit.

You must handle your account responsibly and avoid overdrafts. If checks must be returned for insufficient funds or if your account is overdrawn, you'll be required to pay the usual fees. Continued mishandling may result in the closing of your account.

If you choose not to establish payroll direct deposit and you have a Wells Fargo checking account, that account may be subject to Wells Fargo's standard checking account service charges.

WF000946

# Glossary

| | |
|---|---|
| **Active Working Status** | Days when a team member is actually on the job (including time on reduced work schedule) or is on regularly scheduled days off, holidays, jury duty, bereavement time off or Paid Time Off (PTO) — except for those days when PTO is the team member's source of income during the Short Term Disability Plan's one-week waiting period. Time on leave (which includes the STD Plan waiting period, whether or not the team member is using PTO) is not included in "active working status." |
| **Adjusted Service Date** | See Corporate Hire Date. |
| **Administrative Time Off** | Time off from work in certain situations where appropriate as determined by Wells Fargo (for example, to conduct an internal investigation). |
| **Affirmative Action Plan (AAP)** | The official document which analyzes the workforce in terms of minority and female representation (and, where applicable, veterans or employees with disabilities), identifies problem areas, and sets goals to correct any areas of underutilization. |
| **Applicant** | An individual applying for a currently open position via telephone, the Internet, a résumé or Job Interest Profile form, who is eligible for employment at Wells Fargo and who meets the advertised qualifications. It includes anyone who is interviewed either by phone or in person, as well as internal candidates who post for or are interviewed for a position. |
| **Applicant Log** | A record of each applicant who applied for a position; for Affirmative Action purposes, these records are maintained in a job file. |
| **Applicant Flow Data** | A record of all qualified applicants, whether they were interviewed or not, containing pertinent Affirmative Action data and specific recruitment information regarding the applicants. |
| **AU** | Accounting Unit; see Business Unit. |
| **Base Salary** | Regular base pay without incentives, commissions, shift differentials or bonuses. |
| **Beneficiary** | A person, trust or charitable institution, or an individual's estate, which the individual designates to receive benefits upon the individual's death. |
| **Breaks** | Paid rest periods of no more than 15 minutes, scheduled as appropriate (or legally required) by the supervisor or manager. |
| **Bulletin Boards** | An area (on a wall, kiosk or via computer) for posting official or work-area-specific information. |
| **Business Need to Know** | A business need to know a fact or circumstance exists when a team member must have such knowledge to properly perform his or her job or to make appropriate business decisions within the scope of the job. It also exists for those senior managers who must determine whether further investigation or action is necessary to resolve a matter, or whether reporting or other action outside of the company is advisable or required. |

WF001017

| | |
|---|---|
| **Business Unit** | A Wells Fargo department; may be a whole or partial Cost Center or Accounting Unit. |
| **Chain of Command** | A series of management positions in order of authority. |
| **Child** | A son or daughter who is the biological child, adopted or foster child, stepchild, or legal ward of a person standing "in loco parentis," if the child is under age 18 (or of any age if incapable of self-care due to a mental or physical disability). |
| **Common Holiday** | Six standard holidays observed at Wells Fargo: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. |
| **Competency** | A specific expertise that describes what a team member knows and understands and what he or she is adept at doing. Competencies can be identified for individual jobs or for entire job families. |
| **Confidential Information** | Information intended only for use within Wells Fargo and limited to those with business need-to-know. It also includes personal information regarding team members and/or certain job-related data, such as salary and performance information. |
| **Confirmation Letter** | A document that acknowledges a verbal offer and acceptance by the applicant. Also see Offer Letter. |
| **Corporate Hire Date** | The service date applicable for benefits such as PTO, the Short Term Disability Plan, salary continuation and service recognition. This date generally reflects prior service from acquisitions made by Wells Fargo. Specifically in relation to the Wells Fargo/Norwest merger, for team members from pre-merger Wells Fargo the corporate hire date has been defined as what used to be called the: <br> • Adjusted service date, if the person was hired or rehired before 1997, or <br> • Current hire date, if hired or rehired January 1, 1997, or later |
| **Corrective Action** | See Performance Counseling and Corrective Action. |
| **Cost Center** | See Business Unit. |
| **Current Hire Date** | See Corporate Hire Date. |
| **Discipline** | See Performance Counseling and Corrective Action. |
| **Distribution** | The dissemination of information by print, voice or electronic means. |
| **Domestic Partnership** | A team member and one other person of the same or opposite sex who share a single, dedicated relationship and who can provide a certificate of domestic partnership from a city, county or state (or, if they live in an area where such a certificate is not available, who share a relationship that meets the criteria outlined for domestic partner benefits offered by Wells Fargo). |
| **Employee** | See Team Member. |
| **Employee ID Number** | The six-digit number assigned to a team member by the Human Resources Information System (HRIS) when the team member is hired. Employee ID numbers never change and are never re-issued to new team members. The number becomes inactive if the team member leaves Wells Fargo, and is reassigned to the same team member if he or she returns. |
| **Employee Profile** | Form used for personnel data entry. |

**128**

WF001018

| | |
|---|---|
| **Employment Verification** | The formal response by the HR Service Center to inquiries regarding present or past team members, verifying dates of employment and job title. |
| **Essential Job Functions** | Particular tasks or activities of the job that are fundamental and critical to meeting expectations set for a specific job. |
| **Excused Absence** | Any absence, paid or unpaid, for which a team member has obtained approval from his or her supervisor either prior to the actual absence or on the day of the absence, in accordance with the business unit's stated work rules or by applicable leave policy. |
| **Exempt Team Members** | Individuals who are exempt from the minimum wage and overtime requirements of the Fair Labor Standards Act (FLSA) and, in some cases, applicable state regulations. |
| **Fair Labor Standards Act (FLSA)** | The federal law that sets minimum requirements employers must follow in paying covered employees. This law includes rules regarding minimum wage, equal pay, overtime pay, recordkeeping and child labor. |
| **Family and Medical Leave Act (FMLA)** | A federal entitlement, for team members who meet eligibility requirements, to take leave for one of the qualifying family and medical reasons. |
| **Family Member** | For Wells Fargo's Family Member Leave, the term "family member" includes spouse or domestic partner, parents and children. For Wells Fargo's other policies, a team member's "family members" include his or her spouse or domestic partner, if any, and *their combined*:<br>• Parents and grandparents (including step-parents and -grandparents)<br>• Children and grandchildren (including step-children and -grandchildren), and<br>• Brothers and sisters (including step-brothers and -sisters) |
| **Fitness for Duty (FFD)** | A company-requested examination of a team member, performed by a health care professional outside of the company, with the purpose of obtaining a neutral, professional opinion solely to determine the team member's ability to perform his or her job based on concerns about:<br>• The team member safely performing his or her role and duties<br>• The team member's behavior being grossly inappropriate for the workplace<br>• A reasonable concern for workplace safety |
| **Flexible Team Member** | Team members who may work regularly on a flexible schedule but are not classified as regular or part-time, may work any number of hours on given projects, may fill in when needed regardless of the hours, are on call, or may work only certain times of the month or year. |
| **FLSA** | See Fair Labor Standards Act. |
| **FMLA** | See Family and Medical Leave Act. |
| **Focal Review** | A performance and salary review cycle that evaluates each team member in the work group at the same time of the year, often to reflect performance objectives established on a calendar-year basis. |
| **Formal Warning** | A formal, written acknowledgment of a performance, attendance or behavior issue, including specific requirements for improvement and a warning that termination of employment may result if the required improvement does not occur. |

WF001019

| | |
|---|---|
| **Full Time Equivalent (FTE)** | A measurement of staffing that divides the number of work hours in a week by 40. An FTE is equivalent to 40 hours per week. |
| **Health Care Provider** | A doctor of medicine or osteopathy who is authorized to practice medicine or surgery by the state in which the doctor practices. It also includes any other persons whose certification of the existence of a health condition is accepted for purposes of a claim under Wells Fargo's current medical plans. |
| **Hiring Manager** | The individual to whom a new or transferring team member will report. |
| **HR Consultant** | A Human Resources professional within a region or line of business responsible for delivery of human resources services. Includes professionals with titles such as HR Manager, HR Specialist, HR Leader and HR Generalist. |
| **HR Service Center** | A centralized resource to respond to team members' questions about benefits and some policies, facilitate new hire and annual enrollment, and other administrative tasks. |
| **Human Resources Management System (HRMS)** | A database of Human Resources information accessed and maintained by Wells Fargo's computer network. It is a position-driven system, set up according to Wells Fargo's organizational structure, and tracks all positions and their reporting structure throughout the organization. |
| **I-9** | The document required by the U.S. Department of Homeland Security to verify employment eligibility under the Immigration Reform and Control Act of 1986 (IRCA). |
| **Incentive Compensation** | The compensation paid to eligible team members in designated jobs, which is paid in addition to base salary and according to a defined plan. |
| **Independent Contractors** | Self-employed professionals who generally work on a project or fee basis, without day-to-day direction from a Wells Fargo supervisor. |
| **Informal Counseling** | Process where the supervisor and team member define the problem, develop a corrective action plan, and discuss the consequences of continued deficient performance or conduct. |
| **Insubordination** | Insubordination includes, but is not limited to, situations when:<br>• A team member fails or refuses to follow a supervisor's lawful instructions or perform assigned work<br>• A team member refuses to stop an activity, behavior or language that a supervisor has directed him or her to stop, or<br>• A team member's language, or verbal or physical behavior, in the workplace is openly hostile or inappropriate |
| **Internal Use Information** | Information that's limited to Wells Fargo team members, contractors and vendors covered by a non-disclosure agreement. |
| **Involuntary Termination** | Ending of a team member's employment at Wells Fargo's direction. |
| **IRCA** | The Immigration Reform and Control Act of 1986; forms the basis of Wells Fargo's verification of employment eligibility policies. |

**130**

WF001020

**Job Class Codes**
With the assistance of Corporate Benefits and Wells Fargo Home Mortgage (WFHM) Compensation, Corporate Compensation has identified five job class codes. Job class codes 1, 3, 4 and 5 are considered "special pay categories" since very few jobs are assigned these job class codes.

- *Job Class Code 1* is assigned to specific WFHM jobs and certain other selected sales jobs outside of WFHM where team members earn all or a majority of their pay in commissions derived from their personal production under sales incentive plans. Currently Job Class Code 1 includes the following jobs: WFHM Consultants, WFHM Wholesale Account Executives and selected sales positions outside of WFHM.

- *Job Class Code 2* is assigned to most Wells Fargo jobs. If a job is not assigned one of the four sales incentive compensation job class codes (that is, Job Class Codes 1, 3, 4 or 5), then it is automatically assigned Job Class Code 2.

- *Job Class Code 3* is commonly referred to as Full Commission (FC). Team members in an FC job receive 100% of their pay in sales incentives. They have no base salary but may receive a draw against commission. A manager's job will not be assigned Job Class Code 3 unless he or she manages FC team members.

- *Job Class Code 4* is assigned to WFHM Mortgage Sales Managers who are identified by WFHM Compensation. These team members earn all or a majority of their pay in commission derived from production under sales incentive plans. Currently Job Class Code 4 primarily includes WFHM Sales Managers.

- *Job Class Code 5* is commonly referred to as Sales Incentive Compensation (SIC). In addition to other criteria that focuses on the "sales" aspect of the job, team members in this job class code are paid a salary and are eligible to earn incentive pay from a sales incentive plan that's designed to have the incentive make up 40% or more of their total compensation, and where the average incentive paid to all team members in each job code assigned to Job Class Code 5 is 40% or more of the average total compensation for a particular job code. Team member jobs that come to Wells Fargo through an acquisition are not assigned this Job Class Code 5 unless and until they are assigned to a Wells Fargo job that has been designated a Job Class Code 5 by Corporate Compensation. Non-evaluated jobs are not assigned Job Class Code 5. A manager's job will not be assigned Job Class Code 5 unless he or she manages SIC or FC team members.

**Job Code**
A numerical designation assigned to a specific job. The code reflects the job's EEO, exemption and functional job family designation. The same job codes can be assigned in different Wells Fargo companies. (Also called "job number" in some systems.)

**Kiosk**
A small, free-standing structure with open sides used to post or distribute information or allow access to information, computer systems, products or services.

WF001021

| | |
|---|---|
| **Leave of Absence** | Time away from work (with or without pay) as permitted by Wells Fargo for reasons including, but not limited to, a medically certified health condition, family, personal or military duty. |
| **Life-threatening Illness** | Any medical condition that is potentially fatal, as determined by a health care professional. |
| **Line Human Resources** | The local or assigned Human Resources unit responsible for delivery of the Human Resources services to a given region or line of business. |
| **MAC** | Mail Address Code; the internal Wells Fargo address for delivering interoffice mail and reports. |
| **Mandatory Compliance Posting** | Information pertaining to federal or state employment-related laws that is explicitly required to be placed in an area visible to all employees. For example: <br>• Equal Employment Opportunity (EEO) <br>• Americans with Disabilities Act (ADA) <br>• OSHA <br>• Fair Labor Standards Act (FLSA) <br>• Workers' Compensation (WC) information |
| **Meal Period** | Unpaid time off, ranging from 30-60 minutes, scheduled by the supervisor or manager as appropriate (or legally required) at or near the middle of the shift. |
| **Merit Increase** | An increase in base salary based on performance. |
| **Minor** | Person under 18 years of age. |
| **Modified Work Schedule** | A schedule where the length and number of workdays are predetermined and constant, but may be less than five days per week and longer than eight hours per day (for example, a ten hour day for four days each week). |
| **Need-to-know** | Access to confidential information that is limited to Wells Fargo team members who require the information for the performance of their job duties. This does not include information about Wells Fargo team members to be used in situations where they are customers or potential customers of Wells Fargo. |
| **New Hire** | A team member who is employed from outside of Wells Fargo & Company and all related Wells Fargo companies. |
| **Nonexempt Team Members** | Individuals who are covered by the provisions of the Fair Labor Standards Act (FLSA) and, in some cases, applicable state regulations. |
| **Offer Letter** | A document sent to extend terms of employment or to confirm an oral offer of employment that the applicant has yet to accept. Also see Confirmation Letter. |
| **Official Personnel File** | The official data reflecting a team member's employment. |
| **Overtime Hours** | Any hours (excluding PTO, holiday or disability) worked in excess of 40 hours in a standard workweek (specific states may also have other overtime rules and calculations). |
| **Paid Time Off (PTO)** | Days that a team member may use for a number of reasons, including vacation time, personal or family illness, school activities or conferences, variable holidays, religious observances, personal business or weather problems. |
| **Parent** | The biological parent of an employee, or a person who stands "in loco parentis," with day-to-day responsibilities for the care of a child. |

**Glossary**

WF001022

| | |
|---|---|
| **Part-Time Team Member** | Team members scheduled to work between 17½ and 29 hours per week (other than those classified as flexible team members). |
| **Pay Period** | Day 1 through Day 15 of each month; and Day 16 through the last day of each month. |
| **Performance Counseling and Corrective Action** | Any management action designed to correct or address a team member whose job performance, attendance or behavior does not meet company expectations, deviates from established practices and procedures, or adversely affects Wells Fargo's operations. |
| **Performance Objectives** | Measurable goals or business results that a team member is expected to achieve in a given time frame. |
| **Performance Review** | The formal, written documentation of employee outcomes and behaviors that has been approved by the supervisor and reviewed with the team member. |
| **Position** | A designated slot within the HRMS database that is assigned to only one team member at a time. |
| **Position Elimination** | A termination of employment initiated by management resulting from the business decision to eliminate the position held by the team member. |
| **Position Number** | A numerical indicator assigned to each slot in the HRMS database assigned to an individual team member. |
| **Profile** | See Employee Profile. |
| **Promotion** | The upgrading of a team member to a different job with a higher Market Reference Point. |
| **Protected Absences** | Absences which are not subject to performance counseling and corrective action. These include approved absences for:<br>• Wells Fargo's common holidays<br>• Paid Time Off (PTO) scheduled and approved in advance with the supervisor<br>• Bereavement time off<br>• Jury duty or witness service<br>• Time off protected by specific federal or state laws (including leave under the Family & Medical Leave Act, Americans with Disabilities Act, Military Leave, pregnancy-related leave and certain leave for a work-related injury or illness), or related company policy |
| **Protected Classes** | Groups protected from discrimination under federal, state or local laws. |
| **PTO** | See Paid Time Off. |
| **Public Information** | Information that can be disclosed to anyone without violating an individual's right to privacy or Wells Fargo's proprietary rights or trade secrets. |
| **Reasonable Accommodation** | Any change to or in the work environment that the employer can adopt without undue hardship to permit a qualified employee or applicant with a disability to perform the essential functions of the job. |
| **Reduced Work Schedule** | The work schedule for a team member who is on leave of absence for a portion of each regularly scheduled work day or workweek. |

WF001023

| | |
|---|---|
| **Reference** | A past or present employer, supervisor or client with whom an applicant has had a relationship that would allow the person to comment about the applicant's work credentials. |
| **Reference Check** | The process of contacting an applicant's past or present employer, supervisor or client, to determine if the applicant's background is appropriate to satisfy the requirements of a particular position. |
| **Regular Team Member** | Team members scheduled to work 30 or more hours per week (other than those classified as flexible). |
| **Rehire** | A new team member who has past employment experience with a Wells Fargo company. |
| **Reinstatement** | The activity of returning a team member to the same or similar job when he or she returns from a leave of absence. |
| **Relocation** | The physical move of a team member and his or her family due to a Wells Fargo-requested transfer or promotion. |
| **Resignation** | A voluntary termination of employment initiated by the team member. |
| **Restricted Information** | Information intended only for restricted use within Wells Fargo and limited to those with an explicit, predetermined, stringent need-to-know. |
| **Retaliation** | Prohibited behavior which appears to punish or disadvantage a team member who has come forward in good faith with information about inappropriate behavior of any kind, or who has exercised protected rights. |
| **Salary Continuation Pay** | Additional compensation that may be provided to eligible team members who experience position elimination or substantial position change, pursuant to the terms of the Wells Fargo & Company Salary Continuation Pay Plan. |
| **Serious Health Condition** | An illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility, or continuing treatment by a health care provider which includes a period of incapacity of more than three days. With respect to team members, the term "serious health condition" covers conditions or illnesses that affect the team member's health to the extent that he or she must be absent from work on a recurring basis or for more than three days for treatment or recovery. With respect to family members, the term "serious health condition" is intended to cover conditions or illnesses that affect the health of the family member so that he or she is similarly unable to participate in school or in his or her regular daily activities. |
| **Shift Differential** | Extra allowance that may be paid to team members who work 50% or more of their time on shifts other than the regular day shift. |
| **Similar Job** | A job with like duties and responsibilities, pay and location. |
| **Solicitation** | A request for time, money, or other resources from one individual or group to another individual or group of individuals, presented either verbally, electronically, in writing or by telephone. |

**Glossary**

**134**

WF001024

**Standard Hours**  A set number of hours that a team member works each week, which will be paid without the need to process a timecard. Standard hours are *not* the same as scheduled hours — for example, a team member may have standard hours of nine hours per week, but based on business needs may be scheduled for 3 hours on Monday, Wednesday and Friday one week and 4½ hours on Tuesday and Thursday the next.

**Standard Workweek**  A fixed and regularly recurring period of work within the week, usually beginning on Sunday at 12:01 a.m. and ending on Saturday at midnight.

**Subsidiary**  A company that is owned, in whole or in part, by Wells Fargo & Company.

**Supervisor**  As used throughout this book, a term to include supervisors, managers and other various levels of management with the authority to hire; assign; promote; evaluate; grant salary increases; resolve disputes; terminate another team member's employment; reward or discipline other team members; authorize expenditures; or effectively recommend any of these actions.

**Supervisor File**  The informal working data on each team member that the supervisor keeps in his or her possession. It includes:
- Copies of performance appraisals
- Job descriptions, if available
- Copies of Employee Profiles
- Absence records
- Counseling and performance documentation

**Team Member**  A person who is an employee of Wells Fargo & Company or any of its subsidiaries.

**Teamworks**  Wells Fargo's intranet site for team members.

**Terms and Conditions of Employment**  Includes, but is not limited to, wages, benefits, hours of work, performance measures and evaluations, work assignments, discipline, work policies and standards.

**Transfers**  Team members transferring from one Wells Fargo company to another, with no break in service.

**Underutilization**  As defined by the U.S. Department of Labor, underutilization occurs where a company has a smaller number of women or minorities (or, where applicable, veterans or employees with disabilities) in a job group than would be expected given appropriate availability data.

**Unprotected Absences**  Absences for which the team member fails to inform his or her supervisor of the need for absence in a timely manner, as required by the work rules for the business unit or by applicable leave policy. Also applies if a team member on leave of absence fails to submit any required medical certifications in a timely manner. These absences may be subject to performance counseling and corrective action for excessive absenteeism. Also see Protected Absences.

**Unscheduled Absence**  Any absence for which the team member has not received prior approval for absence on a scheduled work day.

**Verbal Offer**  An unwritten offer of employment to an applicant for a specific open position, made by a hiring manager or Human Resources.

WF001025

| | |
|---|---|
| **Voluntary Termination** | Ending of a team member's employment due to resignation, death or retirement. |
| **Work*Ability*** | A resource for team members and supervisors who need assistance in responding to a medical condition or restriction that impairs a team member's ability to perform his or her current job duties. |
| **Work-related Injury or Illness** | An injury to a team member arising out of, and in the course of, employment according to applicable state statutes. |
| **Workers' Compensation** | A program that provides benefits to team members for illnesses or injuries arising out of employment. Workers' Compensation is a legal obligation required of employers by state law. As such, the benefits granted will vary from state to state. |
| **Work Areas** | Work sites and areas immediately surrounding them, but not elevators or team member rest areas, including lounges, restrooms and lunchrooms. |
| **Work Time** | All time when a team member is required to be engaged in work tasks, but does not include his or her own time, such as meal periods, scheduled breaks and time before or after a shift. |
| **Workweek** | See Standard Workweek. |

Glossary

136

Glossary

WF001026