# EXHIBIT

# 5

# Handbook

## for Wells Fargo Team Members

This book describes employment policies in effect as of April 1, 2001,
and supersedes all previous communications, written or oral, regarding these policies.
These policies were created by Wells Fargo & Company, and many Wells Fargo companies
have adopted them. Throughout this book, when you see the term "Wells Fargo" or
"the company," it means the Wells Fargo company that employs you directly.



DEPOSITION
EXHIBIT
2
11-13-07 all

WF000720

# Handbook
## Table of Contents

**Introduction**

About This Handbook ...................................................................1

Other Resources ........................................................................1

**Chapter 1:**
**The Business of**
**Wells Fargo**

1.1 - Our History and Organization ..............................................4

1.2 - Our Vision and Values .........................................................4

1.3 - Our Business: Customers and You .........................................6

1.4 - People as a Competitive Advantage ......................................7

1.5 - Diversity in the Workplace ..................................................8

1.6 - Fair Lending Statement ......................................................8

1.7 - Best Practices ..................................................................9

**Chapter 2:**
**Employment & Hiring**

2.1 - Wells Fargo's Approach ....................................................12

2.2 - Employment at Will .........................................................12

2.3 - Affirmative Action, Equal Employment Opportunity and Diversity ....12

2.4 - Employment & Hiring Overview ..........................................14

2.5 - Employment of Friends & Relatives .....................................14

2.6 - Internal Job Opportunities ...............................................15

2.7 - External Recruitment ......................................................16

2.8 - Background Checks .........................................................17

2.9 - Verifying Employment Eligibility .......................................17

2.10 - Breach of Trust or Dishonesty ........................................17

**Chapter 3:**
**Workplace Conduct**

3.1 - Wells Fargo's Approach ....................................................20

3.2 - About Our Code of Ethics and Business Conduct .....................20

3.3 - Team Member Communications ...........................................21

3.4 - Language Policy .............................................................23

3.5 - About Our Information Security Policies .................................23

3.6 - Personal Information & Property .........................................24

3.7 - Attendance & Punctuality .................................................26

3.8 - Travel Guidelines ...........................................................27

3.9 - Professionalism .............................................................28

3.10 - Personal Relationships at Work .........................................29

3.11 - Harassment ................................................................29

3.12 - Solicitation and Distribution ...........................................33

iii

WF000721



3.13 - Gambling ........................................................................34

3.14 - Violence-free Workplace ...............................................34

3.15 - Drug-free Workplace .....................................................35

3.16 - Smoke-free Workplace ..................................................36

3.17 - Fitness for Duty ............................................................36

**Chapter 4:**
**Performance &**
**Problem-Solving**

4.1 - Wells Fargo's Approach ..................................................38

4.2 - Learning & Development ................................................38

4.3 - Performance Management Process ................................39

4.4 - Performance Counseling & Corrective Action ...............41

4.5 - Dispute Resolution ........................................................42

4.6 - Third Party Representation ............................................44

**Chapter 5:**
**Compensation**

5.1 - Wells Fargo's Approach ..................................................46

5.2 - Employment Classifications & Jobs ...............................46

5.3 - Prorated Salaries ...........................................................48

5.4 - Shift Differential ...........................................................48

5.5 - Work Hours ..................................................................49

5.6 - Overtime .......................................................................49

5.7 - Overtime Pay & Holiday Pay .........................................50

5.8 - Merit Reviews ...............................................................51

5.9 - Promotions ...................................................................52

5.10 - Other Job Changes ......................................................53

5.11 - Incentive Plans ...........................................................53

5.12 - Awards & Prizes ..........................................................54

5.13 - Getting Paid ...............................................................54

**Chapter 6:**
**Time Off**

6.1 - Wells Fargo's Approach ..................................................58

6.2 - Paid Time Off ...............................................................58

6.3 - Holidays ........................................................................62

6.4 - Other Paid Time Off .....................................................63

6.5 - Leaves of Absence for Medical Reasons .........................64

6.6 - Other Leaves of Absence ...............................................69

**Chapter 7:**
**Safety & Health**

7.1 - Wells Fargo's Approach ..................................................72

7.2 - Loss Prevention & Regulatory Responsibilities ..............72

7.3 - Hazard Communication .................................................73

7.4 - Corporate Business Continuity Planning .......................73

7.5 - Working with an Illness or Disability ............................75

iv

WF000722

**Chapter 8:**
**Programs & Services**

8.1 - Wells Fargo's Approach ........................................................78
8.2 - Corporate Responsibility ......................................................78
8.3 - Community Development ......................................................79
8.4 - Wells Fargo Foundation & Corporate Contributions Programs ..........80
8.5 - Purchasing from Minority-, Women- and Disabled-Owned Vendors ....80
8.6 - Volunteer Activities ..............................................................81
8.7 - Volunteer Leave Program ....................................................82
8.8 - Educational Matching Gifts ..................................................82
8.9 - Scholarships for Dependent Children ....................................82
8.10 - Education Reimbursement ..................................................84
8.11 - Library Services ................................................................85
8.12 - Employee Assistance Consulting ........................................86

**Chapter 9:**
**Leaving Wells Fargo**

9.1 - Wells Fargo's Approach ......................................................88
9.2 - Voluntary Termination ........................................................88
9.3 - Involuntary Termination ......................................................88
9.4 - Retirement ........................................................................90
9.5 - After Leaving Wells Fargo ....................................................90

**Appendix A:**
**Code of Ethics and**
**Business Conduct**

I. Wells Fargo's Approach ..........................................................92
II. Serve Wells Fargo's Best Interests ..........................................92
III. Preserve Confidentiality ........................................................93
IV. Avoid Conflicts of Interest ....................................................96
V. Code Administration ............................................................103
VI. EthicsLine ........................................................................106

**Appendix B:**
**Information Security**
**Policy**

Electronic Communication Systems Use Policy ............................108
Information Protection Policy ....................................................108
More Information ....................................................................112

**Glossary**

Glossary ................................................................................113

**Index**

Index......................................................................................123

Table of Contents

v

WF000723

Table of Contents

vi

WF000724

# Introduction

## About This Handbook

Your *Handbook* contains essential information about your job, your supervisor, your fellow team members and Wells Fargo. We encourage you to read this book and keep it in a convenient place. It's meant as an outline of policies and procedures covering Wells Fargo and its subsidiaries — it is not a contract of employee "rights" or supervisor "absolutes," nor does it attempt to offer an answer for every situation. See our employment at will policy on page 12.

**Additional Policies**   At Wells Fargo, the regions and lines of business that form our organization's structure have a great deal of the decision-making authority. This *Handbook*, for the most part, covers the policies adopted by the family of Wells Fargo companies. However, in many cases your region or line of business may have additional guidelines, procedures or approval requirements. You can find out about these from your supervisor.

**Updates**   From time to time you'll receive other communications that will give you more detail on the issues discussed here; keep your copies of these bulletins, memos and other company publications with this *Handbook*. The latest versions of policy and benefit communications also can be found online through *Teamworks*, Wells Fargo's intranet.

Policies in this *Handbook* are subject to change with the approval of Wells Fargo's Director of Human Resources.

**Online Version**   You'll find an online version of this *Handbook* on *Teamworks*, Wells Fargo's intranet site. The online version contains the same information as this printed version, plus links to updated policy information as it becomes available.

## Other Resources

In addition to this *Handbook,* you have other resources to help answer your questions.

- In most cases, check with your supervisor first whenever you have a question or problem.

- *Teamworks*, Wells Fargo's "intranet," or internal web, is available to a large and ever-increasing number of team members. It offers online access to the internal web sites of many different Wells Fargo departments, as well as Team Member Resources including:
  - online time sheets;
  - benefits information, including the online version of the *Benefits Book*;
  - Affirmative Action and diversity programs;
  - *Trading Post* for job opportunities;
  - Forms Online to obtain many Wells Fargo forms;
  - the online version of this *Handbook*;

WF000725

- expense reporting procedures;
- team member discounts and special offers; and
- information about learning and career development.

- The HR Service Center is a resource for questions about benefits, payroll and policy. You can reach the Center toll-free at 1-877-HRWELLS (1-877-479-3557).

- Your HR consultant is also available for help and advice (see "Your Human Resources Consultant" on page 21).

- Other support departments are mentioned throughout this book; feel free to call them with your questions. We list companywide 800 numbers for departments throughout this *Handbook;* to reach other departments, look up the number in the Wells Fargo Directory (in its paper version, if available in your area), or online through the various internal web sites on *Teamworks.*

**Introduction**

2

**Other Resources**

WF000726

**Differential Amount**

The chart below defines the shifts and differential. To receive the differential for shift 2 or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50% across two shifts, you're paid at the higher shift differential for all hours worked.

| Shift Code | Majority of Scheduled Hours Worked | Differential |
|---|---|---|
| 1 | 9 a.m. - 7 p.m. | None |
| 2 | 7 p.m. - 3 a.m. | 10% of base salary |
| 3 | 3 a.m. - 9 a.m. | 12% of base salary |

**When It Doesn't Apply**

The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 46) aren't eligible for shift differential.

## 5.5 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 46). If you're in a "nonexempt" position (see "Overtime" below), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.

**Meal Periods**

If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor.

Meal periods are considered unpaid time. However, if for any reason you're required to work or stay at your workstation during your meal period, it's considered paid time.

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 50). In some locations, there may also be state laws governing overtime pay.

The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor.

Compensation

WF000773

| | |
|---|---|
| **Reporting Overtime** | If you're in a nonexempt position, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance.

*Important: While you'll be paid for all overtime hours worked, if you work unauthorized overtime it can be grounds for corrective action.*

## 5.7 - Overtime Pay & Holiday Pay

In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt.

| | |
|---|---|
| **Exempt** | If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 62). |
| **Nonexempt Overtime** | Weekly –If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 49).

Daily –Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area.

Non-overtime Extra Hours –If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate. |
| **Nonexempt Holidays** | Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 46), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 62). Team members classified as "flexible" are not eligible for holiday pay.

A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are paid at the holiday rate (but there's a guarantee of at least four hours at the holiday rate for any nonexempt team member who's required to work a common holiday).

Overtime on Holidays –Any hours eligible for holiday pay that *also* qualify as overtime are paid at an additional ½ times pay, resulting in double-time for the overtime hours. |

*(Compensation)*

50

WF000774

Holiday Coverage Jobs – Holiday time-and-a-half pay and additional pay for holiday overtime don't apply to team members who are in certain jobs which are structured to provide holiday coverage on a regular basis. However, nonexempt team members in these jobs are eligible for standard time-and-a-half overtime pay as described in "Nonexempt Overtime" on the previous page. If you're in one of these jobs, your supervisor will provide details.

**When You're Paid**   You'll generally receive any extra pay for overtime, holidays and other non-standard hours on your next pay voucher after the information is submitted to the payroll system.

## 5.8 - Merit Reviews

The main objective of our salary program at Wells Fargo is to reward team members for their individual performance in contributing to our company's success. Most team members are eligible for merit reviews, which include a review of both performance (see "Performance Management Process" on page 39) and salary.

**Merit Increases**   A merit review may or may not result in a merit increase to your salary. Rather than using an automatic formula, your supervisor determines merit increases based on such things as:

* your job performance;
* the number of months since your last performance review and merit increase;
* your salary relative to your job's Market Reference Point (see definition on page 47) and competitive market pay;
* variable pay opportunities, such as incentives or bonuses; and
* the salary budget of your business unit.

Team members who are lower performers or whose salary is well above competitive market pay for the job receive smaller increases or no increase.

**Review Timing**   Your performance and salary are generally reviewed every 12 months (although this can vary depending on when you joined the business unit). You may also receive a review at other times due to performance (see "Timing of Performance Reviews" on page 40) or because of one of the circumstances described below.

Focal (Simultaneous) Review – Your review date may be changed so your supervisor can review a group of team members on the same date — generally, a date related to business goals and results. This is called a "focal review." If your area adopts a focal review cycle, or you transfer or are hired into a business unit which has one, your supervisor will explain how it affects you — in most cases your next review will occur from four to 15 months after your previous one.

Transfer or Promotion – If you transfer or are promoted to a new job, you'll receive a performance review from your current supervisor if it's been six months or more since your last review (if it's been less than six months, your supervisor won't conduct a formal review, but will simply send the hiring manager some performance notes to use at your next review).

However, you won't receive a merit increase at the time of the transfer or promotion. Instead, the hiring manager will prepare a salary offer which takes

Compensation

WF000775

## 5.12 - Awards & Prizes

Our team members occasionally receive awards or prizes from Wells Fargo — for instance, a special prize for the team member with the highest sales total in a given promotion. Prizes can be a fun way to develop teamwork and draw focus toward a specific goal; they can also be a special thank-you for things like work on a specific project or exceptional customer service.

**Taxes**     For tax purposes, the fair market value of an award or prize (not the cost to the company) may be taxable income subject to payroll tax withholding.

## 5.13 - Getting Paid

As a Wells Fargo team member, you're paid twice a month; standard hours payments are made on the 15th and last business day of the month. When a scheduled payday falls on a Saturday, Sunday or holiday, payment is made on the preceding business day.

If you receive pay for exception hours — overtime, additional hours over standard, or docked time for hours not worked — it's paid or docked based on completed weeks (note that all workweeks end on Saturday). Payments for exception hours are made on the:
- 15th of the month, for weeks completed on the timecard for the last half of the previous month; and
- last business day of the month, for weeks completed on the timecard for the first half of the current month.

**How You're Paid**     You're strongly encouraged to have your check automatically deposited.

Direct Deposit – With direct deposit:
- you're offered a free Wells Fargo checking account for direct deposit of your pay (you'll need to open the account at the store of your choice, or through the Phone Bank, and request payroll direct deposit);
- you may also choose to establish your direct deposit to a Wells Fargo savings or money market account, or an account at any other financial institution;
- once you set up the direct deposit, your pay is automatically deposited in the specified account; and
- you'll receive a pay voucher showing gross and net pay and deductions, sent each pay period in a sealed envelope to your MAC (or home address, if you don't have a permanent work address).

You must handle your account responsibly and avoid overdrafts. If checks must be returned for insufficient funds or if your account is overdrawn, you'll be required to pay the usual fees. Continued mishandling may result in the closing of your account.

Check – If you choose payment by check and you have a Wells Fargo checking account, that account may be subject to Wells Fargo's standard checking account service charges. Paychecks are sent each pay period in a sealed envelope to your MAC (or home address, if you don't have a permanent work address).

**Compensation**

WF000778

# Glossary

| | |
|---|---|
| **Active Working Status** | Days when a team member is actually on the job (including time on reduced work schedule) or is on regularly scheduled days off, holidays, jury duty, bereavement time off or Paid Time Off (PTO) — except for those days when PTO is the team member's source of income during the Short Term Disability Plan's one-week waiting period. Time on leave (which includes the STD Plan waiting period, whether or not the team member is using PTO) is not included in "active working status." |
| **Adjusted Service Date** | See Corporate Hire Date. |
| **Administrative Leave** | A leave of absence for certain situations where a leave is appropriate in order to conduct an internal investigation. |
| **Affirmative Action Plan (AAP)** | The official document which analyzes the workforce in terms of minority and female representation (and, where applicable, veterans or employees with disabilities), identifies problem areas, and sets goals to correct any areas of underutilization. |
| **Applicant** | An individual applying for a currently open position via telephone, the Internet, a résumé or an application, who meets the advertised qualifications and completes an official application form. Includes anyone who is interviewed either by phone or in person, as well as internal candidates who post for or are interviewed for a position. |
| **Applicant Log** | A record of each applicant who applied for a position; for Affirmative Action purposes, these records are maintained in a job file. |
| **Applicant Flow Data** | A record of all qualified applicants, whether they were interviewed or not, containing pertinent Affirmative Action data and specific recruitment information regarding the applicants. |
| **AU** | Accounting Unit; see Business Unit. |
| **Base Salary** | Regular base pay without incentives, commissions, shift differentials or bonuses. |
| **Beneficiary** | A person, trust or charitable institution, or an individual's estate, which the individual designates to receive benefits upon the individual's death. |
| **Breaks** | Paid rest periods of no more than 15 minutes, scheduled as appropriate (or legally required) by the supervisor or manager. |
| **Bulletin Boards** | An area (on a wall, kiosk or via computer) for posting official or work-area-specific information. |
| **Business Unit** | A Wells Fargo department; may be a whole or partial Cost Center or Accounting Unit. |
| **Chain of Command** | A series of management positions in order of authority. |
| **Child** | A son or daughter who is the biological child, adopted or foster child, stepchild, or legal ward of a person standing "in loco parentis," if the child is under age 18 (or of any age if incapable of self-care due to a mental or physical disability). |

Glossary

WF000837

| | |
|---|---|
| **Common Holiday** | Six standard holidays observed at Wells Fargo: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. |
| **Competency** | A specific expertise that describes what a team member knows and understands and what he or she is adept at doing. Competencies can be identified for individual jobs or for entire job families. |
| **Confidential Information** | Information intended only for use within Wells Fargo and limited to those with business need-to-know. It also includes personal information regarding team members and/or certain job-related data, such as salary and performance information. |
| **Confirmation Letter** | A document that acknowledges a verbal offer and acceptance by the applicant. Also see Offer Letter. |
| **Corporate Hire Date** | The service date applicable for benefits such as PTO, the Short Term Disability Plan, salary continuation and service recognition. This date generally reflects prior service from acquisitions made by Wells Fargo. Specifically in relation to the Wells Fargo/Norwest merger, for team members from pre-merger Wells Fargo the corporate hire date has been defined as what used to be called the:<br>• adjusted service date, if the person was hired or rehired before 1997; or<br>• current hire date, if hired or rehired January 1, 1997, or later. |
| **Corporate Staff** | Team members employed as staff or support by Wells Fargo & Company. |
| **Corrective Action** | See Performance Counseling and Corrective Action. |
| **Cost Center** | See Business Unit. |
| **Current Hire Date** | See Corporate Hire Date. |
| **Discipline** | See Performance Counseling and Corrective Action. |
| **Distribution** | The dissemination of information by print, voice or electronic means. |
| **Domestic Partnership** | A team member and one other person of the same or opposite sex who share a single, dedicated relationship and who can provide a certificate of domestic partnership from a city, county or state (or, if they live in an area where such a certificate is not available, who share a relationship that meets the criteria outlined for domestic partner benefits offered by Wells Fargo). |
| **Employee** | See Team Member. |
| **Employee Assistance Consulting** | An employer-sponsored service offering confidential assistance and referrals for team members and their family members who may need help in resolving personal or work-related difficulties. Contact with EAC is strictly confidential — exceptions to the confidentiality policy are made only when an EAC client gives explicit permission or when required by law. EAC must report situations that are imminently life-threatening, or those that involve the abuse or neglect of a child or vulnerable adult. |
| **Employee ID Number** | The six-digit number assigned to a team member by the Human Resources Information System (HRIS) when the team member is hired. Employee ID numbers never change and are never re-issued to new team members. The number becomes inactive if the team member leaves Wells Fargo, and is reassigned to the same team member if he or she returns. |
| **Employee Profile** | Primary form used for personnel data entry. |

**Glossary**

114

WF000838

| | |
|---|---|
| **Employment Verification** | The formal response by the HR Service Center to inquiries regarding present or past team members, verifying dates of employment and job title. |
| **Essential Job Functions** | Particular tasks or activities of the job that are fundamental and critical to meeting expectations set for a specific job. |
| **Excused Absence** | Any absence, paid or unpaid, for which a team member has obtained approval from his or her supervisor either prior to the actual absence or on the day of the absence. |
| **Exempt Team Members** | Individuals who are exempt from the minimum wage and overtime requirements of the Fair Labor Standards Act (FLSA). |
| **Fair Labor Standards Act (FLSA)** | The federal law that sets minimum requirements employers must follow in paying covered employees. This law includes rules regarding minimum wage, equal pay, overtime pay, recordkeeping and child labor. |
| **Family and Medical Leave Act (FMLA)** | A federal entitlement, for team members who meet eligibility requirements, to take leave for one of the qualifying family and medical reasons. |
| **Family Member** | For Wells Fargo's Family Member Leave, the term "family member" includes spouse or domestic partner, parents and children. For Wells Fargo's other policies, a team member's "family members" include his or her spouse or domestic partner, if any, and *their combined*:<br>• parents and grandparents (including step-parents and -grandparents);<br>• children and grandchildren (including step-children and -grandchildren); and<br>• brothers and sisters (including step-brothers and -sisters). |
| **Fitness for Duty (FFD)** | A company-requested examination of a team member, performed by a health care professional outside of the company, with the purpose of obtaining a neutral, professional opinion solely to determine the team member's ability to perform his or her job based on concerns about:<br>• the team member safely performing his or her role and duties;<br>• the team member's behavior being grossly inappropriate for the workplace;<br>• a reasonable concern for workplace safety; or<br>• the need for a medical clarification to support a reasonable accommodation request. |
| **Flexible Team Member** | Team members who may work regularly on a flexible schedule but are not classified as regular or part-time, may work any number of hours on given projects, may fill in when needed regardless of the hours, are on call, or may work only certain times of the month or year. |
| **FLSA** | See Fair Labor Standards Act. |
| **FMLA** | See Family and Medical Leave Act. |
| **Focal Review** | A performance and salary review cycle that evaluates each team member in the work group at the same time of the year, often to reflect performance objectives established on a calendar-year basis. |
| **Formal Warning** | A formal, written acknowledgment of a performance, attendance or behavior issue, including specific requirements for improvement and a warning that termination of employment may result if the required improvement does not occur. |
| **Full Time Equivalent (FTE)** | A measurement of staffing that divides the number of work hours in a week by 40. An FTE is equivalent to 40 hours per week. |

WF000839

| | |
|---|---|
| **Hiring Manager** | The individual to whom a new or transferring team member will report. |
| **HR Consultant** | A Human Resources professional within a region or line of business responsible for delivery of human resources services. Includes professionals with titles such as HR Manager, HR Specialist, HR Leader and HR Generalist. |
| **HR Service Center** | A centralized resource to respond to team members' questions about benefits and some policies, facilitate new hire and annual enrollment, and other administrative tasks. |
| **Human Resources Management System (HRMS)** | A database of Human Resources information accessed and maintained by Wells Fargo's computer network. It is a position-driven system, set up according to Wells Fargo's organizational structure, and tracks all positions and their reporting structure throughout the organization. |
| **I-9** | The document required by the U.S. Department of Justice, Immigration and Naturalization Service (INS) to verify employment eligibility under the Immigration Reform and Control Act of 1986 (IRCA). |
| **Incentive Compensation** | The compensation paid to eligible team members in designated jobs, which is paid in addition to base salary and according to a defined plan. |
| **Independent Contractors** | Self-employed professionals who generally work on a project or fee basis, without day-to-day direction from a Wells Fargo supervisor. |
| **Informal Counseling** | Process where the supervisor and team member define the problem, develop a corrective action plan, and discuss the consequences of continued deficient performance or conduct. |
| **Insubordination** | Insubordination includes, but is not limited to, situations when:<br>• a team member fails or refuses to follow a supervisor's instructions or perform assigned work;<br>• a team member refuses to stop an activity, behavior or language that a supervisor has directed him or her to stop; or<br>• a team member's language, or verbal or physical behavior, in the workplace is openly hostile or inappropriate. |
| **Internal Use Information** | Information that's limited to Wells Fargo team members, contractors and vendors covered by a non-disclosure agreement. |
| **Involuntary Termination** | Ending of a team member's employment at Wells Fargo's direction. |
| **IRCA** | The Immigration Reform and Control Act of 1986; forms the basis of Wells Fargo's verification of employment eligibility policies. |
| **Job Number** | A numerical designation assigned to a specific job. The number reflects the job's EEO, exemption and functional job family designation. The same job numbers can be assigned in different Wells Fargo companies. |
| **Kiosk** | A small, free-standing structure with open sides used to post or distribute information or allow access to information, computer systems, products or services. |
| **Leave of Absence** | Time away from work (with or without pay) as permitted by Wells Fargo for reasons including, but not limited to, a medically certified health condition, family, personal or military duty. |

**Glossary**

WF000840

| | |
|---|---|
| **Life-threatening Illness** | Any medical condition that is potentially fatal, as determined by a health care professional. |
| **Line Human Resources** | The local or assigned Human Resources unit responsible for delivery of the Human Resources services to a given region or line of business. |
| **Long Term Disability** | Any medically certified illness or injury of a physical or mental nature which prevents a team member from performing essential job functions for a period of more than 22 weeks, during which the team member is receiving medical care and treatment on a regular basis from an eligible health care professional. |
| **MAC** | Mail Address Code; the internal Wells Fargo address for delivering interoffice mail and reports. |
| **Mandatory Compliance Posting** | Information pertaining to federal or state employment-related laws that is explicitly required to be placed in an area visible to all employees. For example:<br>• Equal Employment Opportunity (EEO);<br>• Americans with Disabilities Act (ADA);<br>• OSHA;<br>• wage and hour;<br>• Fair Labor Standards Act (FLSA); and<br>• Workers' Compensation (WC) information. |
| **Meal Period** | Unpaid time off, ranging from 30-60 minutes, scheduled by the supervisor or manager as appropriate (or legally required) at or near the middle of the shift. |
| **Merit Increase** | An increase in base salary based on performance. |
| **Minor** | Person under 18 years of age. |
| **Modified Work Schedule** | A schedule where the length and number of workdays are predetermined and constant, but may be less than five days per week and longer than eight hours per day (for example, a ten hour day for four days each week). |
| **Need-to-know** | Access to confidential information that is limited to Wells Fargo team members who require the information for the performance of their job duties. This does not include information about Wells Fargo team members to be used in situations where they are customers or potential customers of Wells Fargo. |
| **New Hire** | A team member who is employed from outside of Wells Fargo & Company and all related Wells Fargo companies. |
| **Nonexempt Team Members** | Individuals who are covered by the provisions of the Fair Labor Standards Act (FLSA). |
| **Offer Letter** | A document sent to extend terms of employment or to confirm an oral offer of employment that the applicant has yet to accept. Also see Confirmation Letter. |
| **Official Personnel File** | The official data reflecting a team member's employment. |
| **Overtime** | Any paid hours (excluding PTO, holiday or disability) worked in excess of 40 hours in a standard workweek (specific states may also have other overtime rules and calculations). |
| **Paid Time Off (PTO)** | Days that a team member may use for a number of reasons, including vacation time, personal or family illness, school activities or conferences, variable holidays, religious observances, personal business or weather problems. |

Glossary

WF000841

| | |
|---|---|
| **Parent** | The biological parent of an employee, or a person who stands "in loco parentis," with day-to-day responsibilities for the care of a child. |
| **Part-Time Team Member** | Team members scheduled to work between 17½ and 29 hours per week (other than those classified as flexible team members). |
| **Pay Period** | Day 1 through Day 15 of each month; and Day 16 through the last day of each month. |
| **Performance Appraisal** | The formal, written documentation of employee outcomes and behaviors that has been reviewed with, and signed off by, the manager and the team member. |
| **Performance Counseling and Corrective Action** | Any management action designed to correct or address a team member whose job performance, attendance or behavior does not meet company expectations, deviates from established practices and procedures, or adversely affects Wells Fargo's operations. |
| **Performance Objectives** | Measurable goals or business results that a team member is expected to achieve in a given time frame. |
| **Position** | A designated slot within the HRMS database that is assigned to only one team member at a time. |
| **Position Elimination** | A termination of employment initiated by management resulting from the business decision to eliminate the position held by the team member. |
| **Position Number** | A numerical indicator assigned to each slot in the HRMS database assigned to an individual team member. |
| **Profile** | See Employee Profile. |
| **Promotion** | The upgrading of a team member to a different job with a higher Market Reference Point. |
| **Protected Absences** | Absences which are not subject to performance counseling and corrective action. These include approved absences for:<br>• Wells Fargo's common holidays;<br>• Paid Time Off (PTO) scheduled in advance with the supervisor;<br>• bereavement time off;<br>• jury duty or witness service; and<br>• time off protected by specific federal or state laws (including leave under the Family & Medical Leave Act, Americans with Disabilities Act, military leave, pregnancy-related leave and certain leave for a work-related injury or illness). |
| **Protected Classes** | Groups protected from discrimination under federal, state or local laws. |
| **PTO** | See Paid Time Off. |
| **Public Information** | Information that can be disclosed to anyone without violating an individual's right to privacy or Wells Fargo's proprietary rights or trade secrets. |
| **Reasonable Accommodation** | Any change to or in the work environment that the employer can adopt without undue hardship to permit a qualified employee or applicant with a disability to perform the essential functions of the job. |
| **Reduced Work Schedule** | Situation where a team member is on leave of absence for a portion of each regularly scheduled work day. |

**Glossary**

**118**

WF000842

| | |
|---|---|
| **Reduction in Force (RIF)** | The elimination of a position due to current economic conditions, business forecasts or realignment of the organizational structure to meet strategic objectives. |
| **Reference** | A past or present employer, supervisor or client with whom an applicant has had a relationship that would allow the person to comment about the applicant's work credentials. |
| **Reference Check** | The process of contacting an applicant's past or present employer, supervisor or client, to determine if the applicant's background is appropriate to satisfy the requirements of a particular position. |
| **Regular Team Member** | Team members scheduled to work 30 or more hours per week (other than those classified as flexible). |
| **Rehire** | A new team member who has past employment experience with a Wells Fargo company. |
| **Reinstatement** | The activity of returning a team member to the same or similar job when he or she returns from a leave of absence. |
| **Relocation** | The physical move of a team member and his or her family due to a Wells Fargo-requested transfer or promotion. |
| **Resignation** | A voluntary termination of employment initiated by the team member. |
| **Restricted Information** | Information intended only for restricted use within Wells Fargo and limited to those with an explicit, predetermined, stringent need-to-know. |
| **Retaliation** | Prohibited behavior which appears to punish or disadvantage a team member who has complained about inappropriate behavior of any kind, or who has exercised protected rights. |
| **Salary Continuation Pay** | Additional compensation that may be provided to eligible team members whose positions have been eliminated, to ease the transition out of the organization, pursuant to the terms of the Wells Fargo & Company Salary Continuation Pay Plan or Wells Fargo Home Mortgage Salary Continuation Pay Plan, as adopted by the company in question. |
| **Serious Health Condition** | An illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility, or continuing treatment by a health care provider which includes a period of incapacity. With respect to team members, the term "serious health condition" covers conditions or illnesses that affect the team member's health to the extent that he or she must be absent from work on a recurring basis or for more than a few days for treatment or recovery. With respect to family members, the term "serious health condition" is intended to cover conditions or illnesses that affect the health of the family member so that he or she is similarly unable to participate in school or in his or her regular daily activities. |
| **Shift Differential** | Extra allowance that may be paid to team members who work 50% or more of their time on shifts other than the regular day shift. |
| **Similar Job** | A job with like duties and responsibilities, pay and location. |
| **Solicitation** | A request for time, money, or other resources from one individual or group to another individual or group of individuals, presented either verbally, electronically, in writing or by telephone. |

WF000843

| | |
|---|---|
| **Standard Hours** | A set number of hours that a team member works each week, which will be paid without the need to process a timecard. Standard hours are *not* the same as scheduled hours — for example, a team member may have standard hours of nine hours per week, but based on business needs may be scheduled for 3 hours on Monday, Wednesday and Friday one week and 4½ hours on Tuesday and Thursday the next. |
| **Standard Workweek** | A fixed and regularly recurring period of work within the week, usually beginning on Sunday at 12:01 a.m. and ending on Saturday at midnight. |
| **Subsidiary** | A company that is owned, in whole or in part, by Wells Fargo & Company. |
| **Supervisor File** | The informal working data on each team member that the supervisor keeps in his or her possession. It includes:<br>• copies of performance appraisals;<br>• job descriptions, if available;<br>• copies of Employee Profiles;<br>• absence records; and<br>• counseling and performance documentation. |
| **Team Member** | A person who is an employee of Wells Fargo & Company or any of its subsidiaries. |
| **Teamworks** | Wells Fargo's intranet site for team members. |
| **Terms and Conditions of Employment** | Includes, but is not limited to, wages, benefits, hours of work, performance measures and evaluations, work assignments, discipline, work policies and standards. |
| **Transfers** | Team members transferring from one Wells Fargo company to another, with no break in service. |
| **Underutilization** | As defined by the U.S. Department of Labor, underutilization occurs where a company has a smaller number of women or minorities (or, where applicable, veterans or employees with disabilities) in a job group than would be expected given appropriate availability data. |
| **Unprotected Absences** | Absences that may be subject to performance counseling and corrective action for excessive absenteeism. Also see Protected Absences. |
| **Verbal Offer** | An unwritten offer of employment to an applicant for a specific open position, made by a hiring manager or Human Resources. |
| **Voluntary Termination** | Ending of a team member's employment due to resignation, death or retirement. |
| **Work Injury** | An injury to a team member arising out of, and in the course of, employment according to applicable state statutes. |
| **Workers' Compensation** | A program that provides benefits to team members for illnesses or injuries arising out of employment. Workers' Compensation is a legal obligation required of employers by state law. As such, the benefits granted will vary from state to state. |
| **Work Areas** | Work sites and areas immediately surrounding them, but not elevators or team member rest areas, including lounges, restrooms and lunchrooms. |

WF000844

**Work Time**   All time when a team member is required to be engaged in work tasks, but does not include his or her own time, such as meal periods, scheduled breaks and time before or after a shift.

**Workweek**   See Standard Workweek.

Glossary

WF000845