# EXHIBIT

# 6

EAC
1-888-327-0027

# Handbook
## for Wells Fargo Supervisors

Service Center
877-479-3557

This book describes employment policies in effect as of April 1, 2001,
and supersedes all previous communications, written or oral, regarding these policies.
These policies were created by Wells Fargo & Company, and many Wells Fargo companies
have adopted them. Throughout this book, when you see the term "Wells Fargo" or
"the company," it means the Wells Fargo company that employs you directly.

CONFIDENTIAL

# Handbook
## Table of Contents

| | | |
|---|---|---|
| **Introduction** | About This Handbook ............................................................1 | |
| | Other Resources ...................................................................2 | |
| | | |
| **Chapter 1:** | 1.1 - Our History and Organization ...................................6 | |
| **The Business of** | 1.2 - Our Vision and Values ................................................6 | |
| **Wells Fargo** | 1.3 - Our Business: Customers and You ............................8 | |
| | 1.4 - People as a Competitive Advantage ........................9 | |
| | 1.5 - Diversity in the Workplace ....................................10 | |
| | 1.6 - Fair Lending Statement ..........................................10 | |
| | 1.7 - Best Practices ...........................................................11 | |
| | | |
| **Chapter 2:** | 2.1 - Wells Fargo's Approach ...........................................14 | |
| **Employment & Hiring** | 2.2 - Employment at Will ..................................................14 | |
| | 2.3 - Affirmative Action, Equal Employment Opportunity and Diversity ....14 | |
| | 2.4 - Employment & Hiring Overview .............................16 | |
| | 2.5 - Employment of Friends & Relatives .......................17 | |
| | 2.6 - Internal Job Opportunities ....................................17 | |
| | 2.7 - External Recruitment ...............................................19 | |
| | 2.A - Supervisor's Guidelines: Interviewing & Hiring ...............20 | |
| | 2.8 - Background Checks ...................................................23 | |
| | 2.9 - Verifying Employment Eligibility ..........................23 | |
| | 2.10 - Breach of Trust or Dishonesty .............................25 | |
| | 2.B - Supervisor's Guidelines: Interview Questions ...............25 | |
| | | |
| **Chapter 3:** | 3.1 - Wells Fargo's Approach ...........................................30 | |
| **Workplace Conduct** | 3.2 - About Our Code of Ethics and Business Conduct ...............30 | |
| | 3.3 - Team Member Communications .............................31 | |
| | 3.4 - Language Policy ........................................................34 | |
| | 3.5 - About Our Information Security Policies ...............34 | |
| | 3.6 - Personal Information & Property ............................35 | |
| | 3.7 - Attendance & Punctuality ......................................38 | |
| | 3.8 - Travel Guidelines .....................................................39 | |
| | 3.9 - Professionalism ........................................................40 | |

iii

WF 012585

**Table of Contents**

3.10 - Personal Relationships at Work ...............................................41

3.11 - Harassment ...............................................................................41

3.12 - Solicitation and Distribution ................................................45

3.13 - Gambling ..................................................................................47

3.14 - Violence-free Workplace .......................................................47

3.15 - Drug-free Workplace ..............................................................49

3.16 - Smoke-free Workplace ...........................................................50

3.17 - Fitness for Duty ........................................................................51

**Chapter 4:**
**Performance &**
**Problem-Solving**

4.1 - Wells Fargo's Approach ...........................................................54

4.2 - Learning & Development .........................................................54

4.3 - Performance Management Process ........................................56

4.4 - Performance Counseling & Corrective Action ....................57

4.A - Supervisor's Guidelines: Performance ................................58

4.5 - Dispute Resolution ..................................................................62

4.6 - Third Party Representation ....................................................64

**Chapter 5:**
**Compensation**

5.1 - Wells Fargo's Approach ...........................................................68

5.2 - Employment Classifications & Jobs .....................................68

5.A - Supervisor's Guidelines: Compensation Administration ...70

5.3 - Prorated Salaries ......................................................................72

5.4 - Shift Differential .......................................................................73

5.5 - Work Hours ...............................................................................73

5.6 - Overtime ....................................................................................75

5.7 - Overtime Pay & Holiday Pay ..................................................76

5.B - Supervisor's Guidelines: Overtime Pay & Holiday Pay ......77

5.8 - Merit Reviews ...........................................................................79

5.C - Supervisor's Guidelines: Merit Reviews ..............................80

5.9 - Promotions ................................................................................82

5.10 - Other Job Changes ................................................................83

5.11 - Incentive Plans ........................................................................84

5.12 - Awards & Prizes .......................................................................85

5.13 - Getting Paid ............................................................................86

**Chapter 6:**
**Time Off**

6.1 - Wells Fargo's Approach ...........................................................90

6.2 - Paid Time Off ...........................................................................90

6.A - Supervisor's Guidelines: Paid Time Off ..............................94

6.3 - Holidays ....................................................................................96

CONFIDENTIAL

WF012504

6.4 - Other Paid Time Off ................................................97
6.5 - Leaves of Absence for Medical Reasons ................................................99
6.6 - Other Leaves of Absence ................................................104
6.B - Supervisor's Guidelines: Leaves of Absence ................................................105

**Chapter 7:**        7.1 - Wells Fargo's Approach ................................................110
**Safety & Health**   7.2 - Loss Prevention & Regulatory Responsibilities ................................................110
                      7.3 - Hazard Communication ................................................112
                      7.4 - Corporate Business Continuity Planning ................................................112
                      7.5 - Working with an Illness or Disability ................................................115

**Chapter 8:**             8.1 - Wells Fargo's Approach ................................................118
**Programs & Services**    8.2 - Corporate Responsibility ................................................118
                           8.3 - Community Development ................................................119
                           8.4 - Wells Fargo Foundation & Corporate Contributions Programs ........120
                           8.5 - Purchasing from Minority-, Women- and Disabled-Owned Vendors ..121
                           8.6 - Volunteer Activities ................................................122
                           8.7 - Volunteer Leave Program ................................................122
                           8.8 - Educational Matching Gifts ................................................123
                           8.9 - Scholarships for Dependent Children ................................................123
                           8.10 - Education Reimbursement ................................................124
                           8.11 - Library Services ................................................128
                           8.12 - Employee Assistance Consulting ................................................128
                           8.A - Supervisor's Guidelines: Employee Assistance Consulting ................................................129

**Chapter 9:**            9.1 - Wells Fargo's Approach ................................................134
**Leaving Wells Fargo**   9.2 - Voluntary Termination ................................................134
                          9.A - Supervisor's Guidelines: Voluntary Termination ................................................134
                          9.3 - Involuntary Termination ................................................136
                          9.B - Supervisor's Guidelines: Involuntary Termination ................................................137
                          9.4 - Retirement ................................................139
                          9.5 - After Leaving Wells Fargo ................................................139

**Appendix A:**          I. Wells Fargo's Approach ................................................142
**Code of Ethics and**   II. Serve Wells Fargo's Best Interests ................................................142
**Business Conduct**     III. Preserve Confidentiality ................................................143
                         IV. Avoid Conflicts of Interest ................................................146
                         V. Code Administration ................................................153
                         VI. EthicsLine ................................................156

Table of Contents

v

**Table of Contents**

| | | |
|---|---|---|
| **Appendix B:** | Electronic Communication Systems Use Policy | ........................158 |
| **Information Security** | Information Protection Policy | ........................158 |
| **Policy** | More Information | ........................162 |
| | | |
| **Appendix C:** | Overtime | ........................164 |
| **State-Specific Laws &** | Meal Periods and Rest Periods | ........................165 |
| **Policies** | Access to Personnel Files | ........................166 |
| | | |
| **Glossary** | Glossary | ........................169 |
| | | |
| **Index** | Index | ........................179 |

CONFIDENTIAL

WF012506

# Introduction

## About This Handbook

Your *Handbook* contains essential information about your job, your supervisor, your fellow team members and Wells Fargo. We encourage you to read this book and keep it in a convenient place. It's meant as an outline of policies and procedures covering Wells Fargo and its subsidiaries — it is not a contract of employee "rights" or supervisor "absolutes," nor does it attempt to offer an answer for every situation. See our employment at will policy on page 14.

**Additional Policies**  At Wells Fargo, the regions and lines of business that form our organization's structure have a great deal of the decision-making authority. This *Handbook*, for the most part, covers the policies adopted by the family of Wells Fargo companies. However, in many cases your region or line of business may have additional guidelines, procedures or approval requirements. You can find out about these from your supervisor.

**Updates**  From time to time you'll receive other communications that will give you more detail on the issues discussed here; keep your copies of these bulletins, memos and other company publications with this *Handbook*. The latest versions of policy and benefit communications also can be found online through *Teamworks*, Wells Fargo's intranet.

Policies in this *Handbook* are subject to change with the approval of Wells Fargo's Director of Human Resources.

**Online Version**  You'll find an online version of this *Handbook* on *Teamworks*, Wells Fargo's intranet site. The online version contains the same information as this printed version, plus links to updated policy information as it becomes available.

**Supervisor's Edition**  If you're a supervisor or manager, you received the "supervisor's" edition of this *Handbook*.

**Team Member Sections** – The unshaded portions of your book are the same as the sections in the standard *Handbook*, including:
• the exact same wording; and
• the same section numbering (2.1, 2.2, 2.3, etc.).

This is so that you and your team members have a common reference when you're discussing policies that affect you both.

**Supervisor Sections** – Supervisor information is set off from the rest of the book by a shaded background. If a whole section of a chapter appears only in the supervisor's version:
• the section title will be shaded in the chapter table of contents; and
• the section will have a letter instead of a number (3.A, 3.B, etc.).

CONFIDENTIAL

WF012507

**Introduction**

**Procedure Information**

Supervisors familiar with predecessors to this *Handbook* will notice that there's far less procedural detail in this book. This *Handbook* is primarily intended to document our company's ongoing policy and philosophy. Our company is widespread and diverse, with a great deal of flexibility in how different regions and businesses handle processing and procedures; one book can't document those differences. Information about processing procedures for a number of issues is available in a separate guide (see "Supervisor's Resources" below).

So look to this *Handbook* to give you an overall vision, not a tutorial.

**What "Supervisor" Means**

We use "supervisor" throughout this book as a convenient term to include supervisors, managers and other various levels of management. In this book "supervisor" means someone with the authority to:

- hire;
- assign;
- promote;
- evaluate;
- grant salary increases;
- resolve disputes;
- terminate, reward or discipline other team members;
- authorize expenditures; or
- effectively recommend any of these actions.

When higher-level authorization is required, it's specified in the text. If you're not sure about your authority to act in specific situations, check with your manager.

## Other Resources

In addition to this *Handbook,* you have other resources to help answer your questions.

- In most cases, check with your supervisor first whenever you have a question or problem.

- *Teamworks,* Wells Fargo's "intranet," or internal web, is available to a large and ever-increasing number of team members. It offers online access to the internal web sites of many different Wells Fargo departments, as well as Team Member Resources including:
  - online time sheets;
  - benefits information, including the online version of the *Benefits Book*;
  - Affirmative Action and diversity programs;
  - *Trading Post* for job opportunities;
  - Forms Online to obtain many Wells Fargo forms;
  - the online version of this *Handbook*;
  - expense reporting procedures;
  - team member discounts and special offers; and
  - information about learning and career development.

- The HR Service Center is a resource for questions about benefits, payroll and policy. You can reach the Center toll-free at 1-877-HRWELLS (1-877-479-3557).

- Your HR consultant is also available for help and advice (see "Your Human Resources Consultant" on page 31).

CONFIDENTIAL

WF012508

- Other support departments are mentioned throughout this book; feel free to call them with your questions. We list companywide 800 numbers for departments throughout this *Handbook;* to reach other departments, look up the number in the Wells Fargo Directory (in its paper version, if available in your area), or online through the various internal web sites on *Teamworks.*

**Supervisor's Resources**

- For detail on how to process various human resources forms and actions, you can refer to the *HR and Payroll Processing Guide,* which is available online on *Teamworks* (or in hard copy, using your standard forms-ordering procedure, as form HRS 48A55 for the contents and form HRS 48A18 for the cover and tabs). Or, if you're a supervisor in the Mortgage company, refer to the *People Management Answer Book.*

   *Note:* Throughout this *Handbook* you'll see the phrase "using standard HR processing procedures," which means you should refer to your processing guide as well as any other procedures established by your own region or line of business.

- *Teamworks,* Wells Fargo's intranet, also includes many resources for supervisors. Through the Manager Connection section you can access information including:
   - employment and relocation processes;
   - online version of the *HR and Payroll Processing Guide;*
   - travel policy and procedures;
   - policies on use of vehicles for Wells Fargo business;
   - accounts payable and team member reimbursement procedures;
   - Best Practices;
   - Code of Ethics training materials; and
   - In My CARE and *Commitment to Deliver* customer satisfaction tools.

- The HR Service Center is your contact for basic human resources policy or procedure questions. You can reach the Center toll-free at 1-877-HRWELLS (1-877-479-3557).

- Your own manager is your first resource for questions about an issue or situation, or about procedures in your region or line of business.

- Your HR consultant is also a primary resource for policy interpretation or issues of team member relations. If you're not certain who your consultant is, call the HR Service Center to ask.

- To order more copies of this *Handbook,* use the standard forms-ordering process to request the book from the supply warehouse:
   - form HRS 65321 for the *Handbook for Wells Fargo Team Members;* and
   - form HRS 65322 for the *Handbook for Wells Fargo Supervisors.*

**Introduction**

3

- When you convert a team member's pay from flexible to regular or part-time, doublecheck your calculations to be sure the new salary is above minimum wage and the living wage, if applicable (see "Living Wage" on page 71).

## 5.4 - Shift Differential

If you work at least half of your weekly hours on an evening or night shift and are classified as a regular or part-time team member, you're eligible to receive extra pay called a shift differential. This is calculated as a percentage of your base salary.

**Differential Amount**

The chart below defines the shifts and differential. To receive the differential for shift 2 or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50% across two shifts, you're paid at the higher shift differential for all hours worked.

| Determining Differential Pay | | |
|---|---|---|
| **Shift Code** | **Majority of Scheduled Hours Worked** | **Differential** |
| 1 | 9 a.m. - 7 p.m. | None |
| 2 | 7 p.m. - 3 a.m. | 10% of base salary |
| 3 | 3 a.m. - 9 a.m. | 12% of base salary |

**When It Doesn't Apply**

The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 68) aren't eligible for shift differential.

**Supervisor's Responsibilities**

- If a current or new team member is eligible for a shift differential, forward the information to the Payroll department following standard HR processing procedures and approval guidelines for your region or line of business. In unusual situations, contact your HR consultant.

- If a team member frequently provides coverage for a shift other than the one scheduled, consider changing his or her shift on the payroll system.

- Calculate any merit and promotional increases using base salary without shift differential; the new differential will be recalculated using the new base salary.

## 5.5 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 68). If you're in a "nonexempt" position (see "Overtime" on page 75), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.

Compensation

CONFIDENTIAL

WF012575

**Meal Periods**

If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor.

Meal periods are considered unpaid time. However, if for any reason you're required to work or stay at your workstation during your meal period, it's considered paid time.

**Transportation and Meal Allowance**

Occasionally, unusual business demands may require team members to work a significant length of time past their usual schedule, or work on one of Wells Fargo's common holidays. In situations like this, nonexempt team members may receive an allowance for transportation and meal expenses. Each region or line of business may establish guidelines for using this policy and a reasonable amount for this allowance.

**Supervisor's Responsibilities**

- Schedule and control work hours based on your business needs, making sure that your office or department complies with applicable federal and state regulations (see Appendix C, pages 164 - 165). Work-hour scheduling includes:
  - workdays;
  - starting and stopping times; and
  - timing and length of meal periods and rest periods.

- When appropriate, schedule "standard hours" (see definition in the Glossary, page 169) for team members in the flexible classification — this means that:
  - the team member works the same *number* of hours each week (although not necessarily the same schedule);
  - standard hours are automatically processed by the payroll system; and
  - the team member is assured of timely pay.

- If you're considering a change in workdays or hours of operation, contact your HR consultant to discuss the practices in your region or line of business, including reasonable advance notice requirements.

- As appropriate, schedule meal periods and rest periods for nonexempt team members (see applicable federal and state regulations in Appendix C, page 165), keeping in mind that:
  - breaks are normally not attached to a meal period or taken at the beginning or end of a shift; and
  - meal periods are 30 to 60 minutes long, unpaid, and usually scheduled near the middle of the shift.

- Don't require team members to work or remain at their workstations during meal periods, unless you treat this as paid time.

- When appropriate, authorize a transportation and meal allowance payment for nonexempt team members based on the guidelines in your region or line of business.
  *Note:* If you have exempt team members who occasionally work substantially beyond the normal schedule, you may reimburse them for actual extra transportation expenses (for example, late-night cab fare for a team member who usually takes the bus). Contact your HR consultant for further information.

**Compensation**

CONFIDENTIAL

WF012576

**Alternative Schedules**

Alternative schedules have many advantages. They can:
- allow you to develop a workplace that is flexible for both business and team member needs;
- help you retain a key team member;
- help team members manage work and personal responsibilities; and
- help you provide flexible staffing levels to meet your business objectives.

Common forms of alternative schedules include:
- flextime;
- compressed workweek;
- job sharing; and
- telecommuting.

Alternative schedules should be used if the advantages outweigh potential disadvantages to the business. There may be business and legal constraints involved in adopting these arrangements. You may want to talk with your HR consultant before you implement any of these options in your area.

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 76). In some locations, there may also be state laws governing overtime pay.

The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor.

**Reporting Overtime**

If you're in a nonexempt position, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance.

*Important: While you'll be paid for all overtime hours worked, if you work unauthorized overtime it can be grounds for corrective action.*

**Nonexempt & Exempt**

The Fair Labor Standards Act (FLSA) defines the parameters of exempt and nonexempt jobs; some states have laws that provide additional definitions.

Exempt – An "exempt" job is one where work hours and rate of compensation are not governed by the FLSA. A team member's position may be exempt if one of the following applies:
- the majority of time is spent managing or performing work related to management policies which requires discretion and independent judgment;
- the position is in a field designated as a "profession" under the law; or
- 80% or more of time is spent off-premises, in direct sales to customers.

Nonexempt – A "nonexempt" job is one which doesn't meet the FLSA requirements for exemption, and so the FLSA governs its work hours and rate of compensation. There are many rules relating to nonexempt jobs — but one of the most important is the requirement that team members in nonexempt

**Compensation**

positions are eligible for payment for overtime. In other words, nonexempt team members who work more than 40 hours in one workweek (excluding Paid Time Off and holidays) receive 1½ times their normal base pay, or "time-and-a-half," for the hours past 40.

**Supervisor's Responsibilities**

- Contact your HR consultant if you feel that a particular job's exemption status may not be appropriate.

- When overtime is necessary:
  - notify team members in advance whenever possible;
  - keep accurate records, including copies of timecards; and
  - make sure team members are paid promptly.

- Make sure that you have authorized the overtime. *Nonexempt team members must be paid for all overtime work, even if it is unauthorized.*

- Confer with your manager to determine appropriate corrective action if a team member works overtime without getting authorization first. Your HR consultant can also be a resource if you need additional assistance.

## 5.7 – Overtime Pay & Holiday Pay

In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt.

**Exempt**

If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 96).

**Nonexempt Overtime**

Weekly – If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 75).

Daily – Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area.

Non-overtime Extra Hours – If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate.

**Nonexempt Holidays**

Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 68), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 96). Team members classified as "flexible" are not eligible for holiday pay.

CONFIDENTIAL                                                          WF012578

A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are paid at the holiday rate (but there's a guarantee of at least four hours at the holiday rate for any nonexempt team member who's required to work a common holiday).

**Overtime on Holidays** – Any hours eligible for holiday pay that *also* qualify as overtime are paid at an additional ½ times pay, resulting in double-time for the overtime hours.

**Holiday Coverage Jobs** – Holiday time-and-a-half pay and additional pay for holiday overtime don't apply to team members who are in certain jobs which are structured to provide holiday coverage on a regular basis. However, nonexempt team members in these jobs are eligible for standard time-and-a-half overtime pay as described in "Nonexempt Overtime" on the previous page. If you're in one of these jobs, your supervisor will provide details.

**When You're Paid**    You'll generally receive any extra pay for overtime, holidays and other non-standard hours on your next pay voucher after the information is submitted to the payroll system.

# 5.B - Supervisor's Guidelines: Overtime Pay & Holiday Pay

**Supervisor's Responsibilities**

- Note that Wells Fargo's usual workweek for overtime purposes runs from Sunday at 12:00:01 a.m. through midnight Saturday. To establish a different workweek for your business unit, confer with your HR consultant.

- Control the scheduling of overtime (see "Overtime" on page 75 and also state-specific overtime regulations in Appendix C, page 164) and monitor overtime expense. Take steps to limit it if necessary.
  *Note:* We're required to record and compensate nonexempt team members for all overtime worked, whether you approved it in advance or not.

- Complete and submit time records promptly, so that your nonexempt team members are paid on time for overtime or hourly work. Use the online timekeeping tool if it's available to your area.
  *Note:* Overtime and hourly payments are processed based on your instructions and approval; any error or omission in payment could result in a violation of the labor codes and could subject the company to penalties.

- Follow standard HR processing procedures, as well as any procedures established for your region or line of business, for submitting timecards and maintaining proper records in your business unit.

- Make sure that team members who are terminating their Wells Fargo employment are paid for overtime and holidays as appropriate.

**Exempt Team Members**    Overtime – The salaries of exempt team members compensate for the performance of their duties; exempt team members don't receive additional pay for overtime. If you feel there are unusual circumstances regarding the amount of time worked by an exempt team member, contact your HR consultant.

Holidays – Exempt team members receive an additional day of Paid Time Off (PTO) if they're required to work on a common holiday.

**Compensation**

CONFIDENTIAL

WF012579

**Nonexempt Holiday Pay**

Nonexempt regular or part-time team members are generally eligible for holiday pay for work on one of the six common holidays. Depending on the situation, this can result in various combinations of regular pay, holiday pay for the time worked, overtime pay, and additions to PTO.

The charts below show guidelines for team members who are *scheduled to work five days each week, for the same number of hours each day.*

**Holiday Pay for Regular & Part-Time Nonexempts**
**Standard Situations**

| If the person... | Then he or she receives... |
|---|---|
| **Situation 1: Common holiday falls on person's regularly scheduled workday:** | |
| works on the holiday | • regular pay for the day (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate: an additional ½ times pay (resulting in double-time) for any holiday pay hours that *also* qualify as overtime |
| doesn't work | regular pay for the day (included in salary) |
| **Situation 2: Common holiday falls on a regularly scheduled day off:** | |
| works on the holiday | • holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above), plus<br>• one additional day added to PTO |
| doesn't work | one additional day added to PTO |

**Holiday Pay for Regular & Part-Time Nonexempts**
**Unusual Situations - Generally for 7/24 Businesses**

| If the person... | Then he or she receives... |
|---|---|
| **Situation 3: Common holiday falls on Sunday and we observe on Monday, when the person is regularly scheduled to work one of those days:** | |
| works on the scheduled day | • regular pay for the day (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above) |
| doesn't work | regular pay for the day (included in salary) |
| **Situation 4: Common holiday falls on Sunday and we observe on Monday, when the person is regularly scheduled to work both of those days:** | |
| works one of the days | regular pay for both days (included in salary) |
| works both days | • regular pay for both days (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked (guaranteed at least 4) on one of the days, and<br>• overtime if appropriate (see Situation 1 above) |
| **Situation 5: Common holiday falls on Sunday and we observe on Monday, when the person is not regularly scheduled to work either day:** | |
| works one of the days | • holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above), plus<br>• one additional day added to PTO |
| doesn't work either day | one additional day added to PTO |

Compensation

5.B - Supervisor's Guidelines: Overtime Pay & Holiday Pay

CONFIDENTIAL

WF012580

**Nonexempt Holiday Pay**

Nonexempt regular or part-time team members are generally eligible for holiday pay for work on one of the six common holidays. Depending on the situation, this can result in various combinations of regular pay, holiday pay for the time worked, overtime pay, and additions to PTO.

The charts below show guidelines for team members who are *scheduled to work five days each week, for the same number of hours each day.*

| Holiday Pay for Regular & Part-Time Nonexempts | |
|---|---|
| **Standard Situations** | |
| **If the person...** | **Then he or she receives...** |
| **Situation 1: Common holiday falls on person's regularly scheduled workday:** | |
| works on the holiday | • regular pay for the day (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate: an additional $\frac{1}{2}$ times pay (resulting in double-time) for any holiday pay hours that *also* qualify as overtime |
| doesn't work | regular pay for the day (included in salary) |
| **Situation 2: Common holiday falls on a regularly scheduled day off:** | |
| works on the holiday | • holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above), plus<br>• one additional day added to PTO |
| doesn't work | one additional day added to PTO |

| Holiday Pay for Regular & Part-Time Nonexempts | |
|---|---|
| **Unusual Situations - Generally for 7/24 Businesses** | |
| **If the person...** | **Then he or she receives...** |
| **Situation 3: Common holiday falls on Sunday and we observe on Monday, when the person is regularly scheduled to work one of those days:** | |
| works on the scheduled day | • regular pay for the day (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above) |
| doesn't work | regular pay for the day (included in salary) |
| **Situation 4: Common holiday falls on Sunday and we observe on Monday, when the person is regularly scheduled to work both of those days:** | |
| works one of the days | regular pay for both days (included in salary) |
| works both days | • regular pay for both days (included in salary), plus<br>• holiday pay (time-and-a-half) for hours worked (guaranteed at least 4) on one of the days, and<br>• overtime if appropriate (see Situation 1 above) |
| **Situation 5: Common holiday falls on Sunday and we observe on Monday, when the person is not regularly scheduled to work either day:** | |
| works one of the days | • holiday pay (time-and-a-half) for hours worked, guaranteed at least 4, and<br>• overtime if appropriate (see Situation 1 above), plus<br>• one additional day added to PTO |
| doesn't work either day | one additional day added to PTO |

Compensation

5.B - Supervisor's Guidelines: Overtime Pay & Holiday Pay

CONFIDENTIAL

WF012580

For help calculating other schedules, contact your HR consultant. The following example illustrates the kind of situation you may need to consider.

*Example:* Marianne is a nonexempt team member working 24 hours per week — eight hours on Mondays and Fridays, and four hours on Wednesdays and Sundays. Saturday, January 1, 2000, was not one of her regular workdays, but she was asked to work for six hours on that day. She had worked her regular schedule the rest of the week. In addition to her regular salary for the month of January, she should receive:

- six hours of holiday pay (time-and-a-half) for the time worked on New Year's Day, a common holiday;
- no overtime, since her hours for the day or week did not meet the requirements for overtime; and
- an additional day of PTO, because the holiday fell on her regularly scheduled day off — and because her weekly schedule is 24 hours, the PTO day is prorated to $^{24}/_{40}$ (or .6) of an eight-hour day, or 4.8 additional hours of PTO.

**Nonexempt Travel Time**    Time spent elsewhere on Wells Fargo business is considered work time. If a nonexempt team member is required to travel on a one-day trip, all travel time in excess of normal commute time between home and the regular work location should be counted as time worked. For overnight trips, all travel time during the team member's normal working hours is considered time worked. Generally, other personal time, such as meals or overnight hotel stays, is not considered work time.

**Compensating Time Off**    At Wells Fargo we don't give compensating time off in place of the overtime or holiday pay that a team member is entitled to receive.

## 5.8 - Merit Reviews

The main objective of our salary program at Wells Fargo is to reward team members for their individual performance in contributing to our company's success. Most team members are eligible for merit reviews, which include a review of both performance (see "Performance Management Process" on page 56) and salary.

**Merit Increases**    A merit review may or may not result in a merit increase to your salary. Rather than using an automatic formula, your supervisor determines merit increases based on such things as:

- your job performance;
- the number of months since your last performance review and merit increase;
- your salary relative to your job's Market Reference Point (see definition on page 69) and competitive market pay;
- variable pay opportunities, such as incentives or bonuses; and
- the salary budget of your business unit.

Team members who are lower performers or whose salary is well above competitive market pay for the job receive smaller increases or no increase.

*Compensation*

CONFIDENTIAL                                                    WF012581

| **Review Timing** | Your performance and salary are generally reviewed every 12 months (although this can vary depending on when you joined the business unit). You may also receive a review at other times due to performance (see "Timing of Performance Reviews" on page 57) or because of one of the circumstances described below. |
|---|---|

Focal (Simultaneous) Review – Your review date may be changed so your supervisor can review a group of team members on the same date — generally, a date related to business goals and results. This is called a "focal review." If your area adopts a focal review cycle, or you transfer or are hired into a business unit which has one, your supervisor will explain how it affects you — in most cases your next review will occur from four to 15 months after your previous one.

Transfer or Promotion – If you transfer or are promoted to a new job, you'll receive a performance review from your current supervisor if it's been six months or more since your last review (if it's been less than six months, your supervisor won't conduct a formal review, but will simply send the hiring manager some performance notes to use at your next review).

However, you won't receive a merit increase at the time of the transfer or promotion. Instead, the hiring manager will prepare a salary offer which takes into account the amount of time since your last merit increase, the market rate of pay for the new job, and your applicable skills and experience. (See "Promotions" on page 82 and "Other Job Changes" on page 83.) You'll then be eligible for a merit review in 12 months, or at your new business unit's next focal review.

Leave of Absence – If you go on a leave of absence of more than 30 consecutive days, your merit review cycle may be adjusted when you return.

| **Eligibility for Merit Review** | All regular and part-time team members are eligible for merit reviews of performance and salary under the guidelines in this *Handbook*. |
|---|---|

Team members classified as "flexible" (see page 68) who work a year or longer are eligible for an annual performance review — and, if appropriate, their hourly rate of pay may be increased following merit guidelines for the region or line of business.

The following team members are eligible for performance reviews but may not be eligible for the merit increase program:
- team members in the special pay categories Sales Incentive Compensation or Full Commission (see "Special Pay Categories" on page 69); and
- Mortgage team members who do not have a base salary.

## 5.C - Supervisor's Guidelines: Merit Reviews

The merit review process gives you an opportunity to review both performance *and* salary for each of your team members. The performance review process is equally as important as the salary review process — for more details on performance reviews, see "Supervisor's Guidelines: Performance" on page 58.

This section focuses on guidelines for the salary review portion of the process, as well as descriptions of how certain specific situations may cause an exception to the standard review date timing.

CONFIDENTIAL

WF012582

**Supervisor's Responsibilities**

- Conduct the team member's merit review (performance and salary) on time and within the companywide guidelines and those for your region or line of business.

- If the team member is eligible for the merit increase program, determine whether an increase is appropriate, using the merit increase guidelines and approval process established for your region or line of business. Check with your manager if you have questions or need special approvals; your HR consultant is also available if you need additional help.

- Submit the request for increase following standard HR processing procedures.

- Let the team member know the amount and date of any increase, after it's been approved and before distribution of payroll vouchers.

**Merit Increase Guidelines**

We establish broad increase guidelines for Wells Fargo companywide, which are meant as flexible tools to guide, but not dictate, the judgment of our managers. The region or line of business guidelines that you receive will take into account our companywide strategy.

**Salary Management**

To manage your salary dollars effectively, keep in mind that the goal of the merit program is to pay for performance; a merit increase may not be appropriate at all merit reviews. The overall reward for a team member's performance and contribution is total compensation, including bonuses, not the amount of a single increase.

Team members who are low in the pay distribution range but are top performers making a significant contribution should receive larger increases. Those who are lower performers or are paid high in the range should receive smaller increases or no increase.

Higher performers should be managed to a higher salary target within the pay distribution range. Once a team member's salary is high in the range, his or her performance will dictate whether a merit increase greater than 0% is appropriate. Whether or not a team member is eligible for an increase, you should still review performance at least once a year to provide feedback.

**Lump Sum Merit**

For team members to whom you don't give a merit increase — for example, because they're already well above the Market Reference Point for the job — you may want to consider a lump sum merit. This is a performance award that doesn't add to base salary. It's intended for team members receiving a Level 4 or 5 performance rating who are already being paid a competitive base salary.

Lump sum merits are paid from your business unit's bonus budget, not the salary budget. Guidelines for lump sum merit amounts are distributed with the annual merit increase guidelines.

**Unscheduled Increase**

If you want to give a team member an increase earlier than the usual review date (because of exceptional performance or other circumstances), you must have the appropriate approvals before you discuss it with the team member or process the increase. Check with your manager or contact your HR consultant for the policy in your region or line of business.

*Compensation*

CONFIDENTIAL

WF012583

| | |
|---|---|
| **Focal Review** | Contact your HR consultant if you'd like to consider implementing a focal (simultaneous) review cycle in your business unit. Reviewing all your team members as of the same date can help you to: |
| | • evaluate performance of peers more accurately; and |
| | • manage your budget for increases more effectively. |
| **Transfer or Promotion** | If a team member is promoted or transfers during the review period, the former supervisor does *not* submit a merit increase. However, if it has been six months or more since the last review, the former supervisor conducts a performance review with the team member and forwards it to the new supervisor. The new supervisor will submit the paperwork to record the performance rating, following standard HR processing procedures. |
| | If it's been less than six months, the former supervisor sends some performance notes to the hiring manager (for example, on e-mail) to use at the next review, but no performance rating paperwork is submitted. |
| **Return from Salary Continuation** | Team members who return to work at Wells Fargo after being on salary continuation are not eligible for a prorated merit review. Instead, discuss a starting salary with the team member that's appropriate based on qualifications and previous salary, as well as the market worth of the job you're offering. The team member may decline a job with a lower salary offer without forfeiting salary continuation benefits. |
| | Once you've determined the salary, use standard HR processing procedures to process a review date change, resetting the merit review cycle for 12 months or to your business unit's scheduled focal review date. |
| **Leave of Absence** | A leave of absence for more than 30 consecutive days may affect merit review timing. |
| | However, Paid Time Off (PTO), jury duty, and Volunteer Leaves (see "Volunteer Leave Program" on page 122) don't affect merit increases. The increase should be processed effective on the scheduled review date, even if it falls during the leave. |
| **Performance Counseling and Corrective Action** | Team members who are under formal warning for unacceptable performance or excessive absences should be reviewed on the scheduled review date. |

## 5.9 – Promotions

One of the biggest opportunities you have as a Wells Fargo team member is the ability to explore different jobs and advance your career while staying with Wells Fargo. Career development can take the form of a "lateral" move to gain new experience and skills, or a promotion where you take on greater responsibilities.

You may receive a salary increase at the time you're promoted if:
• your new position's Market Reference Point or MRP (see definition on page 69) is higher than your old one; and
• your current salary isn't appropriate based on the new job's MRP and your expertise, skills and level of proficiency in the new job.

Salary increases due to a job change are separate from merit increases. If you receive an increase from a promotion, it will be effective the day you move into the new position.

CONFIDENTIAL                                                      WF012584