# EXHIBIT

# 7

**Webtime Manager Training Guide**




November 2004

# Webtime
## Manager Training Guide

CONFIDENTIAL

WF010547

| Webtime Manager Training Guide | August 2004 | 1 |
|---|---|---|

# Table of Contents

Webtime for Managers of Non-Exempt Team Members..................................................................2
The Webtime Main Menu...............................................................................................................2
Setting Up Webtime for Your Department—Initial Rollout Instructions.....................................4
Weekly Webtime Tasks for Managers............................................................................................5
Review and Approve Timecard Information.................................................................................6
    The Department Review Screen...................................................................................................9
Delegate Authority........................................................................................................................10
Administer PTO Balances.............................................................................................................12
Administer Timesheets..................................................................................................................13
Frequently Asked Questions.........................................................................................................15

WF010548

CONFIDENTIAL

## Webtime for Managers of Non-Exempt Team Members

Webtime has different capabilities, depending on whether the user is a non-exempt team member or a manager supervising non-exempt team members.

**Note:** For general information about Webtime, such as how to sign on or enter daily in/out times, refer to the *Webtime Team Member Training Guide*. This guide assumes that you are already familiar with the information in the *Webtime Team Member Training Guide*.

As a manager, you will have access to the timecards of all team members who report directly to you. The timecard information for your team members is captured from the Peoplesoft HR System.

**Note:** To make changes in your reporting structure, you must submit your changes through Staff Management.

### The Webtime Main Menu

After you sign on, the Main Menu appears where you can do the following tasks.

- Review the timecards for the team members who report to you;
- Delegate your Webtime responsibilities to another individual;
- Administer the Paid Time Off (PTO) balances for the team members who report to you;
- Run reports on historical timecard data;
- Choose the type of timesheet to be used by the team members who report to you;
- Access your own timecard information if you are a non-exempt employee;
- Go back to the Webtime home page and/or log off of Webtime;
- Click the **Help** link for more detailed information about this screen.

To go to a particular screen or function, select that item on the drop-down menu and click **Continue**.

CONFIDENTIAL

WF010549

| Webtime Manager Training Guide | August 2004 | 3 |
|---|---|---|



*Current Periods*
The Current Periods box has a drop-down menu of date ranges (for example, 08/08/2004 – 08/14/2004) that make up a workweek. The weeks listed in this field are open weeks that are available for timecard input. Highlight a workweek from the drop-down menu, select **Review Department One**, and click **Continue** if you want to view timesheets for your team members for that particular workweek. Or, select **Review Department All** and click **Continue** to view the timesheets for all the team members in your department for all workweeks that are currently open for input. There will be 6 – 8 weeks of timesheets open for input. As manager, you can review and approve any timesheets in these weeks.

*Department*
The number that represents the department that you manage. (You will see multiple department numbers if you have had authority for additional departments delegated to you.)

*History*
The History box also has a list of date ranges that make up a workweek. The weeks listed in this field are no longer open for timecard input, but are available for viewing. Once a timesheet is no longer current, it is sent into history and is no longer open for input and can no longer be approved. Highlight a week from the list, select **History Inquiry**, and click **Continue** to go to the timesheets for that week.

*Home/Log Out*
Select **Home/Log Out** to return to the Main Menu.

*Help*
Select **Help** to view more detailed information about the fields on this screen

CONFIDENTIAL

## Setting Up Webtime for Your Department—Initial Rollout Instructions

There are several things you will need to do initially to set up your department and direct reports on Webtime.

| | |
|---|---|
| **1. Verify that your direct reports appear correctly in Webtime.** | Access the Review Department window and verify that the non-exempt team members who report to you are all listed in the drop-down menu and that the information for each team member is correct.<br><br>The timecard information comes from the Peoplesoft application. Any changes that need to be made (i.e. standard hours, reports to manager, etc.) should be completed by using Staff Management to ensure that accurate data is collected and reported to Webtime.<br><br>**Note:** Team members who no longer work for Wells Fargo will continue to appear in Webtime for 60 days after the termination or retirement date. |
| **2. Delegate your manager authority in Webtime to another team member.** | At least one other team member in your area should be appointed to authorize timecards when you are absent to ensure that exception hours are always paid to your direct reports on time. You can delegate the authority to authorize timecards in Wetime to other team members in your area or elsewhere in Wells Fargo.<br><br>Refer to the *Delegate Authority* topic in this guide for more detailed instructions. |
| **3. Select the timecard format you want your area to use.** | Webtime has two basic timecard formats to use for entering time:<br><br>• Daily In/Out—Each day, team members enter in and out times for the hours they have worked. *This format is the default and recommended timecard format to use and is being used by the majority of areas that have non-exempt team members at Wells Fargo.* If you choose this format, no further action is required<br><br>• Weekly—Once a week, team members enter the total number of hours worked for each day of the week. *This format is not the recommended format for Wells Fargo but is available to use for your department at your discretion.* If you choose this format, you will need to change Webtime to use this timecard format as the default.<br><br>Refer to the *Administer Timesheets* topic in this guide for more detailed instructions. |
| **4. Enter PTO balance for your direct reports.** | Webtime allows you to track PTO information for your non-exempt direct reports. If you choose to use Webtime's PTO tracking tool, you will need to enter the initial PTO balance (in hours) for each non-exempt team member in your area. Then, as team members use their PTO hours, the hours will be deducted from the PTO starting balance and their available PTO balance will appear at the top of their timecard. *The PTO tracking function is entirely voluntary and is not required.*<br><br>Refer to the *Administer PTO Balances* topic in this guide for more detailed instructions.<br><br>**Note:** If you choose to use the Webtime PTO tracking function, you will also need to enter new PTO balances (in hours) for each non-exempt team member in your area at the beginning of each year. |

CONFIDENTIAL

| Webtime Manager Training Guide | August 2004 | 5 |
|---|---|---|

## Weekly Webtime Tasks for Managers

It is important that you do the following to review and approve the timecards of your direct reports each Monday by 4:00pm CST. If Monday is a holiday, approve the timecards on Tuesday.

**Note:** It is recommended that you delegate approval authority to a least one other team member in your area who can review and approve your team member's timecards in your absence. Refer to the *Delegate Authority* topic in this guide for more detailed instructions.

| | |
|---|---|
| **1. Access Webtime.** | Click the Webtime link on the Teamworks web site or type the following web address in your browser's address field. Sign on to the system.<br><br>https://payroll.wellsfargo.com/wellstime/login.asp |
| **2. Review timecard information for the previous week for your direct reports and approve.** | Go to the Department Review screen. Review the timecard information that each of your direct reports has entered for the previous week and verify that it is correct.<br><br>A checkmark in the Complete column indicates that the team ember has reviewed their timecard information for accuracy and marked it as ready for your review and approval.<br><br>If the team member has checked the timecard as complete and there are no errors, you can approve the timesheet directly from this screen by checking the **Approve** box in the Action Column.<br><br>Click **Save** at the bottom of the screen to save your approvals before you go to any other screens or individuals timesheets.<br><br>Refer to the *Review and Approve Timecard Information* topic in this guide for more detailed instructions. |
| **3. Correct any errors.** | The Approve box does not appear if there are any errors for a timecard. If there are errors, you must go the individual timesheet to do the approval. Select the date in the Pay Period column for the row that has the error. Determine what is causing the error and make any necessary changes or corrections to resolve the error and correct the timecard information, if possible. If the information is correct, no further action is required and you can approve the timecard.<br><br>Click **Approve Pay Period** to approve the timesheet. |
| **4. Save changes.** | After all timecard information has been approved, make sure to click **Save** at the bottom of the screen to save all the approvals. |

CONFIDENTIAL

WF010552

| Webtime Manager Training Guide | August 2004 | 6 |

## Review and Approve Timecard Information

To review timecard information for your direct reports, complete the following steps.

1. Determine whether you want to display the timesheets for your team members for a particular workweek, or to display the timesheets for your team members for all the workweeks that are currently open for input.

| If you want to | Do this |
|---|---|
| Display the timesheets for a particular workweek. | A. From the Webtime Main Menu, select the appropriate workweek from the list of open workweeks under the Current Periods heading.<br><br>B. Select **Review Department One** and click **Continue**.<br><br>The Department Review screen appears with the timesheets for all of your team members displayed for the particular week you selected. |
| Display the timesheets for all the workweeks that are currently open for input | From the Webtime Main Menu, select **Review Department All** and click **Continue**.<br><br>The Department Review screen appears with the timesheets for all of your team members displayed for all the weeks that are currently open for input. |

The Department Review screen has the number representing the department included in the screen title and a note indicating the pay date for the current period. Refer to the *Department Review Screen* topic in this guide for more detailed information about this screen. (The screen sample that follows used the **Review Department All** option.)

 A checkmark in the Complete column indicates that the team member has reviewed their timecard information for accuracy and marked it as ready for your review and approval.

### Department 00009001 Review

Current and prior period timesheets will be paid on the 02/15/2002 pay day.

MADIGAN,TEST0001
You have 3 completed timesheets needing approval

Hours Summary for 12/29/2001 – 03/30/2002

MADIGAN,TEST0001 | Non Exempt

| Pay Period | Regular Time | Exceptions | Total Hours | Notes | Complete | Errors/ Warnings | Dinner Money | Manager Override | Approved | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2001 | 40.00 | 2.00 - Paid Time Off | 40.00 | | ✓ | | | | NO | ☐ Approve |
| 01/05/2002 | 40.00 | 8.00 - Holiday<br>8.00 - Paid Time Off | 40.00 | ✓ | ✓ | 1 | | | YES | |
| 01/12/2002 | | | | | | | | | NO | |

WF010553

CONFIDENTIAL

| Webtime Manager Training Guide | August 2004 | 7 |
|---|---|---|

2. Review each of your direct report's timecards for the pay period.

    You can use the drop-down menu to display each team member's timesheet, or scroll through the list of team member's timesheets by using the scroll bar.

3. If the team member has checked the timecard as complete and there are no errors, you can approve the timesheet directly from this screen by checking the **Approve** box in the Action column.

    

4. Click **Save** at the bottom of the screen to save your approvals before you go to any other screens or individual timesheets.

5. The Approve box does not appear if there are any errors for a timecard. The number of errors will also be listed in the Errors/Warnings column. In this case, you must go to the individual timesheet to do the approval.

6. Select the date in the Pay Period column for the row that has the error.

    The Pay Period Review screen for the selected pay period appears.

7. Determine what is causing the error and make any necessary changes or corrections to resolve the error and correct the timecard information.

    The system flags conditions that seem out of the ordinary, such as more than 15 hours worked in a day. As manager, you can use your discretion to override the system calculations and approve the timecard in spite of the system error.

    Note:   If you choose to override the system, you must print a copy of the timecard, have the team member sign it, and retain it for three years.

| If there are | Do this |
|---|---|
| Error conditions you want to override | a. Review the details on the Period Summary section of the screen to make sure you want to override the error. |
| | b. Click **Override/Approve** if you are sure you want to override the error. |
| | The message Manager Override Has Been Processed appears. |
| | c. Go to step 9 |
| No error conditions you want to override | Go to Step 8 |

8. Click **Approve Pay Period** to approve the timesheet.

    You can also *unapproved* a timesheet to allow a team member to make changes to their timecard information. The team member would then need to re-check the timecard as complete so you can re-approve it. *You can only do this if the timesheet has not yet been processed by Payroll.*

9. View the Action column to see if any approve boxes appear for any other team member's timecard

10. Go back to the Department Review screen to review the next team member's timecard.

WF010554

CONFIDENTIAL

| Webtime Manager Training Guide | August 2004 | 8 |
|---|---|---|

11. Scroll to the bottom of the screen and click **Save** to save all of your approvals.

| Press the button to the right to approve/unapprove all checked items | Save |
|---|---|

After a timecard has been approved, the information is available to Payroll for processing.

CONFIDENTIAL

WF010555

| Webtime Manager Training Guide | August 2004 | 9 |
|---|---|---|

## The Department Review Screen

The Department Review screen, which is the main screen that managers use to approve timesheets, is described in detail below. You can also select a date under the Pay Period heading to view and approve the team member's detailed timesheet for that date. The Department Review Screen contains the following fields for each team member.



*Pay Period*—Select this field to go to the Pay Period Review screen for this pay period, which contains more detailed information about what the team member entered for the pay period.

*Regular time*—Contains the number of regular hours worked by the team member in the pay period.

*Exceptions*—Contains the number of exception hours (such as PTO or holiday hours) worked by the team member in the pay period.

*Total Hours*—Contains the total number of hours worked by the team member in the pay period.

*Notes*—Contains a checkmark in this column if the team member has typed you an online note.

*Complete*—Contains a checkmark in this column if the team member has reviewed their hours for the pay period and marked their timecard as complete for the manager approval.

*Errors/Warnings*—Contains the number of system errors or warnings for this timecard.

*Dinner Money*—Contains the amount of any Dinner Money the team member has declared on their timecard that they are entitled to.

*Manager Override*—Contains the breakdown of any hours for which the manager has performed an override.

*Approved*—This value is *Yes* if the manager has approved the timecard (also indicating the login ID of the person who approved the timecard.) The value is *No* if the manager has not yet approved the timecard.

*Action*—Contains the Approve checkbox if the timecard is ready for manager approval. Contains the Unapprove checkbox if the timecard has been approved. If this field is blank, the timecard has been processed by payroll.

CONFIDENTIAL

WF010556

| Webtime Manager Training Guide | August 2004 | 10 |

## Delegate Authority

It is recommended that you delegate approval authority to at least one other team member in your area who can be trusted to review and approve your team members' timecards in your absence. You can delegate authority to members of your department or to anyone at Wells Fargo, whether or not they are a member of your department. (Delegations will remain active for 60 days after a manager terminates or takes a leave of absence. This ensures that there is someone who has the authority to approve the time cards for the manager's direct reports.)

Non-exempt team members who have been delegated authority can approve all timecards in the department except their own. They will need to have another authorized individual approve their timecard. For this reason you may want to delegate authority to more than one non-exempt person in your department.

**Note:** When you delegate authority to another team member, you do not lose your own authority to authorize timecards.

To delegate authority to another individual, complete the following steps.

1. From the Webtime Main Menu, select **Delegation Manager** from the drop-down menu under the Current Period heading and click **Continue.**

   The Delegating screen appears with the number representing the department included in the screen title.



2. Determine to whom you want to delegate timecard approval authority for your direct reports.

| If you want to delegate authority to | Do this |
|---|---|
| A team member in your department | Select the login ID of the team member to whom you want to delegate authority from the drop-down menu under the Give Authority To heading. |
| A team member at Wells Fargo who is not in your department | Type the team member's Wells Fargo employee ID number in the Employee # field under the Give Authority To heading.<br><br>**Note:** If the employee number is five characters long, use a leading zero to make the employee number you enter six characters. |

| Webtime Manager Training Guide | August 2004 | 11 |
|---|---|---|

3. Determine the time period for which you want to give this team member authority to approve timecards and complete the following fields.

   *Begins*
   Type the date you want the team member's authority to begin, using the *mm/dd/yyyy* format.

   *Expires*
   Type the date you want the team member's authority to expire, using the *mm/dd/yyyy* format.

   > If you want to remove authority from someone before the set expiration date, click **Delete** in the Action column.

4. Select **Add Entry.**

   The team member to whom you gave authority is now listed under the Give Authority To heading at the top of the screen.

5. Repeat these steps for any additional team members to whom you want to delegate authority to authorize timecards for your direct reports.

CONFIDENTIAL

WF010558

| Webtime Manager Training Guide | August 2004 | 12 |
|---|---|---|

## Administer PTO Balances

Webtime can be used to help you track Paid Time Off (PTO) for the team members you supervise, although using this function is not required. If you do choose to use this feature, you will initially need to set up each team member's PTO balance at the time they begin using Webtime.

**Note:** PTO balances on the PTO Balances screen are representative in *hours*, not days.

As each team member uses their PTO hours, the hours are deducted from the starting PTO value and reflected in the available PTO balance. This balance appears in the general information at the top of the timecard. This value will change as the PTO hours are processed by Payroll. (The balance shown at the top of a timesheet will also reflect any PTO taken on other timesheets that are open and have not yet been processed.)

**Note:** *You will also need to enter the PTO balances for each team member who reports to you at the beginning of each year.*

To set up Webtime to properly track and administer PTO balances for the team members who report to you, complete the following steps.

1. From the Webtime Main Menu, select **PTO Balances** from the drop-down menu under the Current Period heading and click **Continue.**

    The PTO Balances screen appears with the number representing the department included in the screen title and information listed about each of your direct reports.

### PTO Balances for 00009001

#### Paid Time Off Balances (in hours)

| Timesheet Group | User ID | Employee Name | Current Balance | Prior Year's Carry Forward | Update |
|---|---|---|---|---|---|
| 00009001 | 0000000001 | MADIGAN,TEST0001 | 90 | 10 | ☐ |
| 00009001 | 0000000002 | MADIGAN,TEST0002 | 80 | 0 | ☐ |
| 00009001 | 0000000003 | MADIGAN,TEST0003 | 70 | 0 | ☐ |

2. Type the current PTO balance in the Current Balance field for each team member who reports to you.

    *You will also need to enter the PTO balances for each team member who reports to you at the beginning of each year.*

3. Type the number of hours that have been carried over from the previous year in the Prior Year's Carry Forward field for each team member who reports to you.

    The Update field is checked automatically when you make changes to the balances.

4. Select **Save** at the bottom of the screen to save the changes.

WF010559

CONFIDENTIAL

| Webtime Manager Training Guide | August 2004 | 13 |

## Administer Timesheets

Webtime has four timesheet formats. The recommended format is the Daily In/Out timesheet because federal regulations require Wells Fargo to keep detailed records of time worked by non-exempt team members. This is also the default timecard format in Webtime. As manager, however, you can choose which format is best for your department, *although the format should be consistent throughout your department.* The timesheet formats are as follows:

*Daily In/Out*—This is the recommended timesheet format for most departments and the default format in Webtime. It requires team members to enter daily in and out times each workday and generally is for team members who are entitled to PTO. *If you choose to use this format for your department, no further action is required.*

*Weekly*—This format requires team members to enter only the total number of hours worked each day and generally is for team members who are entitled to PTO.

*Daily Zero Std*—This format requires team members to enter daily in and out times for each workday and generally is for team members who are *not* entitled to PTO.

*Zero Std*—This format requires team members to enter only the total number of hours worked each day and generally is for team members who are *not* entitled to PTO.

**Note:** After you change the format of a timesheet, the change will occur from the current week going forward unless the team member has already entered time for the current week, in which case the format change will occur on the following week's timesheet.

If you choose to use the default Daily In/Out timesheet format, no further action is required. If you want to sue another format for your department, complete the following steps.

1. From the Webtime Main Menu, select **Timesheet Assignment** from the drop-down menu under the Current Period heading.

    The Timesheet Assignment screen appears, with the number representing the department included in the screen title.

### Timesheet Assignment 00009001

#### Current Timesheet Assignment

| User ID | Employee Name | Original Default | Changed To | Update |
|---|---|---|---|---|
| 0000000001 | MADIGAN,TEST0001 | Weekly | Daily In/Out | ☐ |
| 0000000002 | MADIGAN,TEST0002 | Weekly | Daily In/Out | ☑ |
| 0000000003 | MADIGAN,TEST0003 | Weekly | Daily In/Out | ☑ |
| 0000000004 | MADIGAN,TEST0004 | Weekly | Weekly | ☐ |
| 0000000005 | MADIGAN,TEST0005 | Weekly | –Use Default– | ☑ |

CONFIDENTIAL

WF010560

| Webtime Manager Training Guide | August 2004 | 14 |
|---|---|---|

2. Select the timesheet format you want your direct reports to use from the Changed To drop-down menu.

    The checkmark in the **Update** checkbox appears automatically when you make changes to the formats.

3. Select **Save** at the bottom of the screen to save the changes.

CONFIDENTIAL

WF010561

| Webtime Manager Training Guide | August 2004 | 15 |
|---|---|---|

## Frequently Asked Questions:

**Q:** How can I tell if a timesheet is ready for approval?

**A:** All timesheets that have a checkmark in the Complete column of the Department Review screen are ready for manager approval. Refer to the *Review and Approve Timecard Information* topic in this guide for more detailed information.

**Q:** How can I correct a timesheet on which one on my direct reports has made a mistake?

**A:** If a team member has made a mistake on their timesheet but they have already checked the **Complete** field, they can still make changes to the timesheet as long as the manager has not already approved it. The team member can make their corrections and save their timesheet, once again checking the **Complete** box, indicating it is again ready for manager approval.

If you have approved the team member's timesheet but it has not yet been processed by Payroll, you should unapproved the timesheet by checking the **Unapprove** box on the Departmental Review screen, allowing the team member to make the required changes. If a timesheet has been processed by Payroll, the Processed By Payroll message appears at the top of the timesheet. If the timesheet has already been processed by Payroll, no further changes will be allowed on Webtime. In this case, you will need to complete a Payroll Request form and submit it to Payroll. Refer to the *Review and Approve Timecard Information* topic in this guide for more information.

**Q:** What do I need to do to set up my department properly on Webtime?

**A:** Before the team members who report to you can use Webtime, you will need to do the following:

-- Choose the timesheet format you want to use for each team member. If you choose the default Daily In/Out format, no further action is required. If you want to use another timecard format for your department, you will have to change the default formats. Refer to the *Administer Timesheets* topic in this guide for more detailed information.

-- Delegate timecard approval authority to at least once other team member so they can approve timecards in your absence. Refer to the *Delegate Authority* topic in this guide for more information.

-- If you want to use Webtime's optional PTO tracking function, enter the beginning PTO balances of each of your direct reports. Refer to the *Administer PTO Balances* topic in this guide for more information.

**Q:** Will the pay calendar be the same as before the Webtime system was used?

**A:** Team members are still paid on the 15th day and the last day of each month. However, Webtime was designed to allow team members to get paid for some of their exception time earlier than it was paid in the past. Select the **Calendar** link on the Webtime home page to access the current payday calendar.

**Q:** What should I do if I have questions about Webtime that are not answered in this guide?

**A:** Additional information about Webtime is available on the Help screens and links on the Webtime home page. If you cannot find the answer to your question there, you can call the HR Service Center at 1-877-HRWELLS (1-877-479-3557).

WF010562

CONFIDENTIAL