# EXHIBIT

# 8



WELLS FARGO ANNUAL REPORT 1999 *THE NEXT STAGE*®

WELLS FARGO

WELLS FARGO | THEN AS NOW...WE CONNECT | WELLS FARGO & COMPANY 1999 ANNUAL REPORT

THEN AS NOW >>>

2  TO OUR OWNERS
   In the huge, fast-growing industry of financial services, we believe there's only one sustainable competitive advantage.

10 WE CONNECT
   Our ability to grow revenue and market share will be determined by how well we connect.

22 WE CONNECT WITH COMMUNITIES
   From Crisis Nursery parents and their children to American Indians who want to achieve the dream of home ownership, we're connecting with communities across the USA.

26 THE BUSINESSES OF WELLS FARGO
   We're a big company but all the pieces come together to focus on satisfying all of our customers' financial needs.

30 WELLS FARGO: NORTH AMERICA
   With 5,310 stores, 6,300 ATMs, Phone Bank℠ centers and the Internet, we have one of the most extensive distribution networks in the financial services industry.

31 BOARD OF DIRECTORS, CORPORATE OFFICERS, SENIOR OFFICERS

33 FINANCIAL REVIEW

52 FINANCIAL STATEMENTS

97 INDEPENDENT AUDITORS' REPORT

**WELLS FARGO & COMPANY** (NYSE:WFC) was founded on the American frontier 148 years ago to satisfy a fundamental human need — to connect one market to another and one customer to another by transporting goods, services and funds fast and securely across great distances.

Today, Wells Fargo is a diversified financial services company — providing banking, insurance, investments, mortgage and consumer finance from 5,310 stores, the industry's leading Internet site (wellsfargo.com) and other distribution channels across North America. We are the product of 1,500+ mergers in 148 years including the 1998 merger of equals involving Norwest Corporation and Wells Fargo & Company. This report presents combined results as if the merger had been in effect for all periods.

**Assets:** $218 billion
**Rank in size among U.S. peers:** 7th
**Market value of stock:** $65.7 billion
**Rank by market cap among U.S. peers:** 3rd
**Rank by market cap among global peers:** 7th
**Team members:** 103,052 (headcount)
**Headquarters:** San Francisco



>>>>>>> WE

**FORWARD LOOKING STATEMENTS** In this report we make forward looking statements about the company's financial condition, results of operations, plans, objectives and future performance and business. When we use the words "believe," "expect," "anticipate," "estimate," "may," "will" or similar expressions, we are making forward looking statements. These forward looking statements involve inherent risks and uncertainties. A number of factors — many of which are beyond the control of the company — could cause actual results to differ from those in our forward looking statements. These factors include: • changes in political, business and economic conditions, including changes in interest rates • competition, including competition from insurance companies and securities firms • fiscal and monetary policies • customers choosing not to use banks for transactions • legislation, including the Gramm-Leach-Bliley Act of 1999 • the integration of the former Norwest Corporation and the former Wells Fargo • future mergers and acquisitions; and • the integration of merged and acquired companies. We discuss in more detail on pages 35-37 these factors and other factors that could cause actual results to differ from those in our forward-looking statements. There are other factors not described in this report that could cause actual results to differ.

WE CONNECT:






PAUL HAZEN, CHAIRMAN   RICHARD KOVACEVICH, PRESIDENT, CEO   LES BILLER, VICE CHAIR, COO

**TO OUR OWNERS WELLS FARGO WAS FOUNDED ON THE AMERICAN FRONTIER 148 YEARS AGO TO SATISFY A FUNDAMENTAL HUMAN NEED — TO CONNECT ONE CUSTOMER TO ANOTHER AND ONE MARKET TO ANOTHER BY TRANSPORTING GOODS, SERVICES AND FUNDS FAST AND SECURELY ACROSS GREAT DISTANCES. WE'RE STILL DOING IT TODAY. OUR VISION — SATISFYING ALL OUR CUSTOMERS' FINANCIAL NEEDS — IS BUILT ON THAT SAME PROCESS — CONNECTING. THAT'S THE "NEXT STAGE" OF THE NEW WELLS FARGO.**

For the past three decades, technology has caused profound change in the way our customers shop for financial services and how you, our owners, view your investment in Wells Fargo. Technology has blurred distinctions among banking, investment and insurance products. It has brought the "bank" into the home. It's also created a virtual bank. Customers can use our bank anywhere on the globe — when, where and how they want to. It's helped create an entirely new industry: financial services. This new industry is huge. It has about $2 trillion in revenue. That's more than four times larger than banking. It's growing very rapidly. Banking, meanwhile, has disappeared as a stand-alone industry. It's become just a segment of financial services, with slow if not stagnant growth. The market share for banking is less than 25 percent of Americans' financial assets. Because it's so highly fragmented, the financial services industry is ripe for consolida-



AMERICANS TODAY HAVE MORE FINANCIAL CHOICES THAN EVER. TO SOME, THE MULTITUDE OF CHOICES MAY BE OVERWHELMING. NEVER BEFORE HAVE SO MANY COMPANIES COMPETED THROUGH SO MANY CHANNELS. THE BASIC FINANCIAL NEEDS OF OUR CUSTOMERS, HOWEVER, DO NOT CHANGE.

tion. The largest provider of financial services has a national market share of only about three percent.

Congress recognized this new reality last year. It repealed a Depression-era law that had built a wall between commercial banking and investment banking. Congress enacted a new law that allows banking, insurance and investment firms to enter fully into each others' businesses. This law also gives customers more opportunities than ever for better prices, convenience and value.

The evolution of this industry has coincided with another phenomenon: the explosive growth of the Internet. The result is an unprecedented number of new players in this huge, intensely competitive and very fast growing industry. There are fewer banks in the United States but there also are more and more companies offering financial services — from retailers to manufacturers to Internet portals.

MORE CHOICE THAN EVER As a result, Americans today have more financial choices than ever. To some, the multitude of choices may be overwhelming. It seems everyone these days wants to be in the money business. Never before have so many companies competed through so many different channels to lend money, accept deposits, sell insurance, mortgages and stocks, process payments, finance equipment or invest in businesses. Brokerage companies want to be your bank. Banks want to be your broker. Banks want to sell you insurance. Insurance companies want to be your bank and broker and real estate developer. Department stores always wanted your credit card business. Now some want to be your bank. Software makers and Internet portals want to present and pay your bills electronically. Internet discount brokers want to give financial advice and be your bank. "Dot.coms" want to lend you money without ever serving you in person. Some web-sites try to make a profit simply by letting you choose from a list of advertised mortgage rates from other providers.

The basic financial needs of our customers, however, do not change that much. They want to borrow, invest, transact and be insured. They want convenience, security, trust and dependability. They want the best return on their investment. They want sound financial advice. They want to do these things when, where and how it's most convenient for them. They want access to many channels including traditional banking stores, ATMs, the Internet, the telephone, mail, supermarkets, business offices and "bank at work" centers. If the value they're offered is clear and compelling, if the service and advice they receive is outstanding, they will give the best providers more of their business.

THE NEXT STAGE At Wells Fargo, we've been preparing for this next stage for a long time. We've built one of America's most diversified financial services companies. We have market leadership in major categories including community banking, mortgage lending, Internet banking, commercial real estate, education finance, small business lending, commercial banking for middle market and larger corporations, agricultural lending, and supermarket banking. Our vision is not the vision of just a bank, a brokerage firm, a mortgage company or an insurance agency — our vision is to bring all these products to our customers through all our channels, satisfy our customers' financial needs, offer sound financial advice and help them succeed financially.

GREAT PEOPLE = REVENUE GROWTH
We believe there's only one sustainable competitive advantage for a company that wants to be a consistent winner — the best — in the financial services industry. It is not physical stores, ATMs, *Phone Bank* centers, or even the Internet. Our competitors have those channels. Nor is it products or technology. Both are commodities, easily imitated. Nor is it cost cutting. Every company must become more efficient but a financial services company cannot cost cut its way to consistent, long-term growth in profitability. We believe the battle for profit, market share and stock appreciation will be won on the field of *revenue growth*. Revenue growth is simply another term for sales and service. Products, technology and efficiency are all important but in the end, great sales and service are provided by people.

We believe the winners in any industry — or in any delivery channel — will be those who have the best and most diverse *people — people* in their stores, *people* building their technology, *people* operating their

computers, *people* staffing their phone banks and *people* creating their web-sites. This allows customers to do routine transactions electronically but gives them the choice to access people when they need professional advice. We know we're doing a good job when customers give us more of their business.

WE CONNECT! Wells Fargo was founded on the American frontier 148 years ago to satisfy a fundamental human need — to connect one person to another and one market to another by transporting goods, services and funds fast and securely across great distances. We're still doing it today. Our vision — satisfying all our customers' financial needs — is built on that same process — the process of connecting. That's the "Next Stage" of the new Wells Fargo. Every minute, every day, everywhere, everyone around your new company is connecting.

Beginning on page 10, we show you how we're connecting in six important areas:
- Our *team members* are connecting with each other. We believe in creating a spirit of teamwork and cross-selling across all our businesses and geographies. Sharing best practices. Partnering to satisfy all our customers' financial needs. Celebrating each other's successes.
- We're connecting with our *customers*. Showing we care. Asking the right questions. Listening and responding in our stores, on the phone or via the Web, with the right products, advice and services to meet their needs.
- We're connecting our *computer systems* — we're combining the best from the former Norwest and the former Wells Fargo — to enable us to provide outstanding sales and service 24 hours a day, seven days a week, 365 days a year.
- We're connecting *delivery channels*. We aggregate. We integrate. We want customers to buy our products and services through any channel or combination of channels they choose — when, where and how they choose. Stores, ATMs, *Phone Bank* centers, the Internet and direct mail.
- We're connecting with our *stockholders*. Our team members act like owners, because they are. Almost all our 104,000 team members own a piece of the Company through *PartnerShares®* stock options and their 401(k) accounts.
- We're connecting with our *communities*. We're contributing financial capital. Equally important, we're providing human capital — team member volunteers, creative thinking and ingenuity, and community leaders who can connect local resources and talent.

MERGER INTEGRATION — OFF TO A GREAT START We're now into the second full year of combining the systems of the former Norwest and the former Wells Fargo. Because we're combining the best of both, we believe it's the most complex integration in banking history. This takes time — but it's time well spent. We start every decision with the customer. Our goal is to preserve outstanding customer service every step of the way. Our customers deserve nothing less. We're off to a great start:
- We successfully combined our systems in New Mexico and Nevada late last year for our 450,000 banking households in those states;
- We merged our *Stagecoach Funds®* and *Norwest Advantage Funds®* into the new $57 billion *Wells Fargo Funds℠,* giving our customers more investment choices than ever;
- We combined our card services units, serving more than 11 million cardholders;
- In 1999, we agreed to acquire companies with more than $9.3 billion in assets in states including

## OUR THANKS

*Seven Directors - distinguished leaders in their fields - are retiring from our Board. We thank them for their vision, wisdom and leadership which laid the foundation for the new Wells Fargo:*

**Edward M. Carson,** chairman, CEO of First Interstate Bancorp before its 1996 merger with Wells Fargo. He also had been president of the Los Angeles-based bank holding company and on its board since 1985.

**William S. Davila,** president emeritus, The Vons Companies, a Los Angeles-based supermarket chain. He joined the Wells Fargo board in 1990.

**William A. Hodder,** former chairman and CEO of Donaldson Company, Minneapolis-based maker of filtration and emission control products. He joined the Norwest Corporation board of directors in 1971.

**Rodney L. Jacobs** was vice chairman, CFO of Wells Fargo since November 1998. During his 20 years with the former Wells Fargo, he was CFO, vice chairman and president.

**Ian M. Rolland** was the chairman, CEO of Lincoln National Corporation, an insurance holding company based in Fort Wayne, Indiana. He joined the Norwest Corporation board in 1993.

**Daniel M. Tellup** was chairman, CEO of Lockheed Martin Corporation, a Bethesda, Maryland-based aerospace and defense manufacturer. He served on the First Interstate board since 1991 and joined the Wells Fargo board in 1996.

**John A. Young,** former president, CEO of Hewlett-Packard Company, a computer and peripheral manufacturer based in Palo Alto, California. He joined the Wells Fargo board of directors in 1977.



WHEN WE CONNECT, WE ACHIEVE OUR VISION. WE SATISFY ALL OF OUR CUSTOMERS' FINANCIAL NEEDS. WE HELP THEM SUCCEED FINANCIALLY. AND IN DOING SO, WE BECOME KNOWN AS ONE OF AMERICA'S GREAT COMPANIES.

California, Minnesota, Texas and our two newest banking states: Michigan and Alaska; and
- We agreed to acquire Ragen MacKenzie Group, the Pacific Northwest's largest independent full service brokerage firm, and Eastdil Realty, the nation's pre-eminent full service, real estate investment banking company.

STILL A LONG WAY TO GO  We have 48 systems conversions scheduled for 2000, including 19 banking states, acquisitions and new products. Later in 2000, both Norwest Mortgage and Norwest Financial (consumer finance) will adopt the Wells Fargo name so they can take full advantage of cross-sell opportunities with our banking businesses. We approach these conversions with great confidence because of our talented people.

MEASURING OUR PROGRESS
We'll know we're achieving our vision when three things happen. *First*, our revenue increases by 10 percent or more each year. *Second*, we sell at least one more product to every customer every year. *Third*, we increase market share in each of our geographies and businesses. When it comes to measuring market share, we no longer use deposits as our only yardstick. They're only $1 of every $4 in an average household's assets. Our deposit market share might be 20 or 30 percent in a given market, but our share of total financial assets probably is only around *three* percent. There's lots of room for growth!

We also measure our progress against 10 strategic initiatives. By succeeding in these initiatives, we will achieve double-digit earnings growth and be one of America's great companies. Here's an update on how we're doing:

**1. INVESTMENTS, BROKERAGE AND INSURANCE**  About 11 percent of our earnings come from investments, brokerage and insurance. That's about double where we were five years ago. We must, however, increase that to at least 25 percent. Less than five percent of our nine million banking households have relationships with our brokerage business. Less than two percent buy insurance through us. In 1999, we attracted $433 million in new assets through the *WellsSelect*® program, enabling clients to access outside money managers.

**2. GOING FOR GR-EIGHT — PRODUCT PACKAGES**  Our average banking household has 3.4 products with us. We want to get to eight. To do that, we must offer customers a package of products all at once, not one at a time. In Lewiston, Montana, our first test site, our bankers sold an average of 2.39 products to new customers last year, up 62 percent from a year earlier.

**3. MORE VALUE FOR BUSINESS CUSTOMERS**  We need to take advantage of cross-sell opportunities with our business customers and increase the number of products they have with us. We measure the total value of our commercial relationships. We want customers to have a complete relationship with us, not only credit and treasury management but investments, payroll, credit and debit card processing, asset-based lending, equipment finance and personal banking. We don't want to give customers any reason to go to our competitors for a product or a service they could get from us. We're making progress. Only one other bank in the country has more commercial customers who consider it their primary financial services provider.

**4. BANKING WITH A MORTGAGE AND HOME EQUITY LOAN**  We want all our mortgage customers in our banking markets to bank with us. We also want all our banking customers — who need a mortgage or a home equity loan— to come to us to meet those needs. Today, 21 percent of our mortgage customers also use our banking services. Only 14 percent of our banking customers who have a mortgage, have it with us. We've provided home equity loans to only seven percent of our customers who own a home. The number of new mortgage customers who bought our banking products in 1999 rose 50 percent from the previous year. In California, the nation's largest housing market, our home equity loans rose almost 50 percent in 1999.

**5. WELLS FARGO CARDS IN EVERY WELLS FARGO WALLET**  Every one of our creditworthy customers should have a Wells Fargo credit card and debit card. Right now, only one in five of our banking customers have a Wells Fargo credit card. Two of three have a Wells Fargo debit card, almost double 1998. Many of our banks offer real time, pre-qualified credit card approvals.

EVEN IN THIS AGE OF THE INTERNET, MOST PEOPLE STILL DO NOT BANK WITH A "BANK." THEY "BANK" WITH PEOPLE. THEY GO WHERE THEY GET THE BEST SERVICE AND ADVICE. IF WE CONTINUE TO PROVIDE GREAT SALES, SERVICE AND ADVICE, WE WILL ACHIEVE OUR VISION.

**6. WHEN, WHERE AND HOW** We want to integrate all our channels —stores, ATMs, *Phone Bank* centers, Internet and direct mail — so we can offer all our products and services through all of them — anytime, anywhere our customers want to be served. We let our customers tell us how they want to be served. For example, we re-opened six traditional banking stores in Oregon that were closed after the acquisition of First Interstate. We've also positioned 32 more small business bankers in communities throughout Oregon to provide more local service. In Washington, we've hired more relationship managers to partner with commercial lending officers and our banking stores in key markets to build and deepen customer relationships.

**7. INFORMATION-BASED MARKETING** We must take advantage of what we know about our customers' needs — and respect their privacy — so we can offer them the choice, convenience and price benefits of giving us all their business. Last year, for example, we sold 100,000 more products as a direct result of 2.6 million messages to our customers through our ATMs and *Phone Bank* centers.

**8. BE OUR CUSTOMERS' PAYMENT PROCESSOR** We need to make sure Wells Fargo adds real value so we can continue to be the trusted intermediary— electronic or paper— whenever and wherever our customers buy services. For example, we're part of a new joint venture with two of our peer companies. Using Sun Microsystems technology, this service enables customers to read their bills online with one click and pay with another click. We're now testing this new system with our mortgage customers. It will save us and our customers big money. One paper bill sent through the mail costs between $1.50 and $2.70 to process, print and mail. An electronic bill costs 30 to 50 cents.

**9. OUTSTANDING AND EXCELLENT CUSTOMERS** We must attract more — and keep all current —outstanding and excellent banking households and earn more business from households that can become outstanding customers. We increased our outstanding and excellent customers by 16 percent in 1999 over 1998.

**10. PEOPLE AS A COMPETITIVE ADVANTAGE** Most importantly, we must do even better in training, rewarding and recognizing all our team members. They are the reason customers will give us more of their business which, in turn, will increase our stock price. We also must become an even more diverse organization, reflecting the diversity of our markets.

**WELLSFARGO.COM** Our Internet site continues to be recognized as the industry leader for growth and innovation. Since year-end 1998, our Internet banking customers doubled to almost 1.5 million. Almost one of every five of our checking account households now use wellsfargo.com. That's the largest percentage we know of in the banking segment of the financial services industry.

**USA's Largest Internet Banks** *(market share)*

| | |
|---|---|
| Wells Fargo | 14.40% |
| Bank of America | 9.95% |
| Citigroup | 4.82% |
| Bank One | 4.01% |
| First Union | 2.96% |

Source: Gomez Advisors

The number of Norwest banking customers who bank with us online rose 570 percent — from 34,000 at year-end 1998 to 228,000 at year-end 1999. Gomez Advisors, the highly-regarded Internet market research firm, rated Wells Fargo one of the top five Internet banks, the only one of those five with both "bricks" (physical stores) and "clicks."

We've invested $40 million in strategic partnerships with several Internet companies. We formed the Wells Fargo Internet Services Group to coordinate all our online and Internet activity. We originated more than $74 million in home equity loans online since the nationwide launch of that product via the Internet in September 1999. We offer a new service that stores customers' billing address, shipping information and credit card number in one secure location so they can access it at the "check out" section of an online store.



We want to be the nation's #1 trusted gateway and Internet financial portal of choice for all our customers' financial services with more customers and more services than any competitor. We will put more transactions online so our customers can do all their financial business through wellsfargo.com. That's good for our customers and good for our bottom line. Compared to our other customers, Internet customers bring us more revenue, higher balances, and have more products and services with us. When they pay their bills online, they stay customers of Wells Fargo even longer.

2000 MOMENTUM  We have great momentum for 2000! Thanks to our diverse businesses and talented team members, Wells Fargo achieved record results in 1999. We now are generating after-tax profit of almost $1 billion a quarter. Earnings for 1999 were $3.75 billion, or $2.23 per share. That compares with $2.91 billion or $1.75 per share in 1998 (excluding merger-related and other charges). Here's how your company performed in 1999:

|  | 1999 | % increase from 1998* |
|---|---|---|
| Net Income | $3.7 billion | 29 |
| EPS | $2.23 | 27 |
| ROA | 1.85% | 20 |
| ROE | 17.66% | 22 |

These measures of financial performance, we believe, are much more relevant on a cash basis, which measures Wells Fargo's ability to support growth and pay dividends:

| Cash Operating Basis‡ | 1999 | % increase from 1998* |
|---|---|---|
| Net Income | $4.3 billion | 25 |
| EPS | $2.56 | 23 |
| ROA | 2.22% | 16 |
| ROE | 34.08% | 7 |

‡ * see page 5 footnotes.

We continue to emphasize a conservative financial position and a disciplined credit process that manages risk exposure by industry, geography and customer. Nonperforming loans were a very low 0.6 percent of loans and leases, one of the best among our peers.

OUR MOST IMPORTANT COMPETITIVE ADVANTAGE  We've begun the second full year of integrating the former Norwest and the former Wells Fargo. Several things have become clear. *First,* we're delivering on our promise that this would be a true merger of equals. We're one team. *Second,* while we still have a long road ahead of us this year, the merger integration to date has been remarkably smooth. We've gained new customers and grown revenue. Revenue was up 16 percent in the fourth quarter compared to the same period last year, and up nine percent year to year. We're propagating systems and procedures across all our banking states to track our bankers' daily sales and profits. We continue to focus on service quality. More sales do not always lead to better service but better service almost always leads to more sales. *Third,* we met our ambitious financial and profitability goals. We delivered on what we said we would do. We don't know of a company that has increased profit over 25 percent "apples to apples" in the first year of its merger. In fact, we've had impressive growth over the past five years, with total compound annual growth in revenue of 15 percent, net income 18 percent and dividends 15 percent. *Fourth,* the competitive advantages that made our merger of equals so compelling will become even more powerful as we distinguish ourselves from our competitors: geography, products and businesses, distribution, sales and service culture, efficiency, our powerful brand and, most important, our talented team of people.

We are at heart a *service* company. Financial ratios are important but they do not capture the most critical part of a great service company: the heart and caring of its people. At Wells Fargo, our customers are important— but our most important constituency is our team members. They're the single most important influence on our customers. Even in this age of the Internet, most people still do not bank with a "bank." They "bank" with people. They go where they get the best service and best advice. If we continue to provide great sales, service and advice, we will achieve our vision: satisfy all our customers' financial needs, help them succeed financially, and be known as one of America's great companies.

We thank you, our owners, for your support. We especially thank our great team of talented people for being the very best at what they do. We're connecting!

Paul Hazen
*Chairman*

Richard M. Kovacevich
*President and Chief Executive Officer*



*"We're passionate about making our customers' accounts work together, simply and seamlessly. We want customers to have access to their money, whenever and wherever they want."*
M. Lucile Reid, Consumer Banking

*"We take the long view by providing emerging information technology companies the funding, sustained guidance and strategic partnerships they need to gain momentum and success."*
George J. Still, Jr., Norwest Venture Partners

*"The vision of building a new company by joining the best of Wells Fargo and Norwest is coming to life in the Southwest. Our customers are showing us they approve by the dramatic increase in new business they are bringing us."*
John G. Stumpf, Southwestern Banking

## WHOLESALE BANKING

- **'99 Net income:** $850 million
- **Assets:** $42 billion
- **Team members:** 7,000
- **Offices:** 170 in 37 states
- **USA's #1 agricultural lender**
- **USA's #1 real estate investment banker**
- **USA's #2 middle market bank (primary relationships)**

- **USA's premier real estate lender**
- **Ranked among USA's top 10 banks in every major product and service group**
- **Wholesale Banking Groups:** Capital Markets, Commercial Banking, Eastdil Realty Company, Foothill Capital Corporation, Institutional Investment Services, Wells Fargo Business Credit, Inc., Wells Fargo Equipment Finance, Inc., Real Estate Group, Shareowner Services, Treasury Management, International Group, U.S. Corporate Banking, Wells Fargo Funds

## NORWEST MORTGAGE

- **'99 Net income:** $277 million
- **'99 Originations:** $82 billion
- **Consecutive years of earnings growth:** 11
- **Team members:** 14,000
- **Customers:** 2.5 million
- **Stores:** 530
- **Number of Wells Fargo banking stores with mortgage salespeople:** 585
- **USA's largest retail mortgage originator**

- **USA's #3 largest mortgage servicer:** $280 billion
- **USA's #1 lender to people of color**
- **USA's #1 lender to home builders**
- **#1 lender in one third of the USA's hottest housing markets**



Through its own stores and its presence in our banking stores, Norwest Mortgage has the USA's most extensive retail mortgage franchise.

## NORWEST FINANCIAL

- **'99 Net income:** $247 million
- **Stores:** 1,265
- **Receivables:** $10 billion
- **Team members:** 11,347
- **Customers:** 4 million
- **Norwest Financial (consumer finance):** 804 stores, 47 states.
- **Trans Canada Credit (consumer finance):** 148 stores, all 10 provinces.

- **National Retail Credit Services (credit services to Canadian retailers)**
- **Island Finance (consumer finance):** 102 stores, Caribbean, Latin America.
- **Community Credit, Fidelity Financial Services (auto finance):** 199 stores, 32 states.
- **Reliable Financial Services (Puerto Rico):** 3 stores.



Norwest Financial's retail network stretches from Saipan in the Pacific through Canada, across the USA, the Caribbean and into Latin America.

## OVERVIEW

Wells Fargo & Company is a $218 billion diversified financial services company providing banking, mortgage and consumer finance through about 5,300 stores, the Internet and other distribution channels throughout North America, including all 50 states, and elsewhere internationally. It ranks seventh in assets at December 31, 1999 among U.S. bank holding companies. In this Annual Report, Wells Fargo & Company together with its subsidiaries is referred to as the Company and Wells Fargo & Company alone is referred to as the Parent.

On November 2, 1998, the merger involving Norwest Corporation and Wells Fargo & Company (the Merger) was completed. Norwest Corporation changed its name to "Wells Fargo & Company" and the former Wells Fargo & Company (the former Wells Fargo) became a wholly-owned subsidiary of Norwest Corporation. Norwest Corporation as it was before the Merger is referred to as the former Norwest. The Merger was accounted for as a pooling of interests and, accordingly, the information included in the financial review presents the combined results as if the Merger had been in effect for all periods presented.

Certain amounts in the financial review for prior years have been reclassified to conform with the current financial statement presentation.

Net income in 1999 was $3,747 million, compared with $1,950 million in 1998, an increase of 92%. Diluted earnings per common share were $2.23, compared with $1.17 in 1998, an increase of 91%.

Return on average assets (ROA) was 1.85% and return on average common equity (ROE) was 17.66% in 1999, compared with 1.04% and 9.86%, respectively, in 1998.

Diluted earnings before the amortization of goodwill and nonqualifying core deposit intangible (CDI) ("cash" earnings) were $2.56 per share in 1999, compared with $1.50 per share in 1998. On the same basis, ROA was 2.22% and ROE was 34.08% in 1999, compared with 1.39% and 23.15%, respectively, in 1998.

Net interest income on a taxable-equivalent basis was $9,419 million in 1999, compared with $9,049 million a year ago. The Company's net interest margin was 5.66% for 1999, compared with 5.79% in 1998.

Noninterest income increased to $7,420 million in 1999 from $6,427 million in 1998, an increase of 15%. The increase was primarily due to higher net venture capital gains, partly offset by a loss on the sale of investment securities.

Noninterest expense totaled $9,782 million in 1999, compared with $10,579 million in 1998. The decrease was primarily due to fourth quarter 1998 Merger-related and other charges.

The provision for loan losses was $1,045 million in 1999, compared with $1,545 million in 1998. During 1999, net charge-offs were $1,049 million, or .94% of average total loans, compared with $1,617 million, or 1.52%, during 1998. The allowance for loan losses was $3,170 million, or 2.65% of total loans, at December 31, 1999, compared with $3,134 million, or 2.90%, at December 31, 1998.

At December 31, 1999, total nonaccrual and restructured loans were $669 million, or .6% of total loans, compared with $710 million, or .7%, at December 31, 1998. Foreclosed assets were $153 million at December 31, 1999, compared with $148 million at December 31, 1998.

The ratio of common stockholders' equity to total assets was 10.02% at both December 31, 1999 and 1998. The Company's total risk-based capital (RBC) ratio at December 31, 1999 was 10.50% and its Tier 1 RBC ratio was 8.07%, exceeding the minimum regulatory guidelines of 8% and 4%, respectively, for bank holding companies. The Company's RBC ratios at December 31, 1998 were 10.90% and 8.08%, respectively. The Company's leverage ratios were 6.77% and 6.58% at December 31, 1999 and 1998, respectively, exceeding the minimum regulatory guideline of 3% for bank holding companies.

## RECENT ACCOUNTING STANDARDS

In June 1998, the Financial Accounting Standards Board (FASB) issued Statement of Financial Accounting Standards No. 133 (FAS 133), *Accounting for Derivative Instruments and Hedging Activities*. In July 1999, the FASB issued Statement No. 137, *Deferral of the Effective Date of FASB Statement No. 133*, that deferred the effective date of FAS 133 to no later than January 1, 2001 for the Company's financial statements. FAS 133 requires companies to record derivatives on the balance sheet at fair value. Changes in the fair values of those derivatives would be reported in earnings or other comprehensive income depending on the use of the derivative and whether it qualifies for hedge accounting. The key criterion for hedge accounting is that the hedging relationship must be highly effective in achieving offsetting changes in fair value of assets or liabilities or cash flows from forecasted transactions. The Company does not expect to implement FAS 133 before January 1, 2001 and has not completed the complex analysis required to determine the impact on the financial statements.

NOTES TO FINANCIAL STATEMENTS

# NOTE 1  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Wells Fargo & Company (Parent) is a bank holding company. Wells Fargo & Company and Subsidiaries (Company) is a diversified financial services company providing banking, mortgage and consumer finance through about 5,300 stores, the Internet and other distribution channels throughout North America, including all 50 states, and elsewhere internationally.

The accounting and reporting policies of the Company conform with generally accepted accounting principles (GAAP) and prevailing practices within the financial services industry. The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and income and expenses during the reporting period. Actual results could differ from those estimates. Certain amounts in the financial statements for prior years have been reclassified to conform with the current financial statement presentation.

On November 2, 1998, the merger involving Norwest Corporation and Wells Fargo & Company (the Merger) was completed. Norwest Corporation changed its name to "Wells Fargo & Company" and the former Wells Fargo & Company (the former Wells Fargo) became a wholly-owned subsidiary of Norwest Corporation. Norwest Corporation as it was before the Merger is referred to as the former Norwest. The Merger was accounted for as a pooling of interests and, accordingly, the information included in the financial statements presents the combined results as if the Merger had been in effect for all periods presented. The following is a description of the significant accounting policies of the Company.

## CONSOLIDATION

The consolidated financial statements of the Company include the accounts of the Parent, and its majority-owned subsidiaries, which are consolidated on a line-by-line basis. Significant intercompany accounts and transactions are eliminated in consolidation. Other subsidiaries and affiliates in which there is at least 20% ownership are generally accounted for by the equity method; those in which there is less than 20% ownership are generally carried at cost. Investments that are accounted for by either the equity or cost method are included in other assets.

## SECURITIES

Securities are accounted for according to their purpose and holding period.

**SECURITIES AVAILABLE FOR SALE** Debt securities that may not be held until maturity and marketable equity securities are classified as securities available for sale and are reported at fair value, with unrealized gains and losses, after applicable taxes, reported as a component of cumulative other comprehensive income. The estimated fair value of a security is determined based on current quotations, where available. Where current quotations are not available, the estimated fair value is determined based primarily on the present value of future cash flows, adjusted for the quality rating of the securities, prepayment assumptions and other factors. Declines in the value of debt securities and marketable equity securities that are considered other than temporary are recorded in noninterest income as a loss on securities available for sale. Realized gains and losses are recorded in noninterest income using the identified certificate method. For certain debt securities (for example, Government National Mortgage Association securities), the Company anticipates prepayments of principal in the calculation of the effective yield.

**TRADING SECURITIES** Securities acquired for short-term appreciation or other trading purposes are recorded in a trading portfolio and are carried at fair value, with unrealized gains and losses recorded in noninterest income.

**NONMARKETABLE EQUITY SECURITIES** Nonmarketable equity securities include the venture capital equity securities that are not publicly traded and securities acquired for various purposes, such as troubled debt restructurings and as a regulatory requirement (for example, Federal Reserve Bank stock). These securities are generally accounted for at cost. The asset value is reduced when declines in value are considered to be other than temporary and the estimated loss is recorded in noninterest income as a loss from equity investments along with income recognized on these assets.

## MORTGAGES HELD FOR SALE

Mortgages held for sale are stated at the lower of aggregate cost or market value. The determination of market value includes consideration of all open positions, outstanding commitments from investors, related fees paid and related hedging gains and losses. Gains and losses on sales of mortgages are recognized at settlement dates and are determined by the difference between sales proceeds and the carrying value of the mortgages. Gains and losses are recorded in noninterest income.