# EXHIBIT

# 9

Case M:07-cv-01841-MHP    Document 28-10    Filed 03/20/2008    Page 2 of 7



Wells Fargo Annual Report 2000

WELLS FARGO

The Next Stage®

Our product is service.

WELLS FARGO — OUR PRODUCT IS SERVICE — WELLS FARGO & COMPANY 2000 ANNUAL REPORT

1   **To Our Owners**
    It's our single biggest challenge. It's our single biggest revenue opportunity. What is it?

9   **"They Just Did It."**
    Great service happens when our people take personal ownership for customer problems. Here are the stories of 16 Wells Fargo team members who "just did it."

20  **Serving our Communities**
    Our commitment to outstanding service is more than just good business — it makes our communities better places to live and work, too.

26  **The Businesses of Wells Fargo**
    Banking, Insurance, Investments, Mortgage, Consumer Finance…and a whole lot more. We're one of the USA's most diversified financial services companies. Here's how it all fits.

30  **Board of Directors, Corporate Officers**

31  **Senior Officers**

32  **Service: State-by-State**

33  **Financial Review**

52  **Financial Statements**

97  **Independent Auditors' Report**

Wells Fargo & Company (NYSE:WFC) is a diversified financial services company—providing banking, insurance, investments, mortgage and consumer finance from about 5,400 stores, the industry's leading Internet site (wellsfargo.com) and other distribution channels across North America.

Our corporate headquarters is in San Francisco but we're decentralized so that every local Wells Fargo store is a headquarters for satisfying all our customers' financial needs and helping them succeed financially.

Assets: $272 billion
Rank in size among U.S. peers: 4th
Market value of stock: $95.2 billion
Rank by market cap among U.S. peers: 2nd
Total Team members: 117,000

## Major Lines of Business



| | | | | |
|---|---|---|---|---|
| Community Banking | 42% | | Home Mortgage/Home Equity | 11% |
| Investment/Insurance | 15% | | | |
| Specialized Lending | 12% | | | |
| Wholesale Banking | 10% | | Consumer Finance | 6% |
| Commercial Real Estate | 4% | | | |

Based on historical averages and near future year expectations

 **Wells Fargo Community Banking**
USA's most extensive banking franchise. Serves 11 million households in 23 states from Ohio to Alaska.

**Wells Fargo Wholesale Banking**
Includes U.S. Corporate and Commercial Banking, Capital Markets, Commercial Real Estate Lending. Serves 59,000 customers nationwide.

**Wells Fargo Home Mortgage**
USA's largest originator and servicer. Serves 4 million customers.

**Wells Fargo Financial**
One of USA's leading consumer finance companies. 4.5 million customers in 47 states, all 10 Canadian provinces, Caribbean, Latin America, Guam and Saipan.

**FORWARD-LOOKING STATEMENTS** In this report we make forward-looking statements about our company's financial condition, results of operations, plans, objectives and future performance and business. When we use the words "believe," "expect," "anticipate," "estimate," "may," "can," "will" or similar expressions, we are making forward-looking statements. These forward-looking statements involve inherent risks and uncertainties. A number of factors — many of which are beyond our control — could cause actual results to differ from those in our forward-looking statements. These factors include: • changes in political, business and economic conditions, including changes in interest rates • competition, including competition from insurance companies and securities firms • fiscal and monetary policies • customers choosing not to use banks for transactions • legislation, including the Gramm-Leach-Bliley Act • the integration of the former Norwest and the former Wells Fargo • future mergers and acquisitions • the integration of merged and acquired companies. We discuss in more detail on pages 36-39 these and other factors that could cause actual results to differ from those in our forward-looking statements. There are other factors not described in this report that could cause actual results to differ.

© 2001 Wells Fargo & Company. All rights reserved.



Doreen Woo Ho
President

### Home Equity

**Among top 10 lenders in most Wells Fargo banking states #1 in three states, #2 in six states**

- Portfolio: $18.4 billion, up 40%
- USA's #2 largest home equity lender
- USA's #1 Internet home equity lender
- Customers: 668,000

### Corporate Trust Services

- Rated North America's #1 trustee
- Trustee for privately-placed, asset-backed securities
- 7,968 issues worth $370 billion in debt



John E. Lindahl
Managing Partner

### Norwest Equity Partners norwesteq.com

**One of USA's oldest, largest private equity investment firms • Invests in management buyouts, media and communication services**

- Investments in 2000: $400 million
- Capital commitments: $1.5+ billion
- Norwest Mezzanine Partners I, LP: capitalized at $250 million
- Norwest Equity Partners VII, LP: capitalized at $800 million
- Offices: Los Angeles, Minneapolis



Promod L. Haque
Managing Partner

### Norwest Venture Partners norwestvp.com

**Venture capital for early stage emerging companies: information technology including software, communication systems and services**

- Investments in 2000: $497 million
- Capital commitments: $1.2+ billion
- Norwest Venture Partners VIII, LP: capitalized at $300 million
- Offices: Palo Alto, Calif. and Wellesley, Mass.



Mark C. Oman
Group EVP

## Wells Fargo Home Mortgage

### USA's #1 mortgage originator and servicer

- 2000 net income: $310 million
- 2000 originations: $76 billion
- 2000 servicing portfolio: $450 billion
- USA'S #1 lender to people of color
- USA's #1 lender to new home builders
- USA's #2 lender to low-moderate income homebuyers
- Among top 10 lenders in 48 of 50 states; #1 in eight states; among top five in 39 states
- Team members: 13,000
- Customers: 4.1 million
- Stores: 623 and presence in 663 Wells Fargo banking stores



| | Financial Review | | |
|---|---|---|---|
| 34 | Overview | 48 | Deposits |
| 36 | Factors That May Affect Future Results | 48 | Market Risk |
| 40 | Operating Segment Results | 49 | Derivative Financial Instruments |
| 40 | Earnings Performance | 49 | Liquidity and Capital Management |
| 40 | Net Interest Income | 51 | Comparison of 1999 to 1998 |
| 41 | Noninterest Income | 51 | Additional Information |
| 44 | Noninterest Expense | | Financial Statements |
| 44 | Earnings/Ratios Excluding Goodwill and Nonqualifying CDI | 52 | Consolidated Statement of Income |
| | | 53 | Consolidated Balance Sheet |
| 45 | Balance Sheet Analysis | 54 | Consolidated Statement of Changes in Stockholders' Equity and Comprehensive Income |
| 45 | Securities Available for Sale (table on page 63) | | |
| | | 55 | Consolidated Statement of Cash Flows |
| 45 | Loan Portfolio (table on page 64) | 56 | Notes to Financial Statements |
| 45 | Nonaccrual and Restructured Loans and Other Assets | 97 | Independent Auditors' Report |
| | | 98 | Quarterly Financial Data |
| 47 | Allowance for Loan Losses (table on page 66) | 100 | Index |

## Overview

Wells Fargo & Company is a $272 billion diversified financial services company providing banking, mortgage and consumer finance through stores, the Internet and other distribution channels throughout North America, including all 50 states, and elsewhere internationally. It ranks fourth in assets at December 31, 2000 among U.S. bank holding companies. In this Annual Report, Wells Fargo & Company and Subsidiaries is referred to as the Company and Wells Fargo & Company alone is referred to as the Parent.

On October 25, 2000, the merger involving the Company and First Security Corporation (the FSCO Merger) was completed, with First Security Corporation (First Security or FSCO) surviving as a wholly owned subsidiary of the Company. On November 2, 1998, the merger involving Norwest Corporation and the former Wells Fargo & Company (the WFC Merger) was completed. The FSCO Merger and the WFC Merger were accounted for under the pooling-of-interests method of accounting and, accordingly, the information included in the financial review presents the combined results as if the mergers had been in effect for all periods presented.

Certain amounts in the financial review for prior years have been reclassified to conform with the current financial statement presentation.

Net income in 2000 was $4,026 million, which included a loss of $220 million (after tax) for First Security for the first three quarters of 2000 and First Security related integration and conversion costs of $110 million (after tax) in the fourth quarter, compared with $4,012 million in 1999. Diluted earnings per common share were $2.33, compared with $2.29 in 1999, an increase of 2%.

Return on average assets (ROA) was 1.61% and return on average common equity (ROE) was 16.31% in 2000, compared with 1.78% and 17.55%, respectively, in 1999.

Diluted earnings before the amortization of goodwill and nonqualifying core deposit intangible ("cash" earnings) were $2.70 per share in 2000, compared with $2.62 per share in 1999. On the same basis, ROA was 1.94% and ROE was 30.89% in 2000, compared with 2.13% and 32.85%, respectively, in 1999.

Net interest income on a taxable-equivalent basis was $10,930 million in 2000, compared with $10,185 million a year ago. The Company's net interest margin was 5.35% for 2000, compared with 5.47% in 1999.

Noninterest income increased to $8,843 million in 2000 from $7,975 million in 1999, an increase of 11%, largely due to higher net venture capital gains, increased trust and investment fees and service charges on deposit accounts, primarily offset by net losses on sales of securities incurred in restructuring the Company's securities available for sale portfolio and net losses on sales of loans and securitizations associated with First Security prior to the FSCO Merger.

Noninterest expense totaled $11,830 million in 2000, compared with $10,637 million in 1999, an increase of 11%. The increase was primarily due to integration and conversion costs related to the WFC Merger, the FSCO Merger and other acquisitions.

The provision for loan losses was $1,329 million in 2000, compared with $1,104 million in 1999. During 2000, net charge-offs were $1,219 million, or .84% of average total loans, compared with $1,115 million, or .90%, during 1999. The allowance for loan losses was $3,719 million, or 2.31% of total loans, at December 31, 2000, compared with $3,344 million, or 2.51%, at December 31, 1999.

At December 31, 2000, total nonaccrual and restructured loans were $1,195 million, or .7% of total loans, compared with $728 million, or .5%, at December 31, 1999. Foreclosed assets were $128 million at December 31, 2000, compared with $161 million at December 31, 1999.

The ratio of common stockholders' equity to total assets was 9.63% at December 31, 2000 and 9.79% at December 31, 1999. The Company's total risk-based capital (RBC) ratio at December 31, 2000 was 10.43% and its Tier 1 RBC ratio was 7.29%, exceeding the minimum regulatory guidelines of 8% and 4%, respectively, for bank holding companies. The Company's RBC ratios at December 31, 1999 were 10.93% and 8.00%, respectively. The Company's leverage ratios were 6.49% and 6.76% at December 31, 2000 and 1999, respectively, exceeding the minimum regulatory guideline of 3% for bank holding companies.

Notes to Financial Statements

# Note 1: Summary of Significant Accounting Policies

Wells Fargo & Company and Subsidiaries (the Company) is a diversified financial services company providing banking, mortgage and consumer finance through about 6,000 stores, the Internet and other distribution channels throughout North America, including all 50 states, and elsewhere internationally. Wells Fargo & Company (the Parent) is a financial holding company and a bank holding company.

The accounting and reporting policies of the Company conform with generally accepted accounting principles (GAAP) and prevailing practices within the financial services industry. The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and income and expenses during the reporting period. Actual results could differ from those estimates. Certain amounts in the financial statements for prior years have been reclassified to conform with the current financial statement presentation.

On October 25, 2000, the merger involving the Company and First Security Corporation (the FSCO Merger) was completed, with First Security Corporation (First Security or FSCO) surviving as a wholly owned subsidiary of the Company. On November 2, 1998, the merger involving Norwest Corporation and the former Wells Fargo & Company (the WFC Merger) was completed. The FSCO Merger and the WFC Merger were accounted for under the pooling-of-interests method of accounting and, accordingly, the information included in the financial statements presents the combined results as if both mergers had been in effect for all periods presented.

The following is a description of the significant accounting policies of the Company.

## Consolidation

The consolidated financial statements of the Company include the accounts of the Parent, and its majority-owned subsidiaries, which are consolidated on a line-by-line basis. Significant intercompany accounts and transactions are eliminated in consolidation. Other subsidiaries and affiliates in which there is at least 20% ownership are generally accounted for by the equity method; those in which there is less than 20% ownership are generally carried at cost. These assets that are accounted for by either the equity or cost method are included in other assets.

## Securities

Securities are accounted for according to their purpose and holding period.

**SECURITIES AVAILABLE FOR SALE**  Debt securities that may not be held until maturity and marketable equity securities are classified as securities available for sale and are reported at fair value, with unrealized gains and losses, after applicable taxes, reported as a component of cumulative other comprehensive income. The estimated fair value of a security is determined based on current quotations, where available. Where current quotations are not available, the estimated fair value is determined based primarily on the present value of future cash flows, adjusted for the quality rating of the securities, prepayment assumptions and other factors. Declines in the value of debt securities and marketable equity securities that are considered other than temporary are recorded in noninterest income as a loss on securities available for sale. Realized gains and losses are recorded in noninterest income using the identified certificate method. For certain debt securities (for example, Government National Mortgage Association securities), the Company anticipates prepayments of principal in the calculation of the effective yield.

**TRADING SECURITIES**  Securities acquired for short-term appreciation or other trading purposes are recorded in a trading portfolio and are carried at fair value, with unrealized gains and losses recorded in noninterest income.

**NONMARKETABLE EQUITY SECURITIES**  Nonmarketable equity securities include the venture capital equity securities that are not publicly traded and securities acquired for various purposes, such as troubled debt restructurings and as a regulatory requirement (for example, Federal Reserve Bank stock). These securities are generally accounted for at cost and are included in other assets. The asset value is reduced when declines in value are considered to be other than temporary and the estimated loss is recorded in noninterest income as a loss from equity investments along with income recognized on these assets.

## Mortgages Held For Sale

Mortgages held for sale are stated at the lower of aggregate cost or market value. The determination of market value includes consideration of all open positions, outstanding commitments from investors, related fees paid and related hedging gains and losses. Gains and losses on sales of mortgages are recognized at settlement dates and are determined by the difference between sales proceeds and the carrying value of the mortgages. Gains and losses are recorded in noninterest income.

## Loans Held For Sale

Loans held for sale include those student loans which are classified as held for sale because the Company does not intend to hold these loans until maturity or sales of the loans are pending. Such loans are carried at the lower of aggregate cost or market value. Gains and losses are recorded in noninterest income, based on the difference between sales proceeds and carrying value.