IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841<br><br>**DECLARATION OF TERESA SWANSON** |
| THIS DOCUMENT RELATES TO ALL CASES | |

1. My name is Teresa Swanson. I am more than 18 years old, and I have personal knowledge of the statements in this declaration.

2. I have been employed by Wells Fargo (and/or its predecessor, Norwest), since 1988. I have worked within Wells Fargo's (and/or its predecessor, Norwest's) payroll processing departments since 1993. I have always been employed by Wells Fargo (and/or its predecessor, Norwest) in Minneapolis, Minnesota.

3. At present, I am a Vice President-Human Resources Manager within the Wells Fargo Corporate Human Resources department. More specifically, I manage a team of individuals in the Human Resources Data Services ("HRDS") group.

4. HRDS is responsible for ensuring that Wells Fargo payroll processing systems comply with various wage and hour laws. The individuals working within the HRDS group work exclusively in Minneapolis, Minnesota, and Des Moines, Iowa.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information in this declaration is true and correct. I carefully read all of the information in the declaration, and I made all necessary corrections.

_/s/ Teresa Swanson_
Teresa Swanson
Date: 3/20/08

WA 954401.1