1  SPENCER FANE BRITT & BROWNE LLP

2  Denise K. Drake         KS # 15800
   9401 Indian Creek Parkway
3  Indian Creek Parkway, Suite 700, Bldg. 40
   Overland Park, Kansas  66210
4  Telephone:  (913) 345-8100
   Facsimile:  (913) 345-0736
5
   Eric P. Kelly          KS # 22503
6  1000 Walnut Street, Suite 1400
   Kansas City, Missouri  64106
7  Telephone:  (816) 474-8100
   Facsimile:  (816) 474-3216
8
   *Lead Counsel for Defendants*

9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

11                                           )
   In re:                                    )    MDL No: 07-CV-1841
12                                           )
   WELLS FARGO LOAN PROCESSOR                )    **DEFENDANTS' NOTICE OF**
13 OVERTIME PAY LITIGATION                   )    **CONSTITUTIONAL CHALLENGE**
                                             )    **TO CAL. BUS. & PROF.**
14                                           )    **CODE §§ 17200 ET SEQ.**
   This document relates to ALL CASES        )
15                                           )
                                             )
16 _____)

17

18      TO THE COURT, THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ALL

19 PARTIES, AND THEIR ATTORNEYS OF RECORD:

20      Pursuant to Civil Local Rule 3-8(b), notice is hereby given that on March 20, 2008, Defendant

21 Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Defendant Wells Fargo Bank,

22 N.A., (hereinafter, "Defendants") moved the United States District Court, Northern District of California

23 to dismiss Plaintiffs' claims brought pursuant to California Business and Professions Code §§ 17200 *et*

24 *seq.* ("Section 17200"). Defendants' Motion asserts several bases for dismissal of Plaintiffs claims

25

1  brought pursuant to Section 17200, including that Section 17203, as amended in 1992, violates the
2  Commerce Clause of the United States Constitution.
3     Notice is hereby given that on April 28, 2008, at 2:00 PM, a hearing on matters raised in
4  Defendants' Motion to Dismiss Plaintiffs' 17200 Claims and Memorandum of Points and Authorities in
5  Support will take place before the Honorable Marilyn Hall Patel, District Court Judge, Northern District
6  of California. The hearing will be at Courtroom 15 in the United States Courthouse located at 450
7  Golden Gate Avenue, San Francisco, California

Dated: March 21, 2008

              Respectfully submitted,

              SPENCER FANE BRITT & BROWNE LLP

              s/ Eric P. Kelly
              Denise K. Drake   KS # 15800
              *ddrake@spencerfane.com*
              9401 Indian Creek Parkway
              Indian Creek Parkway, Suite 700, Bldg. 40
              Overland Park, Kansas 66210
              Telephone: (913) 345-8100
              Facsimile: (913) 345-0736

              Eric P. Kelly  KS # 22503
              *ekelly@spencerfane.com*
              1000 Walnut Street, Suite 1400
              Kansas City, Missouri 64106
              Telephone: (816) 474-8100
              Facsimile: (816) 474-3216

              *Lead Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Civil Local Rules 3-8(b) and 5-6, that on March 21, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record, including but not limited to the following:

George A. Hanson
hanson@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
*Lead Counsel for Plaintiff*

I hereby certify that on March 21, 2008, pursuant to Civil Local Rule 3-8(b) and consistent with California Business & Professions Code § 17209, a true and correct copy of the foregoing Notice and Defendants' Motion referenced herein was sent via FedEx, to the following address, designated on the Office of the California Attorney General's official Web site for service of papers, available at http://ag.ca.gov/contact/court.php:

Ronald A. Reitter
Supervising Deputy Attorney General
Office of the Attorney General
Consumer Law Section
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102-7004

                                                             s/ Eric P. Kelly
                                                             *Attorney for Defendants*