Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Defendants Wells Fargo Mortgage, a Division of Wells Fargo, N.A. and Wells Fargo, N.A., have associated Winston & Strawn LLP, 101 California Street, Suite 3900, telephone (415) 591-1000, facsimile (415) 591-1405, e-mail jfife@winston.com and rspagat@winston.com, as co-counsel of record in this matter in addition to the current law firm representing Defendants.

//

//

---

1
NOTICE OF ASSOCIATION OF COUNSEL

LA:209495.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 31, 2008 | SPENCER FANE BRITT & BROWNE LLP |
| 3 | | |
| 4 | | By: _____/s/_____<br>Denise Drake |
| 5 | | |
| 6 | Dated: March 31, 2008 | WINSTON & STRAWN LLP |
| 7 | | |
| 8 | | By: _____[signature]_____<br>Joan B. Tucker Fife<br>Robert Spagat |
| 9 | | |
| 10 | | Attorneys for Defendants<br>WELLS FARGO MORTGAGE, A DIVISION OF WELLS FARGO, N.A. AND WELLS FARGO, N.A. |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
NOTICE OF ASSOCIATION OF COUNSEL

LA:209495.1