Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>DECLARATION OF ERIC P. KELLY IN SUPPORT OF DEFENDANTS WELLS FARGO MORTGAGE, A DIVISION OF WELLS FARGO, N.A. AND WELLS FARGO N.A.'S MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT<br><br>Date: April 14, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

I, Eric P. Kelly, declare the following:

1.     I, along with Denise K. Drake, both of Spencer Fane Britt & Browne LLP, am counsel of record to Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Defendant Wells Fargo Bank, N.A. (collectively, "Wells Fargo"), the Defendants in the above-captioned proceedings. I make this declaration in support of Defendants' Motion to Strike Plaintiffs'

Consolidated Complaint. The declaration is based on my own personal knowledge, unless otherwise stated, and if called to testify, I could and would testify to the matters stated herein.

2. I have been engaged in formal and informal discovery throughout the course of the two actions consolidated in these pretrial proceedings. The parties began formal discovery in late September 2007, after the parties participated in mediation conducted by a private mediator.

3. In response to Plaintiffs' various Requests for the Production of Documents and Things served on September 24, 2007, Wells Fargo has engaged in a rolling production of documents whereby Wells Fargo has produced documents and things in response to various requests as they became available from reasonably accessible sources. Counsel for Plaintiffs agreed to and has never objected to this approach.

4. On March 17, 2008, counsel for Plaintiffs sent me a letter to address Wells Fargo's various objections, answers, and responses to written discovery. Counsel's letter was the first "meet and confer letter" received by counsel for Wells Fargo. Counsel for the parties are now actively engaged in addressing and attempting to resolve the various issues without court intervention. Counsel for Plaintiffs did not allege or assert in any way in the letter that Wells Fargo has engaged in any improper conduct or abuse during the course of discovery. To date, Plaintiffs have not filed a motion to compel in the consolidated proceedings on either of the consolidated cases.

5. I received an e-mail on March 20, 2008, regarding Plaintiffs' intent to file a "consolidated complaint" on March 21, 2008, from Eric Dirks of Stueve Siegel Hanson LLP, who serves as lead counsel for Plaintiffs in the above-captioned proceedings. Attached hereto as Exhibit 1 is a true and correct copy of the e-mail. The March 21 e-mail was the first notice to Wells Fargo of Plaintiffs' intent to file a "consolidated" or amended complaint.

6. Mr. Dirks did not Seek Wells Fargo's consent before Plaintiffs filed the "consolidated complaint." Wells Fargo did not consent to the filing of Plaintiffs' "consolidated complaint."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 31, 2008        By: _____
                                  Eric P. Kelly

2
DECLARATION OF ERIC P. KELLY ISO DEFENDANTS' MOTION TO STRIKE CONSOLIDATED COMPLAINT, MDL DOCKET NO. 1841
SF:202723.1