## Kelly, Eric

| | |
|---|---|
| **From:** | Dirks, Eric [dirks@stuevesiegel.com] |
| **Sent:** | Thursday, March 20, 2008 11:41 AM |
| **To:** | Kelly, Eric; Drake, Denise K. |
| **Cc:** | Hanson, George |
| **Subject:** | RE: Motion to Exceed Page Limits |

Eric,

I did not realize that Wells Fargo's motion was due so soon. In light of this timeline, I wanted to give you advanced notice that we are planning on filing a consolidated complaint tomorrow. The complaint incorporates facts learned in the past month of discovery -- including facts learned from the recently-produced documents and recent 30(b)(6) testimony. The complaint also expands the class definition. The timing of the amendment obviously creates some procedural issues. Most importantly, the amendment could affect what Wells Fargo wants to say in its 17200 issues motion to dismiss. As a result, we would not expect Wells Fargo to file its motion without seeing the amended complaint first. Let's chat this afternoon about how to address this issue. Also, we had planned on filing a motion to compel next week if the issues raised in my March 17, 2008 letter regarding discovery are not resolved. Because the discovery issues in this case may be changing, it might make sense to put those issues on hold as well. We are still planning on meeting the deadline for certification briefing, but we are obviously willing to work with you to make scheduling changes to the 17200 issues if your client needs more time.

-Eric

---

**From:** Dirks, Eric
**Sent:** Thursday, March 20, 2008 9:22 AM
**To:** 'Kelly, Eric'
**Cc:** Dirks, Eric
**Subject:** RE: Motion to Exceed Page Limits

We will stipulate to the page limit extension you requested and you have agreed that Wells Fargo will not oppose a reasonable request for a page limit extension for our response brief, if necessary.

---

**From:** Kelly, Eric [mailto:ekelly@spencerfane.com]
**Sent:** Wednesday, March 19, 2008 10:43 PM
**To:** Dirks, Eric
**Cc:** Hanson, George; Drake, Denise K.
**Subject:** Motion to Exceed Page Limits

Eric,

Thanks for your message.

Rather than filing our motion to exceed the page limits tonight (because of your message regarding a potential stipulation re same), I will call you early tomorrow morning to discuss, and if necessary, we can call the court. I will file our motion by 10:00 AM CDT if I cannot reach you by that time. As George indicated on a prior e-mail, you will not oppose such a motion but, as you might expect, we would prefer a stipulation on a routine issue such as page limits.

Eric

3/31/2008

*Eric P. Kelly*
*Spencer Fane Britt & Browne LLP*
*1000 Walnut Street, Suite 1400*
*Kansas City, MO 64106*
*(816) 292-8875 (phone)*
*(816) 474-3216 (facsimile)*
*<u>ekelly@spencerfane.com</u>*