Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF MONIQUE NGO-BONNICI IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT**<br><br>Date: April 14, 2008<br>Time:<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

Declaration of Monique Ngo-Bonnici In Support of Defendants' Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint; Case No. MDL Docket No. 1841

LA:209507.2

I, Monique Ngo-Bonnici declare:

1. I am an attorney duly authorized to practice before this Court and am an associate at the law firm of Winston & Strawn, LLP, counsel for Defendants Wells Fargo Mortgage, A Division of Wells Fargo, National Association, and Wells Fargo Bank National Association (collectively "Wells Fargo") in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. On January 23, 2007, during the *Bowne* class notice period, Plaintiffs Mary Basore and Brenda McMillian filed a complaint against Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, National Association and Wells Fargo Bank, National Association in the United States District Court for the Northern District of California, captioned *Basore and McMillian v. Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, National Association* and *Wells Fargo Bank, National Association.*

3. Under the current briefing schedule, Wells Fargo only has two weeks to oppose class certification. As a result, Wells Fargo has been diligent and focused in its investigation and collection of evidence to be used to oppose the anticipated Plaintiffs' Motion for class certification of loan processors.

4. Due to the fact that the *Basore* Complaint only identified Mortgage Processors, Mortgage Loan Specialists and Mortgage Sales Associates (collectively referred to in the *Basore* action and hereafter as "Loan Processors") as putative class members, defense efforts for the last several months have focused exclusively on seeking information about such employees of Wells Fargo Home Mortgage, not all non-exempt employees of all of the various Wells Fargo entities.

5. The Winston & Strawn attorneys working on the *Basore* matter have spent a large number of hours traveling to various locations throughout California, in an effort to gather evidence related solely to loan processors. We have focused solely on locations where Loan Processors work.

6. Had the putative class included all non-exempt employees of Wells Fargo from the outset, we would have planned and executed the process of gathering evidence differently, for example, by selecting alternative locations and interviewing employees in additional job

1

Declaration of Monique Ngo-Bonnici In Support of Defendants' Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint; Case No. MDL Docket No. 1841

LA:209507.2

1  classifications in addition to loan processors.

2      7.    Because of the possibility that the class might be expanded and Wells Fargo's
3  opposition to the class certification motion currently is due on April 30, 2008, Wells Fargo must
4  begin immediately gathering evidence to oppose class certification on a dramatically increased size
5  and scope. This endeavor would include gathering facts and evidence relevant to more than 100,000
6  current and former employees located throughout the country. It will be impossible to meaningfully
7  complete this process in time to oppose Plaintiff's class certification motion under the current
8  applicable deadline.

9      I declare under penalty of perjury of the laws of the United States of America that the
10  foregoing is true and correct.

11  Dated: March 31, 2008



_____
Monique Ngo-Bonnici

---

2

Declaration of Monique Ngo-Bonnici In Support of Defendants' Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint; Case No. MDL Docket No. 1841

LA:209507.2