Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT**<br><br>Date: April 14, 2008<br>Time:<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

[Proposed] Order on Defendants' Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint; Case No. MDL Docket No. 1841

LA:209594.1

The Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint ("Motion") of Defendants Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, National Association, and Wells Fargo Bank National Association (collectively "Wells Fargo") came on regularly for hearing before the Honorable Marilyn Hall Patel in the above-captioned court.

Having considered the papers filed in support of and in opposition to Wells Fargo's Motion, the pleadings and files in this action, and oral argument by counsel at the hearing on this Motion, the Court hereby rules as follows:

IT IS HEREBY ORDERED:

Wells Fargo's Motion is GRANTED; and Plaintiffs' Consolidated Complaint is stricken in its entirety, without leave to re-file.

Date:   April _____, 2008

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

---

1

[Proposed] Order on Defendants' Motion to Strike Consolidated Complaint And/Or Portions of Consolidated Complaint;
Case No. MDL Docket No. 1841

LA:209594.1