```
 1  George A. Hanson
    Eric L. Dirks
 2  STUEVE SIEGEL HANSON LLP
    460 Nichols Road, Suite 200
 3  Telephone:  816-714-7100
    Facsimile:   816-714-7101
 4  ATTORNEYS FOR PLAINTIFFS

 5  Denise K. Drake
    Eric P. Kelly
 6  SPENCER FANE BRITT & BROWNE LLP
    1000 Walnut, Suite 1400
 7  Kansas City, MO  64106
    Telephone:  816-474-8100
 8  Facsimile:   816-474-3216
    ATTORNEYS FOR DEFENDANTS
 9
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION TO EXPEDITE BRIEFING AND HEARING ON DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT** |

THIS STIPULATION AND AGREEMENT, pursuant to Local Rule 6-2, is made and entered into by and between Plaintiffs and Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation*, MDL 1841. The parties, by and through their counsel, jointly declare the following:

1. Plaintiffs filed a "Consolidated Complaint" on March 21, 2008.

2. Counsel for Defendants advised Plaintiffs' counsel on March 25, 2008, that Defendants will be filing a Motion to Strike the Complaint.

3. On March 28, 2008, Plaintiffs and Defendants agreed that an expedited briefing and hearing schedule on Defendants' Motion to Strike is appropriate to address the Motion to

Strike as soon as practicable, due to the intervening briefing and hearing schedules on Plaintiffs' claims brought pursuant to California Business & Professions Code §§ 17200 *et seq.* and class certification.

4. Accordingly, the parties hereby stipulate and agree to the following schedule for briefing and hearing Defendants' Motion to Strike:

- Defendants' moving papers will be filed and served March 31, 2008.
- Plaintiffs' opposition papers will be filed and served April 9, 2008, at 10:00 AM CDT (8:00 AM PDT).
- Defendants' reply papers will be filed and served by April 11, 2008.
- Hearing on Defendants' Motion to Strike will be held on April 14, 2008, at 2:00 PM.

5. The parties do not anticipate that the expedited schedule will effect the present schedule for this action. Rather, the expedited schedule will assist the parties in adhering to the present schedule for this action.

Signed and agreed to this 31st day of March, 2008.

| STUEVE SIEGEL HANSON LLP | SPENCER FANE BRITT & BROWNE LLP |
|---|---|
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Stueve Siegel Hanson LLP | Spencer Fane Britt & Browne LLP |
| 460 Nichols Road, Suite 200 | 1000 Walnut, Suite 1400 |
| Kansas City, Missouri, 64112 | Kansas City, MO 64106 |
| Telephone:  (816) 714-7100 | Telephone:  816-474-8100 |
| Facsimile:  (816) 714-7101 | Facsimile:  816-474-3216 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

2

WA 956154.1

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _____

_____
Marilyn Hall Patel
United States District Judge