**FILED**

APR 01 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

MAR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

In re:
WELLS FARGO HOME MORTGAGE
OVERTIME PAY LITIGATION

This document relates to ALL CASE

CASE NO. MDL Docket No. 1841 MHP

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

_____/

Norman E. Siegel, an active member in good standing of the bar of the State of Missouri whose business address and telephone number (particular court to which applicant is admitted) is

Stueve Siegel Hanson LLP
460 Nichols Road, Ste. 200
Kansas City, MO 64112

Telephone: (816) 714-7100
Facsimile: (816) 714-7101

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/31/08

Judge Marilyn Hall Patel