| Clerk's Use Only |
|---|
| Initial for fee pd.: |

STUEVE SIEGEL HANSON, LLP
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100

**FILED**
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:
WELLS FARGO HOME MORTGAGE
OVERTIME PAY LITIGATION

CASE NO. MDL Docket No. 1841
MHP

This document relates to ALL CASES

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

_____/

Pursuant to Civil L.R. 11-3, Norman E. Siegel, an active member in good standing of the bar of State of Missouri, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Charles Scott Russell, Callahan McCune & Willis, APLC, 111 Fashion Lane, Tustin, CA 92780, Phone: (714) 730-5700 Fax (714) 730-1642

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/26/08

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017542
Cashier ID: almaceh
Transaction Date: 03/28/2008
Payer Name: STUEVE SIEGEL HANSON LLP
------------------------------------
PRO HAC VICE
 For: N E SIEGEL
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 16429
 Amt Tendered:  $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

MDL 07-1841 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```