George A. Hanson
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone:  816-714-7100
Facsimile:   816-714-7101
**Lead Counsel for Plaintiffs**

Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone:  816-474-8100
Facsimile:   816-474-3216
**Lead Counsel for Defendants**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO WELLS FARGO'S MOTION TO DISMISS AND [PROPOSED] ORDER** |

THIS STIPULATION AND AGREEMENT, pursuant to Local Rule 6-2, is made and entered into by and between Plaintiffs and Defendant Wells Fargo and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841.  The parties, by and through their counsel, jointly declare the following:

1. Wells Fargo Filed a Motion to Dismiss Plaintiffs' Nationwide Cal. Bus. & Prof. Code § 17200 claims on March 20, 2008.

2. Pursuant to a previous stipulation of the parties, Plaintiffs' response brief was to be due on April 4, 2008.

3. For the reasons set out in the April 4, 2008 Stipulation of Eric Dirks (attached as Exhibit 1), Plaintiffs seek an extension until April 7, 2008 to file their responsive brief.

WA 954395.1

4.  On August 4, 2008, Wells Fargo agreed to the extension requested by Plaintiffs.

5.  The parties hereby agree and stipulate that Plaintiffs shall have until April 7, 2008 to file their Response to Wells Fargo's Motion to Dismiss.

Signed and agreed to this 4th day of April, 2008.

| **STUEVE SIEGEL HANSON LLP** | **SPENCER FANE BRITT & BROWNE LLP** |
|---|---|
| s/ Eric L. Dirks | s/ Eric P. Kelly |
| George A. Hanson | Denise K. Drake |
| hanson@stuevesiegel.com | ddrake@spencerfane.com |
| Eric L. Dirks | Eric P. Kelly |
| dirks@stuevesiegel.com | ekelly@spencerfane.com |
| Ashlea G. Schwarz | Spencer Fane Britt & Browne LLP |
| ashlea@stuevesiegel.com | 1000 Walnut, Suite 1400 |
| Stueve Siegel Hanson LLP | Kansas City, MO 64106 |
| 460 Nichols Road, Suite 200 | Telephone:   816-474-8100 |
| Kansas City, Missouri, 64112 | Facsimile:   816-474-3216 |
| Telephone:   (816) 714-7100 | |
| Facsimile:   (816) 714-7101 | ***Lead Counsel for Defendants*** |

***Lead Counsel for Plaintiffs***

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Marilyn Hall Patel
United States District Judge

WA 954395.1