George A. Hanson
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone: 816-714-7100
Facsimile: 816-714-7101
*Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL No. 07-CV-1841 |
| THIS DOCUMENT RELATES TO ALL CASES | **DECLARATION OF ERIC DIRKS IN SUPPORT OF STIPULATION OF EXTENSION OF TIME TO RESPOND TO WELLS FARGO'S MOTION TO DISMISS** |

I, Eric L. Dirks, declare as follows:

1. I am an attorney with the law firm of Stueve Siegel Hanson LLP, counsel of record to the Plaintiffs in this action. This declaration is based on my own personal knowledge and if called to testify I could and would testify to the matters stated herein.

2. Plaintiffs' counsel have had a significant amount of traveling, depositions and briefing in other matters over the past two weeks. Further, Plaintiffs' counsel are in the process of reviewing recently-produced documents that may have an impact on the issues related to Wells Fargo's Motion to Dismiss.

3. As a result of the foregoing, the parties have stipulated to extend Plaintiffs' response deadline from April 4, 2008 to April 7, 2008.

4. The parties have previously stipulated to alter the briefing and hearing schedule on Wells Fargo's Motion to Dismiss Plaintiffs' Nationwide § 17200 claims. In particular, this Court entered a November 13, 2007 Case Management Order that, among other matters, set forth

WA 954395.1

an Initial Briefing Schedule for issues pertaining to the applicability of California Business and Professional Code §§ 17200 ("17200 Issues"). The initial order scheduled briefing to be completed in time for a February 25, 2008 hearing. Because of the significant amount of discovery and legal issues in this case, the parties previously filed stipulations to amend the Case Management Order regarding the discovery and briefing schedule for the 17200 Issues on December 31, 2008 and February 5, 2008.

5. This stipulation extending Plaintiffs' response deadline will not affect the other schedules in this case and will not affect the April 28, 2008 hearing date set for Wells Fargo's Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 4th day of April, 2008.

_____
Eric L. Dirks

WA 954395.1