George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL – PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' EXPEDITED MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date: April 14, 2008<br>Time: 2:00 PM<br>Dept: 15<br>Judge: Hon. Marilyn Hall Patel |

Pursuant to local rule 79-5(d) Plaintiffs bring this administrative motion to file under seal. In Plaintiffs' Opposition to Wells Fargo's Motion to Strike Plaintiffs' Consolidated Complaint, Plaintiffs reference and attach a document produced by Wells Fargo in discovery and marked as "Confidential." Pursuant to the September 5, 2007 protective order in place in this case (Doc. 5), the parties "shall exercise reasonable care not to disclose information contained in these confidential documents by placing them in the public record in this case."

When a party wishes to use a document designated as "confidential" by another party, it must file an Administrative Motion and follow the provisions of Rule 79-5. *See* Local Rule 79-

5(d). The burden is then upon the designating party (Wells Fargo) to establish that its confidential document is sealable. *Id.*

On April 9, 2008, pursuant to Local Rule 79-5(d), Plaintiffs filed a sealed Opposition to Wells Fargo's Motion to Strike Plaintiffs' Consolidated Complaint.

**Dated: April 9, 2008**

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


By:       /s/ George A. Hanson
    George A. Hanson
    hanson@stuevesiegel.com
    Norman E. Siegel
    siegel@stuevesiegel.com
    Eric L. Dirks
    dirks@stuevesiegel.com
    Ashlea G. Schwarz
    ashlea@stuevesiegel.com
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    Telephone:    (816) 714-7100
    Facsimile:    (816) 714-7101

    **LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Denise K. Drake
>ddrake@spencerfane.com
>Eric P. Kelly
>ekelly@spencerfane.com
>Spencer Fane Britt & Browne
>1000 Walnut, Suite 1400
>Kansas City, MO 64106
>PH:   816-474-8100
>FAX:  816-474-3216
>
>ATTORNEYS FOR DEFENDANT

    /s/ George A. Hanson
Attorney for Plaintiffs