# EXHIBIT 2

GLR/jkm

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRUDY BOWNE,
et al.,

                Plaintiffs,

v.                                      Case No. 06-2020-CM-GLR

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                Defendant.

## SCHEDULING ORDER

On August 1, 2006, pursuant to Fed. R. Civ. P. 16(b), the court conducted a scheduling conference in this case with the parties.[1] Plaintiffs appeared through counsel George A. Hanson. Defendant appeared through counsel Michael C. Leitch and Eric Kelly.

**1.**     **Alternative Dispute Resolution (ADR)** is deferred at this time.

**2.**     **Discovery.**

        a.    The parties shall be accorded limited but reasonable time to complete discovery after resolution of the pending Motion to Certify Class (doc. 13).

        b.    The parties intend to serve disclosures and discovery electronically, as permitted by D. Kan. Rules 5.4.2 and 26.3.

---

[1] As used in this scheduling order, the term "plaintiff" includes plaintiffs as well as counterclaimants, cross-claimants, third-party plaintiffs, intervenors, and any other parties who assert affirmative claims for relief. The term "defendant" includes defendants as well as counterclaim defendants, cross-claim defendants, third-party defendants, and any other parties who are defending against affirmative claims for relief.

3. **Motions.**

    a.    The parties shall be accorded limited but reasonable time to join other parties, amend the pleadings, and file motions upon resolution of the pending Motion to Certify Class (doc. 13).

    b.    A final pretrial conference will be scheduled at a later date.

4. **Other Matters.**

    a.    The parties agree that principles of comparative fault do not apply to this case.

    b.    Pursuant to Fed. R. Civ. P. 16(a), a status conference is scheduled for **October 31, 2006 at 11:15 a.m.** by telephone conference call, to be initiated by the magistrate judge.

    c.    The parties are not prepared to consent to trial by a U.S. Magistrate Judge at this time.

IT IS SO ORDERED.

Dated this 9th day of August 2006, at Kansas City, Kansas.

                              s/ Gerald L. Rushfelt
                              Gerald L. Rushfelt
                              U.S. Magistrate Judge

cc:    All counsel and *pro se* parties