# EXHIBIT 7

## Kelly, Eric

| | |
|---|---|
| **From:** | Drake, Denise K. |
| **Sent:** | Monday, August 14, 2006 2:12 PM |
| **To:** | 'Hanson, George' |
| **Cc:** | Dirks, Eric; Leitch, Michael; Kelly, Eric |
| **Subject:** | Job Descriptions |

I now understand that we **do** have various job descriptions. I wish we would have had these before we filed our opposition.
They are helpful. They vary, even with the same title....although some are the same. We will get what we are getting sent to you ASAP.
Maybe the rest of the information will be like this -- I just keep getting happier and happier. (I love big companies; they are funny.)

Denise K. Drake
Spencer Fane Britt & Browne LLP
Mobile 816-550-7557
ddrake@spencerfane.com
www.spencerfane.com

Missouri Office:
816-292-8210 or 1-800-526-6529
1000 Walnut, Suite 1400
Kansas City, MO 64106
Fax 816-474-3216

Kansas Office:
913-327-5110 or 1-800-526-6529
Suite 700, 40 Corporate Woods
9401 Indian Creek Parkway
Overland Park, KS 66210
Fax: 913-345-0736

Home 913-851-9093
Other 573-372-5669

NOTICE: This electronic mail transmission constitutes an attorney-client communication which is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by Reply e-mail or by calling **(816)474-8100**, so that our address record can be corrected.

4/10/2008