# EXHIBIT 8

### Drake, Denise K.

| | |
|---|---|
| **From:** | Hanson, George [hanson@sshwlaw.com] |
| **Sent:** | Monday, August 14, 2006 3:16 PM |
| **To:** | Drake, Denise K. |
| **Cc:** | Dirks, Eric; Leitch, Michael; Kelly, Eric |
| **Subject:** | RE: Job Descriptions |

Thank you for sending me the job descriptions. I look forward to hearing the status of the time and compensation records as soon as you know. Thanks.


**George A. Hanson**
Stueve Siegel Hanson Woody LLP
330 West 47th Street
Kansas City, MO 64112
816-714-7115 tel
816-714-7101 fax
Visit us on the web at http://www.sshwlaw.com

The information contained in this message from Stueve Siegel Hanson Woody LLP, any attachments thereto, and any information contained in messages replying to this message are privileged and confidential. This message is intended only for the use of the named recipient(s) and the attorney-client and attorney work-product privileges are not waived by virtue of this having been sent by e-mail. If you receive this message in error, you are strictly prohibited from, and it may be illegal to, copy, distribute or use the information. Please contact the sender immediately by return e-mail and delete the original message.

> -----Original Message-----
> **From:** Drake, Denise K. [mailto:DDrake@spencerfane.com]
> **Sent:** Monday, August 14, 2006 2:12 PM
> **To:** Hanson, George
> **Cc:** Dirks, Eric; Leitch, Michael; Kelly, Eric
> **Subject:** Job Descriptions
>
> I now understand that we **do** have various job descriptions. I wish we would have had these before we filed our opposition.
> They are helpful. They vary, even with the same title....although some are the same. We will get what we are getting sent to you ASAP.
> Maybe the rest of the information will be like this -- I just keep getting happier and happier. (I love big companies; they are funny.)
>
> Denise K. Drake
> Spencer Fane Britt & Browne LLP
> Mobile 816-550-7557
> ddrake@spencerfane.com
> www.spencerfane.com

Missouri Office:
816-292-8210 or 1-800-526-6529
1000 Walnut, Suite 1400
Kansas City, MO 64106
Fax 816-474-3216

Kansas Office:
913-327-5110 or 1-800-526-6529
Suite 700, 40 Corporate Woods
9401 Indian Creek Parkway
Overland Park, KS 66210
Fax: 913-345-0736

Home 913-851-9093
Other 573-372-5669

NOTICE: This electronic mail transmission constitutes an attorney-client communication which is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by Reply e-mail or by calling **(816)474-8100**, so that our address record can be corrected.