Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>SUPPLEMENTAL DECLARATION OF ERIC P. KELLY IN SUPPORT OF DEFENDANTS WELLS FARGO MORTGAGE, A DIVISION OF WELLS FARGO, N.A. AND WELLS FARGO N.A.'S MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT<br><br>Date: April 14, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

I, Eric P. Kelly, declare the following:

1.      I, along with Denise K. Drake, both of Spencer Fane Britt & Browne LLP, am counsel of record to Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Defendant Wells Fargo Bank, N.A. (collectively, "Wells Fargo"), the Defendants in the above-captioned proceedings. I make this declaration in support of Defendants' Motion to Strike Plaintiffs'

1

1  Consolidated Complaint. The declaration is based on my own personal knowledge, unless otherwise
2  stated, and if called to testify, I could and would testify to the matters stated herein.
3      2.    I have been engaged in formal and informal discovery throughout the course of the
4  two actions consolidated in these pretrial proceedings.
5      3.    The parties began formal discovery in late September 2007, after the parties
6  participated in mediation conducted by a private mediator. However, in August 2006, Wells Fargo
7  voluntarily produced documents in various categories identified and requested by the named
8  Plaintiffs in *Bowne v. Wells Fargo Bank, N.A.*, No. 06-2020 (D. Kan.).
9      4.    On ***August 14, 2006***, Wells Fargo produced documents in the limited categories
10 requested by the *Bowne* Plaintiffs, including personnel files, employee handbooks, and job
11 descriptions. Specifically, Wells Fargo produced documents with bates labels in the range of
12 WF000001 through WF001219. True and accurate copies of various documents within this bates
13 label range produced to the *Bowne* Plaintiffs on August 14, 2006, are attached hereto as Exhibits 1,
14 2, 3, and 4.

16     I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.

19 Dated: April 10, 2008        By: _/s/ Eric P. Kelly_
20                                         Eric P. Kelly

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

DECLARATION OF ERIC P. KELLY ISO DEFENDANTS' MOTION TO STRIKE CONSOLIDATED COMPLAINT