# EXHIBIT 1

# Employee Profile

**Confidential**

Position Requisition: Complete sections A, B, D & K   Hire: Complete sections A through F & K

**Effective Date of Action:**

| | Position Requisition Date: | |
|---|---|---|
| ☐ New Hire | ☐ Rehire | ☐ Termination |
| ☐ Position Change | ☐ Co. Transfer | ☐ Same Co. Move |
| ☐ Performance Review | ☐ Salary/Draw Change | ☐ Other: |

## Employee Information

| Name | Social Security Number | Employee Number | Corporate Hire Date | Company Hire Date |
|---|---|---|---|---|
| LOVRIEN, AMIE L | | 496112 | 11-01-01 | 11-01-01 |

**Supvr Position No:** 34112
**Supvr Name:** ADAM, JULIE W
**Job Title:** BRSLSMGR2
**Department:** WF HM MRTG
**MAC:** N8221-011
**Work Phone:** 712/277-7137

New Hire Address: Street Address, City, State, Zip Code

## Position Information

☐ Replace: Name:                    ☐ Eliminate Position Number

| Position Number | Position Date | Reason | Company Number | Name | Department Number | Location Number: | Name: |
|---|---|---|---|---|---|---|---|
| 602559 | 05-15-03 | L | 089 | WF HM MRTG | 89 | 56 | SX CTY-4TH |

| AU | Job Number | Job Title | Salary Plan | Threshold | Market Reference Point | Maximum | Ex/Non | Date in Job |
|---|---|---|---|---|---|---|---|---|
| 7059 | 503029 | MORTGAGE ASSISTANT | 003 | 18,700.00 | 24,600.00 | 30,500.00 | N | 02-23-04 |

| Work phone | MAC | Employment Class: REGULAR | Shift code: 1 | ☐ Regular (30 - 40 hrs) ☐ Part-time (17.5 - 29 hrs) ☐ Flexible ☐ Standard hrs |
| 712/233-4248 | N8221-011 | | | ☐ First ☐ Second ☐ Third   40.00 |

## Salary Information

**Effective Date:** 02-23-04    **Expected review date:** 01-02-05

| Salary reason | Rate | Salary | Amount of change | % of change | C/R | Draw code: Start date: Semi mo 1: |
|---|---|---|---|---|---|---|
| 0 | A | 34,000.00 | 6,000.00 | 21.42 | 138.21 | Stop date: |

| LOA Type | Begin date | End date |
|---|---|---|
| CML | 11-22-03 | 02-22-04 |

Expected return date

## Career Information

| Rating | Date |
|---|---|
| 3 | 03-01-03 |
| 4 | 03-01-02 |

Expected Review Date

| Effective date | Reason | Job title | Salary | Ex/Non Company | Term |
|---|---|---|---|---|---|
| 05-15-03 | O | MORTGAGE SALES ASSOC | 28,000.00 | N WF HM MRTG | |
| 01-01-03 | L | MORTGAGE CONS-RENOVA | 0.00 | E WF HM MRTG | |
| 12-01-02 | O | MORTGAGE CONSULTANT | 0.00 | E WF HM MRTG | |
| 07-01-02 | O | MORTGAGE ASSISTANT | 27,000.00 | N WF HM MRTG | |

Draw code:
Start date:
Semi mo 1:
Stop date:

Term code   Term date

Paid time off to be paid:
☐ Days:  -or-  ☐ Hours:

## Approvals

| First level | Ext. | Date |
| Second level | Ext. | Date |
| Additional Apprv | Ext. | Date |
| HR Approval | | |

## Comments

## Position Change:

- **Position Requisition:** Check if this is a position requisition.
- **New Hire:** Check if the employee is being hired from outside of Wells Fargo.
- **Co. Transfer:** Check if the employee is transferring to a position in another Wells Fargo company with no break in service.
- **Same Co. Move:** Check if the employee is moving to a position within the same Wells Fargo company.
- **Position/Job Change:** Check for a change to position/job information.
- **Rehire:** Check if the employee previously worked for a Wells Fargo company.
- **Salary/Draw Change:** Check for a change to compensation (sections E or F).
- **Performance Review:** Check for a performance appraisal.
- **Termination:** Check for an employee who is terminating employment from Wells Fargo.
- **Other:** Check for other types of changes.

## Employee Information:

- **Name:** The name of the employee.
- **Social Security Number:** The social security number of the employee.
- **Employee number:** The number of the employee as assigned by HRIS.
- **Corp Hire date:** The original date the employee was hired by a Wells Fargo company. If an employee is a rehire within the last 6 months, then the original hire date does not change.
- **Company Hire date:** The date the employee was hired by the current Wells Fargo company.

## Position Action: This must be completed when replacing or eliminating a position.

- **Position Number:** The number of the position in the company.
- **Position date:** Date position change is effective.
- **Reason:** The code that identifies the reason for the position change. Valid codes are:
  - A – Acquired/Acquisition (HR only)
  - D – Demotion
  - L – Lateral
  - P – Promotion
  - R – Reclassification
  - O – Reorganization (HR Only)
  - U – Position Update

## Position Information:

- **Company number:** The number of the company which the position is assigned.
- **Company name:** The name of the company to which the position is assigned.
- **Department number:** The number of the department to which the position is assigned.
- **Department name:** The name of the department to which the position is assigned.
- **Location number:** The number of the building where the position is located (assigned by HRIS).
- **Location name:** The name of the building where the position is located.
- **Job Number:** The number of the job which the position is assigned.
- **Job title:** The name of the job to which the position is assigned.
- **Salary Plan:** The code that identifies a group of different regions of the country that have similar market wage levels.
- **Market Reference Point:** The range of competitive pay associated with a particular job.
- **Exmtion:** The FLSA category (exempt/non-exempt) assigned to the job.
- **Date in job:** The date the employee began working in current job.
- **Work phone:** The work phone for the position.

- **AU:** The AU to which the compensation is charged (Cost Center).
- **MAC:** The MAC to which mail should be delivered.
- **Employment Class:** The code identifies the position's work status as regular, part-time or flexible.
- **Shift:** The work shift the position is scheduled to work.
- **Standard Hours:** The number of hours the position is regularly paid for each week.

### Salary Change

- **Effective Date:** The date the salary change is effective.
- **Expected review date:** The next expected salary review for the employee.
- **Reason:** The code that identifies the reason for the salary change. Valid codes are:
  - H – Hire (HR Only)
  - M – Merit
  - O – Salary Adjustment
  - P – Promotion
  - R – Rehire (HR Only)
  - T – Salary Change – Wells Fargo Transfer (HR Only)
- **Rate:** The salary rate. (A = Annual or H = Hourly)
- **Salary:** The salary amount based on the salary rate.
- **Amount of change:** The amount of change for the current salary.
- **% of change:** The percent of change for the current salary.
- **C/R:** Compa-ratio.

### Draw

- **Draw code:** The code assigned to the type of additional earnings. Valid codes are:
  - 700 – Retail/Wholesale Guaranteed Commission Draw
  - 701 – Retail/Wholesale Commission Draw
- **Start date:** The effective date of the additional earnings code.
- **Semi-mo $:** The semi-monthly amount of the additional earnings.
- **Stop date:** The effective stop date of the additional earnings code.

### Performance Review

- **Rating:** The employee's performance rating. Valid codes are:
  - 1 – Significantly below all key objectives
  - 2 – Met some but not all key objectives
  - 3 – Met all and may have exceeded some key objectives
  - 4 – Consistently above all key objectives
  - 5 – Significantly above all key objectives
- **Date:** The effective date of the performance rating.
- **Exp. review date:** The next expected performance review date.

### LOA

- **LOA Type:** The code assigned to the type of leave. Valid codes are:
  - ASN – Administrative Short term Leave No Pay
  - CMD – Certified Medical Leave (Mortgage)
  - FNP – Family Leave No Pay
  - FWP – Family Leave with Pay
  - JBS – Job Search – Released to work & Job No Longer Available
  - LPP – LTD Application Pending – Partial Return
  - LPR – LTD Application Approved – Partial Return
  - LTD – Disabled – receiving LTD
  - LTP – Long Term – Application Pending
  - MNP – Military No Pay
  - MSP – Military Supplemental Pay
  - MVP – Military with Pay
  - PRD – Partial Return Disability
  - RWS – Reduced Work Schedule
  - SBR – Severance Bridge to Retirement (HR Only)
  - SCL – Salary Continuation Leave (HR Only)
  - SML – Certified Medical Leave - 6 wks or less
  - SNP – Short Term No Pay
  - STD – Short Term Disability (full pay)
  - SUL – Unpaid Administrative Leave (HR Only)
  - XWP – Special Leave With Pay

### Worker's Compensation Codes:

- WCA – Worker's Compensation Pay Only
- WCD – Worker's Compensation (supp pay)
- WCP – Worker's Compensation (partial pay)
- WHD – Work Hardening Disability
- WHL – Worker's Comp & LTD Benefits w/Partial Hours
- WLD – LTD – Offset by Worker's Compensation

- **Begin date:** The beginning date of the LOA TYPE.
- **End date:** The ending date of the LOA type.
- **Expected return date:** The date the employee is expected to return.

**Term code:** The code identifying the reason for termination. Valid codes are:

### Termination Codes (voluntary)

- AJ – Abandoned Job
- D – Deceased
- JA – Accepted another job
- LC – Relocated/moved away
- PR – Personal/Family reasons
- RS – To attend school
- VB – Voluntary – Benefits/Compensation
- VC – Voluntary – Coworkers
- VM – Voluntary – Supervisor/Management
- VO – Voluntary – Career opportunities
- VR – Voluntary – Performance review/counseling
- VW – Voluntary – Hours/Policy/Working conditions

### Termination Codes (Involuntary)

- AC – Assignment completed for flexible team member
- AT – Excessive absenteeism/tardiness
- BC – Background check negative
- RP – Failed to perform job duties
- TH – Theft
- VP – Violation of code of conduct/ethics, company policy/work rules, falsification of company documents, destruction of company property.
- **Term date:** The effective date of termination.
- **Paid time off to be paid:** The number of days or hours to be paid upon termination.

### Human Resources Only

**All Terminations:**
- Additional comments regarding the termination can be written in Section L.
- Refer to local procedures regarding unemployment processing.

WF000583