# EXHIBIT 2

# Handbook
## for Wells Fargo Team Members

This book describes employment policies in effect as of April 1, 2001, and supersedes all previous communications, written or oral, regarding these policies. These policies were created by Wells Fargo & Company, and many Wells Fargo companies have adopted them. Throughout this book, when you see the term "Wells Fargo" or "the company," it means the Wells Fargo company that employs you directly.



DEPOSITION EXHIBIT 2  11-13-07

WF000720

# Handbook
## Table of Contents

**Introduction**
- About This Handbook .................................................................... 1
- Other Resources ............................................................................. 1

**Chapter 1: The Business of Wells Fargo**
- 1.1 - Our History and Organization ................................................ 4
- 1.2 - Our Vision and Values ........................................................... 4
- 1.3 - Our Business: Customers and You ........................................ 6
- 1.4 - People as a Competitive Advantage ...................................... 7
- 1.5 - Diversity in the Workplace ................................................... 8
- 1.6 - Fair Lending Statement ......................................................... 8
- 1.7 - Best Practices ........................................................................ 9

**Chapter 2: Employment & Hiring**
- 2.1 - Wells Fargo's Approach ....................................................... 12
- 2.2 - Employment at Will ............................................................. 12
- 2.3 - Affirmative Action, Equal Employment Opportunity and Diversity .... 12
- 2.4 - Employment & Hiring Overview ........................................ 14
- 2.5 - Employment of Friends & Relatives ................................... 14
- 2.6 - Internal Job Opportunities ................................................... 15
- 2.7 - External Recruitment ........................................................... 16
- 2.8 - Background Checks ............................................................. 17
- 2.9 - Verifying Employment Eligibility ...................................... 17
- 2.10 - Breach of Trust or Dishonesty ........................................... 17

**Chapter 3: Workplace Conduct**
- 3.1 - Wells Fargo's Approach ....................................................... 20
- 3.2 - About Our Code of Ethics and Business Conduct ............. 20
- 3.3 - Team Member Communications ......................................... 21
- 3.4 - Language Policy ................................................................... 23
- 3.5 - About Our Information Security Policies ........................... 23
- 3.6 - Personal Information & Property ........................................ 24
- 3.7 - Attendance & Punctuality .................................................... 26
- 3.8 - Travel Guidelines ................................................................. 27
- 3.9 - Professionalism .................................................................... 28
- 3.10 - Personal Relationships at Work ........................................ 29
- 3.11 - Harassment ......................................................................... 29
- 3.12 - Solicitation and Distribution .............................................. 33



|  |  |  |
|---|---|---|
|  | 3.13 - Gambling | 34 |
|  | 3.14 - Violence-free Workplace | 34 |
|  | 3.15 - Drug-free Workplace | 35 |
|  | 3.16 - Smoke-free Workplace | 36 |
|  | 3.17 - Fitness for Duty | 36 |
| **Chapter 4:** | 4.1 - Wells Fargo's Approach | 38 |
| **Performance &** | 4.2 - Learning & Development | 38 |
| **Problem-Solving** | 4.3 - Performance Management Process | 39 |
|  | 4.4 - Performance Counseling & Corrective Action | 41 |
|  | 4.5 - Dispute Resolution | 42 |
|  | 4.6 - Third Party Representation | 44 |
| **Chapter 5:** | 5.1 - Wells Fargo's Approach | 46 |
| **Compensation** | 5.2 - Employment Classifications & Jobs | 46 |
|  | 5.3 - Prorated Salaries | 48 |
|  | 5.4 - Shift Differential | 48 |
|  | 5.5 - Work Hours | 49 |
|  | 5.6 - Overtime | 49 |
|  | 5.7 - Overtime Pay & Holiday Pay | 50 |
|  | 5.8 - Merit Reviews | 51 |
|  | 5.9 - Promotions | 52 |
|  | 5.10 - Other Job Changes | 53 |
|  | 5.11 - Incentive Plans | 53 |
|  | 5.12 - Awards & Prizes | 54 |
|  | 5.13 - Getting Paid | 54 |
| **Chapter 6:** | 6.1 - Wells Fargo's Approach | 58 |
| **Time Off** | 6.2 - Paid Time Off | 58 |
|  | 6.3 - Holidays | 62 |
|  | 6.4 - Other Paid Time Off | 63 |
|  | 6.5 - Leaves of Absence for Medical Reasons | 64 |
|  | 6.6 - Other Leaves of Absence | 69 |
| **Chapter 7:** | 7.1 - Wells Fargo's Approach | 72 |
| **Safety & Health** | 7.2 - Loss Prevention & Regulatory Responsibilities | 72 |
|  | 7.3 - Hazard Communication | 73 |
|  | 7.4 - Corporate Business Continuity Planning | 73 |
|  | 7.5 - Working with an Illness or Disability | 75 |

| | | |
|---|---|---|
| **Chapter 8:**<br>**Programs & Services** | 8.1 - Wells Fargo's Approach | 78 |
| | 8.2 - Corporate Responsibility | 78 |
| | 8.3 - Community Development | 79 |
| | 8.4 - Wells Fargo Foundation & Corporate Contributions Programs | 80 |
| | 8.5 - Purchasing from Minority-, Women- and Disabled-Owned Vendors | 80 |
| | 8.6 - Volunteer Activities | 81 |
| | 8.7 - Volunteer Leave Program | 82 |
| | 8.8 - Educational Matching Gifts | 82 |
| | 8.9 - Scholarships for Dependent Children | 82 |
| | 8.10 - Education Reimbursement | 84 |
| | 8.11 - Library Services | 85 |
| | 8.12 - Employee Assistance Consulting | 86 |
| **Chapter 9:**<br>**Leaving Wells Fargo** | 9.1 - Wells Fargo's Approach | 88 |
| | 9.2 - Voluntary Termination | 88 |
| | 9.3 - Involuntary Termination | 88 |
| | 9.4 - Retirement | 90 |
| | 9.5 - After Leaving Wells Fargo | 90 |
| **Appendix A:**<br>**Code of Ethics and**<br>**Business Conduct** | I. Wells Fargo's Approach | 92 |
| | II. Serve Wells Fargo's Best Interests | 92 |
| | III. Preserve Confidentiality | 93 |
| | IV. Avoid Conflicts of Interest | 96 |
| | V. Code Administration | 103 |
| | VI. EthicsLine | 106 |
| **Appendix B:**<br>**Information Security**<br>**Policy** | Electronic Communication Systems Use Policy | 108 |
| | Information Protection Policy | 108 |
| | More Information | 112 |
| **Glossary** | Glossary | 113 |
| **Index** | Index | 123 |

Table of Contents

**Differential Amount**   The chart below defines the shifts and differential. To receive the differential for shift 2 or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50% across two shifts, you're paid at the higher shift differential for all hours worked.

### Determining Differential Pay

| Shift Code | Majority of Scheduled Hours Worked | Differential |
|---|---|---|
| 1 | 9 a.m. - 7 p.m. | None |
| 2 | 7 p.m. - 3 a.m. | 10% of base salary |
| 3 | 3 a.m. - 9 a.m. | 12% of base salary |

**When It Doesn't Apply**   The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 46) aren't eligible for shift differential.

## 5.5 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 46). If you're in a "nonexempt" position (see "Overtime" below), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.

**Meal Periods**   If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor.

Meal periods are considered unpaid time. However, if for any reason you're required to work or stay at your workstation during your meal period, it's considered paid time.

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 50). In some locations, there may also be state laws governing overtime pay.

The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor.

WF000773

| | |
|---|---|
| **Reporting Overtime** | If you're in a nonexempt position, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance.<br><br>*Important: While you'll be paid for all overtime hours worked, if you work unauthorized overtime it can be grounds for corrective action.* |

## 5.7 - Overtime Pay & Holiday Pay

In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt.

| | |
|---|---|
| **Exempt** | If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 62). |
| **Nonexempt Overtime** | Weekly –If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 49).<br><br>Daily –Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area.<br><br>Non-overtime Extra Hours –If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate. |
| **Nonexempt Holidays** | Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 46), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 62). Team members classified as "flexible" are not eligible for holiday pay.<br><br>A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are paid at the holiday rate (but there's a guarantee of at least four hours at the holiday rate for any nonexempt team member who's required to work a common holiday).<br><br>Overtime on Holidays –Any hours eligible for holiday pay that *also* qualify as overtime are paid at an additional ½ times pay, resulting in double-time for the overtime hours. |

50                                                    5.7 - Overtime Pay & Holiday Pay

WF000774

Holiday Coverage Jobs – Holiday time-and-a-half pay and additional pay for holiday overtime don't apply to team members who are in certain jobs which are structured to provide holiday coverage on a regular basis. However, nonexempt team members in these jobs are eligible for standard time-and-a-half overtime pay as described in "Nonexempt Overtime" on the previous page. If you're in one of these jobs, your supervisor will provide details.

**When You're Paid**  You'll generally receive any extra pay for overtime, holidays and other non-standard hours on your next pay voucher after the information is submitted to the payroll system.

## 5.8 - Merit Reviews

The main objective of our salary program at Wells Fargo is to reward team members for their individual performance in contributing to our company's success. Most team members are eligible for merit reviews, which include a review of both performance (see "Performance Management Process" on page 39) and salary.

**Merit Increases**  A merit review may or may not result in a merit increase to your salary. Rather than using an automatic formula, your supervisor determines merit increases based on such things as:
- your job performance;
- the number of months since your last performance review and merit increase;
- your salary relative to your job's Market Reference Point (see definition on page 47) and competitive market pay;
- variable pay opportunities, such as incentives or bonuses; and
- the salary budget of your business unit.

Team members who are lower performers or whose salary is well above competitive market pay for the job receive smaller increases or no increase.

**Review Timing**  Your performance and salary are generally reviewed every 12 months (although this can vary depending on when you joined the business unit). You may also receive a review at other times due to performance (see "Timing of Performance Reviews" on page 40) or because of one of the circumstances described below.

Focal (Simultaneous) Review – Your review date may be changed so your supervisor can review a group of team members on the same date — generally, a date related to business goals and results. This is called a "focal review." If your area adopts a focal review cycle, or you transfer or are hired into a business unit which has one, your supervisor will explain how it affects you — in most cases your next review will occur from four to 15 months after your previous one.

Transfer or Promotion – If you transfer or are promoted to a new job, you'll receive a performance review from your current supervisor if it's been six months or more since your last review (if it's been less than six months, your supervisor won't conduct a formal review, but will simply send the hiring manager some performance notes to use at your next review).

However, you won't receive a merit increase at the time of the transfer or promotion. Instead, the hiring manager will prepare a salary offer which takes

Compensation

### 5.12 - Awards & Prizes

Our team members occasionally receive awards or prizes from Wells Fargo — for instance, a special prize for the team member with the highest sales total in a given promotion. Prizes can be a fun way to develop teamwork and draw focus toward a specific goal; they can also be a special thank-you for things like work on a specific project or exceptional customer service.

**Taxes**    For tax purposes, the fair market value of an award or prize (not the cost to the company) may be taxable income subject to payroll tax withholding.

### 5.13 - Getting Paid

As a Wells Fargo team member, you're paid twice a month; standard hours payments are made on the 15th and last business day of the month. When a scheduled payday falls on a Saturday, Sunday or holiday, payment is made on the preceding business day.

If you receive pay for exception hours — overtime, additional hours over standard, or docked time for hours not worked — it's paid or docked based on completed weeks (note that all workweeks end on Saturday). Payments for exception hours are made on the:
- 15th of the month, for weeks completed on the timecard for the last half of the previous month; and
- last business day of the month, for weeks completed on the timecard for the first half of the current month.

**How You're Paid**    You're strongly encouraged to have your check automatically deposited.

Direct Deposit – With direct deposit:
- you're offered a free Wells Fargo checking account for direct deposit of your pay (you'll need to open the account at the store of your choice, or through the Phone Bank, and request payroll direct deposit);
- you may also choose to establish your direct deposit to a Wells Fargo savings or money market account, or an account at any other financial institution;
- once you set up the direct deposit, your pay is automatically deposited in the specified account; and
- you'll receive a pay voucher showing gross and net pay and deductions, sent each pay period in a sealed envelope to your MAC (or home address, if you don't have a permanent work address).

You must handle your account responsibly and avoid overdrafts. If checks must be returned for insufficient funds or if your account is overdrawn, you'll be required to pay the usual fees. Continued mishandling may result in the closing of your account.

Check – If you choose payment by check and you have a Wells Fargo checking account, that account may be subject to Wells Fargo's standard checking account service charges. Paychecks are sent each pay period in a sealed envelope to your MAC (or home address, if you don't have a permanent work address).

WF000778

# Glossary

| Term | Definition |
|---|---|
| Active Working Status | Days when a team member is actually on the job (including time on reduced work schedule) or is on regularly scheduled days off, holidays, jury duty, bereavement time off or Paid Time Off (PTO) — except for those days when PTO is the team member's source of income during the Short Term Disability Plan's one-week waiting period. Time on leave (which includes the STD Plan waiting period, whether or not the team member is using PTO) is not included in "active working status." |
| Adjusted Service Date | See Corporate Hire Date. |
| Administrative Leave | A leave of absence for certain situations where a leave is appropriate in order to conduct an internal investigation. |
| Affirmative Action Plan (AAP) | The official document which analyzes the workforce in terms of minority and female representation (and, where applicable, veterans or employees with disabilities), identifies problem areas, and sets goals to correct any areas of underutilization. |
| Applicant | An individual applying for a currently open position via telephone, the Internet, a résumé or an application, who meets the advertised qualifications and completes an official application form. Includes anyone who is interviewed either by phone or in person, as well as internal candidates who post for or are interviewed for a position. |
| Applicant Log | A record of each applicant who applied for a position; for Affirmative Action purposes, these records are maintained in a job file. |
| Applicant Flow Data | A record of all qualified applicants, whether they were interviewed or not, containing pertinent Affirmative Action data and specific recruitment information regarding the applicants. |
| AU | Accounting Unit; see Business Unit. |
| Base Salary | Regular base pay without incentives, commissions, shift differentials or bonuses. |
| Beneficiary | A person, trust or charitable institution, or an individual's estate, which the individual designates to receive benefits upon the individual's death. |
| Breaks | Paid rest periods of no more than 15 minutes, scheduled as appropriate (or legally required) by the supervisor or manager. |
| Bulletin Boards | An area (on a wall, kiosk or via computer) for posting official or work-area-specific information. |
| Business Unit | A Wells Fargo department; may be a whole or partial Cost Center or Accounting Unit. |
| Chain of Command | A series of management positions in order of authority. |
| Child | A son or daughter who is the biological child, adopted or foster child, stepchild, or legal ward of a person standing "in loco parentis," if the child is under age 18 (or of any age if incapable of self-care due to a mental or physical disability). |

WF000837

| | |
|---|---|
| Standard Hours | A set number of hours that a team member works each week, which will be paid without the need to process a timecard. Standard hours are *not* the same as scheduled hours — for example, a team member may have standard hours of nine hours per week, but based on business needs may be scheduled for 3 hours on Monday, Wednesday and Friday one week and 4½ hours on Tuesday and Thursday the next. |
| Standard Workweek | A fixed and regularly recurring period of work within the week, usually beginning on Sunday at 12:01 a.m. and ending on Saturday at midnight. |
| Subsidiary | A company that is owned, in whole or in part, by Wells Fargo & Company. |
| Supervisor File | The informal working data on each team member that the supervisor keeps in his or her possession. It includes:<br>• copies of performance appraisals;<br>• job descriptions, if available;<br>• copies of Employee Profiles;<br>• absence records; and<br>• counseling and performance documentation. |
| Team Member | A person who is an employee of Wells Fargo & Company or any of its subsidiaries. |
| Teamworks | Wells Fargo's intranet site for team members. |
| Terms and Conditions of Employment | Includes, but is not limited to, wages, benefits, hours of work, performance measures and evaluations, work assignments, discipline, work policies and standards. |
| Transfers | Team members transferring from one Wells Fargo company to another, with no break in service. |
| Underutilization | As defined by the U.S. Department of Labor, underutilization occurs where a company has a smaller number of women or minorities (or, where applicable, veterans or employees with disabilities) in a job group than would be expected given appropriate availability data. |
| Unprotected Absences | Absences that may be subject to performance counseling and corrective action for excessive absenteeism. Also see Protected Absences. |
| Verbal Offer | An unwritten offer of employment to an applicant for a specific open position, made by a hiring manager or Human Resources. |
| Voluntary Termination | Ending of a team member's employment due to resignation, death or retirement. |
| Work Injury | An injury to a team member arising out of, and in the course of, employment according to applicable state statutes. |
| Workers' Compensation | A program that provides benefits to team members for illnesses or injuries arising out of employment. Workers' Compensation is a legal obligation required of employers by state law. As such, the benefits granted will vary from state to state. |
| Work Areas | Work sites and areas immediately surrounding them, but not elevators or team member rest areas, including lounges, restrooms and lunchrooms. |

WF000844