# EXHIBIT 3

# Handbook
## for Wells Fargo Team Members

This book describes employment policies in effect as of June 1, 2004, and supersedes all previous communications, written or oral, regarding these policies. These policies were created by Wells Fargo & Company, and many Wells Fargo companies have adopted them. Throughout this book, when you see the term "Wells Fargo" or "the company," it means the Wells Fargo company that employs you directly.



DEPOSITION EXHIBIT 3  11-13-07

WF000885

Case M:07-cv-01841-MHP    Document 46-4    Filed 04/11/2008    Page 3 of 12

# Handbook
# Table of Contents

| | | |
|---|---|---|
| **Introduction** | About This Handbook | 1 |
| | Other Resources | 1 |
| **Chapter 1:** | 1.1 - Our History and Organization | 4 |
| **The Business of** | 1.2 - Our Vision and Values | 4 |
| **Wells Fargo** | 1.3 - People as a Competitive Advantage | 6 |
| | 1.4 - Diversity in the Workplace | 6 |
| **Chapter 2:** | 2.1 - Wells Fargo's Approach | 10 |
| **Employment & Hiring** | 2.2 - Employment at Will | 10 |
| | 2.3 - Affirmative Action, Equal Employment Opportunity and Diversity | 10 |
| | 2.4 - Employment of Friends & Relatives | 12 |
| | 2.5 - Internal Job Opportunities | 13 |
| | 2.6 - External Recruitment | 14 |
| | 2.7 - Background Checks | 14 |
| | 2.8 - Verifying Employment Eligibility | 15 |
| | 2.9 - Breach of Trust or Dishonesty | 15 |
| **Chapter 3:** | 3.1 - Wells Fargo's Approach | 18 |
| **Workplace Conduct** | 3.2 - About Our Code of Ethics and Business Conduct | 18 |
| | 3.3 - Team Member Communication and Information Resources | 20 |
| | 3.4 - Dealing with the Media | 22 |
| | 3.5 - Language Policy | 23 |
| | 3.6 - About Our Information Security Policies | 23 |
| | 3.7 - Personal & Personnel Information | 24 |
| | 3.8 - Personal & Company Property or Devices | 26 |
| | 3.9 - Attendance & Punctuality | 27 |
| | 3.10 - Travel Guidelines | 28 |
| | 3.11 - Personal Relationships at Work | 29 |
| | 3.12 - Harassment | 30 |
| | 3.13 - Professionalism | 32 |
| | 3.14 - Solicitation and Distribution | 34 |
| | 3.15 - Gambling | 35 |

Table of Contents

iii

WF000888

**Table of Contents**

| | |
|---|---|
| | 3.16 - Violence-free Workplace ............................................................. 35 |
| | 3.17 - Drugs and Alcohol ...................................................................... 36 |
| | 3.18 - Smoke-free Workplace ............................................................... 37 |
| | 3.19 - Fitness for Duty ........................................................................... 38 |
| **Chapter 4:** | 4.1 - Wells Fargo's Approach ................................................................ 40 |
| **Performance &** | 4.2 - Learning & Development .............................................................. 40 |
| **Problem-Solving** | 4.3 - Performance Management Process ............................................. 42 |
| | 4.4 - Performance Counseling & Corrective Action ............................ 43 |
| | 4.5 - Dispute Resolution ........................................................................ 44 |
| | 4.6 - Third Party Representation ........................................................... 46 |
| **Chapter 5:** | 5.1 - Wells Fargo's Approach ................................................................ 48 |
| **Compensation** | 5.2 - Employment Classifications & Jobs ............................................ 48 |
| | 5.3 - Prorated Salaries ........................................................................... 50 |
| | 5.4 - Shift Differential ............................................................................ 50 |
| | 5.5 - Work Hours .................................................................................... 51 |
| | 5.6 - Overtime ......................................................................................... 51 |
| | 5.7 - Overtime Pay & Holiday Pay ........................................................ 52 |
| | 5.8 - Merit Reviews ................................................................................ 53 |
| | 5.9 - Promotions ..................................................................................... 54 |
| | 5.10 - Other Job Changes ...................................................................... 55 |
| | 5.11 - Incentive Plans & Awards ........................................................... 55 |
| | 5.12 - Getting Paid ................................................................................. 56 |
| **Chapter 6:** | 6.1 - Wells Fargo's Approach ................................................................ 60 |
| **Time Off** | 6.2 - Paid Time Off (PTO) ..................................................................... 60 |
| | 6.3 - Holidays ......................................................................................... 65 |
| | 6.4 - Other Paid Time Off ...................................................................... 67 |
| | 6.5 - Leaves of Absence - Overview ..................................................... 68 |
| | 6.6 - Family & Medical Leave Act ........................................................ 69 |
| | 6.7 - Certified Medical Leave ................................................................ 71 |
| | 6.8 - Pregnancy Disability Leave .......................................................... 72 |
| | 6.9 - Workers' Compensation Leave ..................................................... 73 |
| | 6.10 - Family Member Leave ................................................................ 74 |
| | 6.11 - Personal Leave ............................................................................. 75 |
| | 6.12 - Military Leave & Military Reserve Duty ................................... 76 |

WF000889

| | | |
|---|---|---|
| **Chapter 7:**<br>**Safety & Health** | 7.1 - Wells Fargo's Approach | 78 |
| | 7.2 - Loss Prevention & Regulatory Responsibilities | 78 |
| | 7.3 - Hazard Communication | 79 |
| | 7.4 - Corporate Business Continuity Planning | 79 |
| | 7.5 - Emergency Preparedness | 80 |
| | 7.6 - Working with an Illness or Disability | 80 |
| **Chapter 8:**<br>**Programs & Services** | 8.1 - Wells Fargo's Approach | 82 |
| | 8.2 - Corporate Responsibility | 82 |
| | 8.3 - Community Development | 83 |
| | 8.4 - Wells Fargo Foundation & Corporate Contributions Programs | 84 |
| | 8.5 - Political Contributions | 85 |
| | 8.6 - Purchasing from Minority-, Women- and Disabled-Owned Suppliers | 86 |
| | 8.7 - Community Support Campaign | 86 |
| | 8.8 - Educational Matching Gifts | 87 |
| | 8.9 - Volunteer Activities | 87 |
| | 8.10 - Scholarships for Dependent Children | 88 |
| | 8.11 - Tuition Reimbursement | 90 |
| | 8.12 - Library and Information Services | 91 |
| | 8.13 - Employee Assistance Consulting | 91 |
| | 8.14 - WorkAbility | 92 |
| **Chapter 9:**<br>**Leaving Wells Fargo** | 9.1 - Wells Fargo's Approach | 96 |
| | 9.2 - Voluntary Termination | 96 |
| | 9.3 - Involuntary Termination | 97 |
| | 9.4 - Retirement | 99 |
| | 9.5 - After Leaving Wells Fargo | 99 |
| **Appendix A:**<br>**Code of Ethics and**<br>**Business Conduct** | I. Wells Fargo's Approach | 102 |
| | II. Serve Wells Fargo's Best Interests | 102 |
| | III. Act with Honesty, Integrity and Trustworthiness | 103 |
| | IV. Preserve Confidentiality | 105 |
| | V. Avoid Conflicts of Interest | 106 |
| | VI. Code Administration | 115 |
| | VII. EthicsLine | 118 |

Table of Contents

**Table of Contents**

| | | |
|---|---|---|
| **Appendix B:** | Electronic Communication Systems Use Policy | 120 |
| **Information Security** | Information Protection Policy | 121 |
| **Policy** | More Information | 126 |
| **Glossary** | Glossary | 127 |
| **Index** | Index | 137 |

WF000891

|   |   |
|---|---|
| | or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50% across two shifts, you're paid at the higher shift differential for all hours worked. |
| **When It Doesn't Apply** | The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 48) aren't eligible for shift differential. |

## 5.5 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 48). If you're in a "nonexempt" position (see "Overtime" below), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.

**Meal Periods**  If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor. If you have questions about how meal periods are administered, contact your HR consultant.

Meal periods are considered unpaid time. If for any reason, on occasion, your supervisor requires you to work or stay at your workstation during your meal period, it's considered paid time.

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 52). In some locations, there may also be state laws governing overtime pay.

The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor.

**Reporting Overtime**  If you're in a nonexempt position, you are entitled to pay for all hours actually worked, even those that exceed your regular schedule. Therefore, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance.

WF000941

## 5.7 - Overtime Pay & Holiday Pay

In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt.

**Exempt**  If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 65). As an exempt team member, you will receive your full pay without deduction, for any week in which you perform work, except for those deductions authorized by law. Wells Fargo prohibits unauthorized deductions from your pay. If you feel that an amount has been improperly deducted from your pay, you need to report it immediately (see "Your Pay Voucher" and "Reporting Procedure" on page 58).

**Nonexempt Overtime**  Weekly – If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 51).

Daily – Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area. Overtime requirements for your state are also posted in your workplace.

Non-overtime Extra Hours – If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate.

**Nonexempt Holidays**  Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 48), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 65). Team members classified as "flexible" are not eligible for holiday pay.

A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are paid at the holiday rate (but there's a guarantee of at least four hours at the holiday rate for any nonexempt team member who's required to work a common holiday).

Overtime on Holidays – Any hours eligible for holiday pay that *also* qualify as overtime are paid at an additional ½ times pay, resulting in double-time for the overtime hours.

Holiday Coverage Jobs – Holiday time-and-a-half pay and additional pay for holiday overtime don't apply to team members who are in certain jobs which are structured to provide holiday coverage on a regular basis. However,

WF000942

nonexempt team members in these jobs are eligible for standard time-and-a-half overtime pay as described in "Nonexempt Overtime" on page 52. If you're in one of these jobs, your supervisor will provide details.

**When You're Paid**  You'll generally receive any extra pay for overtime and holidays on your next pay voucher after the information is submitted to the payroll system.

## 5.8 - Merit Reviews

The main objective of our salary program at Wells Fargo is to reward team members for their individual performance in contributing to our company's success. Most team members are eligible for merit reviews, which include a review of both performance (see "Performance Management Process" on page 42) and salary.

**Merit Increases**  A merit review may or may not result in a merit increase to your salary. Rather than using an automatic formula, your supervisor determines merit increases based on such things as:
- Your job performance
- The number of months since your last performance review and merit increase
- Your salary relative to your job's Market Reference Point (see definition on page 49) and competitive market pay
- Variable pay opportunities, such as incentives or bonuses
- The salary budget of your business unit

Team members who are lower performers or whose salary is well above competitive market pay for the job receive smaller increases or no increase.

**Review Timing**  Your performance and salary are generally reviewed every 12 months (although this can vary depending on when you joined the business unit). You may also receive a review at other times due to performance (see "Timing of Performance Reviews" on page 42) or because of one of the circumstances described below.

Focal (Simultaneous) Review – Your review date may be changed so your supervisor can review a group of team members on the same date — generally, a date related to business goals and results. This is called a "focal review." If your area adopts a focal review cycle, or you transfer or are hired into a business unit which has one, your supervisor will explain how it affects you — in most cases your next review will occur from four to 15 months after your previous one.

Transfer or Promotion – If you transfer or are promoted to a new job, you may receive a performance review from your current supervisor if it's been six months or more since your last review (if it's been less than six months, your supervisor won't conduct a formal review, but will simply send the hiring manager some performance notes to use at your next review).

However, you won't receive a merit increase at the time of the transfer or promotion. Instead, the hiring manager will prepare a salary offer which takes into account the amount of time since your last merit increase, the market rate of pay for the new job, and your applicable skills and experience. (See "Promotions" on page 54 and "Other Job Changes" on page 55.) You'll then be eligible for a merit review in 12 months, or at your new business unit's next focal review.

WF000943

|  | If you're currently eligible to be paid under an incentive plan, your supervisor will let you know the details. |
| --- | --- |
| **Awards & Prizes** | Team members occasionally receive awards or prizes from Wells Fargo — for instance, a special prize for the team member with the highest sales total in a given promotion. Prizes can be a fun way to develop teamwork and draw focus toward a specific goal; they can also be a special thank-you for things like work on a specific project or exceptional customer service. |
|  | For tax purposes, the fair market value of an award or prize (not the cost to the company) may be taxable income subject to payroll tax withholding. |

## 5.12 - Getting Paid

As a Wells Fargo team member, you're paid twice a month; standard hours payments are made on the 15th and last business day of the month. When a scheduled payday falls on a Saturday, Sunday or holiday, payment is made on the preceding business day.

If you're a nonexempt team member, you must fill out and submit timely, accurate timecards (using Webtime online timesheets or another method if approved for your group) in order to receive proper pay, including overtime. Adjustments to standard pay are generally processed the following payroll period.

**How You're Paid**    You're strongly encouraged to have your check automatically deposited. You may choose to establish your direct deposit to a Wells Fargo checking or savings account, or an account at any other financial institution. Your pay voucher, showing gross and net pay and deductions, is viewable online on *Teamworks*, from work or home, a few days before the end of each pay period (or if you don't have online access at work or home, you can request a paper voucher).

If you do not establish direct deposit, you'll be paid by check. Generally, paychecks are sent each pay period to your work address. If you don't have a permanent work address, your paycheck will be mailed to your home.

**Your Wells Fargo Account**    As a team member you're offered a free Wells Fargo checking account if you establish direct deposit of your pay to any Wells Fargo checking or savings account. You'll need to open the account at the store of your choice or through the Phone Bank, following their standard account opening process, and request payroll direct deposit.

You must handle your account responsibly and avoid overdrafts. If checks must be returned for insufficient funds or if your account is overdrawn, you'll be required to pay the usual fees. Continued mishandling may result in the closing of your account.

If you choose not to establish payroll direct deposit and you have a Wells Fargo checking account, that account may be subject to Wells Fargo's standard checking account service charges.

*Compensation*

# Glossary

| | |
|---|---|
| **Active Working Status** | Days when a team member is actually on the job (including time on reduced work schedule) or is on regularly scheduled days off, holidays, jury duty, bereavement time off or Paid Time Off (PTO) — except for those days when PTO is the team member's source of income during the Short Term Disability Plan's one-week waiting period. Time on leave (which includes the STD Plan waiting period, whether or not the team member is using PTO) is not included in "active working status." |
| **Adjusted Service Date** | See Corporate Hire Date. |
| **Administrative Time Off** | Time off from work in certain situations where appropriate as determined by Wells Fargo (for example, to conduct an internal investigation). |
| **Affirmative Action Plan (AAP)** | The official document which analyzes the workforce in terms of minority and female representation (and, where applicable, veterans or employees with disabilities), identifies problem areas, and sets goals to correct any areas of underutilization. |
| **Applicant** | An individual applying for a currently open position via telephone, the Internet, a résumé or Job Interest Profile form, who is eligible for employment at Wells Fargo and who meets the advertised qualifications. It includes anyone who is interviewed either by phone or in person, as well as internal candidates who post for or are interviewed for a position. |
| **Applicant Log** | A record of each applicant who applied for a position; for Affirmative Action purposes, these records are maintained in a job file. |
| **Applicant Flow Data** | A record of all qualified applicants, whether they were interviewed or not, containing pertinent Affirmative Action data and specific recruitment information regarding the applicants. |
| **AU** | Accounting Unit; see Business Unit. |
| **Base Salary** | Regular base pay without incentives, commissions, shift differentials or bonuses. |
| **Beneficiary** | A person, trust or charitable institution, or an individual's estate, which the individual designates to receive benefits upon the individual's death. |
| **Breaks** | Paid rest periods of no more than 15 minutes, scheduled as appropriate (or legally required) by the supervisor or manager. |
| **Bulletin Boards** | An area (on a wall, kiosk or via computer) for posting official or work-area-specific information. |
| **Business Need to Know** | A business need to know a fact or circumstance exists when a team member must have such knowledge to properly perform his or her job or to make appropriate business decisions within the scope of the job. It also exists for those senior managers who must determine whether further investigation or action is necessary to resolve a matter, or whether reporting or other action outside of the company is advisable or required. |

WF001017

| | |
|---|---|
| **Standard Hours** | A set number of hours that a team member works each week, which will be paid without the need to process a timecard. Standard hours are *not* the same as scheduled hours — for example, a team member may have standard hours of nine hours per week, but based on business needs may be scheduled for 3 hours on Monday, Wednesday and Friday one week and 4½ hours on Tuesday and Thursday the next. |
| **Standard Workweek** | A fixed and regularly recurring period of work within the week, usually beginning on Sunday at 12:01 a.m. and ending on Saturday at midnight. |
| **Subsidiary** | A company that is owned, in whole or in part, by Wells Fargo & Company. |
| **Supervisor** | As used throughout this book, a term to include supervisors, managers and other various levels of management with the authority to hire; assign; promote; evaluate; grant salary increases; resolve disputes; terminate another team member's employment; reward or discipline other team members; authorize expenditures; or effectively recommend any of these actions. |
| **Supervisor File** | The informal working data on each team member that the supervisor keeps in his or her possession. It includes:<br>• Copies of performance appraisals<br>• Job descriptions, if available<br>• Copies of Employee Profiles<br>• Absence records<br>• Counseling and performance documentation |
| **Team Member** | A person who is an employee of Wells Fargo & Company or any of its subsidiaries. |
| **Teamworks** | Wells Fargo's intranet site for team members. |
| **Terms and Conditions of Employment** | Includes, but is not limited to, wages, benefits, hours of work, performance measures and evaluations, work assignments, discipline, work policies and standards. |
| **Transfers** | Team members transferring from one Wells Fargo company to another, with no break in service. |
| **Underutilization** | As defined by the U.S. Department of Labor, underutilization occurs where a company has a smaller number of women or minorities (or, where applicable, veterans or employees with disabilities) in a job group than would be expected given appropriate availability data. |
| **Unprotected Absences** | Absences for which the team member fails to inform his or her supervisor of the need for absence in a timely manner, as required by the work rules for the business unit or by applicable leave policy. Also applies if a team member on leave of absence fails to submit any required medical certifications in a timely manner. These absences may be subject to performance counseling and corrective action for excessive absenteeism. Also see Protected Absences. |
| **Unscheduled Absence** | Any absence for which the team member has not received prior approval for absence on a scheduled work day. |
| **Verbal Offer** | An unwritten offer of employment to an applicant for a specific open position, made by a hiring manager or Human Resources. |