# EXHIBIT 4

# Handbook for Wells Fargo Team Members

## How to get around

**Search** – To search for a specific word or phrase throughout this book, use the search function within your Adobe Acrobat software — the "Find" button in the toolbar above, usually signified by a binoculars icon.

**Navigate** – To browse the book or look for certain sections, you can use the overall Table of Contents.

**Back** – If you follow a link from one page of this book to another, to return to the previous page use the Back button in the Adobe Acrobat toolbar above, usually signified by a wide arrow icon.

Welcome to your online *Handbook for Wells Fargo Team Members*. This book describes employment policies in effect as of June 1, 2004, and is updated online on an ongoing basis. The most recent updates were made to certain sections in this online document on January 1, 2006.

### Updates

This online *Handbook* is updated as policy information changes. When a section has been updated, it will show in a shaded box with the date of the change, like this: <Last update: July 1, 2004>. If there is no "Last update" notation, the information is in effect as of June 2004.

### About this handbook

This book supersedes all previous communications, written or oral, regarding these policies. These policies were created by Wells Fargo & Company, and many Wells Fargo companies have adopted them. Throughout this book, when you see the term "Wells Fargo" or "the company," it means the Wells Fargo company that employs you directly.

Although most Wells Fargo companies have adopted the policies, benefits and processes described here, in some cases this information may not apply to all Wells Fargo companies. If you're unsure whether a particular item applies to you, check with your supervisor or manager.

# Handbook
# Table of Contents

| | | |
|---|---|---|
| **Introduction** | About This Handbook | 1 |
| | Other Resources | 1 |
| | | |
| **Chapter 1:** | 1.1 - Our History and Organization | 4 |
| **The Business of** | 1.2 - Our Vision and Values | 4 |
| **Wells Fargo** | 1.3 - People as a Competitive Advantage | 6 |
| | 1.4 - Diversity in the Workplace | 6 |
| | | |
| **Chapter 2:** | 2.1 - Wells Fargo's Approach | 10 |
| **Employment & Hiring** | 2.2 - Employment at Will | 10 |
| | 2.3 - Affirmative Action, Equal Employment Opportunity and Diversity | 10 |
| | 2.4 - Employment of Friends & Relatives | 12 |
| | 2.5 - Internal Job Opportunities | 13 |
| | 2.6 - External Recruitment | 14 |
| | 2.7 - Background Checks | 14 |
| | 2.8 - Verifying Employment Eligibility | 15 |
| | 2.9 - Breach of Trust or Dishonesty | 15 |
| | | |
| **Chapter 3:** | 3.1 - Wells Fargo's Approach | 18 |
| **Workplace Conduct** | 3.2 - About Our Code of Ethics and Business Conduct | 18 |
| | 3.2A – Compliance and Risk Management Accountability Policy | 20 |
| | 3.3 - Team Member Communication and Information Resources | 20 |
| | 3.4 - Dealing with the Media | 23 |
| | 3.5 - Language Policy | 23 |
| | 3.6 - About Our Information Security Policies | 24 |
| | 3.7 - Personal & Personnel Information | 24 |
| | 3.8 - Personal & Company Property or Devices | 26 |
| | 3.9 - Attendance & Punctuality | 28 |
| | 3.10 - Travel Guidelines | 29 |
| | 3.11 - Personal Relationships at Work | 30 |
| | 3.12 - Harassment | 30 |
| | 3.13 - Professionalism | 33 |
| | 3.14 - Solicitation and Distribution | 34 |
| | 3.15 - Gambling | 35 |

|  |  |  |
|---|---|---|
|  | 3.16 - Violence-free Workplace | 35 |
|  | 3.17 - Drugs and Alcohol | 37 |
|  | 3.18 - Smoke-free Workplace | 38 |
|  | 3.19 - Fitness for Duty | 38 |
| **Chapter 4:** <br> **Performance &** <br> **Problem-Solving** | 4.1 - Wells Fargo's Approach | 40 |
|  | 4.2 - Learning & Development | 40 |
|  | 4.3 - Performance Management Process | 42 |
|  | 4.4 - Performance Counseling & Corrective Action | 43 |
|  | 4.5 - Dispute Resolution | 44 |
|  | 4.6 - Third Party Representation | 46 |
| **Chapter 5:** <br> **Compensation** | 5.1 - Wells Fargo's Approach | 48 |
|  | 5.2 - Employment Classifications & Jobs | 48 |
|  | 5.3 - Salaries | 50 |
|  | 5.4 - Shift Differential | 50 |
|  | 5.5 - Work Hours | 51 |
|  | 5.6 - Overtime | 51 |
|  | 5.7 - Overtime Pay & Holiday Pay | 52 |
|  | 5.8 - Merit Reviews | 53 |
|  | 5.9 - Promotions | 54 |
|  | 5.10 - Other Job Changes | 55 |
|  | 5.11 - Incentive Plans & Awards | 56 |
|  | 5.12 - Getting Paid | 56 |
| **Chapter 6:** <br> **Time Off** | 6.1 - Wells Fargo's Approach | 60 |
|  | 6.2 - Paid Time Off (PTO) | 60 |
|  | 6.3 - Holidays | 65 |
|  | 6.4 - Other Paid Time Off | 67 |
|  | 6.5 - Leaves of Absence - Overview | 68 |
|  | 6.6 - Family & Medical Leave Act | 69 |
|  | 6.7 - Medical Leave | 71 |
|  | 6.8 - Workers' Compensation Leave | 72 |
|  | 6.9 - Family Leave | 73 |
|  | 6.10 - Personal Leave | 75 |
|  | 6.11 - Military Leave & Military Reserve Duty | 75 |

WF001038

| | | |
|---|---|---|
| **Chapter 7:**<br>**Safety & Health** | 7.1 - Wells Fargo's Approach | 78 |
| | 7.2 - Loss Prevention & Regulatory Responsibilities | 78 |
| | 7.3 - Hazard Communication | 79 |
| | 7.4 - Corporate Business Continuity Planning | 79 |
| | 7.5 - Emergency Preparedness | 80 |
| | 7.6 - Working with an Illness or Disability | 80 |
| **Chapter 8:**<br>**Programs & Services** | 8.1 - Wells Fargo's Approach | 82 |
| | 8.2 - Corporate Responsibility | 82 |
| | 8.3 - Community Development | 83 |
| | 8.4 - Wells Fargo Foundation & Corporate Contributions Programs | 84 |
| | 8.5 - Political Contributions | 85 |
| | 8.6 - Purchasing from Minority-, Women- and Disabled-Owned Suppliers | 86 |
| | 8.7 - Community Support Campaign | 86 |
| | 8.8 - Educational Matching Gifts | 87 |
| | 8.9 - Volunteer Activities | 87 |
| | 8.10 - Scholarships for Dependent Children | 88 |
| | 8.11 - Tuition Reimbursement | 90 |
| | 8.12 - Library and Information Services | 91 |
| | 8.13 - Employee Assistance Consulting | 91 |
| | 8.14 - Work*Ability* | 92 |
| **Chapter 9:**<br>**Leaving Wells Fargo** | 9.1 - Wells Fargo's Approach | 96 |
| | 9.2 - Voluntary Termination | 96 |
| | 9.3 - Involuntary Termination | 97 |
| | 9.4 - Retirement | 99 |
| | 9.5 - After Leaving Wells Fargo | 99 |
| **Appendix A:**<br>**Code of Ethics and**<br>**Business Conduct** | I. Wells Fargo's Approach | 102 |
| | II. Serve Wells Fargo's Best Interests | 102 |
| | III. Act with Honesty, Integrity and Trustworthiness | 103 |
| | IV. Preserve Confidentiality | 105 |
| | V. Avoid Conflicts of Interest | 106 |
| | VI. Code Administration | 115 |
| | VII. EthicsLine | 118 |

| | | |
|---|---|---|
| **Appendix B:** | Electronic Communication Systems Use Policy | 120 |
| **Information Security** | Information Protection Policy | 121 |
| **Policy** | More Information | 126 |
| **Glossary** | Glossary | 127 |
| **Index** | Index | 137 |

WF001040

| Shift Code | 50% or More of Scheduled Hours Worked | Differential |
|---|---|---|
| 1 | 9 a.m. - 7 p.m. | None |
| 2 | 7 p.m. - 3 a.m. | 10% of base salary |
| 3 | 3 a.m. - 9 a.m. | 12% of base salary |

**Determining Differential Pay**

**Differential Amount** — Shift differential is calculated as a percentage of your base salary. The chart above defines the shifts and differential. To receive the differential for shift 2 or 3, you must work 50% or more of your weekly hours during that shift. If your weekly hours are split 50/50% across two shifts, you're paid at the higher shift differential for all hours worked.

**When It Doesn't Apply** — The differential stops if you transfer to shift 1 or go on a leave of absence or salary continuation. Team members classified as "flexible" (see page 48) aren't eligible for shift differential.

## 5.5 - Work Hours

Your supervisor determines working hours and schedules based on the business needs of the specific area and business, taking into account each position's classification as regular, part-time or flexible (see page 48). If you're in a "nonexempt" position (see "Overtime" below), you're responsible for submitting timely and accurate records of the hours you work.

Depending on business unit needs, team members in the regular classification may work alternative schedules (other than the usual five-day week). Check with your supervisor or manager to find out if these options are available in your area.



**Meal Periods and Rest Breaks** — If you're a nonexempt team member, you must take the required meal periods to which you're entitled during the workday. If you have questions about the meal period schedule in your business unit, check with your supervisor. If you have questions about how meal periods are administered, contact your HR consultant.

Meal periods are considered unpaid time. If for any reason, on occasion, your supervisor requires you to work or stay at your workstation during your meal period, it's considered paid time.

Several states also have specific regulations requiring that nonexempt team members take paid rest breaks. Check with your supervisor and follow the appropriate practice for your state or business.

Last update: September 15, 2005

## 5.6 - Overtime

All team members are required to work overtime when it's necessary. The Fair Labor Standards Act (FLSA) requires that nonexempt employees receive overtime pay if they work more than 40 hours in a workweek (see "Overtime Pay & Holiday Pay" on page 52). In some locations, there may also be state laws governing overtime pay.

WF001091

|  | |
|---|---|
|  | The terms "nonexempt" and "exempt" refer to legal classifications established under the FLSA. If you're not sure whether your position is classified as exempt or nonexempt, check with your supervisor. |
| **Reporting Overtime** | If you're in a nonexempt position, you are entitled to pay for all hours actually worked, even those that exceed your regular schedule. Therefore, you must report *all* hours worked. And if you think you're going to need to work overtime, you need to get your supervisor's authorization before you work additional hours. Overtime affects your business unit's plan and budget, so it's important that your supervisor approves it in advance. |

## 5.7 - Overtime Pay & Holiday Pay



|  | |
|---|---|
|  | In order to meet the needs of our customers and business, you may occasionally need to work overtime or on one of Wells Fargo's common holidays. Whether you receive overtime or holiday pay for this depends on whether your position is classified as exempt or nonexempt. |
| **Exempt** | If you're an exempt team member, you don't receive extra pay for time worked beyond your conventional work schedule. Likewise, you don't receive additional pay for working on a holiday, although you will receive an additional day of Paid Time Off if you're required to work one of the six Wells Fargo common holidays (see "Holidays" on page 65). As an exempt team member, you will receive your full pay without deduction, for any week in which you perform work, except for those deductions authorized by law. Wells Fargo prohibits unauthorized deductions from your pay. If you feel that an amount has been improperly deducted from your pay, you need to report it immediately (see "Your Pay Voucher" and "Reporting Procedure" on page 58). |
| **Nonexempt Overtime** | Weekly – If you're nonexempt, you receive overtime pay of 1½ times your pay (including any shift differential), or "time-and a half," if you work more than 40 hours in a workweek. Paid Time Off and holidays are not counted as "work" hours for overtime purposes. You must report all the hours you work, and you need to get your supervisor's approval before you work any overtime (see "Overtime" on page 51). |
|  | Daily – Some states also have provisions for paying nonexempt overtime pay based on daily work hours — for example, if you work more than 12 hours in one day. Check with your supervisor or HR consultant to see if this applies in your area. Overtime requirements for your state are also posted in your workplace. |
|  | Non-overtime Extra Hours – If your usual schedule is less than 40 hours a week and you're asked to work some extra hours — but not enough to qualify for weekly or daily overtime pay as described above — then you'll receive pay for the extra hours at your usual hourly rate. |
| **Nonexempt Holidays** | Generally, if you're a nonexempt team member classified as "regular" or "part-time" (see page 48), you receive "time-and-a-half" pay if you're required to work on one of Wells Fargo's common holidays (see "Holidays" on page 65). Team members classified as "flexible" are not eligible for holiday pay. |
|  | A holiday is the 24-hour period beginning at 12:00:01 a.m. and ending at midnight on one of those days — only hours worked within these times are |