Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF ERIC P. KELLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS** |

---

Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:210585.1

I, Eric P. Kelly declare:

1. I am an attorney at law, admitted *pro hac vice* to practice in this Court for this matter. I am an associate at the law firm of Spencer Fane Britt & Browne LLP, lead counsel for Defendants Wells Fargo Mortgage, A Division of Wells Fargo, National Association, and Wells Fargo Bank National Association (collectively "Wells Fargo") in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. I submit this declaration under Local Rule 79-5(d) in support of sealing certain documents and information lodged by the Plaintiffs in this action that have previously been designated "Confidential."

3. Before the action styled *Bowne v. Wells Fargo Bank, N.A.*, 06-cv-02020 (D. Kan.) was transferred to this Court for consolidated or coordinated multidistrict litigation, the parties to the *Bowne* action entered into a Stipulated Protective Order. On June 19, 2007, the Court for the District of Kansas entered the Protective Order, a true and correct copy of which is attached as Exhibit "A." Under the terms of the Stipulated Protective Order, the parties agreed that the parties may designate the following information, *inter alia*, as confidential: proprietary information regarding Defendant's personnel and/or human resources policies, procedures, and training; and proprietary information regarding Defendant's business practices.

4. On September 2, 2007, after the instant matters were consolidated or coordinated for multidistrict litigation, counsel entered into a Stipulated Protective Order, a true and correct copy of which is attached hereto as Exhibit "B." Under the terms of the Stipulated Protective Order, the parties again agreed that the parties may designate the following information, *inter alia*, as confidential: proprietary information regarding Defendant's personnel and/or human resources policies, procedures, and training; and proprietary information regarding Defendant's business practices.

5. On April 7, 2008, Plaintiffs served Wells Fargo with their Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims (the "17200 Opposition"). Plaintiffs' 17200 Opposition relies, in part, on a document designated as confidential and produced pursuant to the parties'

1  Stipulated Protective Order (the "Confidential Document"). This document was attached as Exhibit
2  A to the Declaration of George Hanson, which specifically references the Confidential Document.
3  Additionally, portions of Plaintiffs' Memorandum of Points and Authorities in support of their
4  17200 Opposition directly cite and refer to the content of the Confidential Document.

5    6.    On April 9, 2008, Plaintiffs served Wells Fargo with their Opposition to Defendants'
6  Expedited Motion to Strike Plaintiffs; Consolidated Complaint, and in the Alternative, Motion for
7  Leave to Amend Complaint (the "Consolidated Complaint Opposition"). Plaintiffs' Consolidated
8  Complaint Opposition directly cites and refers to the content of the Confidential Document. Plaintiff
9  attached the Confidential Document to the supporting Declaration of George Hanson, as Exhibit D.

10    7.    The Confidential Document at issue contains sensitive and confidential information
11 relating to Wells Fargo's procedures and business practices. The Confidential document includes
12 financial and strategic information about how Wells Fargo handles sensitive issues as they relate to
13 personnel affairs. This is the type of proprietary information that Wells Fargo generally closely
14 guards. It is also my understanding that the Confidential Document was kept in confidence at Wells
15 Fargo, and that it was circulated only on a "need to know" basis.

16    8.    Wells Fargo therefore seeks to file the Confidential Document and all descriptions
17 and references to the Confidential Document (the "Sealable Information") under seal. If this
18 information were not filed under seal, Wells Fargo will be forced to make certain proprietary
19 information relating to its personnel and business practices public. This is not only contrary to the
20 June 19, 2007 Order of the Court of the District of Kansas *and* the agreement between the parties
21 reflected in the Stipulated Protective Order, but it could also cause business harm to Wells Fargo.

22    9.    In order to protect the proprietary interests of Wells Fargo in its confidential
23 information, Plaintiffs lodged the following documents under seal on April 7, 2008: (a) Plaintiffs'
24 Unredacted 17200 Opposition; (b) Plaintiffs' 17200 Opposition with all confidential information
25 highlighted; (c) the supporting Declaration of George Hanson and the Exhibits attached thereto
26 (including both the Sealable Information, as well as unsealable deposition transcript excerpts).
27 Pursuant to Local Rule 79-5, Plaintiffs submitted an administrative motion to file the confidential
28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:210585.1

1  information under seal.

2  10.  Each of the documents referenced in paragraph 9 of this Declaration and lodged with
3  the Court on April 7, 2008, contain Wells Fargo's confidential and proprietary information. Wells
4  Fargo respectfully requests that the Court seal these documents.

5  11.  Plaintiffs did not serve Wells Fargo with a version of the 17200 Opposition that was
6  redacted for filing in the public record. For the convenience of the Court, Wells Fargo has redacted
7  only the Sealable Information from the 17200 Opposition, and has attached "Plaintiffs'
8  Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims –
9  **Redacted**" hereto as Exhibit "C." Wells Fargo respectfully requests that the Court only file this
10 version of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims in the
11 public record.

12 12.  Nor did Plaintiffs serve Wells Fargo with a redacted version of the Declaration of
13 George Hanson in support of the 17200 Opposition and the Exhibits attached thereto. For the
14 convenience of the Court, Wells Fargo has redacted only the Sealable Information from the
15 Declaration of George Hanson and has attached "Declaration of George Hanson in Support of
16 Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims –
17 **Redacted**" hereto as Exhibit "D." Wells Fargo respectfully requests that the Court only file this
18 version of the Declaration of George Hanson and the exhibits attached thereto in the public record.

19 13.  In order to protect the proprietary interests of Wells Fargo in its confidential
20 information, Plaintiffs lodged the following documents under seal on April 9, 2008: (a) Plaintiffs'
21 Unredacted Consolidated Complaint Opposition; (b) Plaintiffs' Consolidated Complaint Opposition
22 with all confidential information highlighted; (c) the supporting Declaration of George Hanson and
23 the Exhibits attached thereto (including both the Sealable Information, as well as unsealable
24 documents). Pursuant to Local Rule 79-5, Plaintiffs submitted an administrative motion to file the
25 confidential information under seal.

26 14.  Each of the documents referenced in paragraph 13 of this Declaration and lodged
27 with the Court on April 9, 2008, contain Wells Fargo's confidential and proprietary information.

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---
3
Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:210585.1

1  Wells Fargo respectfully requests that the Court seal these documents.

2      15.    Plaintiffs did not serve Wells Fargo with a version of the Consolidated Complaint Opposition that was redacted for filing in the public record. For the convenience of the Court, Wells Fargo has redacted only the Sealable Information from the Consolidated Complaint Opposition, and has attached "Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint - **Redacted**" hereto as Exhibit "E." Wells Fargo respectfully requests that the Court only file this version of Plaintiffs' Opposition to Defendants' Expedited Motion to Strike Plaintiffs; Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint in the public record.

    16.    Nor did Plaintiffs serve Wells Fargo with a redacted version of the Declaration of George Hanson and the Exhibits attached thereto. For the convenience of the Court, Wells Fargo has redacted only the Sealable Information from the Declaration of George Hanson and has attached "Declaration of George Hanson in Support of Plaintiffs' Memorandum in Plaintiffs' Opposition to Defendants' Expedited Motion to Strike Plaintiffs; Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint – **Redacted**" hereto as Exhibit "F." Wells Fargo respectfully requests that the Court only file this version of the Declaration of George Hanson and the exhibits attached thereto in the public record.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 14, 2008

_____
Eric P. Kelly

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

4

Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:210585.1