George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL – MOTION AND POINTS AND AUTHORITIES IN SUPPORT OF CLASS AND CONDITIONAL COLLECTIVE ACTION CERTIFICATION**<br><br>**Date: May 19, 2008**<br>**Time: 2:00 PM**<br>**Dept: 15**<br>**Judge: Hon. Marilyn Hall Patel** |

Pursuant to local rule 79-5(d) Plaintiffs bring this administrative motion to file under seal. In Plaintiffs' Motion and Points and Authorities in Support of Class and Conditional Collective Action Certification, Plaintiffs reference and attach two documents produced by Wells Fargo in discovery and marked as "Confidential." Pursuant to the September 5, 2007 protective order in place in this case (Doc. 5), the parties "shall exercise reasonable care not to disclose information contained in these confidential documents by placing them in the public record in this case."

When a party wishes to use a document designated as "confidential" by another party, it must file an Administrative Motion and follow the provisions of Rule 79-5. *See* Local Rule 79-5(d).  The burden is then upon the designating party (Wells Fargo) to establish that its confidential document is sealable. *Id.*

On April 15, 2008, pursuant to Local Rule 79-5(d), Plaintiffs filed a sealed Class Certification Motion and Memorandum of Points and Authorities.

**Dated: April 15, 2008**

                        Respectfully submitted,

                        **STUEVE SIEGEL HANSON LLP**

                        By:  /s/ George A. Hanson
                            George A. Hanson
                            hanson@stuevesiegel.com
                            Norman E. Siegel
                            siegel@stuevesiegel.com
                            Eric L. Dirks
                            dirks@stuevesiegel.com
                            Ashlea G. Schwarz
                            ashlea@stuevesiegel.com
                            460 Nichols Road, Suite 200
                            Kansas City, Missouri 64112
                            Telephone:    (816) 714-7100
                            Facsimile:    (816) 714-7101

                        **LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 15th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Denise K. Drake
>ddrake@spencerfane.com
>Eric P. Kelly
>ekelly@spencerfane.com
>Spencer Fane Britt & Browne
>1000 Walnut, Suite 1400
>Kansas City, MO 64106
>PH:   816-474-8100
>FAX:  816-474-3216
>
>ATTORNEYS FOR DEFENDANT

                                        /s/ George A. Hanson
                                        Attorney for Plaintiffs