Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**RE-NOTICE OF MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT PURSUANT TO FED.R.CIV.P. 15(a)(2) AND 12(f)**<br><br>Date: April 28, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

RE-NOTICE OF MOTION AND MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTION OF CONSOLIDATED COMPLAINT, MDL DOCKET NO. 1841 (MHP)

SF:204108.1

# RE-NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT**, on April 28, 2008, at 2:00 p.m., or as soon thereafter as the matter may be called for hearing, in Courtroom 15 of the above-entitled Court, Defendants Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, National Association, and Wells Fargo Bank National Association (collectively "Wells Fargo") will move, and hereby does move, to strike the consolidated complaint, filed on March 21, 2008 (Doc. 31), pursuant to Rules 15(a)(2) and 12(f) of the Federal Rules of Civil Procedure. Wells Fargo's motion is brought on the grounds that Plaintiffs' Consolidated Complaint is an amended complaint within the meaning of Fed.R.Civ.P. 15(a) file without leave of court, that Plaintiffs' failed to timely seek leave of court to file an amended complaint, and that Wells Fargo would be unduly prejudiced if Plaintiffs were allowed to filed an amended complaint expanding the size and scope of the class and relating the new class members' limitations period back to the filing of the underlying complaints.

Through this Motion, Wells Fargo seeks an order striking the Consolidated Complaint in its entirety, without leave to re-file. In the alternative, Wells Fargo seeks an order striking the Consolidated Complaint, without prejudice to Plaintiffs' right to seek, and Wells Fargo's right to oppose, leave of court to file an amended complaint pursuant to Fed.R.Civ.P. 15. Finally, as a third alternative, if the Court allows Plaintiffs' Complaint to remain on file as the controlling complaint in the consolidated actions, Wells Fargo seeks an order striking the specific allegations in the Consolidated Complaint that refer to "Team Members" and/or extend the class period to January 2003. Specifically, Wells Fargo asks that the Court strike the following allegations: (a) Paragraph 1 (p. 1, line 17, *"Team Members"*); (b) Paragraph 11 (p.3, lines 5-8, *"Team Members"*); (c) Paragraph 12 (p. 3, line 9, *"Team Member"*); (d) Paragraph 13 (p. 3, line 13, *"Team Member"*); (e) Paragraph 15 (p. 3, line 20, *"Team Members"*); (f) Paragraph 21 (p. 4, line 21, *"100,000 Team Members"*); (g) Paragraph 22 (p. 4, line 15, *"Team Members"*); (h) Paragraph 24 (p. 4, lines 21-22, *"Team Members"* and line 25, *"Team Members"*); Paragraph 31 (p. 6, line 7, *"Team Members"*); (j) Paragraph 39 (p. 7, line 18, *"Team Members"*); (k) Paragraph 42 (p. 7, lines 25-26, in its entirety); (l) Paragraph 43 (p. 7, line 27 – p. 8, line 3) in its entirety); (m) Paragraph 43 (p. 8, line 3 *"January 2003"*); (n) Paragraph

1

RE-NOTICE OF MOTION AND MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTION OF CONSOLIDATED COMPLAINT, MDL DOCKET NO. 1841 (MHP)

SF:204108.1

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

50 (p. 8, lines 21-22 *"Plaintiffs are entitled to restitution of backpay, for a period of four years predating the filing of the initial Complaint."*; (o) Paragraph 53 (p. 9, lines 7-10, in its entirety; (p) Paragraph 53 (p. 9, line 10, *"January 2003"*); (q) Paragraph 54 (p. 9, line 11, *"Team Members"*); (r) Paragraph 55 (p. 9, line 15, *"Team Members"*); (s) Paragraph 62 (p. 10, line 15, *"Team Members"*); (t) Paragraph 65 (p. 11, lines 5-7 *"Plaintiffs are entitled to restitution of backpay, for a period of four years predating the filing of the initial Complaint."*); (u) Paragraph 68 (p. 11, lines 18-21, in its entirety); (v) Paragraph 68 (p. 11, line 21, *"January 2003"*); (w) Paragraph 69 (p. 11, line 22, *"Team Members"*); (x) Paragraph 70 (p. 11, line 26, *"Team Members"*); (y) Paragraph 77 (p. 13, lines 8-9, *"Team Members"*); (z) Paragraph 120 (p. 18, line 20, *"Team Members"* and line 21, *"Team Members"*); and (aa) Paragraph 121 (p. 18, line 24-25, *"Team Members"*).

This motion is based on this Re-Notice of Motion and Motion, the previously filed Motion and Memorandum of Points and Authorities [Doc. 33], the Declaration of Eric P. Kelly [Doc 34], the Declaration of Monique Ngo-Bonnici [Doc 35], the Proposed Order [Doc. 36], the Stipulation to Expedite Briefing and Hearing on Wells Fargo's Motion to Strike Plaintiffs' Consolidated Complaint [Doc 37], the Reply Brief [Doc 44], the Declaration of Denise K. Drake [Doc 45], the Supplemental Declaration of Eric P. Kelly [Doc 46], all court files and records in this action, and upon such papers as may be filed and such oral argument as the Court may hear in this matter.

Dated: April 16, 2008

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Denise K. Drake
Denise K. Drake
Eric P. Kelly

2
NOTICE OF MOTION AND MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTION OF CONSOLIDATED COMPLAINT, MDL DOCKET NO. 1841 (MHP)

SF:204108.1

Dated: April 16, 2008

WINSTON & STRAWN LLP

By: /s/ Robert Spagat
   Joan B. Tucker Fife
   Robert Spagat

ATTORNEYS FOR DEFENDANTS WELLS FARGO MORTGAGE, A DIVISION OF WELLS FARGO, NATIONAL ASSOCIATION AND WELLS FARGO, NATIONAL ASSOCIATION

NOTICE OF MOTION AND MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTION OF CONSOLIDATED COMPLAINT, MDL DOCKET NO. 1841 (MHP)

SF:204108.1