Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS RE PLAINTIFFS' OPPOSITION TO WELLS FARGO'S MOTION TO DISMISS § 17200 CLAIMS |
|---|---|

[Proposed] Order Sealing Confidential Documents Re Opposition to Wells Fargo's Motion to Dismiss § 17200 Claims; Case No. MDL Docket No. 1841

LA:210596.1

Having considered: (a) Plaintiffs' Administrative Motion to File Under Seal – Plaintiffs' Opposition to Wells Fargo's Motion Dismiss § 17200 Claims; (b) Plaintiffs' Administrative Motion to File under Seal – Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend; and (c) Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal Confidential Documents Re Opposition to Wells Fargo's Motion to Dismiss § 17200 Claims, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Administrative Motions are GRANTED. The following unredacted documents containing Wells Fargo's proprietary and confidential information shall be filed under seal:

(1) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims;

(2) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims [HIGHLIGHTED REDACTED VERSION];

(3) Declaration of George Hanson in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims, and Exhibits thereto;

(4) Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint;

(5) Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint [HIGHLIGHTED VERSION FOR POTENTIAL REDACTIONS]; and

(6) Declaration of George Hanson in Support of Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint, and Exhibits thereto.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

[Proposed] Order Sealing Confidential Documents Re Opposition to Wells Fargo's Motion to Dismiss § 17200 Claims;
Case No. MDL Docket No. 1841

LA:210596.1

The Court shall cause the following redacted documents to be filed in the public record:

(1) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims – **Redacted**;

(2) Declaration of George Hanson in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' 17200 Claims – **Redacted**;

(3) Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint – **Redacted**; and

(4) Declaration of George Hanson in Support of Plaintiffs' Memorandum in Plaintiffs' Opposition to Defendants' Expedited Motion to Strike Plaintiffs; Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint – **Redacted**.

IT IS SO ORDERED.

Date: April ___18___, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court Judge

2

[Proposed] Order Sealing Confidential Documents Re Opposition to Wells Fargo's Motion to Dismiss § 17200 Claims; Case No. MDL Docket No. 1841

LA:210596.1