# EXHIBIT D

1  George A. Hanson, Esq.
   Norman E. Siegel, Esq.
2  Eric L. Dirks, Esq.
   Ashlea G. Schwarz, Esq.
3  STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
4  Kansas City, MO 64112
   816-714-7115 tel
5  816-714-7101 fax
   Email: hanson@stuevesiegel.com
6  Email: siegel@stuevesiegel.com
   Email: dirks@stuevesiegel.com
7  LEAD COUNSEL FOR PLAINTIFFS

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 In re:                          MDL-1841

11                                 DECLARATION OF GEORGE HANSON
                                   IN SUPPORT OF PLAINTIFFS'
12                                 MOTION, NOTICE OF MOTION,
   WELLS FARGO LOAN PROCESSOR      AND POINTS AND AUTHORITIES
13 OVERTIME PAY LITIGATION         IN SUPPORT OF CLASS AND
                                   CONDITIONAL COLLECTIVE
14                                 ACTION CERTIFICATION
   This document relates to ALL CASES
15                                 Date: May 19, 2008
16                                 Time: 2:00 PM
                                   Dept: 15
17                                 Judge: Hon. Marilyn Hall Patel

18       I, George A. Hanson, declare as follows:

19       1.    I am an attorney with the law firm of Stueve Siegel Hanson LLP, counsel of

20 record to the Plaintiffs in this action.  This declaration is based on my own personal knowledge

21 and if called to testify I could and would testify to the matters stated herein.

22

23

24       3.    Attached hereto as Exhibit B is a true and correct copy of the time records of

25 Trudy Bowne, WF 001268-001285.

26       4.    Attached hereto as Exhibit C is a true and correct copy of excerpts from the time

27 records of Plaintiff Mary Basore.

28
   ───────────────────────────────────────────────────────────────
   DECLARATION OF GEORGE HANSON IN SUPPORT OF PLAINTIFFS' MOTION, NOTICE OF MOTION, AND POINTS AND
   AUTHORITIES IN SUPPORT OF CLASS AND COLLECTIVE ACTION CERTIFICATION
                                    1

1

2

3      6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of

4   Stueve Siegel Hanson LLP.

5      7.      Attached hereto is a true and correct copy of excerpts from the 30(b)(6)

6   deposition of Elise Reiser.

7      8.      Attached hereto is a true and correct copy of excerpts from the 30(b)(6)

8   deposition of Teresa Swanson.

9      9.      Attached hereto is a true and correct copy of excerpts from the deposition of Mary

10  Basore.

11      10.      Attached hereto is a true and correct copy of excerpts from the deposition of

12  Trudy Bowne.

13      11.      Attached hereto is a true and correct copy of excerpts from the deposition of Jeni

14  Fisher.

15      12.      Attached hereto is a true and correct copy of excerpts from the deposition of

16  Elisha Hesterberg.

17      I declare under penalty of perjury under the laws of the United States and pursuant to

18  28 U.S.C. § 1746 that the foregoing is true and correct.

19

20      Executed on this 15th day of April, 2008.

21

22                                              George A. Hanson

23

24

25

26

27

28

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 15th day of April, 2008, I emailed the foregoing to the following:

> Denise K. Drake
> ddrake@spencerfane.com
> Eric P. Kelly
> ekelly@spencerfane.com
> Spencer Fane Britt & Browne
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> PH:    816-474-8100
> FAX:  816-474-3216

ATTORNEYS FOR DEFENDANT

Attorney for Plaintiffs

DECLARATION OF GEORGE HANSON IN SUPPORT OF PLAINTIFFS' MOTION, NOTICE OF MOTION, AND POINTS AND AUTHORITIES IN SUPPORT OF CLASS AND COLLECTIVE ACTION CERTIFICATION

3

# EXHIBIT A

REDACTED

# EXHIBIT B



| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 519620 | 2004-12-04 | 2004-12-01 | | | 4 | 30 | 4.5 | 08:30 | 13:00 |
| 519620 | 2004-12-04 | 2004-12-01 | | | 3 | 30 | 3.5 | 14:00 | 17:30 |
| 519620 | 2004-12-04 | 2004-12-02 | | | 3 | 30 | 3.5 | 08:30 | 12:00 |
| 519620 | 2004-12-04 | 2004-12-02 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 519620 | 2004-12-04 | 2004-12-03 | | | 3 | 0 | 3 | 08:30 | 11:30 |
| 519620 | 2004-12-04 | 2004-12-03 | | | 5 | 0 | 5 | 12:30 | 17:30 |
| 519620 | 2004-12-11 | 2004-12-06 | | | 9 | 0 | 9 | 08:00 | 17:00 |
| 519620 | 2004-12-11 | 2004-12-07 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 519620 | 2004-12-11 | 2004-12-07 | | | 4 | 30 | 4.5 | 12:30 | 17:00 |
| 519620 | 2004-12-11 | 2004-12-08 | | | 9 | 0 | 9 | 08:00 | 17:00 |
| 519620 | 2004-12-11 | 2004-12-09 | | | 4 | 15 | 4.25 | 08:00 | 12:15 |
| 519620 | 2004-12-11 | 2004-12-10 | | | 4 | 30 | 4.5 | 12:30 | 17:00 |
| 519620 | 2004-12-11 | 2004-12-10 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 519620 | 2004-12-11 | 2004-12-10 | | | 4 | 15 | 4.25 | 12:45 | 17:00 |
| 519620 | 2004-12-18 | 2004-12-13 | | | 5 | 0 | 5 | 08:30 | 13:30 |
| 519620 | 2004-12-18 | 2004-12-13 | | | 3 | 0 | 3 | 14:30 | 17:30 |
| 519620 | 2004-12-18 | 2004-12-14 | | | 3 | 30 | 3.5 | 08:30 | 12:00 |
| 519620 | 2004-12-18 | 2004-12-14 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 519620 | 2004-12-18 | 2004-12-15 | | | 3 | 30 | 3.5 | 08:30 | 12:00 |
| 519620 | 2004-12-18 | 2004-12-15 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 519620 | 2004-12-18 | 2004-12-16 | | | 4 | 0 | 4 | 08:30 | 12:30 |
| 519620 | 2004-12-18 | 2004-12-16 | | | 4 | 0 | 4 | 13:30 | 17:30 |
| 519620 | 2004-12-18 | 2004-12-17 | | | 3 | 30 | 3.5 | 08:30 | 12:00 |
| 519620 | 2004-12-18 | 2004-12-17 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 519620 | 2004-12-25 | 2004-12-20 | PU | Unplanned PTO | 6 | 30 | 6.5 | 08:30 | 15:00 |
| 519620 | 2004-12-25 | 2004-12-20 | | | 2 | 0 | 2 | 00:00 | 00:00 |
| 519620 | 2004-12-25 | 2004-12-21 | | | 3 | 30 | 3.5 | 08:30 | 12:00 |
| 519620 | 2004-12-25 | 2004-12-21 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 519620 | 2004-12-25 | 2004-12-22 | | | 4 | 30 | 4.5 | 08:30 | 13:00 |
| 519620 | 2004-12-25 | 2004-12-22 | | | 3 | 30 | 3.5 | 14:00 | 17:30 |
| 519620 | 2004-12-25 | 2004-12-23 | | | 5 | 0 | 5 | 08:30 | 13:30 |
| 519620 | 2004-12-25 | 2004-12-23 | | | 3 | 0 | 3 | 14:30 | 17:30 |
| 519620 | 2004-12-25 | 2004-12-24 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2003-06-28 | 2003-06-23 | | | 4 | 35 | 4.683333482 | 0738A | 1210P |
| 528805 | 2003-06-28 | 2003-06-23 | | | 4 | 45 | 4.75 | 1250P | 0535P |

EXHIBIT

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-06-28 | 2003-06-24 | | | 4 | 35 | 4.583333492 | 0740A | 1215P |
| 528805 | 2003-06-28 | 2003-06-24 | | | 5 | 0 | 5 | 0100P | 0600P |
| 528805 | 2003-06-28 | 2003-06-25 | | | 4 | 45 | 4.75 | 0730A | 1215P |
| 528805 | 2003-06-28 | 2003-06-25 | | | 4 | 25 | 4.416666508 | 0100P | 0525P |
| 528805 | 2003-06-28 | 2003-06-25 | | | 4 | 10 | 4.166666508 | 0735A | 1145A |
| 528805 | 2003-06-28 | 2003-06-26 | | | 4 | 50 | 4.833333492 | 1240P | 0530P |
| 528805 | 2003-06-28 | 2003-06-27 | | | 3 | 27 | 3.450000048 | 0735A | 1100A |
| 528805 | 2003-06-28 | 2003-06-27 | | | 3 | 39 | 3.650000095 | 1245P | 0424P |
| 528805 | 2003-06-28 | 2003-06-28 | #J | OT | 2 | 11 | 2.183333387 | 1026A | 1227P |
| 528805 | 2003-06-28 | 2003-06-28 | | | 6 | 22.000023 | 6.366667032 | | |
| 528805 | 2003-06-28 | 2003-06-28 | | | 7 | 37.999977 | 8.366667032 | | |
| 528805 | 2003-07-05 | 2003-06-30 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-07-05 | 2003-06-30 | | | 4 | 40 | 4.666666508 | 1215P | 0445P |
| 528805 | 2003-07-05 | 2003-07-01 | | | 5 | 0 | 5 | 0730A | 1230P |
| 528805 | 2003-07-05 | 2003-07-01 | | | 4 | 45 | 4.75 | 0140P | 0625P |
| 528805 | 2003-07-05 | 2003-07-02 | | | 5 | 0 | 5 | 0730A | 1230P |
| 528805 | 2003-07-05 | 2003-07-02 | | | 4 | 0 | 4 | 0145P | 0545P |
| 528805 | 2003-07-03 | 2003-07-05 | | | 4 | 45 | 4.75 | 0730A | 1215P |
| 528805 | 2003-07-05 | 2003-07-04 | H | Holiday | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-07-05 | 2003-07-05 | | | -1 | 45 | -0.25 | | |
| 528805 | 2003-07-05 | 2003-07-05 | #1 | Additional Hours | 0 | 15 | 0.25 | | |
| 528805 | 2003-07-12 | 2003-07-07 | | | 4 | 0 | 4 | 0730A | 1130A |
| 528805 | 2003-07-12 | 2003-07-07 | | | 5 | 0 | 5 | 1215P | 0515P |
| 528805 | 2003-07-12 | 2003-07-08 | | | 5 | 30 | 5.5 | 1150A | 0520P |
| 528805 | 2003-07-12 | 2003-07-08 | | | 3 | 25 | 3.416666746 | 0735A | 1100A |
| 528805 | 2003-07-12 | 2003-07-09 | | | 4 | 10 | 4.166666508 | 0125P | 0535P |
| 528805 | 2003-07-12 | 2003-07-09 | | | 4 | 55 | 4.916666508 | 0725A | 1220P |
| 528805 | 2003-07-12 | 2003-07-10 | | | 4 | 0 | 4 | 0700A | 1100A |
| 528805 | 2003-07-12 | 2003-07-10 | | | 5 | 40 | 5.666666508 | 1120A | 0500P |
| 528805 | 2003-07-12 | 2003-07-11 | | | 4 | 15 | 4.25 | 1230P | 0445P |
| 528805 | 2003-07-12 | 2003-07-11 | | | 4 | 0 | 4 | 0730A | 1130A |
| 528805 | 2003-07-12 | 2003-07-12 | #J | OT | 4 | 54.999977 | 4.916666269 | | |
| 528805 | 2003-07-12 | 2003-07-12 | | | -5 | 5.0000238 | -4.916666269 | | |
| 528805 | 2003-07-19 | 2003-07-14 | | | 4 | 50 | 4.833333492 | 0725A | 1215P |
| 528805 | 2003-07-19 | 2003-07-14 | | | 4 | 5 | 4.083333492 | 1255P | 0500P |

WF001269

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-07-19 | 2003-07-15 | | | 3 | 55 | 3.916666746 | 0740A | 1135A |
| 528805 | 2003-07-19 | 2003-07-16 | | | 4 | 50 | 4.833333492 | 1220P | 0510P |
| 528805 | 2003-07-19 | 2003-07-16 | | | 4 | 20 | 4.333334492 | 0740A | 1200P |
| 528805 | 2003-07-19 | 2003-07-17 | | | 4 | 20 | 4.333334492 | 1240P | 0500P |
| 528805 | 2003-07-19 | 2003-07-17 | | | 5 | 30 | 5.5 | 1100A | 0430P |
| 528805 | 2003-07-19 | 2003-07-18 | | | 2 | 50 | 2.833333254 | 0710A | 1000A |
| 528805 | 2003-07-19 | 2003-07-18 | | | 3 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-07-19 | 2003-07-19 | | | 4 | 0 | 4 | 1200P | 0400P |
| 528805 | 2003-07-19 | 2003-07-19 | #J | OT | 3 | 24.996947 | -2.583334208 | | |
| 528805 | 2003-07-26 | 2003-07-21 | | | 2 | 35.000033 | 2.583334208 | 1200P | 0530P |
| 528805 | 2003-07-26 | 2003-07-21 | | | 4 | 15 | 4.25 | 0730A | 1145A |
| 528805 | 2003-07-26 | 2003-07-22 | | | 4 | 15 | 4.25 | 0730A | 1145A |
| 528805 | 2003-07-26 | 2003-07-22 | | | 4 | 15 | 4.25 | 1215P | 0430P |
| 528805 | 2003-07-26 | 2003-07-23 | | | 5 | 10 | 5.166666508 | 1200P | 0510P |
| 528805 | 2003-07-26 | 2003-07-23 | | | 3 | 45 | 3.75 | 0745A | 1130A |
| 528805 | 2003-07-26 | 2003-07-24 | | | 4 | 50 | 4.833333492 | 0110P | 0600P |
| 528805 | 2003-07-26 | 2003-07-24 | | | 5 | 0 | 5 | 0730A | 1230P |
| 528805 | 2003-07-26 | 2003-07-25 | | | 3 | 0 | 3 | 0130P | 0430P |
| 528805 | 2003-07-26 | 2003-07-25 | | | 4 | 45 | 4.75 | 0745A | 1230P |
| 528805 | 2003-07-26 | 2003-07-26 | #J | OT | 5 | 40.000004 | -4.666665746 | | |
| 528805 | 2003-08-02 | 2003-07-28 | | | 5 | 0 | 5 | 1200P | 0500P |
| 528805 | 2003-08-02 | 2003-07-28 | | | 1 | 30 | 1.5 | 1000A | 1130A |
| 528805 | 2003-08-02 | 2003-07-29 | | | 4 | 45 | 4.75 | 1215P | 0500P |
| 528805 | 2003-08-02 | 2003-07-29 | | | 4 | 30 | 4.5 | 0730A | 1200P |
| 528805 | 2003-08-02 | 2003-07-30 | | | 5 | 45 | 5.75 | 1120A | 0505P |
| 528805 | 2003-08-02 | 2003-07-30 | | | 3 | 25 | 3.416666746 | 0735A | 1100A |
| 528805 | 2003-08-02 | 2003-07-31 | | | 3 | 40 | 3.666666746 | 0735A | 1115A |
| 528805 | 2003-08-02 | 2003-08-01 | | | 5 | 30 | 5.5 | 1130A | 0500P |
| 528805 | 2003-08-02 | 2003-08-01 | | | 4 | 10 | 4.166666508 | 0735A | 1145A |
| 528805 | 2003-08-02 | 2003-08-02 | | | 3 | 25 | 3.416666746 | 1250P | 0415P |
| 528805 | 2003-08-02 | 2003-08-02 | #J | OT | 3 | 40.000004 | -4.866665746 | | |
| 528805 | 2003-08-03 | 2003-08-02 | | | 3 | 0 | 3 | 0900A | 1200P |
| 528805 | 2003-08-02 | 2003-08-02 | | | 5 | 19.998996 | -4.666665746 | | |

WF001270

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-08-09 | 2003-08-04 | | | 4 | 5 | 4.083333492 | 0140P | 0545P |
| 528805 | 2003-08-09 | 2003-08-04 | | | 5 | 0 | 5 | 0730A | 1230P |
| 528805 | 2003-08-09 | 2003-08-05 | | | 7 | 0 | 7 | 1200P | 0700P |
| 528805 | 2003-08-09 | 2003-08-05 | | | 4 | 10 | 4.166666508 | 0735A | 1145A |
| 528805 | 2003-08-09 | 2003-08-06 | | | 5 | 30 | 5.5 | 0730A | 0100P |
| 528805 | 2003-08-06 | 2003-08-06 | | | 5 | 0 | 5 | 0200P | 0700P |
| 528805 | 2003-08-09 | 2003-08-07 | | | 3 | 45 | 3.75 | 0115P | 0500P |
| 528805 | 2003-08-09 | 2003-08-08 | | | 5 | 30 | 5.5 | 0730A | 0100P |
| 528805 | 2003-08-09 | 2003-08-08 | #J | OT | 6 | 55 | 5.916666508 | 0705A | 0100P |
| 528805 | 2003-08-09 | 2003-08-09 | | | 5 | 54.999992 | 5.916666508 | | |
| 528805 | 2003-08-16 | 2003-08-09 | | | 8 | 5.0000086 | -5.916666508 | | |
| 528805 | 2003-08-16 | 2003-08-11 | | | 7 | 0 | 7 | 1200P | 0700P |
| 528805 | 2003-08-16 | 2003-08-11 | | | 4 | 0 | 4 | 0730A | 1130A |
| 528805 | 2003-08-16 | 2003-08-12 | | | 3 | 55 | 3.916666745 | 0750A | 1145A |
| 528805 | 2003-08-16 | 2003-08-12 | | | 6 | 0 | 6 | 1200P | 0600P |
| 528805 | 2003-08-16 | 2003-08-13 | | | 5 | 30 | 5.5 | 0100P | 0630P |
| 528805 | 2003-08-16 | 2003-08-13 | | | 4 | 50 | 4.833333492 | 0740A | 1230P |
| 528805 | 2003-08-16 | 2003-08-15 | | | 4 | 20 | 4.333333492 | 1240P | 0500P |
| 528805 | 2003-08-16 | 2003-08-15 | | | 4 | 30 | 4.5 | 0730A | 1200P |
| 528805 | 2003-08-16 | 2003-08-16 | | | 0 | 5.0000238 | -0.083333731 | | |
| 528805 | 2003-08-16 | 2003-08-16 | #J | OT | -1 | 54.99997 | -0.083333731 | | |
| 528805 | 2003-08-23 | 2003-08-18 | | | 4 | 10 | 4.166666508 | 0735A | 1145A |
| 528805 | 2003-08-23 | 2003-08-18 | | | 4 | 45 | 4.75 | 1215P | 0500P |
| 528805 | 2003-08-23 | 2003-08-19 | | | 5 | 45 | 5.75 | 1215P | 0600P |
| 528805 | 2003-08-23 | 2003-08-19 | | | 4 | 15 | 4.25 | 0730A | 1145A |
| 528805 | 2003-08-23 | 2003-08-20 | | | 4 | 55 | 4.916666508 | 1220P | 0515P |
| 528805 | 2003-08-23 | 2003-08-20 | | | 3 | 45 | 3.75 | 0730A | 1115A |
| 528805 | 2003-08-23 | 2003-08-21 | | | 3 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-08-23 | 2003-08-21 | | | 7 | 0 | 7 | 1200P | 0700P |
| 528805 | 2003-08-23 | 2003-08-22 | | | 3 | 30 | 3.5 | 0130P | 0500P |
| 528805 | 2003-08-23 | 2003-08-22 | | | 5 | 15 | 5.25 | 0735A | 1250P |
| 528805 | 2003-08-23 | 2003-08-23 | | | 7 | 14.989986 | 7.249999762 | | |
| 528805 | 2003-08-23 | 2003-08-23 | #J | OT | -8 | 45.000015 | -7.249999762 | | |
| 528805 | 2003-08-30 | 2003-08-25 | | | 4 | 30 | 4.5 | 1230P | 0500P |
| 528805 | 2003-08-30 | 2003-08-25 | | | 4 | 50 | 4.833333492 | 0710A | 1200P |

WF001271

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-08-30 | 2003-08-28 | | | 5 | 0 | 5 | 0130P | 0630P |
| 528805 | 2003-08-30 | 2003-08-26 | | | 4 | 40 | 4.666666508 | 0745A | 1226P |
| 528805 | 2003-08-30 | 2003-08-27 | | | 4 | 30 | 4.5 | 0730A | 1200P |
| 528805 | 2003-08-30 | 2003-08-27 | | | 5 | 15 | 5.25 | 1215P | 0530P |
| 528805 | 2003-08-30 | 2003-08-28 | | | 9 | 0 | 9 | 0900A | 0600P |
| 528805 | 2003-08-30 | 2003-08-28 | | | 0 | 50 | 0.833333313 | 0740A | 0830A |
| 528805 | 2003-08-30 | 2003-08-29 | | | 2 | 45 | 2.75 | 0200P | 0445P |
| 528805 | 2003-08-30 | 2003-08-29 | | | 4 | 50 | 4.333333492 | 0740A | 1230P |
| 528805 | 2003-08-30 | 2003-08-30 | #J | OT | 7 | 49.999992 | -6.166666806 | | |
| 528805 | 2003-09-06 | 2003-08-30 | | | 6 | 10.000001 | 6.166666806 | | |
| 528805 | 2003-09-06 | 2003-09-01 | H | Holiday | 2 | 0 | 2 | 0330P | 0530P |
| 528805 | 2003-09-06 | 2003-09-01 | #H | | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-09-06 | 2003-09-01 | | | 2 | 0 | 2 | | |
| 528805 | 2003-09-06 | 2003-09-02 | PS | Planned PTO | 4 | 0 | 4 | 0000 | 0000 |
| 528805 | 2003-09-06 | 2003-09-02 | | | 2 | 0 | 2 | 1000A | 1200P |
| 528805 | 2003-09-06 | 2003-09-03 | PS | Planned PTO | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-09-06 | 2003-09-04 | PS | Planned PTO | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-09-06 | 2003-09-05 | PS | Planned PTO | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-09-13 | 2003-09-07 | | | 1 | 45 | 1.75 | 0900A | 1045A |
| 528805 | 2003-09-13 | 2003-09-08 | | | 3 | 45 | 3.75 | 0215P | 0800P |
| 528805 | 2003-09-13 | 2003-09-08 | | | 6 | 25 | 6.416666508 | 0735A | 0200P |
| 528805 | 2003-09-13 | 2003-09-09 | | | 5 | 45 | 5.75 | 1145A | 0530P |
| 528805 | 2003-09-13 | 2003-09-09 | | | 3 | 50 | 3.833333254 | 0730A | 1120A |
| 528805 | 2003-09-13 | 2003-09-10 | | | 5 | 15 | 5.25 | 0115P | 0630P |
| 528805 | 2003-09-13 | 2003-09-10 | | | 4 | 50 | 4.833333492 | 0740A | 1230P |
| 528805 | 2003-09-13 | 2003-09-11 | | | 3 | 40 | 3.666666746 | 0735A | 1115A |
| 528805 | 2003-09-13 | 2003-09-11 | | | 5 | 16 | 5.25 | 1145A | 0500P |
| 528805 | 2003-09-13 | 2003-09-12 | | | 4 | 0 | 4 | 0730A | 1130A |
| 528805 | 2003-09-13 | 2003-09-12 | | | 4 | 15 | 4.25 | 1245P | 0500P |
| 528805 | 2003-09-13 | 2003-09-13 | #J | OT | 8 | 45 | 8.75 | | |
| 528805 | 2003-09-13 | 2003-09-13 | | | 9 | 15 | -8.75 | | |
| 528805 | 2003-09-20 | 2003-09-15 | | | 4 | 45 | 4.75 | 1215P | 0500P |
| 528805 | 2003-09-20 | 2003-09-15 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-09-20 | 2003-09-16 | | | 3 | 55 | 3.916666746 | 0740A | 1135A |

WF001272

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-09-20 | 2003-09-16 | | | 5 | 5 | 5.083333492 | 1210P | 0515P |
| 528805 | 2003-09-20 | 2003-09-17 | | | 5 | 5 | 5.083333492 | 1215P | 0520P |
| 528805 | 2003-09-20 | 2003-09-17 | | | 4 | 15 | 4.25 | 0730A | 1145A |
| 528805 | 2003-09-20 | 2003-09-18 | | | 4 | 50 | 4.833333492 | 0130P | 0620P |
| 528805 | 2003-09-20 | 2003-09-18 | | | 5 | 5 | 5.083333492 | 0720A | 1226P |
| 528805 | 2003-09-20 | 2003-09-19 | | | 2 | 40 | 2.666666749 | 0135P | 0415P |
| 528805 | 2003-09-20 | 2003-09-19 | | | 5 | 50 | 4.833333492 | 0740A | 1230P |
| 528805 | 2003-09-20 | 2003-09-20 | #J | OT | 7 | 7.153E-05 | 7.000001192 | | |
| 528805 | 2003-09-20 | 2003-09-20 | | | -8 | 58.898928 | -7.000001192 | | |
| 528805 | 2003-09-27 | 2003-09-20 | | | 2 | 25 | 2.416866746 | 0120P | 0345P |
| 528805 | 2003-09-27 | 2003-09-22 | | | 4 | 30 | 4.5 | 0700P | 0530P |
| 528805 | 2003-09-27 | 2003-09-23 | | | 4 | 0 | 4 | 0730A | 1130A |
| 528805 | 2003-09-27 | 2003-09-23 | | | 5 | 45 | 5.75 | 1220P | 0605P |
| 528805 | 2003-09-27 | 2003-09-24 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-09-27 | 2003-09-24 | | | 5 | 5 | 5.083333492 | 1215P | 0620P |
| 528805 | 2003-09-27 | 2003-09-24 | | | 4 | 40 | 4.666666508 | 0720A | 1200P |
| 528805 | 2003-09-27 | 2003-09-25 | | | 4 | 55 | 4.916666508 | 0705A | 1200P |
| 528805 | 2003-09-27 | 2003-09-25 | | | 4 | 50 | 4.833333492 | 1226P | 0515P |
| 528805 | 2003-09-27 | 2003-09-26 | | | 2 | 0 | 2 | 0300P | 0500P |
| 528805 | 2003-09-27 | 2003-09-26 | | | 6 | 55 | 8.916666508 | 0720A | 0215P |
| 528805 | 2003-09-27 | 2003-09-27 | #J | OT | 7 | 45 | -7.75 | | |
| 528805 | 2003-09-27 | 2003-09-27 | | | 8 | 15 | 9.333330015 | 0740A | 0500P |
| 528805 | 2003-10-04 | 2003-09-29 | | | 9 | 20 | 4.75 | 0720A | 1205P |
| 528805 | 2003-10-04 | 2003-09-30 | | | 4 | 46 | 4.75 | 0720A | 1205P |
| 528805 | 2003-10-04 | 2003-08-30 | | | 5 | 5 | 5.083333492 | 1256P | 0600P |
| 528805 | 2003-10-04 | 2003-10-01 | | | 3 | 50 | 3.833333254 | 0230P | 0620P |
| 528805 | 2003-10-04 | 2003-10-02 | | | 6 | 5 | 6.083333492 | 0728A | 0130P |
| 528805 | 2003-10-04 | 2003-10-02 | | | 3 | 50 | 3.833333254 | 0130P | 0520P |
| 528805 | 2003-10-04 | 2003-10-03 | | | 4 | 43 | 4.716666698 | 0732A | 1216P |
| 528805 | 2003-10-04 | 2003-10-03 | | | 3 | 30 | 4.5 | 1230P | 0500P |
| 528805 | 2003-10-04 | 2003-10-03 | | | 5 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-10-04 | 2003-10-04 | #J | OT | 6 | 2.999971 | 6.049999952 | | |
| 528805 | 2003-10-04 | 2003-10-04 | | | -7 | 57.000004 | -6.049999952 | | |
| 528805 | 2003-10-04 | 2003-10-05 | | | 4 | 16 | 4.25 | 0725A | 1140A |
| 528805 | 2003-10-11 | 2003-10-06 | | | 5 | 0 | 5 | 1200P | 0500P |

WF001273

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-10-11 | 2003-10-07 | | | 4 | 40 | 4.666666508 | 1230P | 0510P |
| 528805 | 2003-10-11 | 2003-10-07 | | | 3 | 40 | 3.666666746 | 0750A | 1130A |
| 528805 | 2003-10-11 | 2003-10-08 | | | 5 | 50 | 5.833333492 | 1210P | 0600P |
| 528805 | 2003-10-11 | 2003-10-08 | | | 4 | 5 | 4.083333492 | 0730A | 1135A |
| 528805 | 2003-10-11 | 2003-10-09 | | | 5 | 0 | 5 | 1145A | 0445P |
| 528805 | 2003-10-11 | 2003-10-09 | | | 3 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-10-11 | 2003-10-10 | | | 3 | 0 | 4 | 1230P | 0430P |
| 528805 | 2003-10-11 | 2003-10-10 | #J | OT | 3 | 55 | 3.916666746 | 0725A | 1120A |
| 528805 | 2003-10-11 | 2003-10-11 | | | 5 | 20.000023 | 4.333333731 | | |
| 528805 | 2003-10-18 | 2003-10-13 | | | 5 | 39.999977 | -4.333333731 | | |
| 528805 | 2003-10-18 | 2003-10-13 | | | 6 | 0 | 6 | 1130A | 0530P |
| 528805 | 2003-10-18 | 2003-10-14 | | | 3 | 50 | 3.833333254 | 0725A | 1115A |
| 528805 | 2003-10-18 | 2003-10-14 | | | 5 | 36 | 5.833333492 | 1145A | 0520P |
| 528805 | 2003-10-18 | 2003-10-15 | | | 3 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-10-18 | 2003-10-15 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-10-18 | 2003-10-16 | | | 6 | 15 | 6.25 | 1230P | 0645P |
| 528805 | 2003-10-18 | 2003-10-16 | | | 3 | 20 | 3.333333254 | 0145P | 0505P |
| 528805 | 2003-10-18 | 2003-10-17 | | | 5 | 5 | 5 | 0745A | 1245P |
| 528805 | 2003-10-18 | 2003-10-17 | | | 1 | 45 | 1.75 | 0215P | 0400P |
| 528805 | 2003-10-18 | 2003-10-18 | #J | OT | 8 | 0 | 6 | 0730A | 0130P |
| 528805 | 2003-10-18 | 2003-10-18 | | | 5 | 45.000015 | 5.750000238 | | |
| 528805 | 2003-10-18 | 2003-10-18 | | | -6 | 14.999986 | -5.750000238 | | |
| 528805 | 2003-10-25 | 2003-10-20 | | | 5 | 35 | 3.583333254 | 0740A | 1115A |
| 528805 | 2003-10-25 | 2003-10-20 | | | 3 | 30 | 5.5 | 1130A | 0500P |
| 528805 | 2003-10-25 | 2003-10-21 | | | 4 | 30 | 4.5 | 0800A | 1230P |
| 528805 | 2003-10-25 | 2003-10-21 | | | 4 | 45 | 4.75 | 0130P | 0615P |
| 528805 | 2003-10-25 | 2003-10-22 | | | 5 | 15 | 5.25 | 1230P | 0545P |
| 528805 | 2003-10-25 | 2003-10-22 | | | 3 | 45 | 3.75 | 0745A | 1130A |
| 528805 | 2003-10-25 | 2003-10-23 | | | 5 | 15 | 6.25 | 1215P | 0530P |
| 528805 | 2003-10-25 | 2003-10-23 | | | 4 | 20 | 4.333333492 | 0740A | 1200P |
| 528805 | 2003-10-25 | 2003-10-24 | | | 4 | 20 | 4.333333492 | 0725A | 1145A |
| 528805 | 2003-10-25 | 2003-10-25 | #J | OT | 5 | 16.000014 | 5.250000238 | 1230P | 0430P |
| 528805 | 2003-10-25 | 2003-10-25 | | | -8 | 44.999985 | -5.250000238 | | |
| 528805 | 2003-11-01 | 2003-10-27 | | | 4 | 25 | 4.416666508 | 1215P | 0440P |

WF001274

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-11-01 | 2003-10-27 | | | 4 | 30 | 4.5 | 0730A | 1200P |
| 528805 | 2003-11-01 | 2003-10-28 | | | 5 | 0 | 5 | 1200P | 0500P |
| 528805 | 2003-11-01 | 2003-10-28 | | | 4 | 15 | 4.25 | 0730A | 1145A |
| 528805 | 2003-11-01 | 2003-10-29 | | | 2 | 55 | 2.916666746 | 0115P | 0410P |
| 528805 | 2003-11-01 | 2003-10-29 | | | 4 | 45 | 4.75 | 0750A | 1235P |
| 528805 | 2003-11-01 | 2003-10-30 | | | 9 | 55 | 9.916666885 | 0745A | 0540P |
| 528805 | 2003-11-01 | 2003-10-31 | | | 8 | 20 | 8.333333015 | 0725A | 0345P |
| 528805 | 2003-11-01 | 2003-11-01 | #J | OT | 4 | -4.9899852 | -4.083333254 | | |
| 528805 | 2003-11-01 | 2003-11-01 | | | -5 | 55.000004 | -4.083333254 | | |
| 528805 | 2003-11-08 | 2003-11-03 | | | 3 | 55 | 3.916666746 | 0120P | 0515P |
| 528805 | 2003-11-08 | 2003-11-03 | | | 5 | 25 | 5.416666508 | 0735A | 0100P |
| 528805 | 2003-11-08 | 2003-11-04 | | | 4 | 30 | 4.5 | 1230P | 0500P |
| 528805 | 2003-11-08 | 2003-11-04 | | | 4 | 5 | 4.083333492 | 0730A | 1135A |
| 528805 | 2003-11-08 | 2003-11-06 | | | 7 | 20 | 7.333333492 | 0740A | 0300P |
| 528805 | 2003-11-08 | 2003-11-06 | | | 4 | 50 | 4.833333492 | 1230P | 0520P |
| 528805 | 2003-11-08 | 2003-11-07 | | | 3 | 50 | 3.833333264 | 0740A | 1130A |
| 528805 | 2003-11-08 | 2003-11-08 | | | 9 | 5 | 9.083333015 | 0725A | 0430P |
| 528805 | 2003-11-08 | 2003-11-08 | | | 3 | 0 | 3 | | |
| 528805 | 2003-11-08 | 2003-11-08 | | | -3 | 0 | -3 | | |
| 528805 | 2003-11-15 | 2003-11-10 | #J | OT | 4 | 5 | 4.083333492 | | |
| 528805 | 2003-11-15 | 2003-11-10 | | | 5 | 0 | 5 | 1240P | 0540P |
| 528805 | 2003-11-15 | 2003-11-11 | | | 3 | 45 | 3.75 | 1145A | 0330P |
| 528805 | 2003-11-15 | 2003-11-11 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-11-15 | 2003-11-12 | | | 10 | 5 | 10.08333302 | 0730A | 0535P |
| 528805 | 2003-11-15 | 2003-11-13 | | | 3 | 25 | 3.416566746 | 0220P | 0545P |
| 528805 | 2003-11-15 | 2003-11-13 | | | 5 | 55 | 5.918986506 | 0735A | 0130P |
| 528805 | 2003-11-15 | 2003-11-14 | | | 4 | 25 | 4.416666508 | 1215P | 0440P |
| 528805 | 2003-11-15 | 2003-11-14 | | | 2 | 55 | 2.916666746 | 0735A | 1030A |
| 528805 | 2003-11-15 | 2003-11-15 | | | -4 | 20.00001 | -3.666666508 | | |
| 528805 | 2003-11-15 | 2003-11-15 | #J | OT | 3 | 39.999992 | 3.666665508 | | |
| 528805 | 2003-11-22 | 2003-11-17 | | | 6 | 25 | 6.418666508 | 1110A | 0535P |
| 528805 | 2003-11-22 | 2003-11-17 | | | 2 | 30 | 2.5 | 0730A | 1000A |
| 528805 | 2003-11-22 | 2003-11-18 | | | 5 | 55 | 5.916666508 | 0120P | 0715P |
| 528805 | 2003-11-22 | 2003-11-18 | | | 3 | 55 | 3.916666748 | 0805A | 1200P |
| 528805 | 2003-11-22 | 2003-11-19 | | | 6 | 15 | 6.25 | 1145A | 0600P |

WF001275

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-11-22 | 2003-11-19 | | | 3 | 50 | 3.833333254 | 0725A | 1115A |
| 528805 | 2003-11-22 | 2003-11-20 | | | 6 | 45 | 6.75 | 1200P | 0645P |
| 528805 | 2003-11-22 | 2003-11-20 | | | 3 | 14 | 3.233333349 | 0801A | 1115A |
| 528805 | 2003-11-22 | 2003-11-21 | | | 5 | 30 | 5.5 | 0730A | 0100P |
| 528805 | 2003-11-22 | 2003-11-21 | #J | OT | 2 | 10 | 2.166666746 | 0200P | 0410P |
| 528805 | 2003-11-22 | 2003-11-22 | | | 6 | 28.999987 | 6.483333111 | | |
| 528805 | 2003-11-22 | 2003-11-22 | | | -7 | 31.000013 | -6.483333111 | | |
| 528805 | 2003-11-29 | 2003-11-23 | | | 0 | 50 | 0.833333313 | 1050A | 1050A |
| 528805 | 2003-11-29 | 2003-11-24 | | | 5 | 45 | 5.75 | 1230P | 0615P |
| 528805 | 2003-11-29 | 2003-11-24 | | | 3 | 55 | 3.916666746 | 0735A | 1130A |
| 528805 | 2003-11-29 | 2003-11-25 | | | 4 | 50 | 4.833333492 | 0725A | 1215P |
| 528805 | 2003-11-29 | 2003-11-25 | | | 4 | 55 | 4.916666508 | 0100P | 0555P |
| 528805 | 2003-11-29 | 2003-11-26 | | | 7 | 30 | 7.5 | 0730A | 0300P |
| 528805 | 2003-11-29 | 2003-11-27 | H | Holiday | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-11-29 | 2003-11-28 | | | 1 | 0 | 1 | 0115P | 0215P |
| 528805 | 2003-11-29 | 2003-11-28 | | | 4 | 15 | 4.25 | 0745A | 1200P |
| 528805 | 2003-11-29 | 2003-11-28 | #1 | Additional Hours | 1 | 3.5765E-06 | -1.00000005 | | |
| 528805 | 2003-12-06 | 2003-11-29 | | | -2 | 59.999996 | -1.00000005 | | |
| 528805 | 2003-12-06 | 2003-12-01 | | | 2 | 30 | 2.5 | 0900A | 1130A |
| 528805 | 2003-12-06 | 2003-12-01 | | | 2 | 15 | 2.25 | 1215P | 0230P |
| 528805 | 2003-12-06 | 2003-12-02 | PU | Unplanned PTO | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-12-06 | 2003-12-03 | PU | Unplanned PTO | 2 | 0 | 2 | 0000 | 0000 |
| 528805 | 2003-12-06 | 2003-12-03 | | | 3 | 40 | 3.666666746 | 0720A | 1100A |
| 528805 | 2003-12-06 | 2003-12-04 | | | 7 | 16 | 7.25 | 0100P | 0815P |
| 528805 | 2003-12-06 | 2003-12-04 | | | 5 | 5 | 5 | 0715A | 1215P |
| 528805 | 2003-12-06 | 2003-12-05 | | | 4 | 15 | 4.25 | 1230P | 0445P |
| 528805 | 2003-12-06 | 2003-12-05 | | | 4 | 30 | 4.5 | 0730A | 1200P |
| 528805 | 2003-12-06 | 2003-12-05 | #1 | Additional Hours | 1 | 25.000004 | 1.416666746 | | |
| 528805 | 2003-12-06 | 2003-12-05 | | | -2 | 34.999996 | -1.416666746 | 1030A | 1230P |
| 528805 | 2003-12-13 | 2003-12-08 | | | 4 | 20 | 4.333333492 | 0110P | 0530P |
| 528805 | 2003-12-13 | 2003-12-08 | | | 4 | 40 | 4.666666508 | 0755A | 1215P |
| 528805 | 2003-12-13 | 2003-12-09 | | | 5 | 30 | 5.5 | 1215P | 0545P |
| 528805 | 2003-12-13 | 2003-12-09 | | | 4 | 30 | 4.083333492 | 0735A | 1140A |
| 528805 | 2003-12-13 | 2003-12-10 | | | 8 | 30 | 8.5 | 0900A | 0530P |

WF001276

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2003-12-13 | 2003-12-10 | | | 0 | 50 | 0.833333313 | 0740A | 0630A |
| 528805 | 2003-12-13 | 2003-12-11 | | | 6 | 0 | 6 | 0645A | 1245P |
| 528805 | 2003-12-13 | 2003-12-11 | | | 4 | 45 | 4.75 | 0130P | 0615P |
| 528805 | 2003-12-13 | 2003-12-12 | | | 3 | 15 | 3.25 | 1245P | 0400P |
| 528805 | 2003-12-13 | 2003-12-12 | #J | OT | 5 | 55.000008 | 5.916666806 | 0745A | 1145A |
| 528805 | 2003-12-13 | 2003-12-13 | | | -6 | -4.9999914 | -5.816666808 | | |
| 528805 | 2003-12-20 | 2003-12-14 | | | 3 | 0 | 3 | 1030A | 0130P |
| 528805 | 2003-12-20 | 2003-12-15 | | | 4 | 5 | 4.083333492 | 0725A | 1130A |
| 528805 | 2003-12-20 | 2003-12-15 | | | 5 | 45 | 5.75 | 1150A | 0535P |
| 528805 | 2003-12-20 | 2003-12-16 | | | 0 | 20 | 0.333333343 | 0730P | 0750P |
| 528805 | 2003-12-20 | 2003-12-16 | | | 6 | 15 | 6.25 | 1245P | 0700P |
| 528805 | 2003-12-20 | 2003-12-17 | | | 4 | 50 | 4.833333492 | 0725A | 1215P |
| 528805 | 2003-12-20 | 2003-12-17 | | | 5 | 35 | 5.833333492 | 1215P | 0600P |
| 528805 | 2003-12-20 | 2003-12-18 | | | 4 | 15 | 4.25 | 0745A | 1200P |
| 528805 | 2003-12-20 | 2003-12-18 | | | 10 | 55 | 10.91666698 | 0750A | 0645P |
| 528805 | 2003-12-20 | 2003-12-19 | | | 3 | 25 | 3.416666746 | 0750A | 1115A |
| 528805 | 2003-12-20 | 2003-12-20 | | | 4 | 45 | 4.75 | 1210P | 0455P |
| 528805 | 2003-12-20 | 2003-12-20 | #J | OT | -14 | -48.898847 | -13.16666755 | | |
| 528805 | 2003-12-27 | 2003-12-22 | | | 13 | 10.000053 | 13.16666766 | 0135P | |
| 528805 | 2003-12-27 | 2003-12-22 | | | 4 | 15 | 4.25 | 0725A | 0550P |
| 528805 | 2003-12-27 | 2003-12-23 | | | 4 | 0 | 4 | 0725A | 1125A |
| 528805 | 2003-12-27 | 2003-12-23 | | | 4 | 45 | 4.75 | 1245P | 0530P |
| 528805 | 2003-12-27 | 2003-12-24 | | | 4 | 35 | 4.583333492 | 0725A | 1200P |
| 528805 | 2003-12-27 | 2003-12-24 | | | 4 | 50 | 4.833333492 | 0740A | 1230P |
| 528805 | 2003-12-27 | 2003-12-24 | #J | OT | -3 | 39.999962 | -2.333333349 | | |
| 528805 | 2003-12-27 | 2003-12-24 | #H | | 2 | 20.00001 | 2.333333492 | | |
| 528805 | 2003-12-27 | 2003-12-24 | #H | Holiday | 4 | 50.000008 | 4.833333492 | | |
| 528805 | 2003-12-27 | 2003-12-24 | H | Holiday | 2 | 30 | 2.5 | 0000 | 0000 |
| 528805 | 2003-12-27 | 2003-12-25 | H | Holiday | -5 | 9.9999905 | -4.833333492 | 0000 | 0000 |
| 528805 | 2003-12-27 | 2003-12-25 | PS | Planned PTO | 8 | 0 | 8 | 0000 | 0000 |
| 528805 | 2003-12-27 | 2003-12-26 | | | 5 | 0 | 5 | 0000 | 0000 |
| 528805 | 2004-01-03 | 2003-12-29 | | | 2 | 30 | 2.5 | 1000A | 1230P |
| 528805 | 2004-01-03 | 2003-12-29 | | | 4 | 35 | 4.583 | 0725 | 1200 |
| 528805 | 2004-01-03 | 2003-12-29 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |

WF001277

| EMPND | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-01-03 | 2003-12-30 | | | 4 | 20 | 4.333 | 07:40 | 12:00 |
| 528805 | 2004-01-03 | 2003-12-30 | | | 5 | 0 | 5 | 13:00 | 18:00 |
| 528805 | 2004-01-03 | 2003-12-31 | | | 4 | 0 | 4 | 07:30 | 11:30 |
| 528805 | 2004-01-03 | 2003-12-31 | | | 4 | 30 | 4.5 | 07:30 | 14:00 |
| 528805 | 2004-01-03 | 2003-12-31 | MA | Misc. Absence | 4 | 30 | 4.5 | 13:30 | 18:00 |
| 528805 | 2004-01-03 | 2004-01-01 | H | Holiday | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2004-01-03 | 2004-01-02 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 528805 | 2004-01-03 | 2004-01-03 | | | 1 | 45 | 1.75 | 10:00 | 11:45 |
| 528805 | 2004-01-10 | 2004-01-05 | | | 4 | 5 | 4.083 | 07:35 | 11:40 |
| 528805 | 2004-01-10 | 2004-01-05 | | | 5 | 15 | 5.25 | 12:35 | 17:50 |
| 528805 | 2004-01-10 | 2004-01-06 | | | 9 | 15 | 9.25 | 07:35 | 16:50 |
| 528805 | 2004-01-10 | 2004-01-07 | | | 3 | 25 | 3.416 | 07:35 | 11:00 |
| 528805 | 2004-01-10 | 2004-01-07 | | | 6 | 0 | 6 | 11:40 | 17:40 |
| 528805 | 2004-01-10 | 2004-01-08 | | | 3 | 40 | 3.666 | 07:50 | 11:30 |
| 528805 | 2004-01-10 | 2004-01-08 | | | 4 | 30 | 4.5 | 12:30 | 17:00 |
| 528805 | 2004-01-10 | 2004-01-09 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-01-10 | 2004-01-09 | | | 3 | 45 | 3.75 | 12:45 | 16:30 |
| 528805 | 2004-01-17 | 2004-01-12 | | | 5 | 35 | 5.583 | 07:25 | 13:00 |
| 528805 | 2004-01-17 | 2004-01-12 | | | 4 | 15 | 4.25 | 13:15 | 17:30 |
| 528805 | 2004-01-17 | 2004-01-13 | | | 4 | 25 | 4.416 | 07:35 | 12:00 |
| 528805 | 2004-01-17 | 2004-01-13 | | | 4 | 45 | 4.75 | 12:30 | 17:15 |
| 528805 | 2004-01-17 | 2004-01-14 | | | 4 | 5 | 4.083 | 07:40 | 11:45 |
| 528805 | 2004-01-17 | 2004-01-14 | | | 6 | 25 | 6.416 | 12:30 | 18:55 |
| 528805 | 2004-01-17 | 2004-01-15 | | | 2 | 20 | 2.333 | 07:40 | 10:00 |
| 528805 | 2004-01-17 | 2004-01-15 | | | 6 | 40 | 6.666 | 11:00 | 17:40 |
| 528805 | 2004-01-17 | 2004-01-16 | | | 4 | 30 | 4.5 | 07:45 | 12:15 |
| 528805 | 2004-01-17 | 2004-01-17. | | | 2 | 50 | 2.833 | 13:10 | 16:00 |
| 528805 | 2004-01-24 | 2004-01-19 | | | 4 | 35 | 4.583 | 07:25 | 12:00 |
| 528805 | 2004-01-24 | 2004-01-19 | | | 4 | 0 | 4 | 13:00 | 17:00 |
| 528805 | 2004-01-24 | 2004-01-20 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-01-24 | 2004-01-20 | | | 5 | 15 | 5.25 | 12:20 | 17:35 |
| 528805 | 2004-01-24 | 2004-01-21 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-01-24 | 2004-01-21 | | | 4 | 45 | 4.75 | 12:30 | 17:15 |
| 528805 | 2004-01-24 | 2004-01-22 | | | 4 | 35 | 4.583 | 07:25 | 12:00 |
| 528805 | 2004-01-24 | 2004-01-22 | | | 4 | 40 | 4.666 | 12:30 | 17:10 |

WF001278

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-01-24 | 2004-01-23 | | | 3 | 50 | 3.833 | 07:40 | 11:30 |
| 528805 | 2004-01-24 | 2004-01-23 | | | 4 | 0 | 4 | 12:30 | 16:30 |
| 528805 | 2004-01-31 | 2004-01-26 | | | 3 | 30 | 3.5 | 07:45 | 11:15 |
| 528805 | 2004-01-31 | 2004-01-26 | | | 4 | 35 | 4.583 | 12:00 | 16:35 |
| 528805 | 2004-01-31 | 2004-01-27 | | | 9 | 55 | 9.916 | 07:30 | 17:25 |
| 528805 | 2004-01-31 | 2004-01-28 | | | 4 | 5 | 4.083 | 07:25 | 11:30 |
| 528805 | 2004-01-31 | 2004-01-28 | | | 4 | 30 | 4.5 | 12:15 | 16:45 |
| 528805 | 2004-01-31 | 2004-01-29 | | | 3 | 40 | 3.666 | 07:50 | 11:30 |
| 528805 | 2004-01-31 | 2004-01-29 | | | 5 | 20 | 5.333 | 12:20 | 17:40 |
| 528805 | 2004-01-31 | 2004-01-30 | | | 3 | 40 | 3.666 | 07:50 | 11:30 |
| 528805 | 2004-01-31 | 2004-01-30 | | | 4 | 30 | 4.5 | 12:45 | 17:15 |
| 528805 | 2004-02-07 | 2004-01-31 | | | 1 | 30 | 1.5 | 13:00 | 14:30 |
| 528805 | 2004-02-07 | 2004-02-02 | | | 4 | 0 | 4 | 07:45 | 11:45 |
| 528805 | 2004-02-07 | 2004-02-02 | | | 6 | 30 | 6.5 | 12:15 | 18:45 |
| 528805 | 2004-02-07 | 2004-02-03 | | | 3 | 50 | 3.833 | 07:50 | 11:40 |
| 528805 | 2004-02-07 | 2004-02-03 | | | 5 | 50 | 5.833 | 12:40 | 18:30 |
| 528805 | 2004-02-07 | 2004-02-04 | | | 3 | 25 | 3.416 | 07:50 | 11:15 |
| 528805 | 2004-02-07 | 2004-02-04 | | | 6 | 45 | 6.75 | 12:00 | 18:45 |
| 528805 | 2004-02-07 | 2004-02-05 | | | 4 | 25 | 4.416 | 07:50 | 12:15 |
| 528805 | 2004-02-07 | 2004-02-05 | | | 2 | 15 | 2.25 | 12:45 | 15:00 |
| 528805 | 2004-02-07 | 2004-02-06 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-02-07 | 2004-02-06 | | | 4 | 0 | 4 | 12:30 | 16:30 |
| 528805 | 2004-02-07 | 2004-02-07 | | | 2 | 15 | 2.25 | 09:45 | 12:00 |
| 528805 | 2004-02-14 | 2004-02-09 | | | 3 | 30 | 3.5 | 07:50 | 11:20 |
| 528805 | 2004-02-14 | 2004-02-09 | | | 5 | 35 | 5.583 | 12:15 | 17:50 |
| 528805 | 2004-02-14 | 2004-02-10 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-02-14 | 2004-02-10 | | | 8 | 0 | 8 | 12:30 | 20:30 |
| 528805 | 2004-02-14 | 2004-02-11 | | | 10 | 45 | 10.75 | 07:45 | 18:30 |
| 528805 | 2004-02-14 | 2004-02-12 | | | 3 | 35 | 3.583 | 07:55 | 11:30 |
| 528805 | 2004-02-14 | 2004-02-12 | | | 7 | 15 | 7.25 | 12:30 | 19:45 |
| 528805 | 2004-02-14 | 2004-02-13 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-02-14 | 2004-02-13 | | | 5 | 0 | 5 | 12:30 | 17:30 |
| 528805 | 2004-02-21 | 2004-02-16 | | | 3 | 15 | 3.25 | 07:45 | 11:00 |
| 528805 | 2004-02-21 | 2004-02-16 | | | 6 | 20 | 6.333 | 12:10 | 18:30 |
| 528805 | 2004-02-21 | 2004-02-17 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-02-21 | 2004-02-17 | | | 5 | 0 | 5 | 12:30 | 17:30 |
| 528805 | 2004-02-21 | 2004-02-18 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-02-21 | 2004-02-18 | | | 6 | 15 | 6.25 | 12:30 | 18:45 |
| 528805 | 2004-02-21 | 2004-02-19 | | | 3 | 40 | 3.666 | 07:50 | 11:30 |
| 528805 | 2004-02-21 | 2004-02-19 | | | 1 | 15 | 1.25 | 12:30 | 13:45 |
| 528805 | 2004-02-21 | 2004-02-19 | | | 4 | 10 | 4.166 | 14:30 | 18:40 |
| 528805 | 2004-02-21 | 2004-02-20 | | | 3 | 40 | 3.666 | 07:50 | 11:30 |
| 528805 | 2004-02-21 | 2004-02-20 | | | 4 | 0 | 4 | 12:30 | 16:30 |
| 528805 | 2004-02-21 | 2004-02-21 | | | 3 | 0 | 3 | 13:00 | 16:00 |
| 528805 | 2004-02-28 | 2004-02-23 | | | 4 | 0 | 4 | 07:45 | 11:45 |
| 528805 | 2004-02-28 | 2004-02-23 | | | 7 | 15 | 7.25 | 12:45 | 20:00 |
| 528805 | 2004-02-28 | 2004-02-24 | | | 5 | 35 | 5.583 | 07:45 | 13:20 |
| 528805 | 2004-02-28 | 2004-02-24 | | | 5 | 0 | 5 | 14:00 | 19:00 |
| 528805 | 2004-02-28 | 2004-02-25 | | | 4 | 5 | 4.083 | 07:25 | 11:30 |
| 528805 | 2004-02-28 | 2004-02-25 | | | 6 | 50 | 6.833 | 12:20 | 19:10 |
| 528805 | 2004-02-28 | 2004-02-26 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-02-28 | 2004-02-26 | | | 6 | 30 | 6.5 | 12:30 | 19:00 |
| 528805 | 2004-02-28 | 2004-02-27 | | | 3 | 0 | 3 | 08:00 | 11:00 |
| 528805 | 2004-02-28 | 2004-02-27 | | | 4 | 10 | 4.166 | 12:00 | 16:10 |
| 528805 | 2004-09-25 | 2004-09-20 | | | 3 | 40 | 3.666 | 10:00 | 13:40 |
| 528805 | 2004-09-25 | 2004-09-20 | | | 4 | 4 | 4.066 | 07:28 | 11:30 |
| 528805 | 2004-09-25 | 2004-09-21 | | | 6 | 10 | 6.166 | 12:25 | 18:35 |
| 528805 | 2004-09-25 | 2004-09-21 | | | 3 | 40 | 3.666 | 07:35 | 11:16 |
| 528805 | 2004-09-25 | 2004-09-21 | | | 6 | 20 | 6.333 | 12:20 | 18:40 |
| 528805 | 2004-09-25 | 2004-09-22 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-09-25 | 2004-09-22 | | | 6 | 40 | 8.666 | 12:35 | 19:15 |
| 528805 | 2004-09-25 | 2004-09-23 | | | 3 | 35 | 3.583 | 07:45 | 11:20 |
| 528805 | 2004-09-25 | 2004-09-23 | | | 4 | 45 | 4.75 | 13:00 | 17:45 |
| 528805 | 2004-09-25 | 2004-09-24 | | | 4 | 5 | 4.083 | 07:40 | 11:45 |
| 528805 | 2004-09-25 | 2004-09-25 | | | 1 | 15 | 1.25 | 14:15 | 15:30 |
| 528805 | 2004-10-02 | 2004-09-25 | | | 2 | 5 | 2.083 | 17:15 | 19:20 |
| 528805 | 2004-10-02 | 2004-09-27 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-10-02 | 2004-09-27 | | | 4 | 40 | 4.666 | 13:00 | 17:40 |
| 528805 | 2004-10-02 | 2004-09-28 | | | 4 | 5 | 4.083 | 07:45 | 11:50 |
| 528805 | 2004-10-02 | 2004-09-28 | | | 5 | 45 | 5.75 | 12:45 | 18:30 |

WF001280

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-10-02 | 2004-09-29 | | | 3 | 25 | 3.416 | 07:55 | 11:20 |
| 528805 | 2004-10-02 | 2004-09-29 | | | 6 | 55 | 6.916 | 11:50 | 18:45 |
| 528805 | 2004-10-02 | 2004-09-30 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-10-02 | 2004-09-30 | | | 4 | 45 | 4.75 | 13:00 | 17:45 |
| 528805 | 2004-10-02 | 2004-10-01 | | | 6 | 45 | 6.75 | 07:45 | 14:30 |
| 528805 | 2004-10-02 | 2004-10-02 | | | 3 | 20 | 3.333 | 11:40 | 15:00 |
| 528805 | 2004-10-09 | 2004-10-04 | | | 4 | 5 | 4.083 | 07:55 | 12:00 |
| 528805 | 2004-10-09 | 2004-10-04 | | | 4 | 45 | 4.75 | 13:00 | 17:45 |
| 528805 | 2004-10-09 | 2004-10-05 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-10-09 | 2004-10-06 | | | 5 | 0 | 5 | 12:45 | 17:45 |
| 528805 | 2004-10-09 | 2004-10-06 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-10-09 | 2004-10-07 | | | 6 | 0 | 6 | 12:30 | 18:30 |
| 528805 | 2004-10-09 | 2004-10-07 | | | 4 | 35 | 4.583 | 07:55 | 12:30 |
| 528805 | 2004-10-09 | 2004-10-08 | | | 4 | 40 | 4.666 | 13:30 | 18:10 |
| 528805 | 2004-10-09 | 2004-10-08 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-10-09 | 2004-10-08 | | | 4 | 25 | 4.416 | 12:20 | 16:45 |
| 528805 | 2004-10-09 | 2004-10-09 | | | 1 | 15 | 1.25 | 12:30 | 13:45 |
| 528805 | 2004-10-16 | 2004-10-11 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-10-16 | 2004-10-11 | | | 4 | 15 | 4.25 | 12:15 | 16:30 |
| 528805 | 2004-10-16 | 2004-10-12 | | | 4 | 15 | 4.25 | 07:55 | 12:10 |
| 528805 | 2004-10-16 | 2004-10-12 | | | 4 | 0 | 4 | 12:45 | 16:45 |
| 528805 | 2004-10-16 | 2004-10-13 | | | 4 | 5 | 4.083 | 07:55 | 12:00 |
| 528805 | 2004-10-16 | 2004-10-13 | | | 5 | 20 | 5.333 | 13:00 | 18:20 |
| 528805 | 2004-10-16 | 2004-10-14 | | | 3 | 30 | 3.5 | 07:45 | 11:15 |
| 528805 | 2004-10-16 | 2004-10-14 | | | 6 | 5 | 6.083 | 11:40 | 17:45 |
| 528805 | 2004-10-16 | 2004-10-15 | | | 4 | 20 | 4.333 | 08:00 | 12:20 |
| 528805 | 2004-10-16 | 2004-10-15 | | | 1 | 0 | 1 | 14:00 | 15:00 |
| 528805 | 2004-10-23 | 2004-10-18 | | | 3 | 35 | 3.583 | 07:45 | 11:20 |
| 528805 | 2004-10-23 | 2004-10-18 | | | 4 | 50 | 4.833 | 11:55 | 16:45 |
| 528805 | 2004-10-23 | 2004-10-19 | | | 3 | 20 | 3.333 | 07:40 | 11:00 |
| 528805 | 2004-10-23 | 2004-10-19 | | | 6 | 0 | 6 | 12:00 | 18:00 |
| 528805 | 2004-10-23 | 2004-10-20 | | | 5 | 10 | 5.166 | 07:50 | 13:00 |
| 528805 | 2004-10-23 | 2004-10-20 | | | 4 | 35 | 4.583 | 13:45 | 18:20 |
| 528805 | 2004-10-23 | 2004-10-21 | | | 3 | 45 | 3.75 | 08:00 | 11:45 |
| 528805 | 2004-10-23 | 2004-10-21 | | | 6 | 10 | 6.166 | 12:20 | 18:30 |

WF001281

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-10-23 | 2004-10-22 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-10-23 | 2004-10-22 | | | 5 | 10 | 5.166 | 12:20 | 17:30 |
| 528805 | 2004-10-30 | 2004-10-25 | | | 2 | 30 | 2.5 | 09:45 | 12:15 |
| 528805 | 2004-10-30 | 2004-10-25 | | | 4 | 35 | 4.583 | 13:00 | 17:35 |
| 528805 | 2004-10-30 | 2004-10-26 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-10-30 | 2004-10-26 | | | 5 | 0 | 5 | 12:30 | 17:30 |
| 528805 | 2004-10-30 | 2004-10-27 | | | 4 | 15 | 4.25 | 08:00 | 12:15 |
| 528805 | 2004-10-30 | 2004-10-27 | | | 5 | 0 | 5 | 13:00 | 18:00 |
| 528805 | 2004-10-30 | 2004-10-28 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-10-30 | 2004-10-28 | | | 5 | 10 | 5.166 | 12:20 | 17:30 |
| 528805 | 2004-10-30 | 2004-10-29 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-11-06 | 2004-11-01 | | | 4 | 16 | 4.266 | 13:00 | 17:16 |
| 528805 | 2004-11-06 | 2004-11-01 | | | 7 | 20 | 7.333 | 07:40 | 15:00 |
| 528805 | 2004-11-06 | 2004-11-02 | | | 2 | 5 | 2.083 | 09:40 | 11:45 |
| 528805 | 2004-11-06 | 2004-11-02 | | | 5 | 30 | 5.5 | 12:30 | 18:00 |
| 528805 | 2004-11-06 | 2004-11-03 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 528805 | 2004-11-06 | 2004-11-03 | | | 5 | 15 | 5.25 | 13:00 | 18:15 |
| 528805 | 2004-11-06 | 2004-11-04 | | | 3 | 0 | 3 | 08:00 | 11:00 |
| 528805 | 2004-11-06 | 2004-11-04 | | | 6 | 0 | 6 | 12:00 | 18:00 |
| 528805 | 2004-11-06 | 2004-11-05 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-11-06 | 2004-11-05 | | | 3 | 15 | 3.25 | 12:30 | 15:45 |
| 528805 | 2004-11-20 | 2004-11-15 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-11-20 | 2004-11-15 | | | 4 | 45 | 4.75 | 13:00 | 17:45 |
| 528805 | 2004-11-20 | 2004-11-16 | | | 4 | 0 | 4 | 07:45 | 11:45 |
| 528805 | 2004-11-20 | 2004-11-16 | | | 5 | 10 | 5.166 | 13:00 | 18:10 |
| 528805 | 2004-11-20 | 2004-11-17 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-11-20 | 2004-11-17 | | | 4 | 50 | 4.833 | 12:30 | 17:20 |
| 528805 | 2004-11-20 | 2004-11-18 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2004-11-20 | 2004-11-19 | PS | Planned PTO | 6 | 30 | 6.5 | 00:00 | 00:00 |
| 528805 | 2004-11-27 | 2004-11-22 | | | 4 | 5 | 4.088 | 07:40 | 11:45 |
| 528805 | 2004-11-27 | 2004-11-22 | | | 5 | 15 | 5.25 | 13:00 | 18:15 |
| 528805 | 2004-11-27 | 2004-11-23 | | | 3 | 50 | 3.833 | 08:10 | 12:00 |
| 528805 | 2004-11-27 | 2004-11-23 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 528805 | 2004-11-27 | 2004-11-24 | | | 2 | 30 | 2.5 | 10:00 | 12:30 |
| 528805 | 2004-11-27 | 2004-11-24 | NA | Misc Absence | 4 | 0 | 4 | 00:00 | 00:00 |

WF001282

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-11-27 | 2004-11-25 | H | Holiday | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2004-11-27 | 2004-11-26 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2004-12-04 | 2004-11-29 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-12-04 | 2004-11-29 | | | 6 | 5 | 6.083 | 12:15 | 18:20 |
| 528805 | 2004-12-04 | 2004-11-30 | | | 3 | 5 | 3.083 | 07:55 | 11:00 |
| 528805 | 2004-12-04 | 2004-11-30 | | | 5 | 45 | 5.75 | 12:00 | 17:45 |
| 528805 | 2004-12-04 | 2004-12-01 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-12-04 | 2004-12-01 | | | 5 | 35 | 5.583 | 13:20 | 18:55 |
| 528805 | 2004-12-04 | 2004-12-02 | | | 4 | 5 | 4.083 | 07:55 | 12:00 |
| 528805 | 2004-12-04 | 2004-12-03 | | | 4 | 45 | 4.75 | 13:00 | 17:45 |
| 528805 | 2004-12-04 | 2004-12-03 | | | 2 | 50 | 2.833 | 08:10 | 11:00 |
| 528805 | 2004-12-04 | 2004-12-04 | | | 3 | 15 | 3.25 | 13:00 | 16:15 |
| 528805 | 2004-12-11 | 2004-12-04 | | | 2 | 15 | 2.25 | 11:45 | 14:00 |
| 528805 | 2004-12-11 | 2004-12-06 | | | 4 | 10 | 4.166 | 07:50 | 12:00 |
| 528805 | 2004-12-11 | 2004-12-06 | | | 4 | 15 | 4.25 | 12:30 | 16:45 |
| 528805 | 2004-12-11 | 2004-12-07 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-12-11 | 2004-12-08 | | | 5 | 20 | 5.333 | 12:30 | 17:50 |
| 528805 | 2004-12-11 | 2004-12-08 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-12-11 | 2004-12-09 | | | 4 | 15 | 4.25 | 12:00 | 16:15 |
| 528805 | 2004-12-11 | 2004-12-09 | | | 4 | 30 | 4.5 | 08:00 | 12:30 |
| 528805 | 2004-12-11 | 2004-12-10 | | | 4 | 15 | 4.25 | 13:30 | 17:45 |
| 528805 | 2004-12-11 | 2004-12-10 | | | 4 | 30 | 4.5 | 07:30 | 12:00 |
| 528805 | 2004-12-11 | 2004-12-10 | | | 3 | 30 | 3.5 | 13:00 | 16:30 |
| 528805 | 2004-12-18 | 2004-12-13 | | | 5 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-12-18 | 2004-12-13 | | | 5 | 30 | 5.6 | 12:00 | 17:30 |
| 528805 | 2004-12-18 | 2004-12-14 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-12-18 | 2004-12-14 | PS | Planned PTO | 2 | 30 | 2.5 | 00:00 | 00:00 |
| 528805 | 2004-12-18 | 2004-12-15 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-12-18 | 2004-12-15 | | | 5 | 0 | 5 | 12:30 | 17:30 |
| 528805 | 2004-12-18 | 2004-12-16 | | | 4 | 15 | 4.25 | 07:45 | 12:00 |
| 528805 | 2004-12-18 | 2004-12-16 | | | 4 | 30 | 4.5 | 13:00 | 17:30 |
| 528805 | 2004-12-18 | 2004-12-17 | | | 3 | 0 | 3 | 08:15 | 11:15 |
| 528805 | 2004-12-18 | 2004-12-17 | | | 4 | 15 | 4.25 | 12:15 | 16:30 |
| 528805 | 2004-12-25 | 2004-12-20 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2004-12-25 | 2004-12-20 | | | 3 | 0 | 3 | 12:30 | 15:30 |

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2004-12-25 | 2004-12-20 | PS | Planned PTO | | 0 | .1 | 00:00 | 00:00 |
| 528805 | 2004-12-25 | 2004-12-21 | | | 3 | 50 | 3.833 | 07:40 | 11:30 |
| 528805 | 2004-12-25 | 2004-12-21 | | | 4 | 45 | 4.75 | 12:30 | 17:15 |
| 528805 | 2004-12-25 | 2004-12-22 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2004-12-25 | 2004-12-22 | | | 4 | 10 | 4.168 | 12:30 | 16:40 |
| 528805 | 2004-12-25 | 2004-12-23 | | | 4 | 30 | 4.5 | 08:00 | 12:30 |
| 528806 | 2004-12-25 | 2004-12-24 | PU | Unplanned PTO | 3 | 30 | 3.5 | 00:00 | 00:00 |
| 528805 | 2004-12-25 | 2004-12-24 | H | Holiday | 8 | | 8 | 00:00 | 00:00 |
| 528805 | 2005-01-01 | 2004-12-27 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2005-01-01 | 2004-12-27 | | | 3 | 0 | 3 | 12:30 | 15:30 |
| 528805 | 2005-01-01 | 2004-12-28 | PU | Unplanned PTO | 1 | 30 | 1.5 | 00:00 | 00:00 |
| 528805 | 2005-01-01 | 2004-12-28 | | | 5 | 0 | 5 | 08:00 | 13:00 |
| 528805 | 2005-01-01 | 2004-12-28 | | | 4 | 0 | 4 | 14:00 | 18:00 |
| 528805 | 2005-01-01 | 2004-12-29 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 528805 | 2005-01-01 | 2004-12-29 | | | 3 | 0 | 3 | 13:00 | 16:00 |
| 528805 | 2005-01-01 | 2004-12-30 | PS | Planned PTO | 1 | 0 | 1 | 00:00 | 00:00 |
| 528805 | 2005-01-01 | 2004-12-31 | | | 7 | 0 | 7 | 08:00 | 15:00 |
| 528806 | 2005-01-08 | 2005-01-03 | H | Holiday | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2005-01-08 | 2005-01-04 | | | 8 | 35 | 8.583 | 08:10 | 16:45 |
| 528805 | 2005-01-08 | 2005-01-04 | | | 4 | 15 | 4.25 | 08:00 | 12:15 |
| 528805 | 2005-01-08 | 2005-01-05 | | | 3 | 20 | 3.333 | 13:00 | 16:20 |
| 528805 | 2005-01-08 | 2005-01-05 | | | 5 | 50 | 5.833 | 08:30 | 14:20 |
| 528805 | 2005-01-08 | 2005-01-05 | PU | Unplanned PTO | 2 | 30 | 2.5 | 00:00 | 00:00 |
| 528805 | 2005-01-08 | 2005-01-06 | | | 8 | 30 | 8.5 | 08:15 | 16:45 |
| 528805 | 2005-01-08 | 2005-01-07 | | | 4 | 0 | 4 | 08:00 | 12:00 |
| 528805 | 2005-01-08 | 2005-01-07 | | | 3 | 0 | 3 | 13:00 | 16:00 |
| 528805 | 2005-01-15 | 2005-01-10 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2005-01-15 | 2005-01-10 | | | 2 | 45 | 2.75 | 12:30 | 15:15 |
| 528805 | 2005-01-15 | 2005-01-10 | | | 2 | 15 | 2.25 | 16:00 | 18:15 |
| 528805 | 2005-01-15 | 2005-01-11 | | | 2 | 45 | 2.75 | 08:15 | 11:00 |
| 528805 | 2005-01-15 | 2005-01-11 | | | 5 | 0 | .5 | 11:50 | 16:50 |
| 528805 | 2005-01-15 | 2005-01-12 | | | 4 | 20 | 4.333 | 08:10 | 12:30 |
| 528805 | 2005-01-15 | 2005-01-12 | | | 3 | 30 | 3.5 | 14:00 | 17:30 |
| 528805 | 2005-01-15 | 2005-01-13 | | | 3 | 46 | 3.76 | 07:55 | 11:40 |
| 528805 | 2005-01-15 | 2005-01-13 | | | 5 | 15 | 5.25 | 12:30 | 17:45 |

WF001284

| EMPID | End of Pay Period | Work Day | Type Code | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528805 | 2005-01-15 | 2005-01-14 | | | 3 | 45 | 3.75 | 07:45 | 11:30 |
| 528805 | 2005-01-15 | 2005-01-14 | | | 3 | 15 | 3.25 | 12:30 | 15:45 |
| 528805 | 2005-01-22 | 2005-01-17 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2005-01-22 | 2005-01-17 | | | 4 | 0 | 4 | 12:45 | 16:45 |
| 528805 | 2005-01-22 | 2005-01-18 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2005-01-22 | 2005-01-18 | | | 5 | 45 | 5.75 | 12:00 | 17:45 |
| 528805 | 2005-01-22 | 2005-01-19 | | | 4 | 30 | 4.5 | 08:00 | 12:30 |
| 528805 | 2005-01-22 | 2005-01-19 | | | 3 | 20 | 3.333 | 13:30 | 16:50 |
| 528805 | 2005-01-22 | 2005-01-20 | | | 3 | 0 | 3 | 08:00 | 11:00 |
| 528805 | 2005-01-22 | 2005-01-20 | | | 5 | 15 | 5.25 | 12:00 | 17:15 |
| 528805 | 2005-01-22 | 2005-01-21 | | | 3 | 45 | 3.75 | 08:00 | 11:45 |
| 528805 | 2005-01-22 | 2005-01-21 | | | 4 | 10 | 4.166 | 12:30 | 16:40 |
| 528805 | 2005-01-29 | 2005-01-24 | | | 3 | 15 | 3.25 | 08:30 | 11:45 |
| 528805 | 2005-01-29 | 2005-01-24 | | | 4 | 15 | 4.25 | 13:00 | 17:15 |
| 528805 | 2005-01-29 | 2005-01-25 | | | 3 | 30 | 3.5 | 08:00 | 11:30 |
| 528805 | 2005-01-29 | 2005-01-25 | | | 5 | 15 | 5.25 | 12:00 | 17:15 |
| 528805 | 2005-01-29 | 2005-01-26 | | | 3 | 15 | 3.25 | 08:05 | 11:20 |
| 528805 | 2005-01-29 | 2005-01-26 | | | 5 | 40 | 5.666 | 11:40 | 17:20 |
| 528805 | 2005-01-29 | 2005-01-27 | | | 3 | 50 | 3.833 | 07:55 | 11:45 |
| 528805 | 2005-01-29 | 2005-01-27 | | | 4 | 45 | 4.75 | 12:00 | 16:45 |
| 528805 | 2005-01-29 | 2005-01-28 | | | 3 | 0 | 3 | 08:15 | 11:15 |
| 528805 | 2005-01-29 | 2005-01-28 | | | 4 | 50 | 4.833 | 12:20 | 17:10 |
| 528805 | 2005-01-29 | 2005-01-29 | | | 2 | 50 | 2.833 | 09:00 | 11:50 |
| 528805 | 2005-02-05 | 2005-01-31 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2005-02-05 | 2005-02-01 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2005-02-05 | 2005-02-02 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2005-02-05 | 2005-02-03 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 528805 | 2005-02-05 | 2005-02-04 | PS | Planned PTO | 8 | 0 | 8 | 00:00 | 00:00 |
| 547274 | 2002-12-30 | 2002-12-30 | | | 8 | 0 | 8 | 00:00 | 00:00 |
| 547274 | 2003-01-04 | 2002-12-31 | | | 8 | 0 | 8 | 00:00 | 00:00 |
| 547274 | 2003-01-04 | 2003-01-01 | H | Holiday | 8 | 0 | 8 | | |
| 547274 | 2003-01-04 | 2003-01-02 | | | 8 | 0 | 8 | | |
| 547274 | 2003-01-04 | 2003-01-03 | | | 8 | 0 | 8 | | |
| 547274 | 2003-01-11 | 2003-01-06 | | | 8 | 0 | 8 | | |
| 547274 | 2003-01-11 | 2003-01-07 | | | 8 | 0 | 8 | | |

WF001285

# EXHIBIT C

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528118 | 2003-01-18 | 2003-01-13 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-18 | 2003-01-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-18 | 2003-01-15 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-18 | 2003-01-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-18 | 2003-01-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-25 | 2003-01-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-25 | 2003-01-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-25 | 2003-01-22 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-25 | 2003-01-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-01-25 | 2003-01-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-01 | 2003-01-27 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-01 | 2003-01-28 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-01 | 2003-01-29 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-01 | 2003-01-30 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-01 | 2003-01-31 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-08 | 2003-02-03 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-08 | 2003-02-04 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-08 | 2003-02-05 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-08 | 2003-02-06 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-08 | 2003-02-07 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-15 | 2003-02-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-15 | 2003-02-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-15 | 2003-02-12 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-15 | 2003-02-13 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-15 | 2003-02-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-22 | 2003-02-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-22 | 2003-02-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-22 | 2003-02-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-22 | 2003-02-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-02-22 | 2003-02-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-01 | 2003-02-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-01 | 2003-02-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-01 | 2003-02-26 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-01 | 2003-02-27 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-01 | 2003-02-28 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-08 | 2003-03-03 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-08 | 2003-03-04 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-08 | 2003-03-05 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-08 | 2003-03-06 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-08 | 2003-03-07 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-15 | 2003-03-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-15 | 2003-03-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-15 | 2003-03-12 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-15 | 2003-03-13 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-15 | 2003-03-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-22 | 2003-03-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-22 | 2003-03-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-22 | 2003-03-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-22 | 2003-03-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-22 | 2003-03-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-29 | 2003-03-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-29 | 2003-03-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-29 | 2003-03-26 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-29 | 2003-03-27 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-03-29 | 2003-03-28 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-05 | 2003-03-31 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-05 | 2003-04-01 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-05 | 2003-04-02 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-05 | 2003-04-03 | | | 8.0 | 0.0 | 8.0 | | |

Page 1

DEPOSITION EXHIBIT

11-13-07 ab

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528118 | 2003-04-05 | 2003-04-04 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-12 | 2003-04-07 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-12 | 2003-04-08 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-12 | 2003-04-09 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-12 | 2003-04-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-12 | 2003-04-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-19 | 2003-04-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-19 | 2003-04-15 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-19 | 2003-04-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-19 | 2003-04-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-19 | 2003-04-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-26 | 2003-04-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-26 | 2003-04-22 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-26 | 2003-04-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-26 | 2003-04-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-04-26 | 2003-04-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-03 | 2003-04-28 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-03 | 2003-04-29 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-03 | 2003-04-30 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-03 | 2003-05-01 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-03 | 2003-05-02 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-10 | 2003-05-05 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-10 | 2003-05-06 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-10 | 2003-05-07 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-10 | 2003-05-08 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-10 | 2003-05-09 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-17 | 2003-05-12 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-17 | 2003-05-13 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-17 | 2003-05-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-17 | 2003-05-15 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-17 | 2003-05-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-24 | 2003-05-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-24 | 2003-05-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-24 | 2003-05-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-24 | 2003-05-22 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-24 | 2003-05-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-31 | 2003-05-26 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-31 | 2003-05-27 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-31 | 2003-05-28 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-31 | 2003-05-29 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-05-31 | 2003-05-30 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-21 | 2003-06-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-21 | 2003-06-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-21 | 2003-06-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-21 | 2003-06-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-21 | 2003-06-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-28 | 2003-06-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-28 | 2003-06-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-28 | 2003-06-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-28 | 2003-06-26 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-06-28 | 2003-06-27 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-05 | 2003-06-30 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-05 | 2003-07-01 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-05 | 2003-07-02 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-05 | 2003-07-03 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-05 | 2003-07-04 | H | Holiday | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-12 | 2003-07-07 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-12 | 2003-07-08 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-12 | 2003-07-09 | | | 8.0 | 0.0 | 8.0 | | |

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528118 | 2003-07-12 | 2003-07-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-12 | 2003-07-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-19 | 2003-07-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-19 | 2003-07-15 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-19 | 2003-07-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-19 | 2003-07-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-19 | 2003-07-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-26 | 2003-07-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-26 | 2003-07-22 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-26 | 2003-07-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-26 | 2003-07-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-07-26 | 2003-07-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-08-02 | 2003-07-28 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-08-02 | 2003-07-29 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-08-02 | 2003-07-30 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-08-02 | 2003-07-31 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-08-02 | 2003-08-01 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-15 | 2003-11-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-15 | 2003-11-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-15 | 2003-11-12 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-15 | 2003-11-13 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-15 | 2003-11-14 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-22 | 2003-11-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-22 | 2003-11-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-22 | 2003-11-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-22 | 2003-11-20 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-22 | 2003-11-21 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-29 | 2003-11-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-29 | 2003-11-25 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-29 | 2003-11-26 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-29 | 2003-11-27 | H | Holiday | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-11-29 | 2003-11-28 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-06 | 2003-12-01 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-06 | 2003-12-02 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-06 | 2003-12-03 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-06 | 2003-12-04 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-06 | 2003-12-05 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-13 | 2003-12-08 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-13 | 2003-12-09 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-13 | 2003-12-10 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-13 | 2003-12-11 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-13 | 2003-12-12 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-20 | 2003-12-15 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-20 | 2003-12-16 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-20 | 2003-12-17 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-20 | 2003-12-18 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-20 | 2003-12-19 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-27 | 2003-12-22 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-27 | 2003-12-23 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-27 | 2003-12-24 | | | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-27 | 2003-12-25 | H | Holiday | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2003-12-27 | 2003-12-26 | J | Misc. Paid Absence | 8.0 | 0.0 | 8.0 | | |
| 528118 | 2004-01-03 | 2003-12-29 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-03 | 2003-12-30 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-03 | 2003-12-31 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-03 | 2004-01-01 | H | Holiday | 8 | 0 | 8 | | |
| 528118 | 2004-01-03 | 2004-01-02 | MA | Misc. Absence | 8 | 0 | 8 | | |
| 528118 | 2004-01-10 | 2004-01-05 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-10 | 2004-01-06 | | | 8 | 0 | 8 | | |

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|-------|-------------------|----------|----------|---------------|-------|---------|----------|---------|----------|
| 528118 | 2004-01-10 | 2004-01-07 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-10 | 2004-01-08 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-10 | 2004-01-09 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-17 | 2004-01-12 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-17 | 2004-01-13 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-17 | 2004-01-14 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-17 | 2004-01-15 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-17 | 2004-01-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-24 | 2004-01-19 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-24 | 2004-01-20 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-24 | 2004-01-21 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-24 | 2004-01-22 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-24 | 2004-01-23 | | | 8 | 0 | 3 | | |
| 528118 | 2004-01-31 | 2004-01-26 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-31 | 2004-01-27 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-31 | 2004-01-28 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-31 | 2004-01-29 | | | 8 | 0 | 8 | | |
| 528118 | 2004-01-31 | 2004-01-30 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-07 | 2004-02-02 | | | 4 | 0 | 4 | | |
| 528118 | 2004-02-07 | 2004-02-02 | PU | PTO(UnScheduled) | 4 | 0 | 4 | | |
| 528118 | 2004-02-07 | 2004-02-03 | PU | PTO(UnScheduled) | 8 | 0 | 8 | | |
| 528118 | 2004-02-07 | 2004-02-04 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-07 | 2004-02-05 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-07 | 2004-02-06 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-14 | 2004-02-09 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-14 | 2004-02-10 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-14 | 2004-02-11 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-14 | 2004-02-12 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-14 | 2004-02-13 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-21 | 2004-02-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-21 | 2004-02-17 | PS | PTO(Scheduled) | 8 | 0 | 8 | | |
| 528118 | 2004-02-21 | 2004-02-18 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-21 | 2004-02-19 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-21 | 2004-02-20 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-28 | 2004-02-23 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-28 | 2004-02-24 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-28 | 2004-02-25 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-28 | 2004-02-26 | | | 8 | 0 | 8 | | |
| 528118 | 2004-02-28 | 2004-02-27 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-13 | 2004-03-08 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-13 | 2004-03-09 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-13 | 2004-03-10 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-13 | 2004-03-11 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-13 | 2004-03-12 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-20 | 2004-03-15 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-20 | 2004-03-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-20 | 2004-03-17 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-20 | 2004-03-18 | | | 8 | 0 | 8 | | |
| 528118 | 2004-03-20 | 2004-03-19 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-03 | 2004-03-29 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-03 | 2004-03-30 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-03 | 2004-03-31 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-03 | 2004-04-01 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-03 | 2004-04-02 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-10 | 2004-04-05 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-10 | 2004-04-06 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-10 | 2004-04-07 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-10 | 2004-04-08 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-10 | 2004-04-09 | | | 8 | 0 | 8 | | |

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528118 | 2004-04-17 | 2004-04-12 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-17 | 2004-04-13 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-17 | 2004-04-14 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-17 | 2004-04-15 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-17 | 2004-04-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-19 | PU | PTO(UnScheduled) | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-20 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-21 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-22 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-23 | | | 8 | 0 | 8 | | |
| 528118 | 2004-04-24 | 2004-04-24 | | | 3 | 0 | 3 | | |
| 528118 | 2004-05-01 | 2004-04-26 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-01 | 2004-04-27 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-01 | 2004-04-28 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-01 | 2004-04-29 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-01 | 2004-04-30 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-08 | 2004-05-03 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-08 | 2004-05-04 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-08 | 2004-05-05 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-08 | 2004-05-06 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-08 | 2004-05-07 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-17 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-18 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-19 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-20 | | | 8 | 0 | 8 | | |
| 528118 | 2004-05-22 | 2004-05-21 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-05 | 2004-05-31 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-05 | 2004-06-01 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-05 | 2004-06-02 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-05 | 2004-06-03 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-05 | 2004-06-04 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-12 | 2004-06-07 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-12 | 2004-06-08 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-12 | 2004-06-09 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-12 | 2004-06-10 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-12 | 2004-06-11 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-19 | 2004-06-14 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-19 | 2004-06-15 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-19 | 2004-06-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-19 | 2004-06-17 | | | 8 | 0 | 8 | | |
| 528118 | 2004-06-19 | 2004-06-18 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-06 | 2004-11-01 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-06 | 2004-11-02 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-06 | 2004-11-03 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-06 | 2004-11-04 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-06 | 2004-11-05 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-13 | 2004-11-08 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-13 | 2004-11-09 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-13 | 2004-11-10 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-13 | 2004-11-11 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-13 | 2004-11-12 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-20 | 2004-11-15 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-20 | 2004-11-16 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-20 | 2004-11-17 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-20 | 2004-11-18 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-20 | 2004-11-19 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-27 | 2004-11-22 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-27 | 2004-11-23 | | | 8 | 0 | 8 | | |

| EMPID | End of Pay Period | Work Day | TypeCode | Type of Hours | Hours | Minutes | Duration | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|---|
| 528118 | 2004-11-27 | 2004-11-24 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-27 | 2004-11-25 | | | 8 | 0 | 8 | | |
| 528118 | 2004-11-27 | 2004-11-26 | PS | PTO(Scheduled) | 8 | 0 | 8 | | |
| 528118 | 2004-12-04 | 2004-11-29 | | | 8 | 0 | 8 | | |
| 528118 | 2004-12-04 | 2004-11-30 | | | 8 | 0 | 8 | | |
| 528118 | 2004-12-04 | 2004-12-01 | | | 8 | 0 | 8 | | |
| 528118 | 2004-12-04 | 2004-12-02 | | | 8 | 0 | 8 | | |
| 528118 | 2004-12-04 | 2004-12-03 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-16 | 2005-04-11 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-16 | 2005-04-12 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-16 | 2005-04-13 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-16 | 2005-04-14 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-16 | 2005-04-15 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-23 | 2005-04-18 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-23 | 2005-04-19 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-23 | 2005-04-20 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-23 | 2005-04-21 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-23 | 2005-04-22 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-30 | 2005-04-25 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-30 | 2005-04-26 | | | 9 | 0 | 9 | | |
| 528118 | 2005-04-30 | 2005-04-27 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-30 | 2005-04-28 | | | 8 | 0 | 8 | | |
| 528118 | 2005-04-30 | 2005-04-29 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-07 | 2005-05-02 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-07 | 2005-05-03 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-07 | 2005-05-04 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-07 | 2005-05-05 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-07 | 2005-05-06 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-14 | 2005-05-09 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-14 | 2005-05-10 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-14 | 2005-05-11 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-14 | 2005-05-12 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-14 | 2005-05-13 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-21 | 2005-05-16 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-21 | 2005-05-17 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-21 | 2005-05-18 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-21 | 2005-05-19 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-21 | 2005-05-20 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-28 | 2005-05-23 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-28 | 2005-05-24 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-28 | 2005-05-25 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-28 | 2005-05-26 | | | 8 | 0 | 8 | | |
| 528118 | 2005-05-28 | 2005-05-27 | PS | PTO(Scheduled) | 8 | 0 | 8 | | |
| 528118 | 2005-06-04 | 2005-05-30 | H | Holiday | 8 | 0 | 8 | | |
| 528118 | 2005-06-04 | 2005-05-31 | PU | PTO(UnScheduled) | 5 | 0 | 5 | | |
| 528118 | 2005-06-04 | 2005-06-01 | | | 8 | 0 | 8 | | |

# EXHIBIT D

REDACTED

# EXHIBIT E



*Overview*

Stueve Siegel Hanson LLP was founded in 2001 by lawyers who formally practiced at large national law firms. The Firm now boasts a dozen lawyers including several former federal and state law clerks. The Firm is rated AV, and its lawyers have accumulated several local, regional, and national awards for their successes and dedication to the practice.

Stueve Siegel Hanson LLP represents plaintiffs and defendants in complex business, class action, wage and hour, environmental, and product liability litigation and trials. Since opening our doors in 2001, we have obtained substantial results in a wide range of class and collective actions while serving as lead or co-lead counsel including:

- A $27.5 million settlement in a wage and hour lawsuit brought on behalf of loan originators;

- Obtaining in excess of $50 million in settlements of wage and hour claims on behalf of employees in the financial services, pharmaceutical, cosmetology and call center industries;

- Settlement of a nationwide class action involving GM automobiles equipped with "Dex-Cool" coolent;

- Obtaining $75-125 million in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles;

- Obtaining $33 million in relief for owners of Mitsubishi and Chrysler owners related to defective wheel rims;

- Obtaining $7.2 million in relief for Sprint customers effected by Sprint's practice of improperly charging "casual caller" rates;

- Obtaining $35-50 million in relief for Volkswagen owners effected by VW's use of a faulty plastic part in the window mechanism of certain vehicles;

- Obtaining a $7.7 million nationwide settlement after the Court certified a nationwide class of Cable & Wireless customers who had been overcharged PICC fees.

In addition to these cases, SSH currently acts as lead or co-lead counsel and represents plaintiffs in class and collective actions pending against The Dow Chemical Company, Premcor Refining Company, Wells Fargo Bank, Dell, Inc, RJ Reynolds, Sprint/Nextel, Cable & Wireless, Tyson Foods, Merck, Monsanto, AT&T Wireless, Volkswagen, General Motors, DaimlerChrysler and TeleTech Holdings, Inc. Our firm has defended class actions as well, including defending the Allstate Insurance Company in a class action brought by policyholders claiming Allstate improperly discounted medical reimbursements.

SSH has also obtained substantial results in non-class cases, including numerous successes at trial. Some of our recent courtroom victories include:

Stueve · Siegel · Hanson
▲                    LLP

- A $20 million jury verdict on behalf of independent contractor agents against State Farm in a breach of contract and tortious interference case;

- A $4.2 million jury verdict against one of the country's largest securities brokers, A.G. Edwards & Sons, in a breach of contract and fraud case;

- A $3.5 million jury verdict and attorneys' fee award against the world's largest manufacturer of recreational boats in a fraud and breach of contract case;

- A $1.6 million jury verdict against a major paint and coating supplier in a negligent misrepresentation case;

- A defense verdict for a client defending a multi-million dollar tort claim;

- A defense verdict in a high-profile white collar criminal price fixing case following an eight week trial.

We are proud of our successes and our focus on results. Our mission is the same whether our clients are a class of employees and consumers or Fortune 100 companies.

### *Our Partners*

Our lawyers have a breadth of experience that is national in scope. We have appeared before state and federal courts nationwide, and have successfully litigated cases across the country. Here are our partners:

**Patrick J. Stueve** started his career clerking for the late United States District Court Judge John W. Oliver in the Western District of Missouri, Kansas City. He then joined the trial department of Stinson, Mag & Fizzell where he became partner in 1994. He was the youngest of six partners to leave Stinson, Mag in 1996 to found Berkowitz, Feldmiller, Stanton, Brandt, Williams & Stueve. Patrick had various management responsibilities at Stinson and then Berkowitz before leaving to found Stueve Siegel. Pat received his B.A. in Economics, with distinction, from Benedictine College in 1984, and his J.D. from the University of Kansas (Order of the Coif) in 1987 where he served as an Editor of both the Kansas Law Review and the Criminal Justice Review.

Patrick has extensive complex business litigation and class action experience. He has both defended and prosecuted claims in federal and state courts (as well as AAA arbitrations) in the areas of Antitrust, Trademark and Patent Infringement, Unfair Competition, Business Torts, Product Liability, Non-Compete, Securities Fraud, Telecommunications, Franchise, and Health Care.

Most recently Patrick successfully prosecuted violations of a franchise agreement in a New York Arbitration against a Fortune 500 company that resulted in an eight figure settlement for a Kansas City franchisee. Patrick also recently represented a London based company in Federal Court in California prosecuting antitrust claims and defending trademark and cyber squatting claims that also resulted in an eight figure settlement. This past year Patrick has successfully prosecuted several license violation cases for a small Kansas City software developer resulting in settlements exceeding $1 million dollars.

**Stueve · Siegel · Hanson**

Patrick has successfully tried to verdict cases in federal and state courts across the country and in several AAA and NASD arbitrations. He recently obtained a defense verdict in a $7 million dollar business tort claim for his client in the Western District of Missouri (Aftermarket vs. Gulf). This past year Patrick was selected by his peers as a "Super Lawyer" for Missouri and Kansas and the "Best of the Bar" in Kansas City. He is a member of the Million Dollar Advocates Forum, limited to trial lawyers who have won multi-million dollar cases.

Patrick also has extensive class action experience. Patrick has been lead or co-lead counsel in three large nationwide consumer class actions that have settled over the past two years. In Lewin v. Volkswagen, Patrick successfully obtained relief totaling $50 million dollars for one million Volkswagen customers in a deceptive trade practices class action that required Volkswagen to provide full reimbursement for past product defect repairs and to replace all window regulators on theses vehicles at no cost to the customer. In Cromwell v. Sprint, Patrick obtained relief totaling $7.2 million for over 100,000 Sprint customers who were wrongfully charged casual caller fees in violation of the Federal Communications Act. In Powers v. Cable & Wireless, Patrick obtained and order certifying a nationwide class of consumers who were overcharged PICC fees and then reached a nationwide settlement of $7.7 million for the approximately 40,000 customers who had been wrongfully charged PICC fees.

Prior to founding Stueve Siegel Hanson LLP, Patrick represented Ford Motor Company and other Fortune 100 companies in major litigation across the country, including the defense of several class action claims involving a variety of industries.

Patrick is currently serving as President of the Lawyers Association of Kansas City. Patrick a is three term past president of the board of Habitat for Humanity Kansas City and the recent recipient of the first John and Mary Pritchard Founders Award from Habitat. He has served on the Visitation School Board, is the past PTO president for Visitation School, and has coached youth baseball, football, basketball, and track. Patrick has also served as an Adjunct Instructor of Trial Advocacy at the University of Kansas Law School and published articles on a wide variety of legal issues. He also is a member of the ABA's Antitrust section and its Private Enforcement Committee.

**Norman E. Siegel** started his career as an Assistant Attorney General for the State of Missouri. In 1995, he joined the litigation department of Blackwell Sanders. In 1998, Norm joined Sonnenschein Nath & Rosenthal and was promoted to partner in 2000. Norm also served on the hiring committee of Sonnenschein. Norm received a degree in political science from Tufts University, and his J.D. from Washington University in St. Louis.

In August 2005, Norm (along with partner George Hanson) won a $20 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements (Kelly v. State Farm). The verdict came after a three-week trial in Independence Missouri. The agents argued that they were improperly terminated after publicly criticizing management's policies as unfair to policyholders. The agents, who collectively had over 115 years service with State Farm, spoke out following a series of substantial verdicts and settlements against State Farm that revealed improper claims handling, fraudulent use of medical utilization reviews, specification of



Stueve · Siegel · Hanson

non-OEM replacement parts, and other practices considered harmful to policyholders. Norm delivered the closing argument at trial, and the jury returned a verdict in the amount sought by the agents.

Norm also recently served as co-lead counsel in In re: Hyundai Horsepower Litigation, which netted class relief for 800,000 Hyundai owners totaling $125 million. The case was aggressively litigated over nearly two years and was fought on numerous fronts. The nationwide litigation began in September 2002 when Hyundai announced it had overstated horsepower ratings in more than 1 million vehicles sold in the United States over a 10 year period. Norm took the lead in discovery, processing more than 80,000 pages of Hyundai documents and taking the depositions of top Hyundai management, including the CEO of Hyundai Motor America, and a corporate representative of HMA's parent company in Seoul, South Korea. Norm was also instrumental in the settlement that followed, which brought high praise from Hyundai owners across the country. Norm is still serving as lead counsel in the related horsepower litigation against Hyundai's sister company Kia Motors America.

Norm has also recently litigated an eight figure case to settlement on behalf of a franchisee against a nationwide franchisor (case name confidential), and won a jury verdict in excess of $1.5 million for a local business (Weld v. Graggs Paint).

Norm has also obtained outstanding results in criminal cases. In October of 2001, Norm's client was acquitted of federal price fixing charges before a federal jury in Houston, Texas (U.S. v. Supreme Insulation). In late February of 2002, Norm's client, who had pleaded guilty to criminally violating the federal RICO statute, was granted probation despite the government's request for a lengthy prison term (U.S. v. McCarthy).

Norm has substantial litigation and class action experience. He currently holds leadership positions in class cases against Premcor Refining, Kia Motors and General Motors. He has extensive intellectual property and domain name dispute litigation experience. Norm was responsible for the intellectual property expert issues in the recently settled Formula 1 litigation. And Norm recently defended Aquila Inc., a Fortune 100 Company, in defense of numerous securities class actions alleging that Aquila's board failed to take appropriate steps in response to a tender offer from its parent Utilicorp United. In early January 2002, a Delaware Chancery Judge denied plaintiffs' claims for immediate injunctive relief, paving the way for the successful tender offer and merger of the two companies.

As an Assistant Attorney General, Norm also served as a special prosecutor for the State, investigating and prosecuting cases involving gambling and election fraud. He also was instrumental in the investigation and civil prosecution of those accused of bilking the State's Second Injury Fund, which resulted in settlements totaling nearly $1 million. Since entering private practice, Norm has served as special counsel for the State, having been named a Special Assistant Attorney General in 1997. In December 2003, Attorney General Jay Nixon appointed Norm to the Community Action Committee charged with overseeing A Rising Tide, the $400 million public health foundation created with the public health asset sale of Health Midwest. Norm now serves as Chairman of the CAC.

**Stueve · Siegel · Hanson**
LLP

**George A. Hanson** started his career with Blackwell Sanders in the Labor and Employment Department. He was elected partner in 1999. George served as Chair of Blackwell's Hiring Committee in 2001. George received his B.A. from Oberlin College, with high honors, in 1988, and his J.D. from the University of Minnesota, *cum laude*, in 1992. For the past four consecutive years, George has been named "Best of the Bar" by the *Kansas City Business Journal*. In 2006, George was selected by his peers as a "Super Lawyer" for Missouri and Kansas. George is also rated AV - the highest designation a lawyer can achieve from publisher Martindale-Hubbell.

George has had extensive litigation and trial experience in a broad array of business and employment cases brought in both federal and state courts across the country. In August 2005, George (along with partner Norman Siegel) won a $20 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements (Kelly v. State Farm). The verdict came after a three-week trial in Independence Missouri. In 2003, George was lead trial counsel and won a $3.5 million judgment and attorney fee award on behalf of Horizon Holdings against Genmar, the world's largest manufacturer of recreational boats, in a fraud and breach of contract case in federal court in Kansas. (Horizon Holdings v. Genmar) George has also won verdicts in a breach of contract and fraud cases tried before juries in Johnson County, Kansas and Jackson County, Missouri. In addition to trial practice, George has developed an active appellate practice and has successfully argued numerous cases before federal and state appellate panels, including federal appellate courts in the Eighth, Ninth and Tenth Circuits.

In addition to trial work, George's practice currently focuses on the representation of employees in large wage and hour class and collective actions, including workers in the financial services, meat processing, pharmaceutical and call center industries. In the past five years, George has been lead or co-lead counsel on 36 wage and hour actions filed in state and federal courts in Kansas, Missouri, California, Illinois, New York, Oregon and Washington. To date, these wage and hour cases have obtained relief in excess of $20 million on behalf of firm clients. George is also a frequent speaker regarding wage and hour matters nationwide.

**Todd M. McGuire** was born and raised in Elgin, Illinois. In 1996, Todd received his B.A. in Rhetoric and Communications Studies from Drake University, *summa cum laude*, where he was a member of Phi Beta Kappa, Mortar Board and Omicron Delta Kappa. Todd was also an active member of the Sigma Alpha Epsilon Fraternity. In 1999, Todd obtained his J.D., with highest honors, from Drake. Todd served as Editor in Chief of the *Drake Law Review* and was a member of the Order of the Coif.

After graduating from law school, Todd began his legal career in the Kansas City office of Sonnenschein Nath & Rosenthal, one of the largest law firms in the country, in the litigation department, specializing in antitrust, white collar criminal defense and commercial litigation. In October 2001, Todd joined Stueve Siegel Hanson LLP. In January 2005, Todd was elected to the Firm's partnership.

During the past 6 years, Todd has successfully represented a variety of clients in complex civil and criminal matters at both the trial court and appellate levels. He has both defended and prosecuted claims in the areas of Antitrust, RICO, Contract Disputes, Environmental Contamination, Business Torts, White Collar Crime, Employment Discrimination, Wage and

**Stueve · Siegel · Hanson**

Hour Violations, Insurance Coverage and Bad Faith, Copyright Infringement and Class Actions. Todd is admitted to practice in federal and state courts in Missouri and Kansas as well as before the United States Court of Appeals for the Tenth Circuit. Todd has represented clients in Courts across the country including New York, Texas, California, Illinois, Pennsylvania, Kansas, Missouri and Michigan.

Todd is a member of the American Bar Association, Lawyers' Association of Kansas City and Kansas City Metropolitan Bar Association. Todd has been recognized as a philanthropic leader at Drake University through membership in the President's Circle. Todd is also a member of the Steering Committee for the Donald V. Adams Leadership Institute at Drake.

**Todd E. Hilton** received his B.A. in English and Philosophy, cum laude, from the University of Miami in 1996, where he was President of the International Philosophy Honor Society and Vice President of the International English Honor Society. He received his J.D., with honors, from George Washington University in 1999. Todd was a member of The George Washington Journal of International Law and Economics. Todd joined Lathrop & Gage out of law school where he specialized in products liability, personal injury, wrongful death, and consumer protection litigation. Todd was recently honored by the Missouri Lawyers Weekly as having obtained the fifth highest verdict in Missouri in 2001.

Deposition Excerpts of Elise Reiser's Deposition

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


IN RE:  WELLS FARGO LOAN
PROCESSOR OVERTIME PAY        MDL Docket No. 1841
LITIGATION



        THE 30(b)(6) DEPOSITION OF ELISE REISER,
on behalf of the Plaintiffs, between the hours
of eight o'clock in the forenoon and six o'clock
in the afternoon of Wednesday, March 12, 2008, at
the law offices of Spencer, Fane, Britt & Browne,
1000 Walnut, Suite 1400, in the City of Kansas
City, in the County of Jackson and State of
Missouri, before me,

                SAUNDRA A. TIPPINS, CCR
                        of
            JOHN M. BOWEN & ASSOCIATES,
                Shorthand Reporters,

court reporter, in a certain cause now
pending in the U.S. District Court of the
Northern District of California, in the WELLS
FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION.



            A p p e a r a n c e s



        For the Plaintiffs:

            STUEVE SIEGEL HANSON
            460 Nichols Road, Suite 200
            Kansas City, Missouri  64112
            By Mr. George A. Hanson
            By Ms. Ashlea Schwarz

b2472e9c-88f0-488f-9e1b-5d8cb6fc9fb8

1    delivery connection, I think.
2  Q  What does that mean?
3  A  It's just a method that Mortgage used to
4    process loans quickly.
5  Q  Just looking at the document, do you know
6    if you can search the ER database reports
7    by job or by position; for example, that
8    one says mortgage loan -- what does that
9    one say?
10 A  Mortgage loan specialist one is what this
11    one says.  I've never searched it by
12    position.  I'm not sure it can be searched
13    by position.
14 Q  It's a field that is populated, though,
15    correct?
16 A  It's a field that's populated, but it's not
17    one that -- when -- I'm thinking of the ER
18    database.  I can't search on position.
19    That's not an option I have when I look at
20    the database, to search on position.
21 Q  You can search on type of complaint?
22 A  I can search on type of complaint.
23 Q  Do you know who was responsible for pulling
24    these particular reports like the one in
25    Exhibit 74?

1  A  Yes.  I asked an administrative assistant
2    to do that.
3  Q  What direction did you give the
4    administrative assistant?
5  A  To search on wage-an-hour and to -- once
6    she pulled up the wage-an-hour claims, to
7    look at the titles to see if they fit into
8    the mortgage loan specialist, mortgage
9    sales associate and mortgage sales
10    assistant title.
11 Q  You did include the mortgage sales
12    assistant title, too?
13 A  Yes.
14 Q  Okay.
15 A  But she searched on wage-an-hour.
16 Q  So all of the wage-an-hour ones came up,
17    and then it was a process of finding which
18    job descriptions were -- it was a process
19    of identifying the job descriptions that
20    are related to the loan processor position?
21 A  It was -- it was looking at the position of
22    the ones that came up.
23 Q  But you chose three different positions,
24    right?
25 A  Yes.

1  Q  Mortgage loan specialist, mortgage
2    assistant and mortgage sales associate?
3  A  Yes.
4  Q  You chose those three because they
5    generally are within the loan processor
6    family?
7  A  Yes.
8  Q  How many were left in the stack?
9  A  I didn't even ask.
10 Q  What timeframes did you direct to be
11    searched?
12 A  I believe I had her search January '03
13    forward.
14        (Recess).
15 Q  (By Mr. Hanson) Ms. Reiser, just looking back
16    at the exhibit we just marked, Exhibit 74?
17 A  Yes.
18 Q  When you instructed your administrative
19    assistant to pull the wage-an-hour
20    complaint and look to see what job
21    classification they arose out of, what
22    business group did you ask her to search?
23    In other words, what either business line
24    or business unit do these ER database
25    reports come out of?

1  A  Home & Consumer Finance.
2  Q  The entire Home Consumer Finance Group?
3  A  Yes.  I didn't tell her a business group.
4  Q  So that would be business lines in addition
5    to Distributed Retail?
6  A  Yes.  I asked her to search on
7    wage-an-hour, and I asked her to look at
8    those three position titles.
9  Q  And the database is -- covers all of the
10    Home Consumer Finance Group employee
11    database?
12 A  Yes.
13 Q  Do you know whether the job titles that you
14    asked her to search, mortgage loan
15    specialist, mortgage sales associate and
16    mortgage assistant, whether those job
17    titles are used by business groups other
18    than Wells Fargo Home Mortgage?
19 A  I believe Todd Hauer says that they are
20    used by other business groups.
21 Q  Todd is not sure.
22 A  Okay.  I thought he said that they might
23    be.
24 Q  He said they might be, but --
25 A  No, I'm not prepared to answer.  I don't

Page 134

1    And I know that a lot of people did,
2  too, so they're not necessarily documents
3  that we can produce on that, but I can tell
4  you that that occurred.
5  Q  Anything else that you can specifically
6    identify?
7  A  Manager resources.  Not that I can think of
8    immediately.
9  Q  Let me get a little more specific.  The
10    problem that led to the 293 not being paid,
11    the system that was in place prior to
12    positive pay, which I think you've
13    identified would have automatically fixed
14    the problem, because you get paid
15    regardless of whether the manager approves
16    or doesn't approve, but requiring a manager
17    to approve a time sheet, if a team member,
18    nonexempt team member, submitted a time
19    sheet to a manager who just didn't do
20    anything, I mean, didn't disapprove it and
21    didn't erase it and replace it with
22    something less but just didn't -- just put
23    it in a desk drawer, didn't send it in,
24    didn't look at them, that still resulted in
25    team members getting paid, correct?

Page 135

1    MS. DRAKE:  Objection, beyond
2  the scope.
3  A  I don't know for sure.
4  Q  (By Mr. Hanson) It's fine if you don't.  I
5    think it probably is clear enough.
6    MS. DRAKE:  Ms. Swanson
7  addressed that.
8  Q  (By Mr. Hanson) Assume for me that that's the
9    case.
10  A  Okay.
11  Q  If there was no action by a manager, and
12    let's say we're in a Distributed Retail
13    branch and you have nonexempt team members,
14    like loan processors and maybe the
15    receptionist, the consumer sales rep, and
16    they are sometimes writing down 38 hours,
17    sometimes writing down 44 hours, sometimes
18    writing down 39 hours, sometimes writing
19    down 43 hours and the manager just doesn't
20    do anything, may be busy doing other
21    things, trying to sell loans and doing
22    whatever, that the team member, the
23    nonexempt team member got paid their
24    standard hours.
25  A  The 40 hours is what you're referring to as

Page 136

1    standard, correct?
2  Q  If they were designated as 40 as standard,
3    it would be 40.
4  A  Okay.
5  Q  So in that instance, the manager may not
6    even have a conscious thought that they are
7    not paying for all hours worked.  They may
8    just not be thinking about it in those
9    terms, thinking that the deal is they get
10    paid a standard hour, on a standard hourly
11    basis.
12    So my question is, where is it in
13    writing, whether it's in a policy or in a
14    handbook or in a training, that tells
15    managers they have to approve timecards on
16    a regular basis and submit them if there
17    are any exceptions?  Do you understand the
18    question?
19  A  I do.
20  Q  It's a different question than do you know
21    you should pay for hours worked.
22  A  Right.
23  Q  It's a mechanical question.
24  A  Right.
25  Q  Read, review, sign and submit all timecards

Page 137

1    that have an exception or deviation from
2    standard hours.
3  A  Right.  And I did review the 2001 handbook,
4    and I can't -- it may say it in the
5    handbook.  I can't tell you absolutely.
6    But it may say it in the handbook that they
7    have a responsibility to review the time
8    records.
9    And I don't know what it said online
10    in those cases.  I don't know what it says
11    online.
12  Q  And if it's not already covered, I may ask
13    your counsel or follow up with a more
14    specific request.  But that's what I'm
15    going to look for now.  I understand what
16    the policy in the handbook says.  I'm not
17    looking for the more mechanical --
18  A  Instructions.
19  Q  -- instructions.
20  A  Yes.
21  Q  On just mechanically how you make sure that
22    there's not an error like the one that
23    occurred.
24  A  I understand what you're saying.
25  Q  Can you point to, just as you sit here now,

Page 138

1   can you identify any training document or
2   any policy that would have been provided to
3   managers regarding the mechanics of
4   reviewing and submitting time sheets?
5        MS. DRAKE: Objection, asked and
6   answered.
7   A   And I wouldn't -- I'm not prepared to
8   answer that. There may be. I don't know
9   of them.
10  Q   (By Mr. Hanson) But it's something that we can
11  look for and produce if it exists?
12  A   We can look for it.
13  Q   Hopefully we can look for it, find it and
14  produce it, if it exists.
15       Topic 30, During the course of this
16  litigation, 42 declarations that were
17  submitted by Wells Fargo from nonexempt
18  team members in the Home Consumer Finance
19  Group, most of them loan processors,
20  whether mortgage sales associates or
21  mortgage loan specialists, were you
22  involved in the process of gathering these
23  declarations or helping the lawyers get the
24  declarations from the team members?
25       MS. DRAKE: Objection, form and

Page 139

1   beyond the scope.
2   A   I may have connected them with the right HR
3   person, and other than that, no.
4   Q   (By Mr. Hanson) Do you recall that this project
5   was undertaken?
6   A   Yes.
7   Q   Do you know how the 42 who ultimately
8   signed declarations, how were they
9   selected?
10       MS. DRAKE: Objection, form and
11  beyond the scope.
12       MR. HANSON: It's topic 30.
13       MS. DRAKE: But that's one that
14  we objected to and said we were not going
15  to produce a person on that.
16       MR. HANSON: You just flat out
17  objected?
18       MS. DRAKE: Yes.
19       MR. HANSON: On what basis?
20       MS. DRAKE: Work product and a
21  variety of others that we set out and sent.
22       MR. HANSON: It's one thing to
23  object and another one to stand on the
24  objection. Is the witness going to speak
25  to that topic? I don't want to waste our

Page 140

1   time if she's not.
2        MS. DRAKE: I don't think she
3   has any knowledge about it.
4        MR. HANSON: She wasn't prepared
5   to speak on that topic?
6        MS. DRAKE: Right.
7        MR. HANSON: Let me just test
8   her personal knowledge, knowing that
9   it's --
10       MS. DRAKE: It's beyond the
11  scope, and it's her personal knowledge.
12  Sure.
13       MR. HANSON: I'm not saying it's
14  beyond the scope. It's within the scope of
15  an objection that I disagree with, but
16  that's not Ms. Reiser's issue.
17  Q   (By Mr. Hanson) What was the process, to your
18  knowledge, of selecting individuals for
19  participation in this declaration project?
20  A   My knowledge, I don't -- the only thing I
21  remember, and I don't recall any details,
22  is again it was in conversations with, I
23  believe, Tim Grubb, so one of our
24  attorneys, just that we were going to be
25  reaching out and what states we were going

Page 141

1   to be reaching out to.
2        And other than that, I don't recall
3   any other details.
4   Q   Do you know how many individuals were
5   interviewed?
6   A   No, I do not.
7   Q   Total?
8   A   No, I do not.
9   Q   Do you know how many declarations were
10  obtained but not submitted?
11  A   No, I do not.
12  Q   Have you told me everything you know about
13  this particular issue?
14  A   As far as I know, yes.
15  Q   Topic 27 identifies communications among
16  Wells Fargo management regarding failures
17  in compliance with wage-an-hour laws or
18  internal policies with regard to loan
19  processors. Do you see that?
20  A   Yes, I do.
21  Q   Can we acknowledge that at least with
22  regard to the 293 we've identified, there
23  was a failure of compliance in that
24  instance?
25  A   Yes.

Deposition Excerpts of Teresa Swanson's Deposition

                IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA


    IN RE:                        )
                                  )
    WELLS FARGO LOAN PROCESSOR    )MDL Docket No. 1841
    OVERTIME PAY LITIGATION.      )




        RULE 30(b)(6) DEPOSITION OF WELLS FARGO THROUGH
    ITS DESIGNATED REPRESENTATIVE, TERESA SWANSON,
    produced, sworn and examined on the part of the
    Plaintiffs, pursuant to Notice, on Thursday, the
    31st of January, 2008, at law firm of Spencer Fane
    Britt & Browne, 1000 Walnut, Suite 1400, in the
    City of Kansas City, in the County of Jackson, and
    State of Missouri, before me,

            STACY L. DECKER, CCR No. 858
                      of
            JOHN M. BOWEN & ASSOCIATES

    a Certified Court Reporter, in a certain cause now
    pending in the United States District Court for the
    Northern District of California, In Re: Wells
    Fargo Loan Processor Overtime Pay Litigation.


                  APPEARANCES:

    For Plaintiffs:

        STUEVE SIEGEL HANSON, L.L.P.
        460 Nichols Road, Suite 200
        Kansas City, Missouri  64112
        By:  Mr. George Hanson
        and  Ms. Ashlea Schwarz

Page 82

1  this individual for the entire tenure of their
2  employment, that's something that PeopleSoft
3  could run for me?
4       MS. DRAKE: Objection to form.
5  A. Yeah. I mean, it would be a report they could
6  generate. They load that information to
7  Oracle. We do Oracle reporting. So they would
8  be able to generate that report, yes.
9  Q. (By Mr. Hanson) Oracle would be able to
10  generate it?
11  A. It's just a system we use that generates it,
12  but it's PeopleSoft data.
13  Q. You wouldn't have to go outside the company to
14  get that information?
15  A. Oh, no. No.
16  Q. The exception process, in other words, if a
17  nonexempt team member such as a loan processor
18  in a given work week deviated from their
19  standard hours, who is responsible for ensuring
20  that an accurate record is produced for hours
21  actually worked?
22       MS. DRAKE: Objection to form.
23  A. To produce a record after the fact or to
24  generate it being paid?
25  Q. (By Mr. Hanson) Just an example, Trudy Bowne,

Page 83

1  a loan processor who worked in Overland Park,
2  Kansas, let's assume that her standard hours
3  were 40 for whatever given time period. Okay?
4  That was the schedule she was expected to work,
5  right?
6  A. Uh-huh.
7  Q. In a given work week, due to an unusual number
8  of loan applications and closings, she works 45
9  hours. Who is responsible for making sure that
10  her paycheck for that week reflects five hours
11  of overtime as opposed to standard time?
12       MS. DRAKE: Objection to form.
13  A. I would say her and her manager.
14  Q. (By Mr. Hanson) So what would Ms. Bowne's
15  responsibility be?
16  A. To accurately enter her time into the system
17  and complete the time card and to follow up
18  that it had been paid.
19  Q. And what would the manager's responsibility be?
20  A. Prior to 2005, they would have had to approve
21  that time card.
22  Q. Prior to -- sorry. What time?
23  A. September of 2005. They would have had to
24  approve that time card.
25  Q. So prior to September '05, Ms. Bowne's manager

Page 84

1  would be required to affirmatively approve
2  those extra hours, correct?
3  A. Correct.
4  Q. What about a week in which Ms. Bowne, due to
5  whatever circumstances, worked 35 hours; how
6  would the exception work so she is not
7  overpaid?
8  A. She would fill out the time card, complete it.
9  It would -- the manager would approve it, and
10  then we would then dock her pay for those five
11  hours.
12  Q. Again, a deviation, whether it's hours in
13  excess of the standard or hours under the
14  standard, both required manager approval,
15  correct?
16  A. Correct.
17  Q. Will PeopleSoft allow us to identify when
18  managers approved exceptions for nonexempt team
19  members like loan processors?
20  A. PeopleSoft, no. WebTime.
21  Q. WebTime would, all right. So the exception
22  process is a function of WebTime?
23  A. Correct.
24  Q. Or at least it used to be before September of
25  '05?

Page 85

1  A. The calculation of pay has always resided -- I
2  mean, as long as we have had WebTime, has
3  resided in WebTime.
4  Q. Except now there is not an exception process or
5  manager approval required for a deviation off
6  standard hours, correct?
7  A. Correct, because now we're paying the entire
8  payment for that week, but that calculation is
9  still done in WebTime.
10  Q. There is still a calculation, but if the loan
11  processor records 45 hours it is going to be
12  paid as 45 hours without the need for an
13  exception or manager approval, correct?
14  A. Correct.
15  Q. But the record of in which work weeks
16  exceptions were approved by managers, those
17  records will be available in WebTime?
18  A. Correct.
19  Q. And you could run a report, for example, of
20  which work weeks a given nonexempt team member
21  had an exception approved, correct?
22  A. Correct.
23  Q. Will you be able to show examples of where
24  there is an exception in WebTime that was not
25  approved?

Page 86

1  A. If I had -- I mean, if they could run a report
2     and if it wasn't approved, you would be able to
3     tell that.
4  Q. So in other words, if there is an example of a
5     loan processor like Ms. Bowne who worked 45
6     hours in a week and put that time down in
7     WebTime, but the manager, for whatever reason,
8     did not approve it, you would be able to see
9     that there are extra hours being reported but
10    not approved?
11 A. Correct.
12 Q. Was there a process at a systems level to flag
13    or identify situations where exceptions were
14    not receiving manager approval?
15 A. No.
16 Q. To your knowledge, has Wells Fargo ever gone
17    back and looked to see whether managers were
18    approving exceptions for nonexempt team members
19    like loan processors?
20       MS. DRAKE: Objection, form.
21 A. On an individual level, every day we would be
22    working with the team member as they called us
23    and said they didn't get paid hours, and we
24    would go back and look at the system and say
25    your manager didn't approve it, and then we

Page 87

1     would get them paid.
2  Q. (By Mr. Hanson) But that would require a
3     nonexempt team member to complain to you,
4     correct?
5  A. It would -- they would have to call the service
6     center, yes.
7  Q. I'm speaking of just going on a routine basis.
8     Did Wells Fargo review or perform audits to see
9     how often exceptions for nonexempt team members
10    were being approved or disapproved by managers?
11       MS. DRAKE: Object to the form.
12 A. No. As I say, our assumption is it was the
13    team member and the manager's responsibility,
14    and that they called us, and they do.
15 Q. (By Mr. Hanson) For a nonexempt team member
16    like a loan processor whose standard hours was
17    40, are they still keeping time in WebTime?
18       MS. DRAKE: Objection to form.
19 A. They could have been. We did not require it
20    until 2006. So if they kept another time
21    record, we -- I'm not aware of that. I'm sure
22    there were individual managers that may have
23    had people keep different records, but they
24    could have used the system.
25 Q. (By Mr. Hanson) But not required to before

Page 88

1     September '05 -- or before January of '06?
2       MS. DRAKE: Same objection.
3  A. Correct.
4  Q. (By Mr. Hanson) So for a nonexempt team member
5     like a loan processor, before January of '06,
6     who was not keeping time in WebTime, they are
7     getting paid out their standard hours, correct?
8  A. Correct.
9  Q. Will your records show prior to January of '06
10    which nonexempt team members like loan
11    processors are using WebTime to record their
12    time and which are not?
13 A. No. I can't show you who did not use the
14    system. I can produce records of who used the
15    system.
16 Q. Well, could we line up those who used versus
17    those employed and identify by process of
18    elimination who was not?
19 A. Is it possible? Yeah. Practical? No. I
20    mean, the sheer volume of team members and
21    trying to pinpoint who was employed at a given
22    week and whether they used the system, you
23    could not come up with a useful list of who did
24    not use the system.
25 Q. Well, let's just test that a little bit. You

Page 89

1     could tell me who did use the system prior to
2     January of 2006, correct?
3       MS. DRAKE: Objection to form.
4  A. Correct.
5  Q. (By Mr. Hanson) So you can tell me which --
6     and I'll just stay with the loan processor
7     classification. You could tell me prior to
8     January of 2006 which loan processors were
9     using WebTime to record time?
10       MS. DRAKE: Same objection.
11 A. If I knew who the loan processors were. I
12    mean, I would have to be told that this
13    employee used it. Could I tell you whether
14    they used it, yes.
15 Q. (By Mr. Hanson) Right. I'm not suggesting
16    that you would be the custodian of the list of
17    who was employed as a loan processor. But if
18    somebody was able to give you that list of
19    names and employee ID numbers, you would be
20    able to tell which of those individuals on the
21    loan processor list were using WebTime to
22    record time, correct?
23 A. I could tell you which weeks they did and which
24    weeks they didn't. I mean, again, because it
25    wasn't required, they could have used it for

23  (Pages 86 to 89)

64a7706a-5c32-4561-9f31-6ed5fc8d14ce

Page 114

1  Q. Now, after January of 2006 there is no approval
2     process required at all?
3  A. No. After September 2005 there is no approval,
4     Labor Day weekend of 2005.
5  Q. So you removed, as part of what you said
6     earlier, the bridge between the prior system
7     and the new positive pay biweekly program,
8     which was final as of January 1 of 2006, the
9     manager approval requirement was removed as of
10    Labor Day 2005, correct?
11 A. Correct.
12 Q. So anyone who recorded overtime after Labor Day
13    of 2005 would have it paid automatically,
14    correct?
15 A. Anybody who recorded time that resulted in
16    overtime and submitted that to us would have it
17    paid, correct.
18 Q. So I take it that none of the overtime worked
19    but unpaid for this group of 293 could have
20    occurred after September of 2005, correct?
21       MS. DRAKE: Objection, form.
22 A. Assuming that they completed their time card,
23    correct.
24 Q. (By Mr. Hanson) Right. And I think this is
25    our understanding and stipulation. There is a

Page 115

1     whole nother issue about whether people were
2     accurately recording all of their time, all
3     right, and I'm just going to leave that aside
4     for the purpose of the present questions.
5     We're talking about a group of people who
6     submitted time cards or submitted time, maybe
7     through WebTime, maybe through time cards, that
8     add up to more than 40 hours in a given work
9     week, but that time was not paid to them as
10    overtime. Okay?
11 A. Work time. We have to be very clear. Work
12    time? People would not get overtime if they
13    didn't work 40 hours, so I'm just trying to
14    clarify.
15 Q. Help me out. That was the deal. I'm not
16    talking about PTO or vacation time. That's
17    what you mean, right? We're talking about they
18    worked and recorded more than 40 hours in a
19    given work week and were not paid for that
20    time. So I'm removing all of the variables
21    that you're hypothesizing, okay?
22 A. Okay.
23 Q. So Trudy Bowne, and this is not even a
24    hypothetical, this is what happened, but there
25    are weeks, more than one, where her actual work

Page 116

1     time is recorded as more than 40 in a week, but
2     she is not paid for that overtime. Okay?
3  A. Okay.
4  Q. So what is the explanation for how that
5     happened?
6  A. Prior to 2005 -- September of 2005?
7  Q. Well, I suppose so, since what you're telling
8     me is it could not have happened after
9     September of 2005.
10 A. Correct.
11 Q. Because the system was fully automated such
12    that any recorded time that was more than 40 in
13    a work week -- any work time --
14 A. Any completed time sheets. They can record
15    time and not complete it at the end of the
16    week.
17 Q. I understand. Any completed time sheets that
18    reflect more than 40 hours a week is
19    automatically going to be paid, correct?
20 A. Correct.
21 Q. So I'm now understanding that we're talking
22    about solely before September of 2005, right?
23 A. Yes.
24 Q. By definition that's where this error would
25    have occurred, correct?

Page 117

1  A. Correct.
2  Q. So how could the error have occurred prior to
3     September of 2005?
4  A. The manager did not complete the approval
5     process.
6  Q. Meaning the manager simply didn't approve --
7     meaning there was overtime recorded and
8     presented to the manager for approval, and the
9     manager didn't click the approval button?
10       MS. DRAKE: Objection to form.
11 A. The manager would have a list of all their team
12    members, and it would have the time recorded,
13    and it would show then a recap of what would be
14    generated exception-pay-wise. They didn't go
15    in and approve the time sheet, whether it had
16    overtime or not or dock or anything. They
17    simply didn't approve the time.
18 Q. (By Mr. Hanson) Managers before September of
19    '05 were required to approve all time, correct?
20 A. Correct.
21 Q. If a manager failed to approve a time sheet or
22    a time record by a nonexempt team member like a
23    loan processor, that loan processor would just
24    be paid their standard hours?
25 A. Correct.

Page 118

1  Q. So the manager's approval was not required to
2     issue a paycheck?
3  A. Correct. It was -- right.
4  Q. So that then leads me to ask what was the
5     manager approval required for?  Is that simply
6     for an exception?
7  A. We required them to approve all time cards so
8     that they were approving all time team members
9     recorded.  At that point in time, if there was
10    exception pay, that was also needed to push it
11    forward.  But the requirement was not to go out
12    and only approve time cards that say overtime
13    or dock that need pay.  The requirement was to
14    go in and approve all time cards.
15 Q. So managers who just failed to approve time
16    cards, the impact of that is nonexempt team
17    members like loan processors would be paid
18    their standard time but wouldn't be paid
19    exceptions like overtime, correct?
20 A. At that point in time, yes, on their paycheck.
21 Q. Right, because that's before September of '05?
22 A. Well, no, but I mean -- the majority of team
23    members get their paycheck, and since they know
24    what they are supposed to be getting on the
25    exception hours, if the manager doesn't approve

Page 119

1     it, it's not on their paycheck, but they call
2     us and we get it rectified.
3  Q. So these loan processors did not call and get
4     it rectified?
5  A. They must not have called.  I don't have the
6     Call Tracker records here, but I -- the
7     assumption is they did not, because we would
8     have rectified it.
9  Q. So team members who did call to get things like
10    this rectified, there is a record of that
11    through what you call Call Tracker?
12 A. There is either a record through Call Tracker
13    or our Habitual Offenders.  We just have the
14    email that they know now where to go get it and
15    we --
16 Q. Where are nonexempt team members -- who are
17    they supposed to call to get it rectified?
18    What's the process?
19 A. Well, the first process is they are supposed to
20    go to their manager, but a lot of team members,
21    if they won't go to their managers, either the
22    team member or the manager is supposed to call
23    the service center.  We have two -- well, we
24    have several service centers.  We have a 1-800
25    number that they call, but then there is

Page 120

1     options.  They pick that, they then get
2     connected to somebody who then handles the
3     situation.
4         Currently now, because of the -- it's
5     usually the team member didn't fill out the
6     time card, so they are then directed towards a
7     website where they submit us an email so that
8     we can rectify it.
9  Q. But let's say from January of 2003 to the
10    present for individuals who have recognized an
11    error or who believe their pay doesn't
12    accurately reflect the hours they worked, there
13    is a documented mechanism for them to get
14    rectified?
15 A. Oh, definitely.
16 Q. And Wells Fargo maintains those documents?
17 A. Yes.
18 Q. Whether it's in a phone call that's logged or
19    in an email that's kept?
20 A. To actually generate pay, we would have to have
21    a written document.  We would not take that
22    over the phone.  But whether that's an email
23    from the manager or them saying there is a
24    WebTime record or whatever.  If we generate
25    pay, we have a written record of it.

Page 121

1  Q. Well, for me to ask to have those documents
2     produced, what am I going to ask for?  You
3     mentioned call directory.
4  A. Call Tracker.
5  Q. Or Call Tracker.  I'm sorry.
6  A. Call Tracker is a system that our HR service
7     centers use which are part of corporate HR.  We
8     also use it for -- we have a small customer
9     service staff, and then they forward Call
10    Tracker tickets, but they can produce reports
11    of team members and what their phone -- you
12    know, that type of stuff.  That's not my system
13    that I own.
14        If we paid something to a team member,
15    we would -- normally we would be talking an off
16    cycle check.  So prior, when it was only
17    exception pay, if it was a couple hours, we
18    would ask the team member if we could place it
19    on the next paycheck.  So it would either be on
20    the next paycheck or on an off cycle.  We would
21    have the written documentation in the rep's
22    input, the person who keyed it.  You know, by
23    day we have all the pieces of paper that we put
24    into the system.
25 Q. But what are they called when the rectification

Page 142

1  A. Yes.
2  Q. Regular hourly pay rate?
3  A. Yes.
4  Q. Total daily or weekly straight time earnings?
5  A. Gross earnings, yes.
6  Q. Total overtime earnings for the work week?
7  A. Yes.
8  Q. All additions or deductions from the employee's
9     wages?
10 A. Yes.
11 Q. Total wages paid each pay period?
12 A. Yes.
13 Q. Date of employment and pay period covered by
14    the payment?
15 A. Yes.
16 Q. And those records you have testified would be
17    available going back to January of 2003 at
18    least, and probably more?
19 A. Yes.
20 Q. Going back to the transition in January of 2006
21    to a biweekly work week and positive pay, which
22    department of Wells Fargo or departments were
23    responsible for that decision?
24        MS. DRAKE: Objection to form.
25 A. Generally speaking, I would say corporate HR

Page 143

1     would have been the driver of it. There might
2     have been -- I mean, it was a huge project with
3     several different areas all participating in
4     it. But the actual decision to become biweekly
5     would have -- well, it would have been signed
6     off by Dick Kovacevich at the time, but on the
7     recommendation of corporate HR.
8  Q. (By Mr. Hanson) And Dick Kovacevich is whom?
9  A. He is our chairman of the board now. Our
10    former CEO at the time.
11 Q. Of Wells Fargo?
12 A. Of Wells Fargo.
13 Q. At the recommendation of corporate HR?
14 A. Correct.
15 Q. Who would have been the top head of HR at that
16    time?
17        MS. DRAKE: Objection to form.
18 A. At that time it would have been Pat Callahan.
19 Q. (By Mr. Hanson) He would have been --
20 A. She would have been the head of corporate HR at
21    the time we submitted the project to go
22    biweekly.
23 Q. Are there two Pat Callahans?
24 A. Yes, there are.
25 Q. Okay. Well, I have met and deposed one Pat

Page 144

1     Callahan that's spelled Cahalen (ph).
2  A. He would be the mortgage compensation
3     consultant. At the time that the project
4     started to go biweekly, Pat Callahan was the
5     head of corporate HR replaced by Avid right
6     kind of -- at the end of the project as we went
7     live.
8  Q. Was part of the project also moving from
9     standard hours to positive pay?
10 A. Part of the biweekly project, yes.
11 Q. And Ms. Callahan was the head of corporate HR,
12    correct?
13 A. Yes.
14 Q. Do you know where she was, where she worked?
15 A. She was based in San Francisco.
16 Q. And Mr. Kovacevich was based in San Francisco?
17 A. At that time, yes, he would have been.
18 Q. You mentioned that it was a significant project
19    to go to biweekly pay, including the change to
20    positive -- is it positive pay?
21 A. Yeah.
22 Q. Is there anything else that describes that
23    concept, moving from standard hours to pay for
24    actual hours?
25 A. Individually people could have different terms

Page 145

1     for it. I mean, it's being paid for what you
2     worked versus being paid what you were assumed
3     to have worked.
4  Q. But the label positive pay, is that just an
5     internal kind of brand for the changing
6     concept?
7  A. It's just probably a slang term that's used in
8     our department.
9  Q. Were you involved in that project?
10 A. Yes, I was.
11 Q. Could you identify for me whom you believe to
12    be the key personnel or the primary architects
13    at Wells Fargo for that move to the biweekly
14    pay and positive pay system?
15        MS. DRAKE: Objection to form.
16 A. Certainly it would have been myself and my
17    boss, Roger Saucerman, representing the HR and
18    the payroll piece of it. We would have had
19    strong representation from the HRIS systems
20    people located in Minneapolis that would have
21    had to implement it. We had representation
22    from employee relations.
23        Each area that might have been
24    affected, corporate benefits from Minneapolis,
25    the service centers in Phoenix and Minneapolis,

64a7706a-5c32-4561-9f31-6ed5fc8d14ce

Page 174

1    eight, ten hours a day in a five-day period,
2    and then submitted the time sheet -- or I think
3    you said completed the time sheet, and the
4    manager then for the first time picks it up and
5    looks at it, that manager can't go back and
6    change the ten hours a day to eight?
7    A. Correct.
8    Q. But the manager -- hypothetically, if the
9    manager didn't want that overtime to be paid,
10   the manager would not approve it, correct?
11   A. Correct.
12   Q. And that person would be paid just their
13   standard hours, correct?
14   A. Correct.
15   Q. If the manager did approve it, that team member
16   would be paid for ten hours of overtime?
17   A. Correct.
18   Q. Before the team member hits the complete
19   button, the manager could change a ten to an
20   eight, correct?
21   A. Correct.
22   Q. But the team member would still have to go and
23   hit approve or complete, correct?
24   A. Correct.
25   Q. Could the team member go back and change the

Page 175

1    eight back to a ten and then hit complete?
2    A. Yes, of course they could.
3    Q. So the override -- what you're saying is that
4    the team member had control over the time
5    record before the complete button was
6    submitted, correct?
7    A. Yes.
8    Q. But the manager had control over whether he or
9    she approved it?
10   A. Correct.
11   Q. Just explain the codes on the next page. The
12   type code J, it says miscellaneous paid
13   absence.
14   A. That's just time out of the office. It does
15   not fall under a holiday or PTO.
16   Q. But it's paid?
17   A. It's paid.
18   Q. H is a holiday?
19   A. Correct.
20   Q. And is that paid?
21   A. Yes, it is.
22   Q. What about unpaid absences, are they reflected?
23   A. No. If you record the three types of absences
24   we have, those are all paid time, holiday,
25   miscellaneous absence, or PTO.

Page 176

1    Q. Did you have a PTO policy?
2    A. Yes.
3    Q. If you were out of paid time off and took a day
4    off, what would happen?
5    A. You would leave that day blank on your time
6    card.
7    Q. And wouldn't be paid?
8    A. Well, standard hour time, if you worked 32 and
9    you were supposed to, we would send eight and
10   you would get docked. Now if you work 32, we
11   send 32 and you get paid 32.
12   Q. But out of PTO, you don't work a day, you
13   wouldn't be paid for that day?
14   A. Manager's discretion, like everything. So if
15   they wanted you to put in a PTO day or
16   miscellaneous absence, they could pay you. But
17   if you don't record it as such, then I don't
18   pay it to you.
19   Q. Wouldn't the policy have been not to pay hourly
20   employees for time not worked when PTO is not
21   available?
22        MS. DRAKE: Objection to form.
23   A. The policy is that you get paid your PTO hours.
24   Managers are able to decide that's something
25   that they can go into their next year's PTO,

Page 177

1    they can decide that it's a situation that they
2    feel like they would like to pay them, so --
3    Q. (By Mr. Hanson) And I understand that a
4    manager might have some discretion to give some
5    extra PTO or carry it over. But in terms of
6    just Wells Fargo's policy regarding its
7    nonexempt team members, if a nonexempt team
8    member has exhausted their paid time off and
9    they don't come to work on a given day, there
10   is no requirement to pay them on that given
11   day, correct?
12   A. Correct.
13   Q. The only other codes I see here on the third
14   page, there is an MA?
15   A. On the third page?
16   Q. At the bottom of Page 3.
17   A. That's miscellaneous absence again.
18   Q. Well, there is a J, which is miscellaneous paid
19   absence, and then there is an MA, which is just
20   miscellaneous absence?
21   A. Again, that's the -- you know, when a team
22   member went out online, they selected
23   miscellaneous absence. This is the
24   interpretation of what WebTime thinks it is and
25   how they assign -- or HBS thinks it is for

Deposition Excerpts of Mary Basore's Deposition

Mary G. Basore
November 13, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re WELLS FARGO LOAN      )
PROCESSOR OVERTIME PAY      )
LITIGATION                  )
                            )
                            )  MDL Docket No. 1841
This Document Relates       )
to Basore v. Wells          )
Fargo Home Mortgage         )
N.D. Cal., No. 07-0461      )
MHP                         )


VIDEOTAPED DEPOSITION OF MARY G. BASORE,

produced, sworn, and examined on Tuesday, the 13th day
of November, 2007, commencing at 10:27 a.m. and
concluding at 12:50 p.m., at the law offices of Stueve
Siegel Hanson LLP, 460 Nichols Road, Suite 200, in the
City of Kansas City, County of Jackson, State of
Missouri, before:

                ANN M. HAMILTON, RPR
              Certified Court Reporter
                        of
       JAY E. SUDDRETH & ASSOCIATES, INC.
                   Suite 100
             10104 West 105th Street
          Overland Park, Kansas 66212-5755

a Certified Shorthand Reporter within and for the
State of Kansas and a Certified Court Reporter within
and for the State of Missouri.

Taken on behalf of Defendant pursuant to Notice to
Take Depositions.

f27f6928-5af8-4947-85ad-6e058f65a67a

Mary G. Basore
November 13, 2007

Page 46

1    Q.  Earlier you mentioned that at the end of
2  every month it was a little bit more busy; correct?
3    A.  (Witness nods head).
4    Q.  Can you tell me what you mean by the end
5  of every month?  Is that the last week, the last
6  couple of days?  What does that mean?
7    A.  Last week.  Mortgage -- most mortgage
8  offices work a month-to-month, so needs to close by
9  the end of the calendar month.  It's like the stock
10  market.  It's got to close.
11    Q.  Who were your direct supervisors and
12  managers while you worked at Wells Fargo?
13    A.  Alisha Taylor.
14    Q.  Anyone else?
15    A.  Robert Borstelmann.
16    Q.  Anyone else?
17    A.  No.
18    Q.  What position did Robert Borstelmann hold
19  while you worked at Wells Fargo Home Mortgage?
20    A.  I believe he was the manager of the
21  whole -- between the two offices upstairs and
22  downstairs, he was the manager of both.  I don't know
23  what level of management he was.
24    Q.  Did you report directly to Mr.
25  Borstelmann?

Page 47

1    A.  No.
2    Q.  And what was Alisha Taylor responsible
3  for?
4    A.  She was manager of Wells Fargo Home
5  Mortgage, the group that I worked with.
6    Q.  Who is Michael Weisberg?
7    A.  I don't know what his position -- I know
8  he was in management, but I believe he was on the bank
9  side, if that makes sense.  He's not directly
10  affiliated with what I did.
11    Q.  How about E. Holliman?  Does that ring a
12  bell?
13    A.  The first name is?
14    Q.  E.
15    A.  No.
16    Q.  How about Anthony Petsco?
17    A.  He was my manager after Alisha Taylor.
18    Q.  And was Anthony Petsco also the manager
19  of the Wells Fargo Home Mortgage group that you worked
20  with?
21    A.  Yes.
22    Q.  Do you feel you had a good relationship
23  with Robert Borstelmann?
24    A.  Yeah.  Yes.
25    Q.  How about with Alisha Taylor?

Page 48

1    A.  Yes.
2    Q.  And with Anthony Petsco?
3    A.  Yes.
4    Q.  Did you accurately record all of the
5  hours you worked when you were at Wells Fargo Home
6  Mortgage?
7    A.  No.
8    Q.  Why not?
9    A.  I was -- it was my understanding that
10  the -- what do you call -- the Webtime was like a
11  housekeeping thing, we just needed to fill it in.
12    Q.  How did you come to have that
13  understanding?
14    A.  When I got hired it was -- I got offered
15  a monthly salary.  Approximately eight months into my
16  employment I believe my manager told me, "You're
17  supposed to be going online and filling in a time
18  sheet."
19         And I just had the common knowledge
20  that, you know, they're not paying overtime and they
21  just need for their records something on paper, and so
22  I just would go in and just put, you know, my blocks
23  of time.
24    Q.  When you say "common knowledge," what do
25  you mean by that?

Page 49

1    A.  Let me think.  I don't know who told me.
2  I think it was just a known fact.  I can't recall one
3  particular person telling me they're not going to pay
4  for overtime.  It was just I was on the assumption I
5  was on salary.  So I didn't think the time sheet
6  really mattered because I was getting paid anyway.
7    Q.  Which manager told you that you were
8  supposed to be filling in time sheets?
9    A.  To the best of my knowledge, Alisha
10  Taylor.
11    Q.  Did you have any discussions with Alisha
12  Taylor, Robert Borstelmann or Anthony Petsco about how
13  you were to be filling in your time sheets?
14    A.  No.
15    Q.  Did you ever ask anyone how you were
16  supposed to be filling in your time sheets?
17    A.  No.
18    Q.  I assume that none of those three
19  individuals ever told you that you were not supposed
20  to record all of your hours; is that correct?
21    A.  Repeat that.
22    Q.  Sure.  Did any of those individuals ever
23  tell you that you were not supposed to record all of
24  your hours?
25    A.  No.

13  (Pages 46 to 49)

Deposition Excerpts of Trudy Bowne's Deposition

Trudy Bowne
December 1, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re WELLS FARGO LOAN PROCESSOR
OVERTIME PAY LITIGATION

This Document Relates to:      MDL Docket No. 1841
Bowne v. Wells Fargo Home
Mortgage (transferred from
D. Kan., No. 06-2020)
N.D. Cal., No. 07-4013 MHP


DEPOSITION OF TRUDY BOWNE,

produced, sworn and examined on Saturday, the 1st day
of December, 2007, between the hours of 10:09 a.m. and
11:38 a.m. of that day, at the law offices of Stueve
Siegel & Hanson, L.L.P., 460 Nichols Road, Suite 200,
in the City of Kansas City, in the County of Jackson,
and the State of Missouri, before:

NAOLA C. VAUGHN, RPR, CRR, KS CSR #0895
Certified Realtime Reporter
of
JAY E. SUDDRETH & ASSOCIATES, INC.
Suite 100
10104 West 105th Street
Overland Park, Kansas  66212-5746
a Certified Shorthand Reporter within and for the State
of Missouri.

Taken on behalf of Defendant pursuant to Notice to Take
Deposition.

Trudy Bowne
December 1, 2007

Page 22

1  litigation, but I don't recall talking to him really
2  about it since.
3      Q.  When you say he referred you to the
4  litigation, what do you mean?
5      A.  He's the one I -- he gave me the number for
6  the attorney to call and inquire about it.
7      Q.  And was that somebody here at the Stueve
8  Siegel firm?
9      A.  Yes.  I believe it was George Hanson.
10     Q.  How did the topic come up in conversation
11 with Jason?
12     A.  I had been on vacation.  When I got back, he
13 had -- I don't know how he had gotten in contact with
14 the attorneys, but he had a number for me, because he
15 knew I had worked overtime, and he thought I might be
16 interested in calling.
17     Q.  Do you have any reason to distrust Jason for
18 any reason?
19     A.  Not --
20     Q.  That's sort of a compound question there to
21 say reason twice.  Let me ask the question again.
22         Do you have any reason to distrust Jason
23 Moxner -- Moxness?
24     A.  Moxness.  Not to my knowledge.
25     Q.  Do you have any reason to distrust

Page 23

1  Harry Brewer?
2      A.  Not to my knowledge.
3      Q.  When you began as a loan processor in 2002,
4  how were you paid?
5      A.  I was paid a salary plus bonus.
6      Q.  Do you know how your bonus was calculated?
7      A.  It was calculated per loan that I processed.
8      Q.  There was some sort of a formula?
9      A.  Yeah.
10     Q.  During the time that you were interviewing
11 for first starting, did anyone describe for you how
12 your compensation worked?
13     A.  They described to me the bonus structure.
14     Q.  When you say they, who is they?
15     A.  I'm sorry.  Jason.
16     Q.  What did Jason tell you about the bonus
17 structure?
18     A.  He described how it worked based on how much
19 was paid per loan.  And I don't know what the structure
20 was.  But I know it was based on units of loans.  And
21 he told me what my base salary would be.
22     Q.  At that time when you were beginning
23 employment, did he tell you any expectations with
24 regard to how much you would be working, how many hours
25 per week?

Page 24

1      A.  No.
2      Q.  Did he say anything about what your salary
3  was intended to cover in terms of the hours that you
4  worked?
5      A.  No.
6      Q.  At that time when you were first hiring on,
7  did anyone talk with you about overtime work?
8      A.  No.
9      Q.  Did anyone talk with you about overtime
10 compensation?
11     A.  No.
12     Q.  At any time that you worked at Wells Fargo
13 did anyone talk with you about overtime compensation?
14     A.  No.
15     Q.  I was asking you about your compensation
16 system when you first began in September 2002.  During
17 the times that you were a loan processor, was it that
18 same basic compensation structure?
19     A.  Yes.
20     Q.  Salary plus bonus?
21     A.  Correct.
22     Q.  That's true both before and after you were a
23 loan officer?
24     A.  Correct.
25     Q.  When you were a loan officer, how were you

Page 25

1  paid?
2      A.  We were paid a draw.  And then commission
3  based on loan volume.
4      Q.  Is it your understanding that this lawsuit
5  concerns only the period of time that you worked as a
6  loan processor?
7      A.  Yes.
8      Q.  And that you're not seeking compensation for
9  the time you worked as a loan officer?
10     A.  I am involved in the other HMC case for the
11 loan officer portion, but this lawsuit is just the
12 processor.
13     Q.  So the loan officer part is a separate
14 piece?
15     A.  Yes.
16     Q.  What were your duties as a loan officer?
17     A.  To sell loans.
18     Q.  How would you go about doing that?
19     A.  We would do mailers, where people called in.
20 We would buy leads that we called.  Cold call people.
21 We would have call nights to where we'd have a company
22 send direct phone calls into us for a short period of
23 time.  We were also referred loans from the prime side,
24 the A side of Wells Fargo.  And we would solicit
25 realtors to send us loans.

7  (Pages 22 to 25)

Deposition Excerpts of Jeni Fisher's Deposition

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re WELLS FARGO LOAN | ) | MDL Docket 1841 |
| PROCESSOR OVERTIME | ) | VIDEOTAPE DEPOSITION |
| PAY LITIGATION | ) | OF JENI FISHER |

THE VIDEOTAPE DEPOSITION OF JENI FISHER,

taken before Connie Overberg, Certified Shorthand

Reporter and Notary Public of the State of Iowa,

commencing at 1:22 p.m., Thursday, November 29,

2007, at 666 Walnut, Suite 2000, Mason City, Iowa.


A P P E A R A N C E S

Plaintiffs by:     ERIC L. DIRKS
                   Attorney at Law
                   460 Nichols Road
                   Suite 200
                   Kansas City, MO 64112

Defendants by:     DENISE K. DRAKE
                   Attorney at Law
                   9401 Indian Creek Parkway
                   Suite 700
                   Building 40
                   Overland Park, KS 66210

Videographer:      Video Specialties, David Hellberg




Reported by:       Connie Overberg, RPR, CSR

1  in which I was not required to record any hours that
2  I worked, so once I did start recording those hours,
3  I did realize that the overtime that I was working
4  was being paid.
5  Q.      And this is throughout your employment you
6  understood you were entitled to overtime pay. Why
7  didn't you record the hours that you were working in
8  order to receive the overtime pay?
9  A.      I wasn't required to nor was I ever showed
10 a system to record hours on.
11 Q.      Did anyone ever affirmatively tell you
12 that you should not record hours accurately?
13 A.      No.
14 Q.      That you were not entitled to overtime
15 pay?
16 A.      Nobody specifically told me, no.
17 Q.      And did anyone ever specifically tell you
18 that you should record your hours accurately?
19 A.      That I should record my hours accurately,
20 yes. Up until 2004, I was not told any hours that
21 should be recorded.
22 Q.      Okay. After that?
23 A.      After that then I was informed of the
24 system to record my hours.
25 Q.      Who told you about that?

1  A.      My manager.
2  Q.      Who was that?
3  A.      Denise Smithson at that time.
4  Q.      And Denise Smithson was your branch
5  manager in Pella; is that right?
6  A.      Yes.
7  Q.      Was it when you started in Pella that Ms.
8  Smithson told you you needed to record your hours
9  accurately?
10 A.      Yes.
11 Q.      If you will look at Number 6 with me, it
12 says, "As a Wells Fargo mortgage sales associate, I
13 am paid an hourly wage for each hour worked." Do
14 you see that?
15 A.      Yes.
16 Q.      Was that your understanding throughout the
17 time you were employed at Wells Fargo?
18 A.      Up until 2004. Honestly I wasn't sure if
19 I was hourly or salary since I wasn't ever asked to
20 record my hours, so after 2004 I did understand that
21 it was an hourly wage.
22 Q.      And that would be the June 2004?
23 A.      You are correct.
24 Q.      Did you ever ask anyone before June of
25 2004?

1  A.      No, not that I can recall.
2  Q.      Did you have other mortgage sales
3  associates working with you in the Clive location?
4  A.      Yes. Not on my particular management
5  team. They were working with a different manager.
6  Q.      Do you have any idea if they were
7  accurately recording hours?
8  A.      I am not sure. We didn't really talk
9  about it.
10 Q.      Who were those individuals?
11 A.      Heather Bishop.
12 Q.      Anyone else?
13 A.      Soraha Khan.
14 Q.      How do you spell that?
15 A.      S-o-r-a-y-a -- a-h-a.
16 Q.      Anyone else?
17 A.      Shelby Greensley.
18 Q.      Anyone else?
19 A.      Those were the only associates I worked
20 with at that time.
21 Q.      And then on Number 7, it says, "Throughout
22 my employment at Wells Fargo as a mortgage sales
23 associate, I have been paid overtime whenever I have
24 worked more than 40 hours per week as approved." Do
25 you see that?

1  A.      Uh-huh.
2  Q.      And so would that be essentially
3  consistent with the fact that in June 2004, you
4  understood that you were supposed to be recording
5  your hours accurately?
6  A.      Correct.
7  Q.      You started doing that?
8  A.      Correct.
9  Q.      And you were paid?
10 A.      Most of them, yes.
11 Q.      Okay. Are you aware of any hours that you
12 recorded after June of 2004 as overtime that you
13 were not compensated for?
14 A.      No.
15 Q.      Under Number 10C, you initialed, "My
16 duties have varied depending on the mortgage
17 consultant with whom I worked at the time." Do you
18 see that?
19 A.      Yes.
20 Q.      How did your duties vary?
21 A.      When working at the Clive location, I
22 worked for only one mortgage consultant. When I
23 moved to the Pella location, I was working for two
24 mortgage consultants.
25 Q.      And how did your duties differ?

Deposition Excerpts of Elisha Hesterberg's Deposition

Elishia A. Hesterberg
November 14, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re WELLS FARGO LOAN    )
PROCESSOR OVERTIME PAY    )
LITIGATION                )
                          )
                          )   MDL Docket No. 1841
This Document Relates     )
to Bowne v. Wells         )
Fargo Home Mortgage       )
(transferred from D.      )
Kan., No. 06-2020)        )
N.D. Cal., No. 07-4013    )
MHP                       )

VIDEOTAPED DEPOSITION OF ELISHIA A. HESTERBERG,

produced, sworn, and examined on Wednesday, the 14th
day of November, 2007, commencing at 1:01 p.m. and
concluding at 2:06 p.m., at the law offices of Stueve
Siegel Hanson LLP, 460 Nichols Road, Suite 200, in the
City of Kansas City, County of Jackson, State of
Missouri, before:

ANN M. HAMILTON, RPR
Certified Court Reporter
of
JAY E. SUDDRETH & ASSOCIATES, INC.
Suite 100
10104 West 105th Street
Overland Park, Kansas 66212-5755

a Certified Shorthand Reporter within and for the
State of Kansas and a Certified Court Reporter within
and for the State of Missouri.

Taken on behalf of Defendant pursuant to Notice to
Take Depositions.

Elishia A. Hesterberg
November 14, 2007

Page 34

1  through the time I was employed.
2      Q.  Okay.  With regard to the marketing, when
3  you took the things home to address envelopes, what
4  have you, about how much time on those three different
5  occasions did you spend time completing that task?
6      A.  I'd say two to three hours maybe.
7      Q.  And how about on the call nights?
8      A.  Call nights were usually from 7 to 9 two
9  nights a week, so maybe three hours at the most.
10     Q.  Okay.  So eight times you spent about
11 three hours on the phones doing the calls?
12     A.  Right.
13     Q.  Anything else you can think of when you
14 aren't sure whether you logged your hours?
15     A.  No.
16     Q.  Okay.  You note that even though you
17 regularly worked and recorded overtime hours, you were
18 not paid for it; right?
19     A.  Right.
20     Q.  Did you ever call anyone to complain
21 about that?
22     A.  I did not.  I guess I took it as I was
23 salary and was not entitled to that.
24     Q.  And, in fact, there were some weeks where
25 you didn't necessarily work all 40 hours, or what have

Page 35

1  you?
2      A.  Right.
3      Q.  But you still got the same amount of
4  money; is that right?
5      A.  Right.  And that -- I marked it on my
6  time sheet as leaving.  That would have also been my
7  sick or vacation pay.  The reason mostly we did
8  Webtime was for Jason, since he was out of the office,
9  we started, you know, just so he would know when we
10 were there.  I really didn't use my vacation and sick
11 time.  I would just log out for my doctor's
12 appointments, or, you know -- and I was actually using
13 that time.  It wasn't marked on there as that time.
14     Q.  Okay.
15     A.  And Jason was aware of that.
16     Q.  And you say that you were told you were
17 not eligible for overtime pay; is that right?
18     A.  Right.
19     Q.  Who told you that?
20     A.  I believe Jason was under that
21 impression.
22     Q.  Well, I know that you can't really speak
23 for what his impression was, but is he the one that
24 told you that?
25     A.  I think so.  I don't know --

Page 36

1      Q.  Did he specifically -- I mean, did he
2  specifically say it to you?
3      A.  Maybe not in those words; but, yes, that
4  we're salaried, this is what we will be paid, and this
5  is our bonus if we close a certain amount of loans.
6  There was never mention of --
7      Q.  So I just want to make sure I have the
8  right flavor of it.  You don't remember him
9  specifically saying you're salaried exempt, or what
10 have you, it's just that that was sort of the
11 understanding?
12     A.  Well, yeah.  I mean, we were working
13 overtime, he saw our overtime and didn't -- we didn't
14 get compensated for it, so --
15     Q.  Did he ever do anything to explain to you
16 why he didn't compensate you for the overtime or
17 anything at all other than you just kind of understood
18 that?
19     A.  I'm not sure.  Not that I recall.  I
20 mean --
21     Q.  Okay.  Okay.
22         (Whereupon, Hesterberg Deposition
23          Exhibit Number 12 was marked for
24          identification by the reporter.)
25     Q.  (By Ms. Drake)  Okay.  Now I'm going to

Page 37

1  hand you what's been marked Deposition Exhibit Number
2  12.  And I will represent to you that that appears to
3  be, or it is a printout of the time in and time out
4  computer records that we have.
5      A.  Uh-huh.
6      Q.  If you look at the first line there it
7  appears that the workday of May 27, 2003 is the first
8  computer record that Wells Fargo has to track your
9  time.
10         Would that be consistent with your
11 thought that it started about the time when the Blue
12 Springs office opened?
13     A.  It might be.  It opened earlier than
14 this, but it might be when Jason started having to
15 go out there.
16     Q.  Had you been tracking your hours in any
17 way before May 27 of 2003?
18     A.  Not that I recall, no.
19     Q.  No time handwritten cards or anything
20 like that?
21     A.  No.
22     Q.  How about even a time sheet where you'd
23 put in a total or anything along those lines?
24     A.  I don't think so.
25     Q.  Okay.  Before this May 27 of 2003, let's

10  (Pages 34 to 37)