1  Denise K. Drake
   Eric P. Kelly
2  SPENCER FANE BRITT & BROWNE LLP
   1000 Walnut, Suite 1400
3  Kansas City, MO 64106
   Telephone: 816-474-8100
4  Facsimile: 816-474-3216

5  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
6  Robert Spagat (SBN: 157388)
   rspagat@winston.com
7  WINSTON & STRAWN LLP
   101 California Street
8  San Francisco, CA  94111-5894
   Telephone:   415-591-1000
9  Facsimile:   415-591-1400

10 Attorneys for Defendants Wells Fargo
   Mortgage, a Division of Wells Fargo, N.A.
11 and Wells Fargo, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 (MHP) |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | [PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS RE PLAINTIFFS' MOTION IN SUPPORT OF CLASS AND CONDITIONAL ACTION CERTIFICATION |

[Proposed] Order Sealing Confidential Documents Re Motion in Support of Class and Conditional Action Certification;
Case No. MDL Docket No. 1841

LA:211244.1

Having considered: (a) Plaintiffs' Administrative Motion to File Under Seal – Motion in Support of Class and Conditional Action Certification; and (b) the Declaration of Eric P. Kelly in Support of Plaintiffs' Administrative Motion to File Under Seal Confidential Documents Lodged with the Court in Support of Plaintiffs' Motion for Class and Conditional Action Certification (the "Kelly Declaration," the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Administrative Motion is GRANTED. The following unredacted documents containing Wells Fargo's proprietary and confidential information shall be filed under seal:

(1) Plaintiffs' Motion in Support of Class and Conditional Action Certification;

(2 Declaration of George Hanson in Support of Plaintiffs' Motion in Support of Class and Conditional Action Certification, and Exhibits thereto.

The Court shall cause the following redacted documents to be filed in the public record:

(1) Plaintiffs' Motion in Support of Class and Conditional Action Certification – **Redacted** (attached as Exhibit "C" to the Kelly Declaration);

(2) Declaration of George Hanson in Support of Plaintiffs' Motion in Support of Class and Conditional Action Certification – **Redacted** (attached as Exhibit "D" to the Kelly Declaration).

IT IS SO ORDERED.

Date: April _____, 2008

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

---

1

[Proposed] Order Sealing Confidential Documents Re Motion in Support of Class and Conditional Action Certification;
Case No. MDL Docket No. 1841

LA:211244.1