Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS RE PLAINTIFFS' MOTION IN SUPPORT OF CLASS AND CONDITIONAL ACTION CERTIFICATION<br><br>*AS MODIFIED BY COURT |

---

[Proposed] Order Sealing Confidential Documents Re Motion in Support of Class and Conditional Action Certification;
Case No. MDL Docket No. 1841

LA:211244.1

1  Having considered: (a) Plaintiffs' Administrative Motion to File Under Seal – Motion in
2  Support of Class and Conditional Action Certification; and (b) the Declaration of Eric P. Kelly in
3  Support of Plaintiffs' Administrative Motion to File Under Seal Confidential Documents Lodged
4  with the Court in Support of Plaintiffs' Motion for Class and Conditional Action Certification (the
5  "Kelly Declaration," the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Administrative Motion is GRANTED. The following unredacted documents containing Wells Fargo's proprietary and confidential information shall be filed under seal:

(1)  Plaintiffs' Motion in Support of Class and Conditional Action Certification;

(2   Declaration of George Hanson in Support of Plaintiffs' Motion in Support of Class and Conditional Action Certification, and Exhibits thereto.

The Court shall cause the following redacted documents to be filed in the public record:

(1)  Plaintiffs' Motion in Support of Class and Conditional Action Certification –
\*   **Redacted** (attached as Exhibit "C" to the Kelly Declaration); **Minimal redaction only permitted.**
(2)  Declaration of George Hanson in Support of Plaintiffs' Motion in Support of Class and Conditional Action Certification – **Redacted** (attached as Exhibit "D" to the Kelly Declaration).

IT IS SO ORDERED.

Date:  April 23_____, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

[Proposed] Order Sealing Confidential Documents Re Motion in Support of Class and Conditional Action Certification; Case No. MDL Docket No. 1841

LA:211244.1