**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 28, 2008

Case No.   MDL 07-1841  MHP              Judge: MARILYN H. PATEL

Title: IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION

Attorneys:  Plf: George Hanson, Eric Dirks
            Dft: Robert Spagat, Joan Tucker, Eric Kelley, Denise Drake

Deputy Clerk:  Anthony Bowser    Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Defendants' Motion to Dismiss 17200 Claims

2)   Defendants' Motion to Strike

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Defendant to file response to plaintiffs' motion to amend within two weeks (5/12/08); replies to be filed within one week thereafter (5/19/08); 5/19/2008 hearing vacated; Further hearing on Plaintiffs' Motion to Amend set for 6/2/2008 at 2:00 pm;