Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF JOAN B. TUCKER FIFE IN SUPPORT OF OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT**<br><br>Date:  June 2, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

Declaration of Joan B. Tucker Fife In Support of Opposition of Defendant Wells Fargo Bank N.A.
to Plaintiff's Motion for Leave to File Amended Consolidated Complaint
Case No. MDL Docket No. 1841

I, Joan B. Tucker Fife, declare:

1. I am an attorney duly authorized to practice before this Court and am a partner at the law firm of Winston & Strawn, LLP, counsel for Defendant Wells Fargo Bank, N.A. in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Order For Final Approval Of Class Action Settlement And Certification Of Settlement Class filed in *Osinga v. Wells Fargo Bank, N.A.*, Case No. BC305453 (California Superior Court, County of Los Angeles).

3. Attached as Exhibit 2 are true and exact copies of declarations of Trudy Bowne, Nicole Gering, Jamie Hejlik, Elishia Hesterberg, and Amy Lovrien, filed by Plaintiffs in *Bowne v. Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, National Association*, Case No. 06-2020 CM (D. Kansas) on or about July 7, 2006 in support of Plaintiffs' Motion for Conditional Collective Action Certification.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May /2, 2008, in San Francisco, California.

_____
Joan B. Tucker Fife

---

1

Declaration of Joan B. Tucker Fife In Support of Opposition of Defendant Wells Fargo Bank N.A.
to Plaintiff's Motion for Leave to File Amended Consolidated Complaint
Case No. MDL Docket No. 1841

SF:205944.2