Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo, N.A.
and Wells Fargo, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF TERESA SWANSON IN SUPPORT OF OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT** |

Declaration of Teresa Swanson in Support of the Opposition of Defendant Wells Fargo Bank, N.A.
to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint
MDL Docket No. 1841

I, Teresa Swanson, declare:

1. I have personal knowledge of the following facts, and if called as a witness herein, I could and would competently testify thereto.

2. I currently work for Wells Fargo ("WF") as a Human Resource Manager.

3. As a Human Resource Manager, one of my job duties is to oversee certain aspects of WF's electronic timekeeping, payroll and record keeping systems.

4. I have had reviewed certain records kept by my department in connection with this litigation to determine the total number of non-exempt job titles at Wells Fargo Bank, N.A. Based on this query, Wells Fargo Bank, N.A. currently has approximately 373 different non-exempt job titles.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __9___ day of May 2008.

_____/s/_____
Teresa Swanson

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

Declaration of Teresa Swanson in Support of the Opposition of Defendant Wells Fargo Bank, N.A.
to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint
MDL Docket No. 1841