Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells FargoBank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>EXHIBIT 1 TO THE DECLARATION OF TERESA SWANSON, FILED ON 5/12/08 IN SUPPORT OF THE OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT<br><br>(General Order 45, section X.B.) |

---

Exhibit 1 to the Declaration of Teresa Swanson in Support of the Opposition of Defendant Wells Fargo Bank, N.A.
to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint
MDL Docket No. 1841

# EXHIBIT 1

I, Teresa Swanson, declare:

1. I have personal knowledge of the following facts, and if called as a witness herein, I could and would competently testify thereto.

2. I currently work for Wells Fargo ("WF") as a Human Resource Manager.

3. As a Human Resource Manager, one of my job duties is to oversee certain aspects of WF's electronic timekeeping, payroll and record keeping systems.

4. I have had reviewed certain records kept by my department in connection with this litigation to determine the total number of non-exempt job titles at Wells Fargo Bank, N.A. Based on this query, Wells Fargo Bank, N.A. currently has approximately 373 different non-exempt job titles.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May 2008.

*[signature]*
Teresa Swanson

1
Declaration of Teresa Swanson in Support of the Opposition of Defendant Wells Fargo Bank, N.A.
to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint
MDL Docket No. 1841