Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL PORTIONS OF THE OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT |

Having considered: (a) Defendants' Administrative Motion to File Under Seal Confidential Portions of Opposition of Defendant Wells Fargo Bank, N.A. to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint; and (b) Administrative Motion to File Under Seal Confidential Portions of Opposition of Defendant Wells Fargo Bank, N.A. to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Administrative Motion is GRANTED. The following unredacted document containing Wells Fargo's proprietary and confidential information shall be filed under seal: The Opposition of Defendant Wells Fargo Bank, N.A. to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint.

The Court shall cause the following redacted documents to be filed in the public record: The Opposition of Defendant Wells Fargo Bank, N.A. to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint – **Redacted**.

IT IS SO ORDERED.

Date: May __12__, 2008

_____
The Honorable Marilyn Hall Patel
United States District Court Judge