George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL – PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**Date: June 2, 2008**<br>**Time: 2:00 PM**<br>**Dept: 15**<br>**Judge: Hon. Marilyn Hall Patel** |

Pursuant to local rule 79-5(d) Plaintiffs bring this administrative motion to file under seal. On May 19, 2008, pursuant to Local Rule 79-5(d), Plaintiffs filed a sealed Reply Memorandum in Support of Their Motion for Leave to Amend Complaint. In Plaintiffs' Reply Memorandum in Support of Their Motion for Leave to Amend Complaint, Plaintiffs reference and attach a document produced by Wells Fargo in discovery and marked as "Confidential." Pursuant to the September 5, 2007 protective order in place in this case (Doc. 5), the parties "shall exercise reasonable care not to disclose information contained in these confidential documents by placing them in the public record in this case."

When a party wishes to use a document designated as "confidential" by another party, it must file an Administrative Motion and follow the provisions of Rule 79-5. *See* Local Rule 79-

5(d).  The burden is then upon the designating party (Wells Fargo) to establish that its confidential document is sealable.  *Id.*  Wells Fargo has five days to submit a declaration and proposed order in support of the sealing of Plaintiffs' Reply Brief.

**Dated: May 19, 2008**

                Respectfully submitted,

                **STUEVE SIEGEL HANSON LLP**

                By:       /s/ George A. Hanson
                    George A. Hanson
                    hanson@stuevesiegel.com
                    Norman E. Siegel
                    siegel@stuevesiegel.com
                    Eric L. Dirks
                    dirks@stuevesiegel.com
                    Ashlea G. Schwarz
                    ashlea@stuevesiegel.com
                    460 Nichols Road, Suite 200
                    Kansas City, Missouri 64112
                    Telephone:     (816) 714-7100
                    Facsimile:      (816) 714-7101

                **LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Denise K. Drake
> ddrake@spencerfane.com
> Eric P. Kelly
> ekelly@spencerfane.com
> Spencer Fane Britt & Browne
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> PH:    816-474-8100
> FAX:  816-474-3216
>
> ATTORNEYS FOR DEFENDANT

                                           /s/ George A. Hanson
                                          Attorney for Plaintiffs