George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**Date: June 2, 2008**<br>**Time: 2:00 PM**<br>**Dept: 15**<br>**Judge: Hon. Marilyn Hall Patel** |

Plaintiffs filed a "Consolidated Complaint" on March 21, 2008 (Doc. 31). Wells Fargo filed an expedited Motion to Strike the Consolidated Complaint on March 31, 2008 (Doc. 33). On April 9, 2007, Plaintiffs filed (under seal) an Opposition to Wells Fargo's Motion to Strike, and in the alternative moved to amend the Complaint (under seal). Wells Fargo filed its Reply in Support of its Motion to Strike and Opposition to Plaintiffs' Motion to Amend on April 11, 2008 (Doc. 44). Plaintiffs filed a Reply in Support of Their Motion to Amend on April 21, 2008 (Doc. 53). With permission of the Court, Wells Fargo submitted an additional Opposition to Plaintiffs' Motion to Amend on May 12, 2008 (under seal) and Plaintiffs submitted their Reply in support of their Motion to Amend on May 19, 2008 (under seal). The Court has considered the argument of the parties and THE COURT ORDERS AS FOLLOWS:

Plaintiffs' Motion to Amend is GRANTED and Plaintiffs' Consolidated Complaint (Doc. 31) is deemed filed.

1  IT IS SO ORDERED.
2
3  DATE:    _____
4
5  SIGNED:  _____
6           United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Dated: May 19, 2008**

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By:     /s/ George A. Hanson
    George A. Hanson
    hanson@stuevesiegel.com
    Norman E. Siegel
    siegel@stuevesiegel.com
    Eric L. Dirks
    dirks@stuevesiegel.com
    Ashlea G. Schwarz
    ashlea@stuevesiegel.com
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    Telephone:   (816) 714-7100
    Facsimile:    (816) 714-7101

**LEAD COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies on the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Denise K. Drake
    ddrake@spencerfane.com
    Eric P. Kelly
    ekelly@spencerfane.com
    Spencer Fane Britt & Browne
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    PH:    816-474-8100
    FAX:   816-474-3216

    ATTORNEYS FOR DEFENDANT

        /s/ George A. Hanson
    Attorney for Plaintiffs