Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT |

Defendant Wells Fargo Bank, N.A. ("Defendant"), hereby brings this administrative motion to file under seal. In Defendants' Objections to Plaintiffs' Evidence Submitted in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint (the "Objections"), Defendants reference and discuss the contents of a Confidential Document. The Court has previously ordered that such Confidential Document and all references to the Confidential Document be placed under seal. Because the Court has already ruled that references and discussions about the Confidential Document are sealable, Defendant therefore respectfully requests that the Court order such references and discussions in the Objections be filed under seal.

Dated: May 19, 2008                             WINSTON & STRAWN LLP

By: _____
Joan B. Tucker Fife
Robert Spagat
Attorneys for Defendants Wells
Fargo Mortgage, a Division of Wells
Fargo Bank, National Association
and Wells Fargo Bank, National
Association

# CERTIFICATE OF SERVICE VIA US MAIL AND ELECTRONIC SERVICE

I, Joy M. Lopez, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On the date stated below, I caused to have served a true copy of:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT**

by first class mail and electronic service.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and via email. Correspondence is collected and processed and is deposited with the United States Postal Service on the same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below.

George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on May 19, 2008.

_____
Joy M. Lopez