Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 (MHP) |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | DECLARATION OF ROBERT SPAGAT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT |

I, Robert Spagat declare:

1. I am an attorney at law, and a partner at Winston & Strawn, counsel for Defendants Wells Fargo Mortgage, A Division of Wells Fargo Bank, National Association, and Wells Fargo Bank, National Association (collectively "Wells Fargo") in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. I submit this declaration under Local Rule 79-5(d) in support of sealing certain facts and information in Wells Fargo's Objections to Plaintiffs' Evidence Submitted in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint (the "Objections"). Such information has previously been designated "Confidential."

3. On April 18, 2008 and on April 25, 2008, this Court ordered that a designated Confidential Document be placed under seal. The Court further ordered that all references to the Confidential Document in the parties' briefings be filed under seal, and that only the redacted versions of these briefs shall be filed in the public record.

4. The instant Objections discusses the contents of this Confidential Document, which this Court has already ordered sealable. Wells Fargo therefore seeks to file the unredacted version of the instant Opposition, with all descriptions and references to these Confidential Document, under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of May 2008, in San Francisco, California

_____
Robert Spagat

---

1

Declaration of Joan B. Tucker Fife in Support of Administrative Motion to File Under Seal
MDL Docket No. 1841

SF:206538.1

# CERTIFICATE OF SERVICE VIA US MAIL AND ELECTRONIC SERVICE

I, Joy M. Lopez, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On the date stated below, I caused to have served a true copy of:

**DECLARATION OF ROBERT SPAGAT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT**

by first class mail and electronic service.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and via email. Correspondence is collected and processed and is deposited with the United States Postal Service on the same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below.

George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on May 19, 2008.

*Joy M. Lopez*

---