```
Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.
```

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>[PROPOSED] ORDER SEALING CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT |

[Proposed] Order Sealing Confidential Portions of Defendants' Objections to Plaintiffs' Evidence ISO of Opposition to Defendants' Motion to Strike; Case No. MDL Docket No. 1841

SF:206539.1

1  Having considered the Defendants' Objections to Plaintiffs' Evidence Submitted in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Administrative Motion is GRANTED. The following unredacted document containing Wells Fargo's proprietary and confidential information shall be filed under seal: the Defendants' Objections to Plaintiffs' Evidence Submitted in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint.

The Court shall cause the following redacted document to be filed in the public record: The Defendants' Objections to Plaintiffs' Evidence Submitted in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint – **Redacted**.

IT IS SO ORDERED.

Date:  May _____, 2008

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

1

[Proposed] Order Sealing Confidential Portions of Defendants' Objections to Plaintiffs' Evidence ISO of Opposition to Defendants' Motion to Strike ; Case No. MDL Docket No. 1841

SF:206539.1

# CERTIFICATE OF SERVICE VIA US MAIL AND ELECTRONIC SERVICE

I, Joy M. Lopez, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On the date stated below, I caused to have served a true copy of:

**[PROPOSED] ORDER SEALING CONFIDENTIAL PORTIONS OF THE OBJECTIONS OF DEFENDANTS WELLS FARGO BANK, N.A. TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' CONSOLIDATED COMPLAINT, AND IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND COMPLAINT**

by first class mail and electronic service.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and via email. Correspondence is collected and processed and is deposited with the United States Postal Service on the same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below.

George A. Hanson  
Norman E. Siegel  
Eric L. Dirks  
Ashlea G. Schwarz  
STUEVE SIEGEL HANSON LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Telephone: (816) 714-7100  
Facsimile: (816) 714-7101  

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on May 19, 2008.

*/s/ Joy M. Lopez*

1

[Proposed] Order Sealing Confidential Portions of Defendants' Objections to Plaintiffs' Evidence ISO of Opposition to Defendants' Motion to Strike ; Case No. MDL Docket No. 1841

SF:206539.1