George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 |
| | **NOTICE OF FILING OF CONSENT TO JOIN** |
| THIS DOCUMENT RELATES TO ALL CASES | |

The following plaintiffs are hereby joined to the instant action by their signed Consent to Become a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

     1.     Allison Barkley.

**Dated: May 20, 2008**     STUEVE SIEGEL HANSON LLP

                         /s/ George A. Hanson
                    George A. Hanson (*admitted pro hac vice*)
                    Eric L. Dirks (*admitted pro hac vice*)
                    460 Nichols Road, Suite 200
                    Kansas City, Missouri 64112
                    Tel:    816-714-7100
                    Fax:    816-714-7101
                    Email: hanson@stuevesiegel.com
                    Email: dirks@stuevesiegel.com

                    COUNSEL FOR PLAINTIFFS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>    Denise K. Drake
>    ddrake@spencerfane.com
>    Eric P. Kelly
>    ekelly@spencerfane.com
>    Spencer Fane Britt & Browne
>    1000 Walnut, Suite 1400
>    Kansas City, MO 64106
>    PH:    816-474-8100
>    FAX:  816-474-3216
>
>    ATTORNEYS FOR DEFENDANT


                          _____/s/ Eric L. Dirks_____
                          Attorney for Plaintiffs