# Exhibit A

1  George A. Hanson
2  Norman E. Siegel
   Eric L. Dirks
3  Ashlea G. Schwarz
   STUEVE SIEGEL HANSON LLP
4  460 Nichols Road, Suite 200
   Kansas City, MO 64112
5  Telephone:  (816) 714-7100
   Facsimile:  (816) 714-7101
6  ATTORNEYS FOR PLAINTIFFS

7              IN THE UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9  | IN RE WELLS FARGO LOAN PROCESSOR | MDL Docket No. 1841 |
10 | OVERTIME PAY LITIGATION | |
   | | CONSENT TO JOIN |
11 | THIS DOCUMENT RELATES TO ALL CASES | |

12              **CONSENT TO BECOME A PARTY PLAINTIFF**
13           Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)
14     I WANT TO JOIN THIS LAWSUIT seeking unpaid wages and overtime against
15  Wells Fargo. By joining this lawsuit, I designate the Class Representative(s) to make all
    decisions on my behalf concerning the method and manner of conducting the case including
16  settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of
    attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of
17  this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and other attorneys with
    whom they may associate.
18
19  Date: 5/20/08                         [signature]
20                                        Printed Name: Allison Barkley