George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiffs' Amended Notice of 30(b)(6) Video Deposition of Defendant Wells Fargo's Corporate Representative(s) was served via email delivery the 20th day of May, 2008 and previously on May 16, 2008 to the following:

> Denise K. Drake
> ddrake@spencerfane.com
> Eric P. Kelly
> ekelly@spencerfane.com
> Spencer Fane Britt & Browne
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> PH:   816-474-8100
> FAX:  816-474-3216

**Dated: May 21, 2008**

SSH: 0513/0003/99389

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


By: /s/ George A. Hanson
George A. Hanson
hanson@stuevesiegel.com
Norman E. Siegel
siegel@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Ashlea G. Schwarz
ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101

**LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 21th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Denise K. Drake
> ddrake@spencerfane.com
> Eric P. Kelly
> ekelly@spencerfane.com
> Spencer Fane Britt & Browne
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> PH:    816-474-8100
> FAX:  816-474-3216

ATTORNEYS FOR DEFENDANT


/s/ George A. Hanson
Attorney for Plaintiffs

SSH: 0513/0003/99389