George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:   (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that (1) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' § 17200 Claims was filed under seal and was served via email delivery the 7th day of April, 2008, (2) Plaintiffs' Memorandum in Opposition to Defendants' Expedited Motion to Strike Plaintiffs' Consolidated Complaint, and in the Alternative, Motion for Leave to Amend Complaint was filed under seal and was served via email delivery the 9th day of April 2008, (3) Plaintiffs' Reply Memorandum in Support of Their Motion for Leave to Amend Complaint was filed under seal and was served via email delivery the 19th day of May, 2008,  to the following:

    Denise K. Drake
    ddrake@spencerfane.com
    Eric P. Kelly
    ekelly@spencerfane.com
    Spencer Fane Britt & Browne
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    PH:   816-474-8100
    FAX: 816-474-3216

SSH: 0513/0003/99394

**Dated: May 21, 2008**

                                    Respectfully submitted,

                                    **STUEVE SIEGEL HANSON LLP**

                                  By:      /s/ George A. Hanson
                                        George A. Hanson
                                        hanson@stuevesiegel.com
                                        Norman E. Siegel
                                        siegel@stuevesiegel.com
                                        Eric L. Dirks
                                        dirks@stuevesiegel.com
                                        Ashlea G. Schwarz
                                        ashlea@stuevesiegel.com
                                        460 Nichols Road, Suite 200
                                        Kansas City, Missouri 64112
                                        Telephone:   (816) 714-7100
                                        Facsimile:    (816) 714-7101

                                **LEAD COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 21st day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

        Denise K. Drake
        ddrake@spencerfane.com
        Eric P. Kelly
        ekelly@spencerfane.com
        Spencer Fane Britt & Browne
        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        PH:    816-474-8100
        FAX:  816-474-3216

        ATTORNEYS FOR DEFENDANT

                                        /s/ George A. Hanson
                                        Attorney for Plaintiffs

SSH: 0513/0003/99394