Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE CONSOLIDATED COMPLAINT AND/OR PORTIONS OF CONSOLIDATED COMPLAINT PURSUANT TO FED.R.CIV.P. 15(a)(2) AND 12(f)** |

Defendant Wells Fargo Bank, N.A., hereby brings this administrative motion to file under seal Defendants' Reply Brief in Support of Motion to Strike Consolidated Complaint and/or Portions of Consolidated Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) and 12(f) (the "Reply Brief"), which was filed with this Court on April 11, 2008. In Defendant's Reply Brief, Defendant references and discusses the contents of a Confidential Document that the Plaintiffs' discussed and attached to their Opposition to Defendants' Motion to Strike. The Court has previously ordered that such Confidential Document and all references to the Confidential Document be placed under seal. Because the Court has already ruled that references and discussions about the Confidential Document are sealable, Defendant respectfully requests that the Court order such references and discussions in the Opposition be filed under seal. Defendant further requests that the Court order that (a) the unredacted version of the Reply Brief removed from the public record and PACER, and (b) the redacted version of the Reply Brief be filed in the public record.

Dated: May 21, 2008                    WINSTON & STRAWN LLP

By: /s/ Robert Spagat
Robert Spagat
Attorneys for Defendants Wells
Fargo Mortgage, a Division of Wells
Fargo Bank, National Association
and Wells Fargo Bank, National
Association

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1
Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:213534.1