1   Denise K. Drake
    Eric P. Kelly
2   SPENCER FANE BRITT & BROWNE LLP
    1000 Walnut, Suite 1400
3   Kansas City, MO 64106
    Telephone: 816-474-8100
4   Facsimile: 816-474-3216

5   Joan B. Tucker Fife (SBN: 144572)
    jfife@winston.com
6   Robert Spagat (SBN: 157388)
    rspagat@winston.com
7   WINSTON & STRAWN LLP
    101 California Street
8   San Francisco, CA 94111-5894
    Telephone:    415-591-1000
9   Facsimile:    415-591-1400

10  Attorneys for Defendants Wells Fargo
    Mortgage, a Division of Wells Fargo Bank, N.A.
11  and Wells Fargo Bank, N.A.

12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16  IN RE WELLS FARGO LOAN PROCESSOR          **MDL Docket No. 1841 (MHP)**
    OVERTIME PAY LITIGATION
17

18  THIS DOCUMENT RELATES TO ALL             **[PROPOSED] ORDER SEALING**
    CASES                                    **CONFIDENTIAL PORTIONS OF**
19                                           **DEFENDANTS' REPLY IN SUPPORT OF**
                                             **MOTION TO STRIKE CONSOLIDATED**
20                                           **COMPLAINT AND/OR PORTIONS OF**
                                             **CONSOLIDATED COMPLAINT**
21                                           **PURSUANT TO FED.R.CIV.P. 15(a)(2)**
                                             **AND 12(f)**
22

23

24

25

26

27

28

_Winston & Strawn LLP_
_101 California Street_
_San Francisco, CA 94111-5894_

[Proposed] Order Sealing Confidential Portions of Reply Brief in Support of Motion to Strike;
Case No. MDL Docket No. 1841

LA:213535.1

1    Having considered: (a) Defendants' Administrative Motion to File Under Seal Confidential

2  Portions of Defendants' Reply Brief in Support of Motion to Strike Consolidated Complaint and/or

3  Portions of Consolidated Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) and 12(f); and

4  (b) the Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal

5  Confidential Portions of Defendants' Reply Brief in Support of Motion to Strike Consolidated

6  Complaint and/or Portions of Consolidated Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) and 12(f),

7  the Court rules as follows:

8    IT IS HEREBY ORDERED:

9    Defendants' Administrative Motion is GRANTED. The following unredacted document

10  containing Wells Fargo's proprietary and confidential information shall be removed from the public

11  record and PACER, and filed under seal: Defendants' Reply Brief in Support of Motion to Strike

12  Consolidated Complaint and/or Portions of Consolidated Complaint Pursuant to Fed.R.Civ.P.

13  15(a)(2) and 12(f), filed April 11, 2008.

14    The Court shall cause the following redacted document to be filed in the public record:

15  Defendants' Reply Brief in Support of Motion to Strike Consolidated Complaint and/or Portions of

16  Consolidated Complaint Pursuant to Fed.R.Civ.P. 15(a)(2) and 12(f) – **Redacted**.

17

18

19    IT IS SO ORDERED.

20

21

22  Date:  May _____, 2008

23                                          The Honorable Marilyn Hall Patel
                                            United States District Court Judge
24

25

26

27

28

1

LA:213535.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894