1  Denise K. Drake
   Eric P. Kelly
2  SPENCER FANE BRITT & BROWNE LLP
   1000 Walnut, Suite 1400
3  Kansas City, MO 64106
   Telephone: 816-474-8100
4  Facsimile: 816-474-3216

5  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
6  Robert Spagat (SBN: 157388)
   rspagat@winston.com
7  WINSTON & STRAWN LLP
   101 California Street
8  San Francisco, CA 94111-5894
   Telephone:   415-591-1000
9  Facsimile:   415-591-1400

10 Attorneys for Defendants Wells Fargo
   Mortgage, a Division of Wells Fargo Bank, N.A.
11 and Wells Fargo Bank, N.A.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 (MHP) |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | **NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

Notice of Intent to Request Redaction of Transcript
MDL Docket No. 1841

LA:213625.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       Notice is hereby given that an administrative motion to file confidential portions of Court
3  proceedings and request redaction of the transcript of proceedings will be submitted to the court
4  reporter within 21 days from the filing of the transcript with the Clerk of the Court.  The proceedings
5  occurred on April 28, 2008 and was were reported by Connie Kuhl, the official Court reporter.

Dated: May 22, 2008                                   WINSTON & STRAWN LLP

By:      /s/
      Joan B. Tucker Fife
      Attorneys for Defendants Wells
      Fargo Mortgage, a Division of Wells
      Fargo Bank, National Association
      and Wells Fargo Bank, National
      Association

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

1
Notice of Intent to Request Redaction of Transcript
MDL Docket No. 1841

LA:213625.1