Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF COURT PROCEEDINGS OF APRIL 28, 2008 AND REQUEST FOR REDACTION OF TRANSCRIPT** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Defendant Wells Fargo Bank, N.A., hereby brings this
3  administrative motion to file under seal and request redaction of the transcript of proceedings dated
4  April 28, 2008. During the proceedings before this Court on April 28, 2008, the parties and Court
5  discussed a Confidential Document and its contents, which Plaintiffs had previously lodged under
6  seal in support of its briefings. Specifically, the Court and the parties referred to and discussed the
7  Confidential Document at:

8          Page 7, lines 19-21
9          Page 8, lines 17-23
10         Page 9, lines 4-5, 9-13
11         Page 10, line 25 through page 11, line 17
12         Page 11, lines 19-20
13         Page 12, line 16 through page 13, line 1
14         Page 13, line 11 through page 14, line 3
15         Page 13, lines 4-21
16         Page 18, lines 13-15, 18-20
17         Page 24, lines 4-8
18         Page 26, line 16 through page 27, line 3
19         Page 27, line 24 through page 28, line 16
20         Page 28, lines 21-23
21         Page 29, lines 13-22

22 Defendant will lodge proposed redactions with the Court.

23     The Court has previously ordered that such Confidential Document and all references to the
24 Confidential Document be placed under seal. Because the Court has already ruled that references
25 and discussions about the Confidential Document are sealable, Defendant respectfully requests that

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

---
1
Administrative Motion to File Under Seal and Request Redaction of Transcript
MDL Docket No. 1841

LA:213626.1

1  the Court order such references and discussions in the transcript of proceedings be filed under seal,
2  and that only the redacted version of the April 28, 2008 be filed in the public record.

Dated: May 22, 2008                                        WINSTON & STRAWN LLP

                                                           By:      /s/
                                                           Joan B. Tucker Fife
                                                           Attorneys for Defendants Wells
                                                           Fargo Mortgage, a Division of Wells
                                                           Fargo Bank, National Association
                                                           and Wells Fargo Bank, National
                                                           Association