Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>NOTICE OF ERRATA AND REQUEST FOR WITHDRAWAL OF NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      On May 22, 2008, Defendants filed a Notice of Intent to Request Redaction of Transcript in

3  error.  Defendants hereby request withdrawal of the Notice.

Dated:  May 22, 2008                     WINSTON & STRAWN LLP

By:    /s/
      Joan B. Tucker Fife
      Attorneys for Defendants Wells
      Fargo Mortgage, a Division of Wells
      Fargo Bank, National Association
      and Wells Fargo Bank, National
      Association

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

1

Notice of Errata and Request for Withdrawal of Notice of Intent to Request Redaction of Transcript
MDL Docket No. 1841

LA:213625.1