```
 1  Denise K. Drake
    Eric P. Kelly
 2  SPENCER FANE BRITT & BROWNE LLP
    1000 Walnut, Suite 1400
 3  Kansas City, MO 64106
    Telephone: 816-474-8100
 4  Facsimile: 816-474-3216

 5  Joan B. Tucker Fife (SBN: 144572)
    jfife@winston.com
 6  Robert Spagat (SBN: 157388)
    rspagat@winston.com
 7  WINSTON & STRAWN LLP
    101 California Street
 8  San Francisco, CA 94111-5894
    Telephone:   415-591-1000
 9  Facsimile:   415-591-1400

10  Attorneys for Defendants Wells Fargo
    Mortgage, a Division of Wells Fargo Bank, N.A.
11  and Wells Fargo Bank, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF JOAN B. TUCKER FIFE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF COURT PROCEEDINGS OF APRIL 28, 2008 AND REQUEST FOR REDACTION OF TRANSCRIPT** |
|---|---|

Declaration of Joan B. Tucker Fife in Support of Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:213628.1

I, Joan B. Tucker Fife, declare:

1. I am an attorney at law, and a partner at Winston & Strawn, counsel for Defendants Wells Fargo Mortgage, A Division of Wells Fargo Bank, National Association, and Wells Fargo Bank, National Association (collectively "Wells Fargo") in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. I submit this declaration under Local Rule 79-5(d) in support of sealing portions of the proceedings before this Court on April 28, 2008.

3. On April 18, 2008 and April 25, 2008 this Court ordered that a designated Confidential Document be placed under seal. On those two dates, and again on May 13, 2008, the Court further ordered that all references to the Confidential Document in the parties' briefings be filed under seal, and that only the redacted versions of these briefs shall be filed in the public record.

4. On April 28, 2008, the parties came before this Court for oral argument. The parties discussed the Confidential Document and confidential facts relating to that document, which this Court has already ordered sealable. Wells Fargo therefore seeks to file the unredacted transcript of proceedings under seal.

5. Wells Fargo has redacted the confidential portions of the April 28, 2008 hearing transcript, including all descriptions and references to these Confidential Document, and will lodge a copy of such redactions with the Court on May 23, 2008, pursuant to the procedures of Local Rule 79-5.

Dated: May 22, 2008

_____/s/_____
Joan B. Tucker Fife

1

Declaration of Joan B. Tucker Fife in Support of Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:213628.1