1  Denise K. Drake
   Eric P. Kelly
2  SPENCER FANE BRITT & BROWNE LLP
   1000 Walnut, Suite 1400
3  Kansas City, MO 64106
   Telephone: 816-474-8100
4  Facsimile: 816-474-3216

5  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
6  Robert Spagat (SBN: 157388)
   rspagat@winston.com
7  WINSTON & STRAWN LLP
   101 California Street
8  San Francisco, CA 94111-5894
   Telephone:    415-591-1000
9  Facsimile:    415-591-1400

10 Attorneys for Defendants Wells Fargo
   Mortgage, a Division of Wells Fargo Bank, N.A.
11 and Wells Fargo Bank, N.A.

12

13                 **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16 IN RE WELLS FARGO LOAN PROCESSOR          **MDL Docket No. 1841 (MHP)**
   OVERTIME PAY LITIGATION
17
                                            **[PROPOSED] ORDER SEALING THE**
18 THIS DOCUMENT RELATES TO ALL             **CONFIDENTIAL PORTIONS OF COURT**
   CASES                                    **PROCEEDINGS OF APRIL 28, 2008**
19

20

21

22

23

24

25

26

27

28

Checked:0.213627

1    Having considered:  (a) Defendants' Administrative Motion to File Under Seal the

2    Confidential Portions of Court Proceedings of April 28, 2008 and Request for Redaction of

3    Transcript; and (b) the Declaration of Joan B. Tucker Fife in Support of Defendants' Administrative

4    Motion to File Under Seal the Confidential Portions of Court Proceedings of April 28, 2008 and

5    Request for Redaction of Transcript, the Court rules as follows:

6        IT IS HEREBY ORDERED:

7        Defendants' Administrative Motion is GRANTED.  The unredacted transcript of proceedings

8    of April 28, 2008 in the above-referenced action, MDL Docket No. C 07-1841 (MHP), shall be filed

9    under seal.

10        The portions of the transcript containing Wells Fargo's confidential and proprietary

11   information shall be redacted.  The Court shall cause the redacted transcript of proceedings --

12   submitted as Exhibit A to the Declaration of Joan B. Tucker Fife in Support of Defendants'

13   Administrative Motion to File Under Seal the Confidential Portions of Court Proceedings of April

14   28, 2008 and Request for Redaction of Transcript – to be filed in the public record.

15

16

17        IT IS SO ORDERED.

18

19

20   Date:  May  23 _____, 2008

21                                                                                                  ll Patel
                                                                                                     l Judge
22                                         IT IS SO ORDERED

                                           Judge Marilyn H. Patel
23

24

25

26

27

28

[Proposed] Order Sealing Confidential Portions of Proceedings of April 28, 2008;
Case No. MDL Docket No. 1841

Checked:0.213627