Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**DECLARATION OF ROBERT SPAGAT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND** |

Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:213977.1

I, Robert Spagat declare:

1. I am an attorney at law, and a partner at Winston & Strawn, counsel for Defendants Wells Fargo Mortgage, A Division of Wells Fargo Bank, National Association, and Wells Fargo Bank, National Association (collectively "Wells Fargo") in this matter. I have personal knowledge of the facts herein and if called as a witness, could and would competently testify thereto.

2. I submit this declaration under Local Rule 79-5(d) in support of Plaintiffs' Administrative Motion to File Under Seal certain confidential facts and information in Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint (the "Reply"). Such information has previously been designated "Confidential."

3. On April 18, 2008 and on April 25, 2008, this Court ordered that a designated Confidential Document be placed under seal. On those two dates, and again on May 13, 2008 and May 22, 2008, the Court further ordered that all references to the Confidential Document in the parties' briefings be filed under seal, and that only the redacted versions of these briefs shall be filed in the public record.

4. Plaintiffs' Reply discusses the contents of this Confidential Document, which this Court has already ordered sealable. Wells Fargo therefore seeks to file the unredacted version of the instant Opposition, with all descriptions and references to these Confidential Document, under seal.

5. Although Plaintiff has submitted a redacted version of the Reply, Wells Fargo has identified additional facts and information in the Reply relating to the Confidential Document. Wells Fargo has redacted this additional information, and has attached the updated "Plaintiffs' Reply Memorandum in Support of Their Motion for Leave to Amend Complaint – **Redacted**" hereto as Exhibit "A." Wells Fargo respectfully requests that the Court only file this version of the redacted Reply be filed in the public record.

6. Plaintiffs did not serve Wells Fargo with a redacted version of the Declaration of Eric Dirks in support of the Reply. For the convenience of the Court, Wells Fargo has redacted only the Sealable Information from the Declaration of Eric Dirks and has attached "Declaration of Eric Dirks in Support of Plaintiffs' Reply Memorandum in Support of Their Motion for Leave to Amend

1

Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal
MDL Docket No. 1841

LA:213977.1

Complaint – **Redacted**" hereto as Exhibit "B." Wells Fargo respectfully requests that the Court only file this version of the Declaration of Eric Dirks and the exhibits attached thereto in the public record.

Dated: May 27, 2008

_____
Robert Spagat