# EXHIBIT B

1 | George A. Hanson, Esq.
Norman E. Siegel, Esq.
2 | Eric L. Dirks, Esq.
Ashlea G. Schwarz, Esq.
3 | STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
4 | Kansas City, MO 64112
816-714-7115 tel
5 | 816-714-7101 fax
Email: hanson@stuevesiegel.com
6 | Email: siegel@stuevesiegel.com
Email: dirks@stuevesiegel.com
7 | LEAD COUNSEL FOR PLAINTIFFS

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9 |

10 | In re:                                          MDL-1841

11 |                                                 **DECLARATION OF ERIC DIRKS IN**
12 |                                                 **SUPPORT OF PLAINTIFFS' REPLY**
                                                     **MEMORANDUM IN SUPPORT OF THEIR**
13 | WELLS FARGO LOAN PROCESSOR           **MOTION FOR LEAVE TO AMEND**
     OVERTIME PAY LITIGATION                 **COMPLAINT** REDACTED
14 |
     This document relates to ALL CASES       Date: June 2, 2008
15 |                                           Time: 2:00 P.M.
                                               Dept: 15
16 |                                           Judge: Hon. Marilyn Hall Patel

17 | ─────────────────────────────

     I, Eric L. Dirks, declare as follows:
18 |
         1.      I am an attorney with the law firm of Stueve Siegel Hanson LLP, counsel of
19 |
     record to the Plaintiffs in this action. This declaration is based on my own personal knowledge
20 |
     and if called to testify I could and would testify to the matters stated herein.
21 |
         2.      Attached hereto as Exhibit A is a true and correct copy of the .
22 |

23 |
         3.      Attached hereto as Exhibit B is a true and correct copy of the August 11, 2007 e-
24 |
     mail from Wells Fargo counsel to Plaintiffs' counsel.
25 |
         4.      Attached hereto as Exhibit C is a true and correct copy of an excerpt from the
26 |
     Wells Fargo & Company Annual Report 2006.
27 |

28 | ───────────────────────────────────────────────
     DECLARATION OF ERIC DIRKS IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT
     OF THEIR MOTION FOR LEAVE TO AMEND COMPLAINT
     1

1      I declare under penalty of perjury under the laws of the United States and pursuant to

2 28 U.S.C. § 1746 that the foregoing is true and correct.

3

4      Executed on this 19th day of May, 2008.

5                               _____

6                                Eric L. Dirks

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERIC DIRKS IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR LEAVE TO AMEND COMPLAINT
2

1

## CERTIFICATE OF SERVICE

2    The undersigned hereby certifies on the 19th day of May, 2008, I emailed the foregoing to

3    the following:

4         Denise K. Drake
          ddrake@spencerfane.com
5         Eric P. Kelly
          ekelly@spencerfane.com
6         Spencer Fane Britt & Browne
          1000 Walnut, Suite 1400
7         Kansas City, MO 64106
          PH:    816-474-8100
8         FAX:  816-474-3216

9

10        ATTORNEYS FOR DEFENDANT

11

12                        _____
                          Attorney for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERIC DIRKS IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR LEAVE TO AMEND COMPLAINT
3

# EXHIBIT A

**Redacted**

# EXHIBIT B

**From:** Drake, Denise K. [mailto:DDrake@spencerfane.com]
**Sent:** Friday, August 11, 2006 8:00 PM
**To:** Hanson, George; Dirks, Eric
**Cc:** Leitch, Michael
**Subject:** Confirmation - Please.

George & Eric: Thanks for talking this afternoon. I want to confirm the scope of the conditional certification agreement we discussed, before I talk with our client. I want to make sure there are no misunderstandings if we are able to get approval.

You said that you would agree to limit this case to "mortgage sales associates" and "mortgage loan specialists" (levels 1, 2 and 3) who worked in retail branches (not fulfillment/operations centers) in "Region 10" (Iowa, Missouri, and Johnson County, Kansas).

You will not agree to be precluded from seeking to expand the class if you discover evidence of unpaid overtime in other regions and a reasonable level of similarity exists between the current class and any proposed addition to that class. We would determine our position on any such proposed expansion if / when the issue came up.

I assume any Private Mortgage Banking loan processors (any titles) would be excluded, but we did not discuss this point. Please let me know your thoughts re same.

If the parties reach a final agreement with regard to conditional certification, you will withdraw the pending motion and discovery. The parties will work to draft an agreed notice to be sent to the Region 10 employees, including the overtime payment limitation language we discussed.

Please confirm that this accurately reflects our discussion / agreement. We will then present it to our client (hopefully tomorrow or Sunday afternoon).

Denise K. Drake
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Work 816-292-8210 or 1-800-526-6529
Mobile 816-550-7557
Home 913-851-9093
Other 573-372-5669
Fax 816-474-3216
ddrake@spencerfane.com
www.spencerfane.com

# EXHIBIT C



The Next Stage®

# One team. Pulling together…



Wells Fargo & Company Annual Report 2006

2   **To Our Owners**
Building a culture of collaboration—
instinctively putting what's best for the
customer first—is the key to outstanding
financial performance. Dick Kovacevich
and John Stumpf explain how we're doing.

10   **One Team. Pulling Together.
For Customers.**
Our customers come to us every day
with financial problems they can't solve,
financial questions they can't answer,
financial needs they expect us to satisfy.
Eleven stories show how we do it.

24   **One Team. Pulling Together.
For Communities.**
We pull together as one Wells Fargo to
make our communities better places
to live and work. In financial capital alone,
we gave over $100 million to nonprofits
nationally for the first time.

31   **Board of Directors, Senior Leaders**

34   **Financial Review**

66   **Controls and Procedures**

68   **Financial Statements**

120   **Report of Independent Registered
Public Accounting Firm**

123   **Stock Performance**

124   **Stockholder Information**

      **Which Measures Really Matter?
2006 Update** *(inside back cover)*

## Wells Fargo & Company (NYSE: WFC)

We're a diversified financial services company
helping satisfy all our customers' financial
needs—and helping them succeed financially
—through banking, insurance, investments,
mortgage loans and consumer finance.

Our corporate headquarters is in San Francisco,
but we're decentralized so all Wells Fargo "con-
venience points"—stores, regional commercial
banking centers, ATMs, *Wells Fargo Phone Bank*℠
centers, Internet—are headquarters for satisfy-
ing all our customers' financial needs
and helping them succeed financially.

### Aaa, AAA

Wells Fargo Bank, N.A. is the only bank in the
U.S., and one of only two worldwide, to have
the highest credit rating from both Moody's
Investors Service, "Aaa," and Standard & Poor's
Ratings Service, "AAA."

Assets: $482 billion
(5th among U.S. peers)

Market value of stock: $120 billion
(4th among U.S. peers)

*Fortune* 500: Profit, 17th; Market cap, 18th

Team members: 158,000
(one of U.S.'s 40 largest private employers)

Stores: 6,000+

## Reputation

*Barron's*
World's 12th most-admired company

*CRO Magazine*
Among 50 top corporate citizens

*BusinessWeek*
Among 10 most generous corporate givers

*DiversityInc.*
Among top 50 companies for diversity

*Forbes*
Among top 25 U.S. companies in composite
ranking of revenue, profits, assets and market
value

*Fortune*
USA's "Most Admired" Large Bank

*KeyNote WebExcellence*
No. 2 full-service online broker

*Luxury Institute*
Among top 10 brands for wealth management

*Moody's Investors Service
S&P Ratings Services*
Highest credit ratings (Wells Fargo Bank, N.A.)

*Working Mother*
Among 100 best companies

## Our Market Leadership

#1   retail mortgage originator*

#1   mortgage servicer*

#1   small business lender

#1   small business lender in low-to-
moderate income neighborhoods

#1   insurance broker owned by bank
holding company (world's 5th-largest insur-
ance broker)

#1   agricultural lender

#1   financial services provider to
middle-market businesses across
our banking states

#1   commercial real estate broker

#2   home equity lender

#2   debit card issuer

#2   bank auto lender

#3   ATM network

#4   deposits

\* *Inside Mortgage Finance*

## Our Earnings Diversity
*historical averages, near future year expectations*



- Community Banking ......................... 33%
- Home Mortgage/Home Equity .............. 19%
- Investments & Insurance .................... 16%
- Specialized Lending* ........................ 16%
- Wholesale Banking/Commercial Real Estate .... 9%
- Consumer Finance ........................... 7%

\* *Credit cards, student loans, asset-based lending, equipment finance,
structured finance, correspondent banking, etc.*

© 2007 Wells Fargo & Company. All rights reserved.

# ...for customers.

Financial services is a team sport, especially in a company as large and diverse as Wells Fargo. We have 80+ businesses. Hundreds of products. 158,000 team members. 6,000+ stores. Our customers don't expect any of us to know everything about everything. What they do expect is that—quickly and easily—they can find the right team member through their preferred channel (store, ATM, phone, internet) to answer their question, provide value-added advice, solve their financial problem or satisfy their financial need. To do that, every Wells Fargo team member has to be customer-focused. Responding immediately to the customer's need. Knowing who on our team can best satisfy that need. Committing to follow up with the customer by a specific time. When the customer's satisfied, everyone gets the credit. In this report, we show you how we do it: One team. One Wells Fargo. Pulling together. For customers.



*Richard M. Kovacevich, Chairman and CEO (right);*
*John G. Stumpf, President and COO*

# To Our Owners,

Again this year, our talented team—158,000 strong and pulling together for our customers—achieved outstanding results, among the best not just in financial services but all industries.

**Among Our Achievements:**

- Diluted earnings per share, a record $2.49, up 11 percent.
- Net income, a record $8.5 billion, up 11 percent.
- Revenue, a record $35.7 billion—the most important measure of success in our industry—rose 8 percent, up 12 percent in businesses other than Wells Fargo Home Mortgage.
- The quarterly cash dividend on our common stock increased almost 8 percent to 28 cents a share—the 19th consecutive year our dividend has increased and 13th-largest dividend payout of any U.S. public company. Since 1989, our dividend has increased at a compound annual growth rate of 15 percent.

- Return on equity—19.65 percent (after-tax profit for every shareholder dollar)—and return on assets of 1.75 percent (after-tax profit for every $100 of assets).
- Our stock split two for one—our company's eighth stock split in 47 years.
- Our stock price reached a record-high close of $36.81 on October 18, 2006.
- Total return on our stock this year, including reinvested dividends, was 17 percent, exceeding the S&P 500®— and the total market value of our company rose 14 percent to $120 billion.

2

# Double-Digit Annual Compound Growth—for 20 Years

| Years | EPS | Revenue | WFC Total Return | S&P 500 Total Return |
|-------|-----|---------|------------------|----------------------|
| 5     | 21% | 11%     | 14%              | 6%                   |
| 10    | 13  | 10      | 15               | 8                    |
| 15    | 18  | 12      | 18               | 11                   |
| 20    | 14  | 12      | 21               | 12                   |

### Long-Term Results

Although 2006 was another very successful year, it certainly wasn't the first. As shown in the chart above, we've been achieving annual, double-digit increases in revenue, earnings per share, and total stockholder return over the past 20, 15, 10 and five years. The past 20 years our annual compound growth rate in earnings per share was 14 percent; our annual compound rate in revenue 12 percent. Our total annual compound stockholder return of 14 percent the past five years was more than double the S&P 500—and at 15 percent almost double for the past 10 years. We far outpaced the S&P 500 the past 15 and 20 years with total annual compound shareholder returns of 18 percent and 21 percent, respectively—periods with almost every economic cycle and economic condition a financial institution can experience.

### Full Horsepower

This outstanding short- and long-term performance was driven by the full horsepower of our more than 80 businesses—diversified across virtually all of financial services. Among their achievements:

- Community Banking—record profit of $5.5 billion. Our retail banking team had record core product "solutions" (sales) of 18.7 million, up 17 percent. Sales in our banking stores have grown at an average compound rate of 14 percent the last five years. Our measures of how effectively we welcome our customers in our stores, how quickly our teller lines move, and how loyal our customers are to us all improved by double digits.

- For the eighth consecutive year, our cross-sell reached record highs—5.2 products per retail banking household (up from 3.2 in 1998), and 6.0 per Wholesale Banking customer. One of every five of our customers buys eight or more products from Wells Fargo.

- For the fourth consecutive year we're the United States' No. 1 lender to small businesses (loans less than $100,000) and No. 1 lender to small businesses in low-to-moderate income neighborhoods. Nationwide, our small business loans grew 30 percent. Products ("solutions") sold to our business banking customers in our stores were up 26 percent. Net business checking accounts rose 4.3 percent. Our average business banking customer now has 3.3 products with us (3.0 last year).

- For the 14th consecutive year we were the nation's No. 1 retail mortgage originator. We're very disciplined in home mortgage lending—we don't make option adjustable-rate mortgages or negative amortizing mortgages. Our owned home mortgage servicing (administering the monthly payments of your home loan) reached $1.37 trillion, the largest in our industry—up 38 percent—and mortgage originations were up 9 percent to $398 billion.

- Our National Home Equity Group portfolio rose to $79 billion, up 10 percent.

- Wholesale Banking, for the eighth consecutive year, achieved record net income, $2.1 billion, up 17 percent—with strong double-digit growth in revenue and loans across its businesses. We acquired commercial real estate investment advisor Secured Capital Corp. (Los Angeles), multifamily real estate financier Reilly Mortgage (Virginia), investment banker Barrington Associates (Los Angeles), accounts receivable purchasers Commerce Funding (Virginia), Evergreen Funding (Texas), and insurance agencies in California, Indiana and West Virginia.

- Wells Fargo Financial—our consumer finance business—earned a record $865 million and grew average receivables secured by real estate, by 25 percent and auto finance receivables by 29 percent.

### One Team. Pulling Together. For Customers.

Despite our superior financial performance and the outstanding efforts of our great team, we have a lot of work to do—especially in the quality of our customer service. We've said in previous annual reports that "Customer service…is the one area in which we continue to be only about average compared with our peers." We've made significant progress, but we still have more to do. We survey hundreds of thousands of our retail banking customers a year—served through all our channels—to find out what they think of the quality of our service. Our customer loyalty scores rose 32 percent the last two years. Customer perceptions of how long they have to wait in our teller lines and how satisfied they are with how we welcome them have improved 44 percent in that time. This year, Wells Fargo Home Mortgage was ranked among the top five in its industry for

3

# Our Performance
## Double-digit growth: net income and earnings per share

| $ in millions, except per share amounts | 2006 | 2005 | Change |
|---|---|---|---|
| **FOR THE YEAR** | | | |
| Net income | $ 8,482 | $ 7,671 | 11% |
| Diluted earnings per common share | 2.49 | 2.25 | 11 |
| | | | |
| Profitability ratios: | | | |
| Net income to average total assets (ROA) | 1.75% | 1.72% | 2 |
| Net income to average stockholders' equity (ROE) | 19.65 | 19.59 | — |
| | | | |
| Efficiency ratio [1] | 58.1 | 57.7 | 1 |
| | | | |
| Total revenue | $ 35,691 | $ 32,949 | 8 |
| | | | |
| Dividends declared per common share | 1.08 | 1.00 | 8 |
| | | | |
| Average common shares outstanding | 3,368.3 | 3,372.5 | — |
| Diluted average common shares outstanding | 3,410.1 | 3,410.9 | — |
| | | | |
| Average loans | $306,911 | $296,106 | 4 |
| Average assets | 486,023 | 445,790 | 9 |
| Average core deposits [2] | 260,022 | 242,754 | 7 |
| Average retail core deposits [3] | 213,818 | 201,867 | 6 |
| | | | |
| Net interest margin | 4.83% | 4.86% | (1) |
| | | | |
| **AT YEAR END** | | | |
| Securities available for sale | $ 42,629 | $ 41,834 | 2 |
| Loans | 319,116 | 310,837 | 3 |
| Allowance for loan losses | 3,764 | 3,871 | (3) |
| Goodwill | 11,275 | 10,787 | 5 |
| Assets | 481,996 | 481,741 | — |
| Core deposits [2] | 270,224 | 253,341 | 7 |
| Stockholders' equity | 45,876 | 40,660 | 13 |
| Tier 1 capital | 36,808 | 31,724 | 16 |
| Total capital | 51,427 | 44,687 | 15 |
| | | | |
| Capital ratios: | | | |
| Stockholders' equity to assets | 9.52% | 8.44% | 13 |
| Risk-based capital | | | |
| Tier 1 capital | 8.95 | 8.26 | 8 |
| Total capital | 12.50 | 11.64 | 7 |
| Tier 1 leverage | 7.89 | 6.99 | 13 |
| | | | |
| Book value per common share | $ 13.58 | $ 12.12 | 12 |
| | | | |
| Team members (active, full-time equivalent) | 158,000 | 153,500 | 3 |

1 The efficiency ratio is noninterest expense divided by total revenue (net interest income and noninterest income).
2 Core deposits are noninterest-bearing deposits, interest-bearing checking, savings certificates, and market rate and other savings.
3 Retail core deposits are total core deposits excluding Wholesale Banking core deposits and retail mortgage escrow deposits.

4



> "What we want to instill is a culture of collaboration that instinctively and naturally puts what is best for the *customer* first—and then deliver it."

customer satisfaction with the way we originate and service their mortgages. In Wholesale Banking, our customer satisfaction scores were among the highest in our industry and have risen the last four years—with more than eight of 10 customers rating their total experience with us "above average" to "excellent." Our own team members—whose attitudes are the leading indicator of customer attitudes—tell us they're satisfied and happy in their work by a ratio of seven to one, in the top quartile, about four times the national average for all workers.

So, what keeps us from being known as absolutely off-the-charts great in providing a superior customer experience each time, every time? The fault lies not with our team members. They try to give their all for our customers every minute of every day. They try to do what's right for our customers so we can satisfy all their financial needs.

### The Cost of Complexity

We've concluded that the problem lies not just with the growing demands of customers for more simplicity in their lives, but in the complexity of our organization. A lack of consistency across our business lines in some processes and systems prevents us from always asking, "How will this look to the customer?" Simple or complex? Easy or time-consuming? Friendly or formal? Intuitive or confusing? As a diversified financial services company, more than just a bank, we have more than 80 businesses. That's a great advantage. We can offer customers more value and convenience —and give them a better deal for bringing us more and preferably all of their business. We can build relationships that last a lifetime. We can drive more revenue through our large, fixed-cost distribution network. We can diversify our risk and revenue sources and thus achieve consistent double-digit earnings growth. We can offer our team members lots of career opportunities within a large, growing, dynamic company.

Being so large and diverse, however, also can be a disadvantage. Complexity can have a hidden cost. Presenting ourselves to our customers as 80+ *different* Wells Fargos can sometimes make it difficult for our customers to do business with us. So, in many ways, our most formidable competitor is…ourselves. As Pogo in the comics used to say, "We have met the enemy, and they is us."

Customers aren't waiting for companies such as ours to raise the bar on service quality. They're raising it themselves. We're No. 1 in our industry in the average number of products per customer, but with that leadership comes a responsibility. The more business our customers give us, the more they expect from us.

### "One Wells Fargo"

To make it easier for our customers to do business with us, we're changing the way we think and act—as one company, not 80+ separate businesses. Among ourselves, we call this way of thinking and acting "one Wells Fargo." We're asking ourselves, "What are the most significant ways we can present ourselves to our customers as *one* company?" We want our customers to see us as one organization not separately as a bank, a mortgage company, a consumer finance company, a commercial/corporate bank, a wealth management company or an insurance company. Likewise, we must see each customer not just as a bank customer, a mortgage customer, a consumer finance customer, a commercial customer, an investment customer or an insurance customer, but as a Wells Fargo customer.

It's not enough to make sure we incent all our businesses financially to work well together or partner effectively. The self-interest of our separate businesses is not enough, because from the start it leaves the most important person out of the equation: the customer! What we want to instill is a culture of collaboration that instinctively and naturally puts what is best for the *customer* first—and then deliver it.

### Examining Our Processes

To think and act instinctively as "one Wells Fargo," we're systematically examining the major processes inside our company that are most important to make it easier for our customers to do business with us.

5