Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL PORTIONS OF THE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND** |

[Proposed] Order Sealing Confidential Portions of Reply in Support of Motion for Leave to Amend; Case No. MDL Docket No. 1841

LA:213986.1

1  Having considered: (a) Plaintiffs' Administrative Motion to File Under Seal the confidential
2  portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint;
3  and (b) Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal the
4  Confidential Portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend
5  Complaint, the Court rules as follows:

6  IT IS HEREBY ORDERED:

7  Plaintiffs' Administrative Motion is GRANTED. The following unredacted documents
8  containing Wells Fargo's proprietary and confidential information shall be filed under seal:

9  (1)  Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint;
10      and
11  (2)  Declaration of Eric Dirks in Support of Plaintiffs' Reply Memorandum in Support of
12       Their Motion for Leave to Amend Complaint.

13  Further, the Court shall cause the following redacted documents to be filed in the public
14  record:

15  (A)  Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint
16       – **Redacted** (as attached as Exhibit A to the Declaration of Robert Spagat); and
17  (B)  Declaration of Eric Dirks in Support of Plaintiffs' Reply Memorandum in Support of
18       Their Motion for Leave to Amend Complaint – **Redacted** (as attached as Exhibit B to
19       the Declaration of Robert Spagat)

21  IT IS SO ORDERED.

24  Date:  May _____, 2008      _____
25                                    The Honorable Marilyn Hall Patel
                                      United States District Court Judge

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

1
[Proposed] Order Sealing Confidential Portions of Reply in Support of Motion for Leave to Amend; Case No. MDL Docket No. 1841

**LA:213986.1**