1   Denise K. Drake
Eric P. Kelly
2   SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
3   Kansas City, MO 64106
Telephone:  816-474-8100
4   Facsimile:  816-474-3216

5   Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
6   Robert Spagat (SBN: 157388)
rspagat@winston.com
7   WINSTON & STRAWN LLP
101 California Street
8   San Francisco, CA  94111-5894
Telephone:     415-591-1000
9   Facsimile:     415-591-1400

10   Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
11   and Wells Fargo Bank, N.A.

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | **MDL Docket No. 1841 (MHP)**<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL PORTIONS OF THE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND** |

[Proposed] Order Sealing Confidential Portions of Reply in Support of Motion for Leave to Amend; Case No. MDL Docket No. 1841

LA:213986.1

1    Having considered:  (a) Plaintiffs' Administrative Motion to File Under Seal the confidential

2    portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint;

3    and (b) Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal the

4    Confidential Portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend

5    Complaint, the Court rules as follows:

6    IT IS HEREBY ORDERED:

7    Plaintiffs' Administrative Motion is GRANTED.  The following unredacted documents

8    containing Wells Fargo's proprietary and confidential information shall be filed under seal:

9    (1)    Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint;

10    and

11    (2)    Declaration of Eric Dirks in Support of Plaintiffs' Reply Memorandum in Support of

12    Their Motion for Leave to Amend Complaint.

13    Further, the Court shall cause the following redacted documents to be filed in the public

14    record:

15    (A)    Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint

16    – **Redacted** (as attached as Exhibit A to the Declaration of Robert Spagat); and

17    (B)    Declaration of Eric Dirks in Support of Plaintiffs' Reply Memorandum in Support of

18    Their Motion for Leave to Amend Complaint – **Redacted** (as attached as Exhibit B to

19    the Declaration of Robert Spagat)

20

21    IT IS SO ORDERED.

22

23

24    Date:  May ___28___, 2008



25    _____
Honorable Marilyn H. Patel
United States District Judge

26

27

28

1

---

[Proposed] Order Sealing Confidential Portions of Reply in Support of Motion for Leave to Amend; Case No. MDL
Docket No. 1841

LA:213986.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894