**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 2 2008

Case No.   MDL 07-1841  MHP          Judge: MARILYN H. PATEL

Title: IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION

Attorneys:  Plf: George Hanson, Eric Dirks
            Dft: Robert Spagat, Joan Fife

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Plaintiffs' Motion for Leave to Amend

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.