Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

---

Administrative Motion to File Under Seal Confidential Portions of Plaintiffs' Reply ISO Motion for Leave to Amend Complaint; Case No. MDL Docket No. 1841

LA:214702.1

Defendant Wells Fargo Bank, N.A., hereby brings this administrative motion to file under seal Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint (the "Reply Brief"), which was filed with this Court on April 21, 2008. In Plaintiffs' Reply Brief, Plaintiffs reference and discuss the contents of a Confidential Document that Plaintiffs discussed and referred to in prior briefings. The Court has previously ordered that such Confidential Document and all references to the Confidential Document be placed under seal. Because the Court has already ruled that references and discussions about the Confidential Document are sealable, Defendant respectfully requests that the Court order such references and discussions in the Opposition be filed under seal. Defendant further requests that the Court order that (a) the unredacted version of the Reply Brief removed from the public record and PACER, and (b) the redacted version of the Reply Brief be filed in the public record.

Dated: June 10, 2008                                   WINSTON & STRAWN LLP

                                                       By:   /s/ Robert Spagat
                                                             Robert Spagat
                                                             Attorneys for Defendants Wells
                                                             Fargo Mortgage, a Division of Wells
                                                             Fargo Bank, National Association
                                                             and Wells Fargo Bank, National
                                                             Association