Denise K. Drake
Eric P. Kelly
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Robert Spagat (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants Wells Fargo
Mortgage, a Division of Wells Fargo Bank, N.A.
and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

---

[Proposed] Order Sealing Confidential Portions of Reply Brief in Support of Motion for Leave to Amend Complaint;
Case No. MDL Docket No. 1841

LA:214703.1

Having considered: (a) Defendants' Administrative Motion to File Under Seal Confidential Portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint; and (b) the Declaration of Robert Spagat in Support of Administrative Motion to File Under Seal Confidential Portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint, the Court rules as follows:

IT IS HEREBY ORDERED:

Defendants' Administrative Motion is GRANTED. The following unredacted document containing Wells Fargo's proprietary and confidential information shall be removed from the public record and PACER, and filed under seal Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint, filed April 21, 2008.

The Court shall cause the following redacted document to be filed in the public record: Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend Complaint – **Redacted**.

IT IS SO ORDERED.

Date:   June _____, 2008

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

1

[Proposed] Order Sealing Confidential Portions of Reply Brief in Support of Motion for Leave to Amend Complaint; Case No. MDL Docket No. 1841

LA:214703.1