George A. Hanson
Norman E. Siegel
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiffs' Second Interrogatories and Second Request for Production of Documents to Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. were served via email delivery the 30th day of June, 2008 on the following:

Joan B. Tucker Fife
jfife@winston.com
Robert Spagat
rspagat@wintson.com
Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894
PH:    415-591-1000
FAX:   415-591-1400

Denise K. Drake
ddrake@spencerfane.com
Eric P. Kelly
ekelly@spencerfane.com
Spencer Fane Britt & Browne
1000 Walnut, Suite 1400
Kansas City, MO 64106
PH:    816-474-8100
FAX:   816-474-3216

SSH: 0513/0003/99389

Dated: July 1, 2008

                                                        Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By:      /s/ George A. Hanson
     George A. Hanson
     hanson@stuevesiegel.com
     Norman E. Siegel
     siegel@stuevesiegel.com
     Eric L. Dirks
     dirks@stuevesiegel.com
     460 Nichols Road, Suite 200
     Kansas City, Missouri 64112
     Telephone:   (816) 714-7100
     Facsimile:    (816) 714-7101

**LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 1st day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Joan B. Tucker Fife
    jfife@winston.com
    Robert Spagat
    rspagat@wintson.com
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA  94111-5894
    PH:    415-591-1000
    FAX:   415-591-1400

    Denise K. Drake
    ddrake@spencerfane.com
    Eric P. Kelly
    ekelly@spencerfane.com
    Spencer Fane Britt & Browne
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    PH:   816-474-8100
    FAX:  816-474-3216

**ATTORNEYS FOR DEFENDANT**

                                          /s/ George A. Hanson
                                      Attorney for Plaintiffs

SSH: 0513/0003/99389