George A. Hanson
Norman E. Siegel
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiffs' Notice of Deposition to Avid Modjtabai and Notice of Deposition to Patricia Callahan were served via email delivery the 1st day of July, 2008 on the following:

> Joan B. Tucker Fife
> jfife@winston.com
> Robert Spagat
> rspagat@wintson.com
> Winston & Strawn LLP
> 101 California Street
> San Francisco, CA  94111-5894
> PH:    415-591-1000
> FAX:   415-591-1400

SSH: 0513/0003/99389

Dated:  July 2, 2008

                                Respectfully submitted,

                                **STUEVE SIEGEL HANSON LLP**

                                By:        /s/ George A. Hanson
                                    George A. Hanson
                                    hanson@stuevesiegel.com
                                    Norman E. Siegel
                                    siegel@stuevesiegel.com
                                    Eric L. Dirks
                                    dirks@stuevesiegel.com
                                    460 Nichols Road, Suite 200
                                    Kansas City, Missouri 64112
                                    Telephone:    (816) 714-7100
                                    Facsimile:     (816) 714-7101

                              **LEAD COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 2nd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Joan B. Tucker Fife
    jfife@winston.com
    Robert Spagat
    rspagat@wintson.com
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA  94111-5894
    PH:    415-591-1000
    FAX:  415-591-1400

    Denise K. Drake
    ddrake@spencerfane.com
    Eric P. Kelly
    ekelly@spencerfane.com
    Spencer Fane Britt & Browne
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    PH:   816-474-8100
    FAX:  816-474-3216

**ATTORNEYS FOR DEFENDANT**

                                        /s/ George A. Hanson
                                    Attorney for Plaintiffs

SSH: 0513/0003/99389