1  George A. Hanson
   Norman E. Siegel
2  Eric L. Dirks
   STUEVE SIEGEL HANSON LLP
3  460 Nichols Road, Suite 200
   Kansas City, MO 64112
4  Telephone:   (816) 714-7100
   Facsimile:    (816) 714-7101
5  ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiffs' Notice of Deposition to Patricia Callahan was served via email delivery the 10th day of July, 2008 on the following:

　　Joan B. Tucker Fife
　　jfife@winston.com
　　Robert Spagat
　　rspagat@wintson.com
　　Winston & Strawn LLP
　　101 California Street
　　San Francisco, CA  94111-5894
　　PH:    415-591-1000
　　FAX:  415-591-1400

　　Denise K. Drake
　　ddrake@spencerfane.com
　　Eric P. Kelly
　　ekelly@spencerfane.com
　　Spencer Fane Britt & Browne
　　1000 Walnut, Suite 1400
　　Kansas City, MO 64106
　　PH:    816-474-8100
　　FAX:  816-474-3216

Dated:  July 10, 2008

SSH: 0513/0003/99389

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By:      /s/ George A. Hanson
    George A. Hanson
    hanson@stuevesiegel.com
    Norman E. Siegel
    siegel@stuevesiegel.com
    Eric L. Dirks
    dirks@stuevesiegel.com
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    Telephone:   (816) 714-7100
    Facsimile:   (816) 714-7101

**LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 10th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Joan B. Tucker Fife
    jfife@winston.com
    Robert Spagat
    rspagat@wintson.com
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA  94111-5894
    PH:   415-591-1000
    FAX:   415-591-1400

    Denise K. Drake
    ddrake@spencerfane.com
    Eric P. Kelly
    ekelly@spencerfane.com
    Spencer Fane Britt & Browne
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    PH:   816-474-8100
    FAX:   816-474-3216

**ATTORNEYS FOR DEFENDANT**

            /s/ George A. Hanson
          Attorney for Plaintiffs

SSH: 0513/0003/99389