George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841<br><br>**NOTICE OF FILING OF CONSENT TO JOIN** |

The following plaintiffs are hereby joined to the instant action by their signed Consent to Become a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1.    Jennifer Martinez.

**Dated: August 18, 2008**                STUEVE SIEGEL HANSON LLP

                                /s/ George A. Hanson
                        George A. Hanson (*admitted pro hac vice*)
                        Eric L. Dirks (*admitted pro hac vice*)
                        460 Nichols Road, Suite 200
                        Kansas City, Missouri 64112
                        Tel:    816-714-7100
                        Fax:    816-714-7101
                        Email: hanson@stuevesiegel.com
                        Email: dirks@stuevesiegel.com

                        COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Denise K. Drake
ddrake@spencerfane.com
Eric P. Kelly
ekelly@spencerfane.com
Spencer Fane Britt & Browne
1000 Walnut, Suite 1400
Kansas City, MO 64106
PH:   816-474-8100
FAX:  816-474-3216

ATTORNEYS FOR DEFENDANT

                                 /s/ George A. Hanson
                                 Attorney for Plaintiffs