1  Denise K. Drake
   Eric P. Kelly
2  SPENCER FANE BRITT & BROWNE LLP
   1000 Walnut, Suite 1400
3  Kansas City, MO 64106
   Telephone: 816-474-8100
4  Facsimile: 816-474-3216

5  Joan B. Tucker Fife (SBN: 144572)
   jfife@winston.com
6  Robert Spagat (SBN: 157388)
   rspagat@winston.com
7  WINSTON & STRAWN LLP
   101 California Street
8  San Francisco, CA  94111-5894
   Telephone:    415-591-1000
9  Facsimile:    415-591-1400

10 Attorneys for Defendants Wells Fargo
   Mortgage, a Division of Wells Fargo Bank, N.A.
11 and Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>[PROPOSED] ORDER SEALING THE CONFIDENTIAL PORTIONS OF COURT PROCEEDINGS OF JUNE 2, 2008 |

[Proposed] Order Sealing Confidential Portions of Court Proceedings of June 2, 2008;
Case No. MDL Docket No. 1841

LA:221240.1

1  Having considered: (a) Defendants' Administrative Motion to File Under Seal the
2  Confidential Portions of Court Proceedings of June 2, 2008 and Request for Redaction of Transcript;
3  and (b) the Declaration of Joan B. Tucker Fife in Support of Defendants' Administrative Motion to
4  File Under Seal the Confidential Portions of Court Proceedings of June 2, 2008 and Request for
5  Redaction of Transcript, the Court rules as follows:
6  IT IS HEREBY ORDERED:
7  Defendants' Administrative Motion is GRANTED. The unredacted transcript of proceedings
8  of June 2, 2008 in the above-referenced action, MDL Docket No. C 07-1841 (MHP), shall be filed
9  under seal.
10  The portions of the transcript containing Wells Fargo's confidential and proprietary
11  information shall be redacted from the following page and line numbers:

- 4:21- 5:1
- 5:8- 8:24
- 9:24
- 10:15-20
- 7:7-13
- 13:6-14:13
- 14:24-15:4
- 26:2-15

20  The Court shall cause the redacted transcript of proceedings to be filed in the public record.

23  IT IS SO ORDERED.

26  Date: ____September 25____, 2008          _____
                                              The Honorable Marilyn H. Patel
                                              United States District Court Judge

*IT IS SO ORDERED.*
*Judge Marilyn H. Patel*

[Proposed] Order Sealing Confidential Portions of Proceedings of June 2, 2008;
Case No. MDL Docket No. 1841

LA:221240.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894