George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife
Robert Spagat
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
PH:   415-591-1000
FAX:   415-591-1400

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION TO RESCHEDULE STATUS CONFERENCE AND [PROPOSED] ORDER** |

THIS STIPULATION AND AGREEMENT, pursuant to Local Rules 6-1 and 6-2, is made and entered into by and between Plaintiffs and Defendants and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841. The parties, by and through their counsel, jointly declare the following:

1. The Court scheduled a status conference for March 23, 2009 and a joint status report for March 13, 2009.

2. Lead counsel for Plaintiffs is scheduled to be out of the country on March 23, 2009 and he will be unable to attend a status conference set for March 23, 2009.

3. The parties have conferred and agree that due to Plaintiffs' counsel's unavailability, the status conference should be rescheduled for April 13, 2009 and the status report should be due on April 3, 2009. Signed and agreed to this 3rd day of March, 2009.

1
2  **STUEVE SIEGEL HANSON LLP**                **WINSTON & STRAWN LLP**
3   s/ Eric L. Dirks                            s/ Robert Spagat
    George A. Hanson                            Joan B. Tucker Fife
4   hanson@stuevesiegel.com                     jfife@winston.com
    Eric L. Dirks                               Robert Spagat
5   dirks@stuevesiegel.com                      rspagat@winston.com
    Stueve Siegel Hanson LLP                    Winston & Strawn LLP
6   460 Nichols Road, Suite 200                 101 California Street
7   Kansas City, Missouri, 64112                San Francisco, CA 94111-5894
    Telephone:    (816) 714-7100                PH:    415-591-1000
8   Facsimile:    (816) 714-7101                FAX:   415-591-1400

9
10
11
    **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**
12
13
    Dated:  3/9/2009
14
15                                              _____
                                                Hon. N
16                                              United

17
18
19
20
21
22
23
24
25
26
27
                                    2
28

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*