George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife
Robert Spagat
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
PH:    415-591-1000
FAX:    415-591-1400

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINE AND [PROPOSED] ORDER** |

THIS STIPULATION AND AGREEMENT, pursuant to Local Rules 6-1 and 6-2, is made and entered into by and between Plaintiffs and Defendants and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841. The parties, by and through their counsel, jointly declare the following:

1. Plaintiffs' reply brief in support of class certification is due on Monday, June 29, 2009. The Court has scheduled a hearing on Plaintiffs' motion for July 13, 2009.

2. Lead counsel for Plaintiffs is scheduled to be out of town through June 28, 2009, and requests one additional day to finalize Plaintiffs' reply brief and oversee its filing under seal in the clerk's office. A one day extension will not affect the hearing date and should not prejudice the parties or the Court.

3. Because of these time constraints, the parties have conferred and agree that Plaintiffs shall have one additional day to file their reply brief.

Signed and agreed to this 26th day of June, 2009.

| | |
|---|---|
| **STUEVE SIEGEL HANSON LLP** | **WINSTON & STRAWN LLP** |
| /s/ Eric L. Dirks | /s/ Robert Spagat |
| George A. Hanson | Joan B. Tucker Fife |
| hanson@stuevesiegel.com | jfife@winston.com |
| Eric L. Dirks | Robert Spagat |
| dirks@stuevesiegel.com | rspagat@winston.com |
| Stueve Siegel Hanson LLP | Winston & Strawn LLP |
| 460 Nichols Road, Suite 200 | 101 California Street |
| Kansas City, Missouri, 64112 | San Francisco, CA 94111-5894 |
| Telephone:  (816) 714-7100 | PH:  415-591-1000 |
| Facsimile:  (816) 714-7101 | FAX:  415-591-1400 |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: June 29, 2009

_____
Hon. M
United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

2