JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
ROBERT SPAGAT (SBN: 157388)
rspagat@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Defendants and
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**STIPULATION STAYING THE CASE UNTIL OCTOBER 30, 2009;** [PROPOSED] **ORDER** |

WHEREAS, the Plaintiffs' motion for class certification is pending;

WHEREAS, Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. opposed the motion;

WHEREAS, on August 10, 2009, the Court heard oral argument;

WHEREAS, after oral argument, the parties reached agreement to mediate the case in an effort to resolve the issues that are before this Court without incurring further litigation costs;

WHEREAS, the parties have arranged to mediate the case on October 27, 2009;

WHEREAS, the parties agree that this case should be stayed while they mediate so that the Court does not spend any further time and resources on this case and so that the parties are not proceeding on a dual track, in mediation and in litigation before this Court;

WHEREAS, this stipulation is made in good faith, without any purpose of undue delay, and for the purpose of facilitating the mediation and avoiding unnecessary further proceedings before this Court;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below, and subject to the Court's approval, that:

A. The case shall be stayed until October 30, 2009, to allow the parties to focus their efforts on mediation.

B. On October 29, 2009, the parties will file a Joint Status Report as to whether they anticipate needing additional time for the stay to remain in effect to enable them to pursue settlement efforts, or whether they anticipate that the litigation will re-start.

Dated: September 4, 2009

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
ROBERT SPAGAT

By: _____/s/_____
     Robert Spagat

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

Dated: September 4, 2009

STUEVE SIEGEL HANSON LLP
GEORGE A. HANSON
NORMAN E. SIEGEL
ERIC L. DIRKS
ASHLEA G. SCHWARZ

By: /s/
George A. Hanson

Lead Counsel for Plaintiffs

I, Robert Spagat, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/
Robert Spagat

1  Having considered the Parties' Stipulation Staying the Case through and including October
2  30, 2009, the Court rules as follows:
3  This Court has the authority to stay actions in order to "control the disposition of the cases on
4  its docket in a manner which will promote economy of time and effort for itself, for counsel, and for
5  litigants." *Hewlett-Packard Co. v. Acuson Corp.*, No. C-93-0808 MHP, 1993 WL 149994, at *1
6  (N.D. Cal. May 5, 1993) (quoting *Filtrol Corp. v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972).  A
7  stay here will promote economy of time and effort for this Court, for counsel, and for the parties.
8  For this reason, and for good cause appearing, IT IS HEREBY ORDERED:

    1.    This case shall be stayed through and including October 30, 2009.

    2.    The parties shall file a Joint Status Report on October 29, 2009.

**IT IS SO ORDERED.**

Dated: 9/8/2009

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge
Northern District of California



IT IS SO ORDERED
Judge Marilyn H. Patel