JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Defendants and
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | **MDL Docket No. 1841 (MHP)** |
| THIS DOCUMENT RELATES TO ALL CASES | **JOINT STATUS REPORT AND [PROPOSED] ORDER STAYING THE CASE** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

The parties to the above-entitled action submit this Joint Status Report pursuant to the Court's Order of September 8, 2009 (Docket. No. 147), which stayed the case until October 30, 2009, and also required the parties to submit a Joint Status Report on October 29, 2009.

The parties are continuing discussions about a resolution of this matter, and respectfully request that the Court grant a brief extension of the stay currently in effect to Wednesday, November 11, 2009, in order to allow the parties to focus their attention on the potential for resolution without simultaneously litigating the action.

Dated:  October 29, 2009

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
EMILIE C. WOODHEAD


By: _____/s/_____
           Joan B. Tucker Fife

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.


Dated:  October 29, 2009

STUEVE SIEGEL HANSON LLP
GEORGE A. HANSON
NORMAN E. SIEGEL
ERIC L. DIRKS
ASHLEA G. SCHWARZ


By: _____/s/_____
           George A. Hanson

Lead Counsel for Plaintiffs

**Attestation of Concurrence**

I, Joan B. Tucker Fife, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.


By: _____/s/_____
           Joan B. Tucker Fife

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**[~~PROPOSED~~] ORDER**

Having considered the parties' Joint Status Report, the Court finds that a brief extension of the stay currently in effect will promote economy of time and effort for this Court, for counsel, and for the parties. For this reason, and for good cause appearing, IT IS HEREBY ORDERED:

1.     This case shall be stayed through and including November 11, 2009.

2.     The parties shall file a Joint Status Report on November 10, 2009.

**IT IS SO ORDERED.**

Dated:  __10/30/09_____



_____
THE _____H. PATEL
Unite_____
North_____

IT IS SO ORDERED

Judge Marilyn H. Patel

JOINT STATUS REPORT AND [PROPOSED] ORDER STAYING THE CASE
CASE NO. MDL DOCKET NO. 1841 (MHP)

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894