George A. Hanson
Norman E. Siegel
Eric L. Dirks
Ashlea G. Schwarz
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**JOINT STATUS REPORT, AND [PROPOSED] ORDER STAYING THE CASE** |
|---|---|

1   The parties to the above-entitled action submit this Joint Status Report pursuant to the
2   Court's Order of November 3, 2009 (Docket. No. 150), which stayed the case until November 11,
3   2009, and also required the parties to submit a Joint Status Report by November 10, 2009.
4   The parties have reached a settlement and hereby request that the stay remain in place as the
5   parties finalize their settlement agreement. The parties also request that they be given until
6   December 11, 2009 to submit their pleadings is support of the settlement.

Dated: November 10, 2009

          WINSTON & STRAWN LLP
          JOAN B. TUCKER FIFE
          EMILIE C. WOODHEAD

          By:    /s/
            Joan B. Tucker Fife

          Attorneys for Defendants
          WELLS FARGO BANK, N.A. and
          WELLS FARGO & CO.

Dated: October 29, 2009     STUEVE SIEGEL HANSON LLP
          GEORGE A. HANSON
          NORMAN E. SIEGEL
          ERIC L. DIRKS
          ASHLEA G. SCHWARZ

          By:    /s/
            Eric L. Dirks

          Lead Counsel for Plaintiffs

**Attestation of Concurrence**

I, Eric L. Dirks, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

          By:    /s/
            Eric L. Dirks

Having considered the parties' Joint Status Report, the Court finds that extension of the stay currently in effect will promote economy of time and effort for this Court, for counsel, and for the parties. For this reason, and for good cause appearing, IT IS HEREBY ORDERED:

1. This case shall be stayed through and including December 11, 2009.

2. The parties shall file their settlement approval pleadings on or before December 11, 2009.

**IT IS SO ORDERED.**

Dated: __11/12/2009_____                  _____



THE HONORABLE MARILYN H. PATEL
United States District Judge
Northern District of California