JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendants and
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

GEORGE A. HANSON
NORMAN E. SIEGEL
ERIC L. DIRKS
ASHLEA G. SCHWARZ
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7191

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | **MDL Docket No. 1841 (MHP)** |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | **JOINT STIPULATION AND [PROPOSED] ORDER STAYING THE CASE AND EXTENDING TIME TO FILE SETTLEMENT PLEADINGS; DECLARATION OF EMILIE C. WOODHEAD FILED CONCURRENTLY** |

The parties to the above-entitled action submit this Joint Stipulation pursuant to the Court's Order of November 12, 2009 (Doc. No. 152), which extended the stay presently in effect in this case (*see* Doc. No. 147) and which granted the parties until December 11, 2009 to submit their pleadings in support of the settlement. Given both the complexities of the settlement agreement as well as the fact that Wells Fargo's client representative is currently out of the country and the parties are still in the process of finalizing the relevant documents. (*See* Declaration of Emilie C. Woodhead ¶ 3.) As such, in accordance with Civil L.R. 6-2 and 7-12, the parties jointly request that they be given until January 11, 2010 to submit their pleadings is support of the settlement.

Dated:  December 10, 2009                   WINSTON & STRAWN LLP
                                            JOAN B. TUCKER FIFE
                                            EMILIE C. WOODHEAD


                                            By:      /s/
                                                  Emilie C. Woodhead

                                            Attorneys for Defendants
                                            WELLS FARGO BANK, N.A. and
                                            WELLS FARGO & CO.


Dated:  December 10, 2009                   STUEVE SIEGEL HANSON LLP
                                            GEORGE A. HANSON
                                            NORMAN E. SIEGEL
                                            ERIC L. DIRKS
                                            ASHLEA G. SCHWARZ


                                            By:      /s/
                                                  George A. Hanson

                                            Lead Counsel for Plaintiffs

*///*

*///*

*///*

*///*

*///*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1
JOINT STIPULATION AND [PROPOSED] ORDER STAYING THE CASE AND EXTENDING TIME TO FILE SETTLEMENT PLEADINGS
CASE NO. MDL DOCKET NO. 1841 (MHP)

**Attestation of Concurrence**

I, Emilie C. Woodhead, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By:       /s/
           Emilie C. Woodhead

# [PROPOSED] ORDER

Having considered the parties' Joint Stipulation Extending the Stay and Extending Time to File Settlement Pleadings, the Court finds that a brief extension of the stay currently in effect will promote economy of time and effort for this Court, for counsel, and for the parties. For this reason, and for good cause appearing, IT IS HEREBY ORDERED:

1. This case shall be stayed through and including January 11, 2010.

2. The parties shall file their settlement approval pleadings on or before January 11, 2010.

**IT IS SO ORDERED.**

Dated: __12/11/2009_____    _____
THE HONORABLE MARILYN H. PATEL
United States District Judge
Northern District of California



**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

3

JOINT STIPULATION AND [PROPOSED] ORDER STAYING THE CASE AND EXTENDING TIME TO FILE SETTLEMENT PLEADINGS
CASE NO. MDL DOCKET NO. 1841 (MHP)