JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendants and
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.


GEORGE A. HANSON
NORMAN E. SIEGEL
ERIC L. DIRKS
ASHLEA G. SCHWARZ
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7191

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 1841 (MHP)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE STAY** |

The parties to the above-entitled action submit this Joint Stipulation pursuant to the Court's Order of December 11, 2009 (Dkt. No. 155) - which extended the stay presently in effect in this case until January 11, 2010. The parties jointly request that the stay remain in effect until January 22, 2010.

Dated: January 8, 2010

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
EMILIE C. WOODHEAD

By: _____/s/_____
      Joan B. Tucker Fife

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

Dated: January 8, 2010

STUEVE SIEGEL HANSON LLP
GEORGE A. HANSON
NORMAN E. SIEGEL
ERIC L. DIRKS
ASHLEA G. SCHWARZ

By: _____/s/_____
      George A. Hanson

Lead Counsel for Plaintiffs

**Attestation of Concurrence**

I, Joan B. Tucker Fife, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: _____/s/_____
      Joan B. Tucker Fife

1  JOAN B. TUCKER FIFE (SBN: 144572)
   jfife@winston.com
2  EMILIE C. WOODHEAD (SBN: 240464)
   ewoodhead@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
4  San Francisco, CA 94111
   Telephone:   415-591-1000
5  Facsimile:   415-591-1400

6  Attorneys for Defendants and
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8

   GEORGE A. HANSON
9  NORMAN E. SIEGEL
   ERIC L. DIRKS
10 ASHLEA G. SCHWARZ
   STUEVE SIEGEL HANSON LLP
11 460 Nichols Road, Suite 200
   Kansas City, MO 64112
12 Telephone: (816) 714-7100
   Facsimile: (816) 714-7191
13
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 (MHP) |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | [~~PROPOSED~~] ORDER EXTENDING THE STAY |

# [~~PROPOSED~~] ORDER

Having considered the parties' Joint Stipulation Extending the Stay, the Court finds that a brief extension of the stay currently in effect will promote economy of time and effort for this Court, for counsel, and for the parties. For this reason, and for good cause appearing, IT IS HEREBY ORDERED that this case shall be stayed through and including January 22, 2010.

**IT IS SO ORDERED.**

Dated: ___1/12/2010_____



THE HONORABLE MARILYN H. PATEL
United States District Judge
Northern District of California