**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE WELLS FARGO LOAN PROCESSOR
OVERTIME PAY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

MDL No. 07-CV-1841

[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS, AND FOR PERMISSION TO DISSEMINATE CLASS NOTICE**

1.      The above-entitled matter came before the Court on the Plaintiffs' Unopposed Motion and Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class, and for Permission to Disseminate Notice (Doc. 164). The Court, having conducted a hearing on May 17, 2010, and having fully and carefully reviewed the proposed Class Action Settlement Agreement ("Settlement Agreement"), and the Unopposed Motion and Points and Authorities in Support, hereby finds as a preliminary matter that the Settlement Agreement is a fair, adequate, and reasonable resolution of a *bona fide* dispute in contested litigation.

2.      The Court further finds that the class should be certified for the purposes of settlement. Plaintiffs have demonstrated in their class certification briefing and oral argument and in their present motion that, for the purposes of settlement, they meet the Rule 23(a) requirements of numerosity, commonality, typicality, and adequacy. Similarly, Plaintiffs have also demonstrated that, for the purposes of settlement, they meet the requirement of Rule 23(b)(3) in that common questions predominate and that a class action is the superior method of adjudication.

3.    Because the Court finds that at this stage the settlement if fair, adequate, and reasonable and that class certification for the purposes of settlement is appropriate, the Court further ORDERS that:

4.    Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class, and for Permission to Disseminate Notice is GRANTED.

5.    Trudy Bowne, Mary Basore, and Brenda McMillian are appointed as Class Representatives.

6.    Stueve Siegel Hanson LLP is appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

7.    The Parties are directed to proceed with the administration of the settlement as provided by the terms of the Settlement Agreement, and, in particular:

- Wells Fargo shall provide all necessary information to the Third Party Administrator and Class Counsel as outlined in Paragraphs 1.19, 6.1, and 6.5 of the Parties' Settlement Agreement by July12, 2010;

- The Third Party Administrator shall disseminate Notice (and, where applicable, the claim form) to the class in substantially the same format as provided to this Court as Exhibit B to Plaintiffs' Motion For Preliminary Settlement Approval on July 28, 2010;

- The Notice Period shall close on September 27, 2010. All requests for exclusion, objections, and claim forms must be postmarked by this date;

- Class Counsel shall file their motion for final settlement approval on or before October 27, 2010; and

- The Court will hold its final approval hearing on November 22, 2010, at 2 P.M.

2

It is so ORDERED this 21st day of June, 2010.

Dated: _____

_____
Hon. Marilyn Hall Patel
United States District Judge

3