George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:   (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

Joan B. Tucker Fife
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
PH:   415-591-1000
FAX:  415-591-1400

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION TO MOVE HEARING DATES AND [PROPOSED] ORDER** |

THIS STIPULATION AND AGREEMENT, pursuant to Local Rules 6-1 and 6-2, is made and entered into by and between Plaintiffs and Defendants and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime Pay Litigation,* MDL 1841. The parties, by and through their counsel, jointly declare the following:

1. The Court previously ordered a November 22, 2010 final settlement approval hearing in this matter.

2. For the reasons stated below, the Parties stipulate and request that the Court take the November 22, 2010 hearing off schedule.

3. The Court granted preliminary approval of the settlement in this matter on or about June 22, 2010. (Doc. 169).[1]  Since then, the parties have modified the settlement.

---
[1] The motion for preliminary settlement approval and Settlement Agreement are found at Docket #164.

4. During the settlement modification negotiations, counsel for Wells Fargo contacted the Court and informed the Court that notice of settlement would not be sent pursuant to the Court's deadline, that the parties were attempting to renegotiate the settlement, and that the parties would notify the Court if the issue was resolved.

5. The parties have negotiated a modification of the settlement and have moved for preliminary approval of the settlement incorporating the modifications. *See* Docket 170. Plaintiffs have noticed a hearing on the motion for modified preliminary approval for December 13, 2010. *Id.* As a result, the Parties therefore agree that the November 22, 2010 hearing date should be taken off calendar.

Signed and agreed to this 9th day of November.

| | |
|---|---|
| **STUEVE SIEGEL HANSON LLP** | **WINSTON & STRAWN LLP** |
| /s/ Eric L. Dirks | /s/ Joan B. Tucker Fife |
| George A. Hanson | Joan B. Tucker Fife |
| hanson@stuevesiegel.com | jfife@winston.com |
| Eric L. Dirks | Winston & Strawn LLP |
| dirks@stuevesiegel.com | 101 California Street |
| Stueve Siegel Hanson LLP | San Francisco, CA 94111-5894 |
| 460 Nichols Road, Suite 200 | PH:   415-591-1000 |
| Kansas City, Missouri, 64112 | FAX:   415-591-1400 |
| Telephone:   (816) 714-7100 | |
| Facsimile:   (816) 714-7101 | |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.** *

Dated: 11/12/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

Hon. Marilyn Hall Patel
United States District Judge

* **Due to the unavailability of Court, the motion hearing has been continued to January 24, 2011 at 2:00 p.m. before the Honorable Marilyn Hall Patel.**

2