George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**[PROPOSED] ORDER GRANTING APPROVAL OF SETTLEMENT MODIFICATION AND RE-AFFIRMING PRELIMINARY APPROVAL OF SETTLEMENT** |

1. The Court GRANTED preliminary approval of the settlement in this matter on or about June 22, 2010. (Doc. 169). The motion for preliminary settlement approval and settlement agreement are found at Docket #164.

2. The parties have modified their settlement to include an additional 729 class members. The Stipulation Modifying Settlement Agreement is attached as Exhibit A.

3. The Court approves the Stipulation Modifying Settlement Agreement and the following terms of settlement for purposes of preliminary approval and notice:

It is Ordered that:

4. The Court, having conducted a hearing on May 17, 2010, and having fully and carefully reviewed the proposed Class Action Settlement Agreement ("Settlement Agreement"), and the Unopposed Motion and Points and Authorities in Support, in addition to the parties'

Stipulation Modifying Settlement Agreement, hereby re-affirms preliminary approval of the settlement.

5. The Parties are directed to proceed with the administration of the settlement as provided by the terms of the Settlement Agreement, and, in particular:

- Wells Fargo shall provide all necessary information to the Third Party Administrator and Class Counsel as outlined in Paragraphs 1.19, 6.1, and 6.5 of the Parties' Settlement Agreement within 20 days of this order;

- The Third Party Administrator shall disseminate Notice (and, where applicable, the claim form) to the class in substantially the same format as provided to this Court as Exhibit B to Plaintiffs' Motion For Preliminary Settlement Approval within 35 days of this order;

- The Notice Period shall close 60 days following the mailing of notice. All requests for exclusion, objections, and claim forms must be postmarked by this date;

- Class Counsel shall file their motion for final settlement approval within 20 days of the close of the notice period; and

- The Court will hold its final approval hearing Monday, July 18, 2011, [INSERT approximately 35 days after Plaintiffs file their motion for final settlement approval], at 2 P.M.

It is so ORDERED this ___ day of November, 2010. January 24, 2010

Dated: _____

_____
Hon. Marilyn H. Patel
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 07-CV-1841<br><br>**STIPULATION MODIFYING SETTLEMENT AGREEMENT** |

The Parties hereby amend and modify their Class Action Settlement Agreement as follows:

1. The Court GRANTED preliminary approval of the settlement in this matter on or about June 22, 2010.

2. Following preliminary approval of the settlement, the parties learned that the settlement class was larger than had been anticipated under the terms of the original Settlement Agreement. As a result, the parties negotiated additional class compensation to reflect the increase in the size of the class and hereby enter into this stipulation that amends and modifies the Settlement Agreement.

3. Wells Fargo hereby agrees to add an additional $558,512 to the Total Settlement Fund to account for approximately additional 729 class members. 25% of the additional compensation will be added to the "Standard Hours" non-reversionary fund and 75% of the additional net compensation will be added to the "California off-the-clock" claims-made fund.

4. Wells Fargo agrees that Class Counsel shall be entitled to 17.5% of the gross additional funds as attorneys' fees for Class Counsel's work in modifying the settlement.

5. These modifications to the settlement result in the following revisions to the Settlement Agreement:

6. The total settlement of $6,660,000 is increased to $7,218,512 (the "Total Settlement Fund").

7. From this total, the settlement amount described in ¶4.2(A) of the Settlement Agreement is increased to $3,115,193 to be distributed to all class members.

8. From this total, the settlement amount described in ¶4.2(B) of the Settlement Agreement is increased to $2,545,579 to be distributed to the California Class C Members for "off the clock" overtime claims.

9. The amount of attorneys' fees described in ¶4.3 of the Settlement Agreement is increased to $1,557,739 to Class Counsel in attorneys' fees and litigation costs from the Total Settlement Fund.

10. The parties agree to this modification of the Settlement Agreement.

11. The signatories below are duly authorized representatives of the parties.

| STUEVE SIEGEL HANSON LLP | WINSTON & STRAWN LLP |
|---|---|
| /s/ Eric L. Dirks | /s/ Joan B. Tucker Fife |
| George A. Hanson | Joan B. Tucker Fife |
| hanson@stuevesiegel.com | jfife@winston.com |
| Eric L. Dirks | Robert Spagat |
| dirks@stuevesiegel.com | rspagat@winston.com |
| Stueve Siegel Hanson LLP | Winston & Strawn LLP |
| 460 Nichols Road, Suite 200 | 101 California Street |
| Kansas City, Missouri, 64112 | San Francisco, CA 94111-5894 |
| Telephone: (816) 714-7100 | PH: 415-591-1000 |
| Facsimile: (816) 714-7101 | FAX: 415-591-1400 |