1

2

3

4

5

George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:      (816) 714-7100
Facsimile:       (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

6

7

8

9

Joan B. Tucker Fife
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
PH:      415-591-1000
FAX:   415-591-1400

10

11

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

12

13

14

15

16

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL No. 07-CV-1841 |
| THIS DOCUMENT RELATES TO ALL CASES | **JOINT STIPULATION AND ADMINISTRATIVE MOTION REGARDING FINAL SETTLEMENT APPROVAL HEARING AND [PROPOSED] ORDER** |

17

18

19

20

21

        THIS STIPULATION AND AGREEMENT AND ADMINISTRATIVE MOTION,
pursuant to Local Rules 7-11 and 7-12, is made and entered into by and between Plaintiffs and
Defendants and applies to the lawsuit captioned *In Re Wells Fargo Loan Processor Overtime
Pay Litigation,* MDL 1841.   The parties, by and through their counsel, jointly declare the
following:

22

23

        1.      The Court previously granted preliminary settlement approval of this case.

        2.      The Court set a final settlement approval hearing for July 18, 2011.

24

25

        3.      The settlement class received notice that the settlement approval hearing would
take place on July 18, 2011 in Courtroom 15.   at 2:00 p.m.

26

27

28

4.      Judge Patel has overseen this MDL since the Judicial Panel on Multidistrict Litigation coordinated the case in 2007.

5.      The Parties jointly agree and request that the case be re-assigned to Judge Patel as there is only one final act required before the case is dismissed.

6.      Regardless of whether the case is re-assigned to Judge Patel or not, the Parties agree and request that the final approval hearing should go forward as scheduled on July 18, 2011. at 2:00 pm. in Courtroom 15.

Signed and agreed to this 20th day of June.


**STUEVE SIEGEL HANSON LLP**                    **WINSTON & STRAWN LLP**

    /s/ Eric L. Dirks                                          /s/ Joan B. Tucker Fife
George A. Hanson                                    Joan B. Tucker Fife
hanson@stuevesiegel.com                        jfife@winston.com
Eric L. Dirks                                           Winston & Strawn LLP
dirks@stuevesiegel.com                          101 California Street
Stueve Siegel Hanson LLP                       San Francisco, CA 94111-5894
460 Nichols Road, Suite 200                    PH:     415-591-1000
Kansas City, Missouri, 64112                   FAX:  415-591-1400
Telephone:      (816) 714-7100
Facsimile:       (816) 714-7101


**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**


Dated: _____ 6/23/11 _____

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2