UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | MDL Docket No. C-07-1841 (EMC)<br><br>**ORDER RE JULY 18, 2011 HEARING** |

The parties are schedule to appear before the Court on Monday, July 18, 2011, for a hearing on Plaintiffs' unopposed Motion for Final Class Settlement Approval. (Docket No. 179). The parties should be prepared to present and explain the following:

(1) Defendants' full potential exposure in this litigation;

(2) The median and mean award within each of the three classes;

(3) The number of class members who submitted a claim form;

(4) The quantity of fees to be paid to the Third Party Administrator, and the source of those fees.

IT IS SO ORDERED.

Dated: July 15, 2011

_____
EDWARD M. CHEN
United States District Judge