1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:     (816) 714-7100
Facsimile:      (816) 714-7101
ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | **MDL Docket No. 1841 (MHP)**<br><br>**AMENDED JOINT STIPULATION OF DISMISSAL** ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1), and paragraphs 2(C) and 8 of the parties' Joint Stipulation of Settlement of Class Action (Doc. 165), approved by the Court on August 2, 2011 (Doc. 192), the parties hereby stipulate to the dismissal of this lawsuit.  In accordance with paragraph 2(C) of the Joint Stipulation of Settlement, the dismissal is *with prejudice* for individuals covered by Class A, Class B, and Class C, and is *without prejudice* for all other individuals.

Dated:  September 22, 2011

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

  /s/ Eric L. Dirks
George A. Hanson
hanson@stuevesiegel.com
Eric L. Dirks
dirks@stuevesiegel.com
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri, 64112
Telephone:     (816) 714-7100
Facsimile:      (816) 714-7101

**WINSTON & STRAWN LLP**

  /s/ Joan B. Tucker Fife
Joan B. Tucker Fife
jfife@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
PH:     415-591-1000
FAX:   415-591-1400

IT IS SO ORDERED:



_____
Edward M. Chen
U. S. District Judge

2